**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVIS NICHOLS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>　　　　　Defendants. | No. 1:21-cv-03362-LGS<br><br>Judge Lorna G. Schofield<br><br>CLASS ACTION<br><br><br>ORAL ARGUMENT REQUESTED |
| VICTOR J. TONER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROMEO POWER, INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>　　　　　Defendants. | No. 1:21-cv-04058-LGS |

**NOTICE OF MOTION AND MOTION OF ANTHONY FARAH**
**FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL FO RECORD

PLEASE TAKE NOTICE that Anthony Farah ("Farah") respectfully moves this Court pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Farah as Lead Plaintiff; (3) approving Farah's selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Farah is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff.  Farah has the "largest financial interest" in the relief sought by the Class in this action.  Farah also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims, and because he will fairly and adequately represent the Class.

This Motion is based upon the accompanying supporting Memorandum of Law, the concurrently filed Declaration of Francis P. McConville, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Farah respectfully requests that the Court grant his motion and enter an Order: (1) consolidating the above-captioned actions; (2) appointing Farah as Lead Plaintiff; (3) approving Farah's selection of Labaton Sucharow LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

DATED:  June 15, 2021                              Respectfully submitted,

                                                  /s/ Francis P. McConville
                                                  **LABATON SUCHAROW LLP**
                                                  Francis P. McConville
                                                  David J. Schwartz
                                                  140 Broadway
                                                  New York, New York 10005
                                                  Telephone: (212) 907-0700
                                                  Facsimile: (212) 818-0477

fmcconville@labaton.com
dschwartz@labaton.com

*Counsel for Proposed Lead Plaintiff*
*Anthony Farah and Proposed Lead Counsel*
*for the Class*


**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (424) 303-1964
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Anthony Farah*

2