# EXHIBIT C

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name:** | Romeo Power, Inc. | | Loss Chart | | | |
| **Ticker:** | RMOWS | | | | | |
| **Class Period:** | October 5, 2020 to March 30, 2021 | | | | | |
| **Name:** | Mike Castleberg | | | | | |

| Date | Warrants | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/5/2021 | 1,000 | $7.5500 | -$7,550.0000 | | $0.0000 | -$7,550.00 |
| 1/5/2021 | 247 | $7.3500 | -$1,815.4500 | | $0.0000 | -$1,815.45 |
| 1/5/2021 | 1,000 | $7.5900 | -$7,590.0000 | | $0.0000 | -$7,590.00 |
| 1/5/2021 | 1,000 | $7.5800 | -$7,580.0000 | | $0.0000 | -$7,580.00 |
| 1/5/2021 | 1,000 | $7.5100 | -$7,510.0000 | | $0.0000 | -$7,510.00 |
| 1/29/2021 | 3,753 | $5.7400 | -$21,542.2200 | | $0.0000 | -$21,542.22 |
| 2/1/2021 | 50 | $6.7500 | -$337.5000 | | $0.0000 | -$337.50 |
| 2/1/2021 | 1,950 | $6.7600 | -$13,182.0000 | | $0.0000 | -$13,182.00 |
| 2/17/2021 | 100 | $3.9700 | -$397.0000 | | $0.0000 | -$397.00 |
| 2/17/2021 | 262 | $3.9200 | -$1,027.0400 | | $0.0000 | -$1,027.04 |
| 2/17/2021 | 400 | $3.9300 | -$1,572.0000 | | $0.0000 | -$1,572.00 |
| 2/17/2021 | 400 | $3.9199 | -$1,567.9600 | | $0.0000 | -$1,567.96 |
| 2/17/2021 | 838 | $3.9400 | -$3,301.7200 | | $0.0000 | -$3,301.72 |
| 2/17/2021 | 5,000 | $3.9700 | -$19,850.0000 | | $0.0000 | -$19,850.00 |
| 2/22/2021 | 3,000 | $3.1300 | -$9,390.0000 | | $0.0000 | -$9,390.00 |
| 2/24/2021 | 400 | $2.5230 | -$1,009.2000 | | $0.0000 | -$1,009.20 |
| 2/24/2021 | 900 | $2.4500 | -$2,205.0000 | | $0.0000 | -$2,205.00 |
| 2/24/2021 | 1,000 | $3.0199 | -$3,019.9000 | | $0.0000 | -$3,019.90 |
| 2/24/2021 | 1,100 | $2.4400 | -$2,684.0000 | | $0.0000 | -$2,684.00 |
| 2/24/2021 | 1,600 | $2.5300 | -$4,048.0000 | | $0.0000 | -$4,048.00 |
| 2/24/2021 | 2,000 | $3.0199 | -$6,039.8000 | | $0.0000 | -$6,039.80 |
| 2/24/2021 | 2,000 | $2.7000 | -$5,400.0000 | | $0.0000 | -$5,400.00 |
| 2/24/2021 | 2,000 | $2.6700 | -$5,340.0000 | | $0.0000 | -$5,340.00 |
| 2/24/2021 | 3,000 | $3.0200 | -$9,060.0000 | | $0.0000 | -$9,060.00 |
| 3/9/2021 | 1,100 | $0.6400 | -$704.0000 | | $0.0000 | -$704.00 |
| 3/9/2021 | 2,900 | $0.6390 | -$1,853.1000 | | $0.0000 | -$1,853.10 |
| 3/9/2021 | 4,000 | $0.5999 | -$2,399.6000 | | $0.0000 | -$2,399.60 |
| 3/11/2021 | 50 | $1.0000 | -$50.0000 | | $0.0000 | -$50.00 |
| 3/11/2021 | 2,500 | $1.1099 | -$2,774.7500 | | $0.0000 | -$2,774.75 |
| 3/11/2021 | 5,000 | $1.0200 | -$5,100.0000 | | $0.0000 | -$5,100.00 |
| 3/11/2021 | 9,850 | $1.0199 | -$10,046.0150 | | $0.0000 | -$10,046.02 |
| 3/11/2021 | 11,500 | $1.1100 | -$12,765.0000 | | $0.0000 | -$12,765.00 |
| 3/30/2021 | 10,000 | $0.4050 | -$4,050.0000 | | $0.0000 | -$4,050.00 |
| 3/30/2021 | 10,000 | $0.4010 | -$4,010.0000 | | $0.0000 | -$4,010.00 |
| 3/30/2021 | 10,326 | $0.3600 | -$3,717.3600 | | $0.0000 | -$3,717.36 |
| 3/30/2021 | 20,000 | $0.3900 | -$7,800.0000 | | $0.0000 | -$7,800.00 |
| 3/30/2021 | 20,000 | $0.3800 | -$7,600.0000 | | $0.0000 | -$7,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Warrants Retained:** | **141,226** | | | **Subtotal:** | **-$205,888.62** |
| | | **Retained Value Per Warrant** | **Warrants Retained** | **Retained Value:** | $1,412.26 |
| | | $0.0100 | 141,226 | **Total:** | **-$204,476.36** |

Notes

Public warrants that remained unexercised following the Redemption Date on April 5, 2021 are void and no longer exercisable, and are valued at the Redemption Price of $0.01 per warrant.