**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVIS NICHOLS, on behalf of himself and all others similarly situated, | No. 1:21-cv-03362-LGS |
| Plaintiff, | Judge Lorna G. Schofield |
| | CLASS ACTION |
| v. | |
| ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK, | ORAL ARGUMENT REQUESTED |
| Defendants. | |
| VICTOR J. TONER, Individually and on Behalf of All Others Similarly Situated, | No. 1:21-cv-04058-LGS |
| Plaintiff, | |
| v. | |
| ROMEO POWER, INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK, | |
| Defendants. | |

**DECLARATION OF FRANCIS P. MCCONVILLE IN SUPPORT OF
ANTHONY FARAH'S MOTION FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Francis P. McConville, declare as follows:

I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court. I am a Partner at the law firm of Labaton Sucharow LLP ("Labaton Sucharow"), proposed Lead Counsel for the Class. I submit this declaration in support of the motion filed by proposed Lead Plaintiff Anthony Farah ("Farah") for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Farah as Lead Plaintiff; (3) approving Farah's selection of Labaton Sucharow as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

Attached hereto as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Farah, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Loss analysis for Farah;

EXHIBIT C:  Notice of pendency of *Nichols v. Romeo Power, Inc.*, No. 21-cv-03362 (S.D.N.Y.), published on April 16, 2021;

EXHIBIT D:  Declaration of Farah; and

EXHIBIT E:  Firm Resume of Labaton Sucharow.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

DATED:  June 15, 2021                  Respectfully submitted,

                                       */s/ Francis P. McConville*
                                       **LABATON SUCHAROW LLP**
                                       Francis P. McConville
                                       140 Broadway
                                       New York, New York 10005
                                       Telephone: (212) 907-0700
                                       Facsimile: (212) 818-0477
                                       fmcconville@labaton.com