# Exhibit B

**LOSS ANALYSIS**

**Class Period: 10/5/2020 - 3/30/2021**

**Romeo Power, Inc.**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price |
|---|---|---|---|---|
| RMO | 776153108 | BLFBYR9 | US7761531083 | $8.5056 [1] |

**Anthony Farah - Account 1**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 10/05/20 | 0 | | |
| Purchase | 12/01/20 | 1,146 | $15.8500 | ($18,164.10) |
| Purchase | 12/29/20 | 1,065 | $28.3300 | ($30,171.45) |
| *Class Period purchases:* | | *2,211* | | *($48,335.55)* |
| Sale | 12/22/20 | -1,146 | $26.2900 | $30,128.34 |
| *Class Period sales (matched to Class Period purchases):* | | *-1,146* | | *$30,128.34* |
| | Shares Held: | 1,065 | $8.5056 | $9,058.50 |
| | | | **LIFO Gain/(Loss):** | **($9,148.71)** |

**Anthony Farah - Account 2**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Open | 10/05/20 | 0 | | |
| Purchase | 01/27/21 | 6 | $18.6897 | ($112.14) |
| Purchase | 01/27/21 | 11 | $18.9100 | ($208.01) |
| Purchase | 01/27/21 | 40 | $18.7700 | ($750.80) |
| Purchase | 01/27/21 | 40 | $18.8000 | ($752.00) |
| Purchase | 01/27/21 | 40 | $18.9700 | ($758.80) |
| Purchase | 01/27/21 | 40 | $19.0400 | ($761.60) |
| Purchase | 01/27/21 | 80 | $18.7800 | ($1,502.40) |
| Purchase | 01/27/21 | 100 | $18.9200 | ($1,892.00) |
| Purchase | 01/27/21 | 115 | $18.8500 | ($2,167.75) |
| Purchase | 01/27/21 | 150 | $18.7600 | ($2,814.00) |
| Purchase | 01/27/21 | 164 | $18.9300 | ($3,104.52) |
| Purchase | 01/27/21 | 200 | $18.7000 | ($3,740.00) |
| Purchase | 01/27/21 | 211 | $19.0000 | ($4,009.00) |
| Purchase | 01/27/21 | 230 | $19.0500 | ($4,381.50) |
| Purchase | 01/27/21 | 240 | $18.7900 | ($4,509.60) |
| Purchase | 01/27/21 | 300 | $18.6900 | ($5,607.00) |
| Purchase | 01/27/21 | 300 | $18.9484 | ($5,684.52) |

[1] *Value of shares held is the mean trading price from 3/31/2021 to 6/15/2021.*

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 01/27/21 | 515 | $18.9500 | ($9,759.25) |
| Purchase | 01/27/21 | 600 | $18.7100 | ($11,226.00) |
| Purchase | 01/27/21 | 620 | $19.0600 | ($11,817.20) |
| Purchase | 01/27/21 | 640 | $19.0300 | ($12,179.20) |
| Purchase | 01/27/21 | 680 | $19.0200 | ($12,933.60) |
| Purchase | 01/27/21 | 900 | $18.7500 | ($16,875.00) |
| Purchase | 01/27/21 | 962 | $18.8400 | ($18,124.08) |
| Purchase | 01/27/21 | 1,052 | $18.9800 | ($19,966.96) |
| Purchase | 01/27/21 | 1,301 | $18.9900 | ($24,705.99) |
| Purchase | 01/27/21 | 8,641 | $19.0700 | ($164,783.87) |
| *Class Period purchases:* | | *18,178* | | *($345,126.79)* |
| Sale | 02/02/21 | -190 | $19.2053 | $3,649.01 |
| *Class Period sales (matched to Class Period purchases):* | | *-190* | | *$3,649.01* |
| | Shares Held: | 17,988 | $8.5056 | $152,999.35 |
| | | | **LIFO Gain/(Loss):** | **($188,478.43)** |

| | | |
|---|---|---|
| **Total LIFO (Loss)/Gain:** | | **($197,627.14)** |

|  |  |
|---|---|
| Total Shares Bought: | 20,389 |
| Total Common Stock Net Shares: | 19,053 |
| Total Net Expenditures: | ($359,684.99) |