# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS NICHOLS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>Defendants. | Honorable Lorna G. Schofield<br><br>Case No. 1:21-cv-03362 (LGS) (SN) |
| VICTOR J. TONER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>Defendants. | Honorable Lorna G. Schofield<br><br>Case No. 1:21-cv-04058 (LGS) (SN) |

**NOTICE OF MOTION AND MOTION OF THE RMG-ROMEO INVESTOR GROUP FOR CONSOLIDATION OF THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at a time designated by the Court, before the Honorable Lorna G. Schofield, at the United States District Court for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, New York 10007, putative class members Travis Nichols, Sion Sung, and Daniel Theriault (collectively, the "RMG-Romeo Investor Group"), by counsel, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), will respectfully move this Court for an Order: (i) consolidating the above-captioned related actions (the "Related Actions"); (ii) appointing the RMG-Romeo Investor Group as lead plaintiff, (iii) approving the RMG-Romeo Investor Group's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") to serve as lead counsel for the class, and (iv) for any such further relief as the Court may deem just and proper.

In support of this Motion, the RMG-Romeo Investor Group submits its Memorandum of Law in Support of the Motion of the RMG-Romeo Investor Group for Consolidation of the Related Actions, Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel, and the Declaration of Jeffrey P. Campisi in Support Thereof.

Additionally, the RMG-Romeo Investor Group requests that the Court waive the Court's requirement for a pre-motion conference under Rule III.A. of the Court's Individual Rules and Procedures for Civil Cases. The motion before the Court is brought under the PSLRA. Under the PSLRA, all of the parties seeking appointment as lead plaintiff who should attend such pre-motion conference will not be known until after the PSLRA deadline for filing a motion for lead plaintiff has passed.

This Motion is made on the grounds that the RMG-Romeo Investor Group believes it is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead

Plaintiff.  Specifically, the RMG-Romeo Investor Group believes that it has the "largest financial interest" in the relief sought by the class in the Related Actions as a result of the substantial loss its members suffered on their purchases of Romeo Power Inc. securities during the Class Period. The RMG-Romeo Investor Group also believes that it otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of those of other class members and because it will fairly and adequately represent the interests of the class.

WHEREFORE, the RMG-Romeo Investor Group requests that the Court: (i) consolidate the Related Actions; (ii) appoint the RMG-Romeo Investor Group lead plaintiff in accordance with the PSLRA; (iii) approve the RMG-Romeo Investor Group's selection of Kaplan Fox to serve as lead counsel for the Class; and (iv) grant any such further relief that the Court may deem just and proper.

Dated:  June 15, 2021

Respectfully submitted,

/s/ Jeffrey P. Campisi
Robert N. Kaplan
Hae Sung Nam
Jeffrey P. Campisi
Jason A. Uris
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
rkaplan@kaplanfox.com
hnam@kaplanfox.com
jcampisi@kaplanfox.com
juris@kaplanfox.com

*Attorneys for Movant the RMG-Romeo*
*Investor Group and Proposed Lead Counsel*
*for the Proposed Class*

2

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Campisi, hereby certify that, on June 15, 2021, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

*/s/ Jeffrey P. Campisi*
Jeffrey P. Campisi