## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS NICHOLS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>Defendants. | Honorable Lorna G. Schofield<br><br>Case No. 1:21-cv-03362 (LGS) (SN) |
| VICTOR J. TONER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>Defendants. | Honorable Lorna G. Schofield<br><br>Case No. 1:21-cv-04058 (LGS) (SN) |

**DECLARATION OF JEFFREY P. CAMPISI IN SUPPORT OF THE
MOTION OF THE RMG-ROMEO INVESTOR GROUP FOR CONSOLIDATION OF
THE RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF ITS SELECTION OF LEAD COUNSEL**

I, JEFFREY P. CAMPISI, declare under the penalty of perjury the following:

1.       I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP.  I am admitted to the bar of this Court and am in good standing.  I have personal knowledge about the information in this declaration, and if called as witnesses, I could and would testify competently thereto.

2.       I respectfully submit this Declaration in Support of the Motion of Travis Nichols, Sion Sung, and Daniel Theriault (collectively, the "RMG-Romeo Investor Group") for: (1) Consolidation of the Related Actions; (2) Appointment as Lead Plaintiff; and (3) Approval of Its Lead Plaintiff's selection of Lead Counsel.

3.       Attached hereto are true and correct copies of the following documents:

Exhibit A:    Sworn certifications pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Chart calculating the losses incurred by members of the RMG-Investor Group prepared by counsel;

Exhibit C:    Joint Declaration in Support of Lead Plaintiff Motion;

Exhibit D:    Firm resume of Kaplan Fox & Kilsheimer LLP; and

Exhibit E:    April 16, 2021 Notice of Pendency of this Class Action on *Globe Newswire*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2021.

/s/ Jeffrey P. Campisi
Jeffrey P. Campisi

1

**CERTIFICATE OF SERVICE**

I, Jeffrey P. Campisi, hereby certify that, on June 15, 2021, I caused the foregoing to be served on all counsel of record by filing the same with the Court using the CM\ECF system which will send electronic notices of the filing to all counsel of record.

/s/ Jeffrey P. Campisi

Jeffrey P. Campisi

2