# Exhibit A

## CERTIFICATION

I, Sion Sung, hereby certify and swear as follows:

1. I have reviewed a complaint against Romeo Power Inc. alleging violations of the securities laws and authorize the filing of a lead plaintiff motion;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;

4. My transactions in Romeo Power Inc. securities during the proposed class period are set forth in attached chart.

5. I did not purchase Romeo Power Inc. common stock at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May _5_, 2021

SION SUNG

**Schedule A**

**Sion Sung's Transactions in Romeo Power Inc.**

| Security Description | CUSIP | Transaction | Trade Date | Quantity | Price |
|---|---|---|---|---|---|
| **Account 1:** | | | | | |
| RMG Acquisition Corp. | 776153108 | Sale | 12/14/2020 | (50) | $21.19 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/14/2020 | 100 | $20.48 |
| RMG Acquisition Corp. | 776153108 | Sale | 12/18/2020 | (50) | $21.70 |
| RMG Acquisition Corp. | 776153108 | Sale | 12/18/2020 | (25) | $21.70 |
| RMG Acquisition Corp. | 776153108 | Sale | 12/18/2020 | (50) | $21.71 |
| RMG Acquisition Corp. | 776153108 | Sale | 12/18/2020 | (25) | $21.64 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 100 | $21.70 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 100 | $21.68 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 50 | $21.45 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 15 | $21.40 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 15 | $21.40 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 5 | $21.40 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 5 | $21.40 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 5 | $21.45 |
| RMG Acquisition Corp. | 776153108 | Sale | 12/18/2020 | (25) | $21.64 |
| RMG Acquisition Corp. | 776153108 | Sale | 12/18/2020 | (50) | $21.68 |
| RMG Acquisition Corp. | 776153108 | Sale | 12/18/2020 | (70) | $21.90 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 98 | $33.51 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 402 | $33.51 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 500 | $33.36 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 500 | $34.22 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 100 | $35.56 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 28 | $35.03 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 5 | $32.01 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 145 | $32.01 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 100 | $29.84 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 100 | $30.90 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 100 | $27.56 |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 100 | $27.59 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $29.24 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 24 | $29.20 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 1 | $29.20 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 75 | $29.20 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $29.10 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 200 | $29.30 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $28.25 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 50 | $28.29 |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $27.44 |

| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $26.16 |
|---|---|---|---|---|---|
| Romeo Power Inc. | 776153108 | Sale | 12/30/2020 | (100) | $29.45 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 100 | $23.77 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 100 | $23.71 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.63 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 50 | $23.50 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.20 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.10 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.10 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.00 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.00 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 3 | $23.00 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $22.93 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.01 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $22.80 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.93 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.93 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.93 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.97 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.97 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 1 | $22.97 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 1 | $22.97 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 3 | $22.97 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 12 | $22.97 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 22 | $22.88 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.74 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.77 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.75 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.68 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.65 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.52 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.60 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.57 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.70 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.70 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.67 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.62 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.56 |

| | | | | | |
|---|---|---|---|---:|---:|
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.58 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.60 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.68 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.63 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.65 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.57 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.57 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.56 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.56 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.56 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.55 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.55 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.52 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.50 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 3 | $22.45 |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.47 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 100 | $19.40 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.33 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.26 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.25 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.16 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.10 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.08 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 |
| Romeo Power Inc. | 776153108 | Buy | 1/5/2021 | 10 | $18.65 |
| Romeo Power Inc. | 776153108 | Buy | 1/12/2021 | 100 | $19.05 |
| Romeo Power Inc. | 776153108 | Buy | 2/12/2021 | 37 | $16.42 |
| Romeo Power Inc. | 776153108 | Buy | 2/12/2021 | 50 | $16.28 |
| Romeo Power Inc. | 776153108 | Buy | 2/16/2021 | 50 | $16.00 |
| Romeo Power Inc. | 776153108 | Buy | 2/17/2021 | 10 | $15.57 |
| Romeo Power Inc. | 776153108 | Sale | 2/19/2021 | (675) | $14.81 |
| | | | | | |
| **Account 2:** | | | | | |
| Romeo Power Inc. | 776153108 | Buy | 11/27/2020 | 54 | $15.93 |
| Romeo Power Inc. | 776153108 | Buy | 12/7/2020 | 162 | $16.65 |
| Romeo Power Inc. | 776153108 | Buy | 12/24/2020 | 241 | $33.85 |
| Romeo Power Inc. | 776153108 | Buy | 12/24/2020 | 300 | $31.39 |
| Romeo Power Inc. | 776153108 | Buy | 12/28/2020 | 61 | $37.00 |
| Romeo Power Inc. | 776153108 | Buy | 2/9/2021 | 63 | $18.95 |

