# Exhibit B

**Sion Sung**

**Estimated Losses in Romeo Power Inc. - Class period: 10/5/2020 - 3/30/2021**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **ROMEO POWER INC.** | | | | | | | |
| Romeo Power Inc. | 776153108 | Holdings | as of 10/4/2020 | 200 | | | |
| | | | | *200* | | | |
| | | | | | | | |
| RMG Acquisition Corp. | 776153108 | Sell | 12/14/2020 | (50) | $21.19 | | |
| RMG Acquisition Corp. | 776153108 | Sell | 12/18/2020 | (50) | $21.70 | | |
| RMG Acquisition Corp. | 776153108 | Sell | 12/18/2020 | (25) | $21.70 | | |
| RMG Acquisition Corp. | 776153108 | Sell | 12/18/2020 | (50) | $21.71 | | |
| RMG Acquisition Corp. | 776153108 | Sell | 12/18/2020 | (25) | $21.64 | | |
| | | | | *(200)* | | | |
| | | | | | | | |
| RMG Acquisition Corp. | 776153108 | Buy | 11/27/2020 | 54 | $15.93 | $860.22 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/7/2020 | *162* | $16.65 | *$2,697.30* | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/14/2020 | 100 | $20.48 | $2,048.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 100 | $21.70 | $2,170.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 100 | $21.68 | $2,168.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 50 | $21.45 | $1,072.50 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 15 | $21.40 | $321.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 15 | $21.40 | $321.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 5 | $21.40 | $107.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 5 | $21.40 | $107.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/18/2020 | 5 | $21.45 | $107.25 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 98 | $33.51 | $3,283.98 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 402 | $33.51 | $13,471.02 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 500 | $33.36 | $16,680.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 500 | $34.22 | $17,110.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 100 | $35.56 | $3,556.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 28 | $35.03 | $980.84 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 241 | $33.85 | $8,157.85 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/24/2020 | 300 | $31.39 | $9,417.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/28/2020 | 61 | $37.00 | $2,257.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 5 | $32.01 | $160.05 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 145 | $32.01 | $4,641.45 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 100 | $29.84 | $2,984.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 100 | $30.90 | $3,090.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 100 | $27.56 | $2,756.00 | |
| RMG Acquisition Corp. | 776153108 | Buy | 12/29/2020 | 100 | $27.59 | $2,758.50 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $29.24 | $2,924.23 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 24 | $29.20 | $700.80 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 1 | $29.20 | $29.20 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 75 | $29.20 | $2,190.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $29.10 | $2,910.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 200 | $29.30 | $5,859.56 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $28.25 | $2,825.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 50 | $28.29 | $1,414.50 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $27.44 | $2,744.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/30/2020 | 100 | $26.16 | $2,616.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 100 | $23.77 | $2,377.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 100 | $23.71 | $2,371.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.63 | $472.60 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 50 | $23.50 | $1,175.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.20 | $464.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.10 | $462.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.10 | $462.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.00 | $460.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.00 | $460.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 3 | $23.00 | $69.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $22.93 | $458.60 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $23.01 | $460.20 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 20 | $22.80 | $456.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.93 | $114.65 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.93 | $114.65 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.93 | $114.64 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.97 | $114.85 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 | $114.75 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 | $114.75 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 | $114.75 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.95 | $114.75 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.97 | $114.85 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 1 | $22.97 | $22.97 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 1 | $22.97 | $22.97 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 3 | $22.97 | $68.91 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 12 | $22.97 | $275.64 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 22 | $22.88 | $503.36 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.74 | $227.40 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.77 | $227.70 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.75 | $227.50 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.68 | $226.75 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.65 | $226.50 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.52 | $225.20 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.60 | $226.00 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.57 | $225.70 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.70 | $113.50 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.70 | $113.50 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.67 | $113.35 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.62 | $113.10 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.56 | $112.80 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.58 | $112.90 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.60 | $113.00 | |

