**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVIS NICHOLS, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>              Defendants. | Case No. 1:21-cv-03362-LGS<br><br>CLASS ACTION |
| VICTOR J. TONER, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>              Defendants. | Case No. 1:21-cv-04058-LGS<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE THE RELATED ACTIONS, APPOINT DALE DAVISON AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL**

011001-11/1561718 V1

**WHEREAS**, the Court has considered the motion of class member Dale Davison ("Movant"), for entry of an Order: (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Romeo Power, Inc. ("Romeo," "RMO" or the "Company") from October 5, 2020 through March 30, 2021, both dates inclusive; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedures, *Nichols v. Romeo Power Inc., et al.,* No. 1:21-cv-03362-LGS, and *Toner v. Romeo Power Inc., et al.,* No. 1:21-cv-04058-LGS are consolidated as:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re ROMEO POWER, INC. SECURITIES LITIGATION* | )  Master File No.  1:21-cv-03362-LGS |
| | ) |
| | )  <u>CLASS ACTION</u> |
| | ) |
| This Document Related to: | ) |
| ALL ACTIONS. | ) |
| | ) |

(a)     The file in Case No. 1:21-cv-03362-LGS shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the

phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     All securities class actions on behalf of purchasers of Romeo securities subsequently filed in, or transferred to, this District shall be consolidated into this action. This order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

2.     Movant is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

3.     Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman Sobol Shapiro LLP is approved as Lead Counsel for the Class in the action.

4.     Lead Counsel shall have authority to speak for the Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

5.     Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Plaintiffs and for the dissemination of notices and orders of this Court. No motion,

request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

6.    Lead Counsel shall also be available and responsible for communications to and from this Court.

7.    Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Plaintiffs, and such agreements shall be binding on Plaintiffs.

**IT IS SO ORDERED.**

DATED: _____          _____
                                    HON. LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE


DATED:  June 15, 2021

Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By    */s/ Nathaniel A. Tarnor*
        NATHANIEL A. TARNOR

322 8th Avenue, Suite 802
New York, NY10001
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
Wesley A. Wong
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com

- 4 -

lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com


*Counsel for [Proposed] Lead Plaintiff Dale Davison*

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

- 5 -