# Exhibit B

**Loss Analysis for Dale Davison - Romeo Power Inc. f/k/a RMG Acquisition Corp. (RMO)**
**Class Period 10/05/20 - 03/30/21**



| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 12/22/21 | 11,000 | $21.2482 | $233,730.20 | | | | | |
| Purchases | 12/30/20 | 10,000 | $28.5065 | $285,065.00 | | | | | |
| | | | | | | | | | |
| Post Class | | | | | Post Class | | | | |
| Purchases | | | | | Sales | | | | |
| | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 21,000 | Total Amt. Paid in CP | $518,795.20 | |
| | | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Total Shares Sold in CP **0**    Total Amt. Sold in CP **$0.00**
Post CP Shares Sold **0**    Post CP Amount Sold **$0.00**
Total Shares Sold to Current **0**    Total Amt. Sold to Current **$0.00** ALTERNATIVE

Actual Net Shares Acquired in CP **21,000** (CP Retained Shares)

Net Amount Paid in CP **$518,795.20**
Net Amount Paid in CP Minus Sold to Current Date **$518,795.20** ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares) **21,000** Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date **21,000** Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP **$8.53**

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price **$179,142.12**
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price **$179,142.12** ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price **$339,653.08** ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) **$339,653.08**
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) **$339,653.08** ALTERNATIVE