**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVIS NICHOLS, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>       Defendants. | Case No.: 1:21-cv-03362-LGS<br><br>Hon. Lorna G. Schofield |
| VICTOR J. TONER, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ROMEO POWER, INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>       Defendants. | Case No.: 1:21-cv-04058-LGS<br><br>Hon. Lorna G. Schofield |

**NOTICE OF MOTION OF CAMERON LONGAN, ANH NGUYEN, AND XIANKANG YAO FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Cameron Longan, Anh Nguyen, and Xiankang Yao ("Movants") respectfully move this Court for an order: (1) consolidating the above captioned related actions (the "Actions"), (2) appointing Movants as Co-Lead Plaintiffs pursuant to §21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (3) approving Movants' selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movants seek consolidation of the Actions, appointment as co-lead plaintiffs, and approval of their choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: June 15, 2021

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Cameron Longan, Anh Nguyen, Xiankang Yao, and [Proposed] Lead Counsel for the Class*

2