**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRAVIS NICHOLS, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>        Defendants. | Case No.: 1:21-cv-03362-LGS<br><br>Hon. Lorna G. Schofield |
| VICTOR J. TONER, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ROMEO POWER, INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>        Defendants. | Case No.: 1:21-cv-04058-LGS<br><br>Hon. Lorna G. Schofield |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF CAMERON LONGAN, ANH NGUYEN AND XIANKANG YAO'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Cameron Longan, Anh Nguyen, and Xiankang Yao ("Movants") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movants' motion for consolidation of the above-captioned actions (the "Actions"), appointment as Co-Lead Plaintiffs, and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      PSLRA Certifications signed by Movants attesting to their transactions of Romeo Power Inc. ("Romeo" or the "Company") securities;

Exhibit B:      Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Romeo securities;

Exhibit C:      Press Release published April 16, 2021, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Nichols v. Romeo Power Inc., et. al.,* Case No. 1:21-cv-03362-LGS;

Exhibit D:      Joint Declaration signed by Movants; and

Exhibit E:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


*[Signature on Following Page]*

Dated: June 15, 2021                    Respectfully Submitted,

                                        **LEVI & KORSINSKY, LLP**

                                        By: /s/ *Shannon L. Hopkins*
                                        Shannon L. Hopkins (SH-1887)
                                        55 Broadway, 10th Floor
                                        New York, NY 10006
                                        Tel: (212) 363-7500
                                        Fax: (212) 363-7171
                                        Email: shopkins@zlk.com

                                        *Lead Counsel for Cameron Longan, Anh*
                                        *Nguyen, Xiankang Yao, and [Proposed]*
                                        *Lead Counsel for the Class*

3