# EXHIBIT A

I, Anh Nguyen, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Hockessin, Delaware. I have a High School Diploma and I am the owner of La Nails of Hockessin Inc. for 2 years and employed there as a nail at technician. I have been investing in securities for 1 year.

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Romeo Power, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 14,2021 .

Name: Anh Nguyen

Signed:

| Case Name | Romeo Power, Inc. (f/k/a RMG ACQUISITION CORP.) |
|---|---|
| Ticker | RMO |
| Class Period | 10-05-2020 to 03-30-2021 |

Account 1
**Client Name**
Anh Nguyen

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 12-30-2020 | P | 400 | $ 26.4808 |
| 12-31-2020 | P | 500 | $ 23.5820 |
| 12-31-2020 | P | 500 | $ 23.5701 |
| 12-31-2020 | P | 400 | $ 23.0799 |
| 12-31-2020 | P | 100 | $ 23.0750 |
| 12-31-2020 | P | 500 | $ 22.7800 |
| 12-31-2020 | P | 500 | $ 22.5000 |
| 01-04-2021 | P | 500 | $ 20.7300 |
| 01-04-2021 | P | 500 | $ 20.6700 |
| 01-08-2021 | P | 500 | $ 20.2900 |
| 01-20-2021 | P | 500 | $ 20.2000 |
| 01-20-2021 | P | 200 | $ 19.9907 |
| 01-20-2021 | P | 800 | $ 19.9906 |
| 01-20-2021 | S | -500 | $ 20.0150 |
| 01-21-2021 | P | 400 | $ 19.7800 |
| 01-21-2021 | P | 500 | $ 20.0000 |
| 02-23-2021 | P | 2000 | $ 12.6797 |
| 03-02-2021 | S | -2000 | $ 13.3310 |
| 03-09-2021 | P | 1000 | $ 10.2000 |

I, Xiankang Yao, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Fremont, California and have a high school diploma. I currently am the owner of Hong Fa Construction, Inc. since 2013 and have been investing in securities for 13 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Romeo Power, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 14,2021.


Name: Xiankang Yao

Signed:

| Case Name | Romeo Power, Inc. (f/k/a RMG ACQUISITION CORP.) |
| Ticker | RMO |
| Class Period | 10-05-2020 to 03-30-2021 |