| Romeo Power Inc. | 776153108 | Buy | | 2/23/2021 | 100 | $12.35 |
|---|---|---|---|---|---|---|

## <u>CERTIFICATION</u>

I, Travis Nichols, hereby certify and swear as follows:

1. I have reviewed a complaint against Romeo Power Inc. alleging violations of the securities laws and authorize the filing of a complaint;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;

4. My transactions in Romeo Power Inc. securities during the proposed class period are set forth in chart below:

| BUY/SELL | DATE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| Buy | 1/5/2021 | 2,981 | $20.72 |
| Buy | 1/5/2021 | 300 | $20.71 |
| Buy | 1/5/2021 | 1 | $20.69 |
| Buy | 1/4/2021 | 1 | $22.98 |
| Buy | 1/4/2021 | 282 | $22.99 |
| Buy | 1/4/2021 | 2,328 | $23.15 |
| Buy | 1/4/2021 | 5 | $23.18 |

5. I did not purchase Romeo Power Inc. common stock at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April ____, 2021

4/13/2021

DocuSigned by:

Travis Nichols

4A2EF1D8F9404BC...

TRAVIS NICHOLS

## CERTIFICATION

I, Daniel Theriault, hereby certify and swear as follows:

1. I have reviewed a complaint against Romeo Power Inc. alleging violations of the securities laws and authorize the filing of a lead plaintiff motion;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws;

4. My transactions in Romeo Power Inc. securities during the proposed class period are set forth in the attached schedule.

5. I did not purchase Romeo Power Inc. common stock at the direction of my counsel or in order to participate in any private action under the federal securities laws; and

6. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June _____, 2021
      6/14/2021

DocuSigned by:

CC2418AF071A4E8...

DANIEL THERIAULT

## Schedule A

### Daniel Theriault's Transactions in Romeo Power Inc. Securities

| Security Description | CUSIP | Transaction | Date | Quantity | Price |
|---|---|---|---|---|---|
| **Common Stock** | | | | | |
| Romeo Power | 776153108 | Buy | 2/16/2021 | 100 | $16.35 |
| Romeo Power | 776153108 | Buy | 2/16/2021 | 100 | $16.35 |
| Romeo Power | 776153108 | Buy | 2/16/2021 | 100 | $16.35 |
| Romeo Power | 776153108 | Buy | 2/16/2021 | 100 | $16.35 |
| Romeo Power | 776153108 | Buy | 2/16/2021 | 1,000 | $15.88 |
| Romeo Power | 776153108 | Buy | 2/16/2021 | 600 | $16.35 |
| Romeo Power | 776153108 | Buy | 2/24/2021 | 100 | $12.59 |
| Romeo Power | 776153108 | Buy | 3/16/2021 | 100 | $13.15 |
| Romeo Power | 776153108 | Sell | 3/9/2021 | (100) | $10.18 |
| Romeo Power | 776153108 | Sell | 3/9/2021 | (100) | $10.55 |
| Romeo Power | 776153108 | Sell | 3/9/2021 | (100) | $11.55 |
| Romeo Power | 776153108 | Sell | 3/11/2021 | (100) | $13.30 |
| | | | | | |
| **Account 1** | | | | | |
| RMO Warrant | | Buy | 3/30/2021 | 1,000 | $0.37 |
| RMO Warrant | | Buy | 3/30/2021 | 1,000 | $0.37 |
| RMO Warrant | | Buy | 3/26/2021 | 400 | $0.71 |
| RMO Warrant | | Buy | 3/26/2021 | 97 | $0.66 |
| RMO Warrant | | Buy | 3/26/2021 | 503 | $0.65 |
| RMO Warrant | | Buy | 3/26/2021 | 497 | $0.66 |
| RMO Warrant | | Buy | 3/26/2021 | 503 | $0.67 |
| RMO Warrant | | Buy | 3/26/2021 | 497 | $0.67 |
| RMO Warrant | | Buy | 3/26/2021 | 503 | $0.69 |
| RMO Warrant | | Buy | 3/26/2021 | 497 | $0.69 |
| RMO Warrant | | Buy | 3/26/2021 | 1,000 | $0.70 |
| RMO Warrant | | Buy | 3/26/2021 | 363 | $0.70 |
| RMO Warrant | | Buy | 3/26/2021 | 637 | $0.70 |
| RMO Warrant | | Buy | 3/26/2021 | 1,000 | $0.70 |
| RMO Warrant | | Buy | 3/26/2021 | 1,000 | $0.71 |
| RMO Warrant | | Buy | 3/25/2021 | 1,000 | $0.71 |
| RMO Warrant | | Buy | 3/24/2021 | 1,000 | $0.88 |
| RMO Warrant | | Buy | 3/24/2021 | 1,000 | $1.03 |
| RMO Warrant | | Buy | 3/24/2021 | 1,000 | $1.12 |