## Sion Sung

### Estimated Losses in Romeo Power Inc. - Class period: 10/5/2020 - 3/30/2021

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.68 | $113.40 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.63 | $113.13 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.65 | $113.25 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.57 | $112.85 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.57 | $112.84 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.56 | $112.80 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.56 | $112.80 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.56 | $112.80 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.55 | $112.75 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.55 | $112.75 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.52 | $112.60 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 5 | $22.50 | $112.50 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 3 | $22.45 | $67.35 | |
| Romeo Power Inc. | 776153108 | Buy | 12/31/2020 | 10 | $22.47 | $224.70 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 100 | $19.40 | $1,940.00 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.33 | $193.30 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.26 | $192.60 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.25 | $192.50 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.16 | $191.55 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.10 | $191.00 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 10 | $19.08 | $190.80 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 | $19.08 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 | $19.08 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 | $19.08 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 | $19.08 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $19.08 | $19.08 | |
| Romeo Power Inc. | 776153108 | Buy | 1/5/2021 | 10 | $18.65 | $186.50 | |
| Romeo Power Inc. | 776153108 | Buy | 1/12/2021 | 100 | $19.05 | $1,905.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/9/2021 | 63 | $18.95 | $1,193.85 | |
| Romeo Power Inc. | 776153108 | Buy | 2/12/2021 | 37 | $16.42 | $607.54 | |
| Romeo Power Inc. | 776153108 | Buy | 2/12/2021 | 50 | $16.28 | $814.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/16/2021 | 50 | $16.00 | $800.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/17/2021 | 10 | $15.57 | $155.70 | |
| Romeo Power Inc. | 776153108 | Buy | 2/23/2021 | 100 | $12.35 | $1,235.00 | |
| | | | | 5,536 | | $154,021.04 | |
| | | | | | | | |
| RMG Acquisition Corp. | 776153108 | Sell | 12/18/2020 | (25) | $21.64 | ($541.00) | |
| RMG Acquisition Corp. | 776153108 | Sell | 12/18/2020 | (50) | $21.68 | ($1,084.00) | |
| RMG Acquisition Corp. | 776153108 | Sell | 12/18/2020 | (70) | $21.90 | ($1,533.00) | |
| Romeo Power Inc. | 776153108 | Sell | 12/30/2020 | (100) | $29.45 | ($2,945.00) | |
| Romeo Power Inc. | 776153108 | Sell | 2/19/2021 | (675) | $14.81 | ($9,999.45) | |
| Romeo Power Inc. | 776153108 | Retained* | | (4,616) | $8.53 | ($39,377.14) | |
| | | | | (5,536) | | ($55,479.59) | $98,541.45 |

*indicates average closing price from 3/31/2021 through 6/14/2021 (90-day lookback period)
** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date

3

**Daniel Theriault**

**Estimated Losses in Romeo Power Inc. - Class period: 10/5/2020 - 3/30/2021**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **ROMEO POWER INC.** | | | | | | | |
| **Common Stock** | | | | | | | |
| Romeo Power Inc. | 776153108 | Buy | 2/16/2021 | 100 | $16.35 | $1,635.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/16/2021 | 100 | $16.35 | $1,635.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/16/2021 | 100 | $16.35 | $1,635.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/16/2021 | 100 | $16.35 | $1,635.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/16/2021 | 1,000 | $15.88 | $15,880.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/16/2021 | 600 | $16.35 | $9,810.00 | |
| Romeo Power Inc. | 776153108 | Buy | 2/24/2021 | 100 | $12.59 | $1,259.00 | |
| Romeo Power Inc. | 776153108 | Buy | 3/16/2021 | 100 | $13.15 | $1,315.00 | |
| | | | | 2,200 | | $34,804.00 | |
| | | | | | | | |
| Romeo Power Inc. | 776153108 | Sell | 3/9/2021 | (100) | $10.18 | ($1,017.99) | |
| Romeo Power Inc. | 776153108 | Sell | 3/9/2021 | (100) | $10.55 | ($1,054.99) | |
| Romeo Power Inc. | 776153108 | Sell | 3/9/2021 | (100) | $11.55 | ($1,154.99) | |
| Romeo Power Inc. | 776153108 | Sell | 3/11/2021 | (100) | $13.30 | ($1,329.99) | |
| Romeo Power Inc. | 776153108 | Retained* | | (1,800) | $8.53 | ($15,355.04) | |
| | | | | (2,200) | | ($19,913.00) | $14,891.00 |