**Account 1**
**Client Name**
Xiankang Yao

| Date of Transaction | Transaction Type | Quantity | Price per Share |
| --- | --- | --- | --- |
| 12-28-2020 | P | 300 | $ 34.7000 |
| 12-29-2020 | P | 200 | $ 28.5900 |
| 12-29-2020 | P | 200 | $ 27.1800 |
| 12-29-2020 | P | 200 | $ 26.5800 |
| 12-30-2020 | S | -1 | $ 30.5800 |
| 12-31-2020 | P | 101 | $ 23.0000 |
| 01-08-2021 | P | 300 | $ 20.1800 |
| 01-11-2021 | P | 200 | $ 19.8800 |
| 01-12-2021 | P | 300 | $ 18.9800 |
| 01-13-2021 | S | -500 | $ 20.8800 |
| 01-13-2021 | S | -300 | $ 22.5100 |
| 01-14-2021 | P | 300 | $ 22.3800 |
| 01-19-2021 | P | 200 | $ 20.8800 |
| 01-20-2021 | P | 200 | $ 19.8800 |
| 01-22-2021 | P | 300 | $ 19.4800 |
| 01-28-2021 | P | 300 | $ 18.4600 |
| 01-29-2021 | P | 200 | $ 17.7400 |
| 02-01-2021 | P | 500 | $ 17.3800 |
| 02-01-2021 | S | -500 | $ 18.7500 |
| 02-02-2021 | S | -500 | $ 18.9500 |
| 02-04-2021 | P | 300 | $ 18.2800 |
| 02-05-2021 | S | -300 | $ 18.8200 |
| 02-10-2021 | P | 500 | $ 18.5200 |
| 02-11-2021 | S | -500 | $ 17.8409 |
| 02-11-2021 | P | 1000 | $ 17.9000 |
| 02-12-2021 | P | 1000 | $ 16.1000 |
| 02-12-2021 | P | 1000 | $ 16.3500 |
| 02-12-2021 | P | 1000 | $ 16.5000 |
| 02-12-2021 | S | -1000 | $ 16.6101 |
| 02-12-2021 | P | 100 | $ 16.6499 |
| 02-12-2021 | P | 244 | $ 16.6499 |
| 02-12-2021 | P | 200 | $ 16.6499 |
| 02-12-2021 | P | 100 | $ 16.6497 |
| 02-12-2021 | P | 420 | $ 16.6499 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 02-12-2021 | P | 100 | $ 16.6499 |
| 02-12-2021 | P | 100 | $ 16.6499 |
| 02-12-2021 | P | 177 | $ 16.6499 |
| 02-12-2021 | P | 100 | $ 16.6499 |
| 02-12-2021 | P | 100 | $ 16.6499 |
| 02-12-2021 | P | 30 | $ 16.6499 |
| 02-12-2021 | P | 66 | $ 16.6499 |
| 02-12-2021 | P | 5 | $ 16.6500 |
| 02-12-2021 | P | 148 | $ 16.6500 |
| 02-12-2021 | P | 110 | $ 16.6500 |
| 02-16-2021 | P | 3000 | $ 16.6899 |
| 02-16-2021 | P | 2000 | $ 16.4000 |
| 02-16-2021 | P | 300 | $ 15.9600 |
| 02-16-2021 | S | -100 | $ 15.8700 |
| 02-16-2021 | S | -300 | $ 15.8650 |
| 02-16-2021 | S | -453 | $ 15.8611 |
| 02-16-2021 | S | -1847 | $ 15.8601 |
| 02-16-2021 | P | 300 | $ 15.8697 |
| 02-16-2021 | P | 2700 | $ 15.8650 |
| 02-16-2021 | P | 2400 | $ 15.8750 |
| 03-02-2021 | S | -5000 | $ 13.6000 |
| 03-02-2021 | P | 272 | $ 13.0800 |
| 03-02-2021 | P | 4728 | $ 13.1000 |
| 03-03-2021 | P | 3000 | $ 12.5500 |
| 03-03-2021 | P | 2000 | $ 12.3800 |
| 03-03-2021 | P | 5000 | $ 12.2800 |
| 03-03-2021 | P | 5000 | $ 12.0000 |
| 03-04-2021 | P | 5000 | $ 10.0200 |
| 03-04-2021 | S | -5000 | $ 10.2600 |
| 03-05-2021 | S | -30 | $ 09.4400 |
| 03-05-2021 | S | -889 | $ 09.4300 |
| 03-05-2021 | S | -2414 | $ 09.4200 |
| 03-05-2021 | S | -5870 | $ 09.4100 |
| 03-05-2021 | S | -797 | $ 09.4000 |
| 03-05-2021 | P | 10000 | $ 09.0800 |
| 03-05-2021 | S | -10000 | $ 09.2800 |
| 03-05-2021 | S | -10000 | $ 08.9200 |
| 03-05-2021 | P | 20000 | $ 08.8800 |
| 03-05-2021 | S | -10000 | $ 09.0800 |
| 03-05-2021 | P | 10000 | $ 08.9200 |
| 03-05-2021 | S | -10000 | $ 09.0600 |
| 03-05-2021 | S | -10000 | $ 09.1800 |
| 03-05-2021 | P | 20000 | $ 09.5500 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 03-08-2021 | S | -20000 | $ 09.8800 |
| 03-08-2021 | P | 14448 | $ 10.1700 |
| 03-08-2021 | P | 203 | $ 10.1500 |
| 03-08-2021 | P | 2077 | $ 10.1400 |
| 03-08-2021 | P | 2301 | $ 10.1300 |
| 03-08-2021 | P | 467 | $ 10.1200 |
| 03-08-2021 | P | 404 | $ 10.1100 |
| 03-08-2021 | P | 100 | $ 10.1050 |
| 03-09-2021 | S | -10000 | $ 10.6500 |
| 03-09-2021 | S | -10000 | $ 10.8800 |
| 03-09-2021 | P | 10000 | $ 11.3800 |
| 03-10-2021 | S | -10000 | $ 11.4800 |
| 03-10-2021 | P | 10000 | $ 11.8800 |
| 03-10-2021 | S | -10000 | $ 11.9500 |
| 03-10-2021 | P | 10000 | $ 11.7800 |
| 03-10-2021 | P | 10100 | $ 11.5800 |
| 03-10-2021 | S | -10000 | $ 11.8800 |
| 03-10-2021 | P | 10000 | $ 11.9300 |
| 03-10-2021 | S | -10000 | $ 11.9300 |
| 03-10-2021 | P | 10000 | $ 11.7800 |
| 03-12-2021 | S | -15000 | $ 13.6800 |
| 03-12-2021 | S | -15000 | $ 13.6300 |
| 03-12-2021 | P | 4528 | $ 13.7500 |
| 03-12-2021 | P | 9404 | $ 13.8000 |
| 03-12-2021 | P | 1068 | $ 13.7950 |
| 03-15-2021 | P | 15000 | $ 14.1200 |
| 03-17-2021 | S | -10000 | $ 13.1800 |
| 03-17-2021 | P | 10000 | $ 13.0800 |
| 03-17-2021 | S | -10000 | $ 13.1800 |
| 03-17-2021 | P | 10000 | $ 13.0200 |
| 03-17-2021 | S | -10000 | $ 13.1800 |
| 03-17-2021 | P | 10000 | $ 13.0600 |
| 03-17-2021 | S | -10000 | $ 13.2200 |
| 03-17-2021 | P | 10000 | $ 13.2600 |
| 03-17-2021 | S | -10000 | $ 13.3800 |
| 03-17-2021 | P | 10000 | $ 13.3600 |
| 03-17-2021 | S | -10000 | $ 13.4500 |
| 03-18-2021 | P | 9600 | $ 12.9800 |
| 03-18-2021 | P | 400 | $ 12.9700 |
| 03-18-2021 | S | -10000 | $ 13.1800 |
| 03-18-2021 | P | 10000 | $ 12.9500 |
| 03-19-2021 | S | -1300 | $ 12.8100 |
| 03-19-2021 | S | -8700 | $ 12.7900 |