| | | | | | |
|---|---|---|---|---|---|
| RMO Warrant | | Buy | 3/24/2021 | 1,000 | $1.16 |
| RMO Warrant | | Buy | 3/23/2021 | 400 | $1.20 |
| RMO Warrant | | Buy | 3/23/2021 | 600 | $1.20 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.16 |
| RMO Warrant | | Buy | 3/23/2021 | 363 | $1.19 |
| RMO Warrant | | Buy | 3/23/2021 | 637 | $1.19 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.16 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.17 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.18 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.14 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.20 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.13 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.13 |
| RMO Warrant | | Buy | 3/23/2021 | 500 | $1.24 |
| RMO Warrant | | Buy | 3/23/2021 | 500 | $1.23 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.25 |
| RMO Warrant | | Buy | 3/23/2021 | 363 | $1.30 |
| RMO Warrant | | Buy | 3/23/2021 | 637 | $1.30 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.35 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.39 |
| RMO Warrant | | Buy | 3/23/2021 | 1,000 | $1.39 |
| RMO Warrant | | Buy | 3/22/2021 | 1,363 | $1.70 |
| RMO Warrant | | Buy | 3/22/2021 | 1,000 | $1.70 |
| RMO Warrant | | Buy | 3/22/2021 | 1,500 | $1.70 |
| RMO Warrant | | Buy | 3/22/2021 | 17 | $1.70 |
| RMO Warrant | | Sell | 3/31/2021 | (1,000) | $0.17 |
| RMO Warrant | | Sell | 3/31/2021 | (1,000) | $0.18 |
| RMO Warrant | | Sell | 3/31/2021 | (400) | $0.18 |
| RMO Warrant | | Sell | 3/31/2021 | (97) | $0.18 |
| RMO Warrant | | Sell | 3/31/2021 | (503) | $0.18 |
| RMO Warrant | | Sell | 3/31/2021 | (497) | $0.19 |
| RMO Warrant | | Sell | 3/31/2021 | (503) | $0.19 |
| RMO Warrant | | Sell | 3/31/2021 | (497) | $0.19 |
| RMO Warrant | | Sell | 3/31/2021 | (503) | $0.19 |
| RMO Warrant | | Sell | 3/30/2021 | (497) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (363) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (637) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.15 |