*indicates average closing price from 3/31/2021 through 6/14/2021 (90-day lookback period)

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **Warrants 1** | | | | | | | |
| RMO Warrants | | Buy | 3/22/2021 | 1,363 | $1.70 | $2,317.00 | |
| RMO Warrants | | Buy | 3/22/2021 | 1,000 | $1.70 | $1,700.00 | |
| RMO Warrants | | Buy | 3/22/2021 | 1,500 | $1.70 | $2,550.00 | |
| RMO Warrants | | Buy | 3/22/2021 | 17 | $1.70 | $28.90 | |
| RMO Warrants | | Buy | 3/23/2021 | 400 | $1.20 | $480.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 600 | $1.20 | $719.94 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.16 | $1,160.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 363 | $1.19 | $431.97 | |
| RMO Warrants | | Buy | 3/23/2021 | 637 | $1.19 | $758.03 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.16 | $1,160.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.17 | $1,170.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.18 | $1,180.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.14 | $1,140.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.20 | $1,200.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.13 | $1,130.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.13 | $1,130.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 500 | $1.24 | $622.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 500 | $1.23 | $617.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.25 | $1,250.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 363 | $1.30 | $471.90 | |
| RMO Warrants | | Buy | 3/23/2021 | 637 | $1.30 | $828.10 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.35 | $1,350.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.39 | $1,390.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 1,000 | $1.39 | $1,390.00 | |
| RMO Warrants | | Buy | 3/24/2021 | 1,000 | $0.88 | $880.00 | |
| RMO Warrants | | Buy | 3/24/2021 | 1,000 | $1.03 | $1,030.00 | |
| RMO Warrants | | Buy | 3/24/2021 | 1,000 | $1.12 | $1,120.00 | |
| RMO Warrants | | Buy | 3/24/2021 | 1,000 | $1.16 | $1,160.00 | |
| RMO Warrants | | Buy | 3/25/2021 | 1,000 | $0.71 | $710.00 | |
| RMO Warrants | | Buy | 3/26/2021 | 400 | $0.71 | $284.00 | |
| RMO Warrants | | Buy | 3/26/2021 | 97 | $0.66 | $63.54 | |
| RMO Warrants | | Buy | 3/26/2021 | 503 | $0.65 | $329.46 | |
| RMO Warrants | | Buy | 3/26/2021 | 497 | $0.66 | $325.54 | |
| RMO Warrants | | Buy | 3/26/2021 | 503 | $0.67 | $337.01 | |
| RMO Warrants | | Buy | 3/26/2021 | 497 | $0.67 | $332.99 | |
| RMO Warrants | | Buy | 3/26/2021 | 503 | $0.69 | $347.07 | |
| RMO Warrants | | Buy | 3/26/2021 | 497 | $0.69 | $342.93 | |
| RMO Warrants | | Buy | 3/26/2021 | 1,000 | $0.70 | $700.00 | |
| RMO Warrants | | Buy | 3/26/2021 | 363 | $0.70 | $254.10 | |
| RMO Warrants | | Buy | 3/26/2021 | 637 | $0.70 | $445.90 | |
| RMO Warrants | | Buy | 3/26/2021 | 1,000 | $0.70 | $700.00 | |
| RMO Warrants | | Buy | 3/26/2021 | 1,000 | $0.71 | $710.00 | |
| RMO Warrants | | Buy | 3/30/2021 | 1,000 | $0.37 | $370.00 | |
| RMO Warrants | | Buy | 3/30/2021 | 1,000 | $0.37 | $370.00 | |
| | | | | 34,377 | | $36,987.38 | |
| | | | | | | | |
| RMO Warrants | | Sell | 3/23/2021 | (17) | $1.35 | ($22.94) | |
| RMO Warrants | | Sell | 3/26/2021 | (1,500) | $0.95 | ($1,424.99) | |
| RMO Warrants | | Sell | 3/29/2021 | (1,000) | $0.61 | ($609.99) | |
| RMO Warrants | | Sell | 3/30/2021 | (497) | $0.16 | ($79.51) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (363) | $0.16 | ($58.08) | |
| RMO Warrants | | Sell | 3/30/2021 | (637) | $0.15 | ($95.54) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.15 | ($150.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.15 | ($150.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.15 | ($150.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.15 | ($150.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.15 | ($150.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.15 | ($150.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (400) | $0.15 | ($60.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (600) | $0.15 | ($90.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.15 | ($150.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (363) | $0.15 | ($54.45) | |
| RMO Warrants | | Sell | 3/30/2021 | (637) | $0.16 | ($101.97) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.10) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.10) | |