| Date of Transaction | Transaction Type | Quantity | Price per Share |
| --- | --- | --- | --- |
| 03-22-2021 | P | 10000 | $ 13.0800 |
| 03-29-2021 | P | 5000 | $ 10.8800 |
| 03-29-2021 | P | 5000 | $ 10.7800 |
| 03-29-2021 | S | -5000 | $ 10.9800 |
| 03-30-2021 | P | 5000 | $ 10.4600 |

I, Cameron Longan, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Dixon, Illinois and have a bachelor's degree in accounting. I am employed by Bradford Victor Adams Mutual Insurance Co. as an accountant and have been investing in securities for 10 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Romeo Power, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud cases.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 15,2021.

Name: Cameron Longan

Signed:

| Case Name | Romeo Power, Inc. (f/k/a RMG ACQUISITION CORP.) |
| Ticker | RMO |
| Class Period | 10-05-2020 to 03-30-2021 |

**Account 1**
**Client Name**
Cameron Longan

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 12-24-2020 | P | 590 | $ 31.6400 |
| 12-24-2020 | P | 1220 | $ 31.8100 |
| 12-24-2020 | P | 15 | $ 32.1000 |
| 12-28-2020 | P | 2135 | $ 35.6100 |
| 12-28-2020 | P | 2630 | $ 34.8200 |
| 12-28-2020 | P | 20 | $ 34.9700 |
| 01-11-2021 | P | 500 | $ 19.9100 |
| 02-16-2021 | P | 128 | $ 16.1200 |