| | | | | | |
|---|---|---|---|---|---|
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (400) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (600) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (363) | $0.15 |
| RMO Warrant | | Sell | 3/30/2021 | (637) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (500) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (500) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (363) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (637) | $0.20 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.20 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.20 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.20 |
| RMO Warrant | | Sell | 3/30/2021 | (1,363) | $0.20 |
| RMO Warrant | | Sell | 3/29/2021 | (1,000) | $0.61 |
| RMO Warrant | | Sell | 3/26/2021 | (1,500) | $0.95 |
| RMO Warrant | | Sell | 3/23/2021 | (17) | $1.35 |
| | | | | | |
| **Account 2** | | | | | |
| RMO Warrant | | Buy | 3/22/2021 | 100 | $1.67 |
| RMO Warrant | | Buy | 3/22/2021 | 800 | $1.67 |
| RMO Warrant | | Buy | 3/22/2021 | 50 | $1.67 |
| RMO Warrant | | Buy | 3/22/2021 | 50 | $1.67 |
| RMO Warrant | | Buy | 3/22/2021 | 50 | $1.67 |
| RMO Warrant | | Buy | 3/22/2021 | 50 | $1.67 |
| RMO Warrant | | Sell | 3/31/2021 | (100) | $0.21 |

| | | | | | |
|---|---|---|---|---|---|
| RMO Warrant | | Sell | 3/30/2021 | (800) | $0.27 |
| RMO Warrant | | Sell | 3/29/2021 | (50) | $0.59 |
| RMO Warrant | | Sell | 3/25/2021 | (50) | $0.95 |
| RMO Warrant | | Sell | 3/25/2021 | (50) | $0.85 |
| RMO Warrant | | Sell | 3/25/2021 | (50) | $0.78 |
| | | | | | |
| **Account 3** | | | | | |
| RMO Warrant | | Buy | 3/26/2021 | 1,000 | $1.05 |
| RMO Warrant | | Buy | 3/24/2021 | 500 | $1.32 |
| RMO Warrant | | Buy | 3/24/2021 | 1,000 | $1.39 |
| RMO Warrant | | Buy | 3/24/2021 | 1,000 | $1.62 |
| RMO Warrant | | Buy | 3/23/2021 | 500 | $1.69 |
| RMO Warrant | | Buy | 3/23/2021 | 500 | $1.69 |
| RMO Warrant | | Buy | 3/23/2021 | 700 | $2.33 |
| RMO Warrant | | Buy | 3/23/2021 | 300 | $2.56 |
| RMO Warrant | | Buy | 3/22/2021 | 161 | $2.57 |
| RMO Warrant | | Buy | 3/22/2021 | 839 | $0.71 |
| RMO Warrant | | Buy | 3/26/2021 | 200 | $0.71 |
| RMO Warrant | | Buy | 3/25/2021 | 1,000 | $0.88 |
| RMO Warrant | | Buy | 3/24/2021 | 1,000 | $1.03 |
| RMO Warrant | | Buy | 3/24/2021 | 1,000 | $1.25 |
| RMO Warrant | | Buy | 3/23/2021 | 50 | $1.72 |
| RMO Warrant | | Buy | 3/23/2021 | 950 | $1.26 |
| RMO Warrant | | Buy | 3/22/2021 | 950 | $2.13 |
| RMO Warrant | | Buy | 3/23/2021 | 50 | $1.38 |
| RMO Warrant | | Buy | 3/22/2021 | 950 | $1.67 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.17 |
| RMO Warrant | | Sell | 3/30/2021 | (500) | $0.17 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.17 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.17 |
| RMO Warrant | | Sell | 3/30/2021 | (500) | $0.17 |
| RMO Warrant | | Sell | 3/30/2021 | (500) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (700) | $0.16 |
| RMO Warrant | | Sell | 3/30/2021 | (300) | $0.23 |
| RMO Warrant | | Sell | 3/30/2021 | (161) | $0.23 |
| RMO Warrant | | Sell | 3/30/2021 | (839) | $0.27 |
| RMO Warrant | | Sell | 3/30/2021 | (200) | $0.27 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.27 |
| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.27 |

| RMO Warrant | | Sell | 3/30/2021 | (1,000) | $0.27 |
|-------------|--|------|-----------|---------|-------|
| RMO Warrant | | Sell | 3/30/2021 | (50) | $0.27 |
| RMO Warrant | | Sell | 3/30/2021 | (950) | $0.27 |
| RMO Warrant | | Sell | 3/30/2021 | (950) | $0.27 |
| RMO Warrant | | Sell | 3/25/2021 | (50) | $0.92 |
| RMO Warrant | | Sell | 3/25/2021 | (950) | $0.92 |