**Daniel Theriault**

**Estimated Losses in Romeo Power Inc. - Class period: 10/5/2020 - 3/30/2021**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.10) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.10) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.10) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.10) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.10) | |
| RMO Warrants | | Sell | 3/30/2021 | (500) | $0.16 | ($80.05) | |
| RMO Warrants | | Sell | 3/30/2021 | (500) | $0.16 | ($80.05) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.16 | ($160.10) | |
| RMO Warrants | | Sell | 3/30/2021 | (363) | $0.16 | ($58.12) | |
| RMO Warrants | | Sell | 3/30/2021 | (637) | $0.20 | ($127.39) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.20 | ($200.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.20 | ($200.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.20 | ($200.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,363) | $0.20 | ($272.60) | |
| RMO Warrants | | Sell | 3/31/2021 | (1,000) | $0.17 | ($174.99) | |
| RMO Warrants | | Sell | 3/31/2021 | (1,000) | $0.18 | ($179.99) | |
| RMO Warrants | | Sell | 3/31/2021 | (400) | $0.18 | ($72.00) | |
| RMO Warrants | | Sell | 3/31/2021 | (97) | $0.18 | ($17.46) | |
| RMO Warrants | | Sell | 3/31/2021 | (503) | $0.18 | ($90.53) | |
| RMO Warrants | | Sell | 3/31/2021 | (497) | $0.19 | ($94.43) | |
| RMO Warrants | | Sell | 3/31/2021 | (503) | $0.19 | ($95.56) | |
| RMO Warrants | | Sell | 3/31/2021 | (497) | $0.19 | ($94.43) | |
| RMO Warrants | | Sell | 3/31/2021 | (503) | $0.19 | ($95.56) | |
| | | | | *(34,377)* | | *($7,371.43)* | **$29,615.95** |
| **Warrants 2** | | | | | | | |
| RMO Warrants | | Buy | 3/22/2021 | 100 | $1.67 | $167.00 | |
| RMO Warrants | | Buy | 3/22/2021 | 800 | $1.67 | $1,336.00 | |
| RMO Warrants | | Buy | 3/22/2021 | 50 | $1.67 | $83.50 | |
| RMO Warrants | | Buy | 3/22/2021 | 50 | $1.67 | $83.50 | |
| RMO Warrants | | Buy | 3/22/2021 | 50 | $1.67 | $83.50 | |
| RMO Warrants | | Buy | 3/22/2021 | 50 | $1.67 | $83.50 | |
| | | | | *1,100* | | *$1,837.00* | |
| RMO Warrants | | Sell | 3/25/2021 | (50) | $0.95 | ($47.49) | |
| RMO Warrants | | Sell | 3/25/2021 | (50) | $0.85 | ($42.49) | |
| RMO Warrants | | Sell | 3/25/2021 | (50) | $0.78 | ($38.99) | |
| RMO Warrants | | Sell | 3/29/2021 | (50) | $0.59 | ($29.49) | |
| RMO Warrants | | Sell | 3/30/2021 | (800) | $0.27 | ($215.99) | |
| RMO Warrants | | Sell | 3/31/2021 | (100) | $0.21 | ($20.99) | |
| | | | | *(1,100)* | | *($395.44)* | **$1,441.56** |
| **Warrants 3** | | | | | | | |
| RMO Warrants | | Buy | 3/22/2021 | 161 | $2.57 | $413.77 | |
| RMO Warrants | | Buy | 3/22/2021 | 839 | $0.71 | $595.69 | |
| RMO Warrants | | Buy | 3/22/2021 | 950 | $2.13 | $2,023.51 | |
| RMO Warrants | | Buy | 3/22/2021 | 950 | $1.67 | $1,586.50 | |
| RMO Warrants | | Buy | 3/23/2021 | 500 | $1.69 | $842.89 | |
| RMO Warrants | | Buy | 3/23/2021 | 500 | $1.69 | $845.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 700 | $2.33 | $1,631.44 | |
| RMO Warrants | | Buy | 3/23/2021 | 300 | $2.56 | $768.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 50 | $1.72 | $86.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 950 | $1.26 | $1,197.00 | |
| RMO Warrants | | Buy | 3/23/2021 | 50 | $1.38 | $69.00 | |
| RMO Warrants | | Buy | 3/24/2021 | 500 | $1.32 | $660.00 | |
| RMO Warrants | | Buy | 3/24/2021 | 1,000 | $1.39 | $1,387.01 | |
| RMO Warrants | | Buy | 3/24/2021 | 1,000 | $1.62 | $1,623.22 | |
| RMO Warrants | | Buy | 3/24/2021 | 1,000 | $1.03 | $1,028.00 | |
| RMO Warrants | | Buy | 3/24/2021 | 1,000 | $1.25 | $1,250.00 | |
| RMO Warrants | | Buy | 3/25/2021 | 1,000 | $0.88 | $880.00 | |
| RMO Warrants | | Buy | 3/26/2021 | 1,000 | $1.05 | $1,049.14 | |
| RMO Warrants | | Buy | 3/26/2021 | 200 | $0.71 | $142.00 | |
| | | | | *12,650* | | *$18,078.17* | |
| RMO Warrants | | Sell | 3/25/2021 | (50) | $0.92 | ($46.00) | |
| RMO Warrants | | Sell | 3/25/2021 | (950) | $0.92 | ($873.99) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.17 | ($169.99) | |
| RMO Warrants | | Sell | 3/30/2021 | (500) | $0.17 | ($85.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.17 | ($170.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.17 | ($170.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (500) | $0.17 | ($85.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (500) | $0.16 | ($79.99) | |
| RMO Warrants | | Sell | 3/30/2021 | (700) | $0.16 | ($112.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (300) | $0.23 | ($68.99) | |
| RMO Warrants | | Sell | 3/30/2021 | (161) | $0.23 | ($37.03) | |
| RMO Warrants | | Sell | 3/30/2021 | (839) | $0.27 | ($226.52) | |
| RMO Warrants | | Sell | 3/30/2021 | (200) | $0.27 | ($54.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.27 | ($270.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.27 | ($270.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (1,000) | $0.27 | ($270.00) | |
| RMO Warrants | | Sell | 3/30/2021 | (50) | $0.27 | ($13.50) | |
| RMO Warrants | | Sell | 3/30/2021 | (950) | $0.27 | ($256.50) | |
| RMO Warrants | | Sell | 3/30/2021 | (950) | $0.27 | ($256.50) | |
| | | | | *(12,650)* | | *($3,515.01)* | **$14,563.16** |
| | | | | | | Total Estimated Losses | **$60,511.67** |

**Travis Nichols**

**Estimated Losses in Romeo Power Inc. - Class period: 10/5/2020 - 3/30/2021**

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **ROMEO POWER INC.** | | | | | | | |
| Romeo Power Inc. | 776153108 | Buy | 1/5/2021 | 2,981 | $20.72 | $61,766.32 | |
| Romeo Power Inc. | 776153108 | Buy | 1/5/2021 | 300 | $20.71 | $6,213.00 | |
| Romeo Power Inc. | 776153108 | Buy | 1/5/2021 | 1 | $20.69 | $20.67 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 1 | $22.98 | $16.80 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 282 | $22.99 | $6,483.18 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 2,328 | $23.15 | $53,893.20 | |
| Romeo Power Inc. | 776153108 | Buy | 1/4/2021 | 5 | $23.18 | $106.86 | |
| | | | | 5,897 | | $128,500.03 | |
| | | | | | | | |
| Romeo Power Inc. | 776153108 | Retained* | | (5,897) | $8.53 | ($50,307.71) | |
| | | | | (5,897) | | ($50,307.71) | $78,192.31 |

*indicates average closing price from 3/31/2021 through 6/14/2021 (90-day lookback period)
** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date