# EXHIBIT B

| Client Name | Xiankang Yao |
|---|---|
| Company Name | Romeo Power, Inc. (f/k/a RMG ACQUISITION CORP.) |
| Ticker Symbol | RMO |
| Security Type | |
| Class Period Start | 10-05-2020 |
| Class Period End | 03-30-2021 |
| 90-DAY Lookback Period Start | 03-31-2021 |
| 90-DAY Lookback Period End | 06-14-2021 |
| 90-DAY Lookback Average | $ 08.53 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $184,826.23 |
| Gross Shares Purchased | 311,401 |
| Net Shares Retained | 40,100 |
| Net Funds Expended | $570,189.07 |

### Xiankang Yao

| | Purchases | | | | Sales | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 12-28-2020 | 200 | 34.7 | $ 6,940.00 | 03-12-2021 | 200 | | $ 13.63 | $ 2,726.00 | - | - | - | $ 08.53 | | $ 4,214.00 |
| 12-28-2020 | 100 | 34.7 | $ 3,470.00 | | | | | | - | 100 | 100 | $ 08.53 | $ 853.06 | $ 2,616.94 |
| 12-29-2020 | 200 | 28.59 | $ 5,718.00 | 03-12-2021 | 200 | | $ 13.63 | $ 2,726.00 | - | - | - | $ 08.53 | | $ 2,992.00 |
| 12-29-2020 | 200 | 27.18 | $ 5,436.00 | 03-12-2021 | 200 | | $ 13.63 | $ 2,726.00 | - | - | - | $ 08.53 | | $ 2,710.00 |
| 12-29-2020 | 1 | 26.58 | $ 26.58 | 12-30-2020 | 1 | | $ 30.58 | $ 30.58 | - | - | - | $ 08.53 | | -$ 04.00 |
| 12-29-2020 | 199 | 26.58 | $ 5,289.42 | 03-12-2021 | 199 | | $ 13.63 | $ 2,712.37 | - | - | - | $ 08.53 | | $ 2,577.05 |
| 12-31-2020 | 101 | 23 | $ 2,323.00 | 03-12-2021 | 101 | | $ 13.63 | $ 1,376.63 | - | - | - | $ 08.53 | | $ 946.37 |
| 01-08-2021 | 300 | 20.18 | $ 6,054.00 | 01-13-2021 | 300 | | $ 22.51 | $ 6,753.00 | - | - | - | $ 08.53 | | -$ 699.00 |
| 01-11-2021 | 200 | 19.88 | $ 3,976.00 | 01-13-2021 | 200 | | $ 20.88 | $ 4,176.00 | - | - | - | $ 08.53 | | -$ 200.00 |
| 01-12-2021 | 300 | 18.98 | $ 5,694.00 | 01-13-2021 | 300 | | $ 20.88 | $ 6,264.00 | - | - | - | $ 08.53 | | -$ 570.00 |
| 01-14-2021 | 300 | 22.38 | $ 6,714.00 | 03-12-2021 | 300 | | $ 13.63 | $ 4,089.00 | - | - | - | $ 08.53 | | $ 2,625.00 |
| 01-19-2021 | 200 | 20.88 | $ 4,176.00 | 03-12-2021 | 200 | | $ 13.63 | $ 2,726.00 | - | - | - | $ 08.53 | | $ 1,450.00 |
| 01-20-2021 | 200 | 19.88 | $ 3,976.00 | 03-12-2021 | 200 | | $ 13.63 | $ 2,726.00 | - | - | - | $ 08.53 | | $ 1,250.00 |
| 01-22-2021 | 300 | 19.48 | $ 5,844.00 | 03-12-2021 | 300 | | $ 13.63 | $ 4,089.00 | - | - | - | $ 08.53 | | $ 1,755.00 |
| 01-28-2021 | 300 | 18.46 | $ 5,538.00 | 02-02-2021 | 300 | | $ 18.95 | $ 5,685.00 | - | - | - | $ 08.53 | | -$ 147.00 |
| 01-29-2021 | 200 | 17.74 | $ 3,548.00 | 02-02-2021 | 200 | | $ 18.95 | $ 3,790.00 | - | - | - | $ 08.53 | | -$ 242.00 |
| 02-01-2021 | 500 | 17.38 | $ 8,690.00 | 02-01-2021 | 500 | | $ 18.75 | $ 9,375.00 | - | - | - | $ 08.53 | | -$ 685.00 |
| 02-04-2021 | 300 | 18.28 | $ 5,484.00 | 02-05-2021 | 300 | | $ 18.82 | $ 5,646.00 | - | - | - | $ 08.53 | | -$ 162.00 |
| 02-10-2021 | 500 | 18.52 | $ 9,260.00 | 02-11-2021 | 500 | | $ 17.84 | $ 8,920.45 | - | - | - | $ 08.53 | | $ 339.55 |
| 02-11-2021 | 1000 | 17.9 | $ 17,900.00 | 03-12-2021 | 1000 | | $ 13.63 | $ 13,630.00 | - | - | - | $ 08.53 | | $ 4,270.00 |
| 02-12-2021 | 1000 | 16.1 | $ 16,100.00 | 03-12-2021 | 1000 | | $ 13.63 | $ 13,630.00 | - | - | - | $ 08.53 | | $ 2,470.00 |
| 02-12-2021 | 1000 | 16.35 | $ 16,350.00 | 03-12-2021 | 1000 | | $ 13.63 | $ 13,630.00 | - | - | - | $ 08.53 | | $ 2,720.00 |
| 02-12-2021 | 1000 | 16.5 | $ 16,500.00 | 02-12-2021 | 1000 | | $ 16.61 | $ 16,610.10 | - | - | - | $ 08.53 | | -$ 110.10 |
| 02-12-2021 | 100 | 16.6499 | $ 1,664.99 | 03-12-2021 | 100 | | $ 13.63 | $ 1,363.00 | - | - | - | $ 08.53 | | $ 301.99 |
| 02-12-2021 | 244 | 16.6499 | $ 4,062.58 | 03-12-2021 | 244 | | $ 13.63 | $ 3,325.72 | - | - | - | $ 08.53 | | $ 736.86 |
| 02-12-2021 | 200 | 16.6499 | $ 3,329.98 | 03-12-2021 | 200 | | $ 13.63 | $ 2,726.00 | - | - | - | $ 08.53 | | $ 603.98 |
| 02-12-2021 | 100 | 16.6497 | $ 1,664.97 | 03-12-2021 | 100 | | $ 13.63 | $ 1,363.00 | - | - | - | $ 08.53 | | $ 301.97 |
| 02-12-2021 | 420 | 16.6499 | $ 6,992.96 | 03-12-2021 | 420 | | $ 13.63 | $ 5,724.60 | - | - | - | $ 08.53 | | $ 1,268.36 |
| 02-12-2021 | 100 | 16.6499 | $ 1,664.99 | 03-12-2021 | 100 | | $ 13.63 | $ 1,363.00 | - | - | - | $ 08.53 | | $ 301.99 |
| 02-12-2021 | 100 | 16.6499 | $ 1,664.99 | 03-12-2021 | 100 | | $ 13.63 | $ 1,363.00 | - | - | - | $ 08.53 | | $ 301.99 |
| 02-12-2021 | 177 | 16.6499 | $ 2,947.03 | 03-12-2021 | 177 | | $ 13.63 | $ 2,412.51 | - | - | - | $ 08.53 | | $ 534.52 |
| 02-12-2021 | 100 | 16.6499 | $ 1,664.99 | 03-12-2021 | 100 | | $ 13.63 | $ 1,363.00 | - | - | - | $ 08.53 | | $ 301.99 |
| 02-12-2021 | 100 | 16.6499 | $ 1,664.99 | 03-12-2021 | 100 | | $ 13.63 | $ 1,363.00 | - | - | - | $ 08.53 | | $ 301.99 |
| 02-12-2021 | 30 | 16.6499 | $ 499.50 | 03-12-2021 | 30 | | $ 13.63 | $ 408.90 | - | - | - | $ 08.53 | | $ 90.60 |
| 02-12-2021 | 66 | 16.6499 | $ 1,098.89 | 03-12-2021 | 66 | | $ 13.63 | $ 899.58 | - | - | - | $ 08.53 | | $ 199.31 |
| 02-12-2021 | 5 | 16.65 | $ 83.25 | 03-12-2021 | 5 | | $ 13.63 | $ 68.15 | - | - | - | $ 08.53 | | $ 15.10 |
| 02-12-2021 | 148 | 16.65 | $ 2,464.20 | 03-12-2021 | 148 | | $ 13.63 | $ 2,017.24 | - | - | - | $ 08.53 | | $ 446.96 |
| 02-12-2021 | 110 | 16.65 | $ 1,831.50 | 03-12-2021 | 110 | | $ 13.63 | $ 1,499.30 | - | - | - | $ 08.53 | | $ 332.20 |
| 02-16-2021 | 400 | 16.6899 | $ 6,675.96 | 02-16-2021 | 400 | | $ 15.86 | $ 6,344.04 | - | - | - | $ 08.53 | | $ 331.92 |
| 02-16-2021 | 2600 | 16.6899 | $ 43,393.74 | 03-12-2021 | 2600 | | $ 13.63 | $ 35,438.00 | - | - | - | $ 08.53 | | $ 7,955.74 |
| 02-16-2021 | 100 | 16.4 | $ 1,640.00 | 02-16-2021 | 100 | | $ 15.87 | $ 1,586.50 | - | - | - | $ 08.53 | | $ 53.50 |
| 02-16-2021 | 453 | 16.4 | $ 7,429.20 | 02-16-2021 | 453 | | $ 15.86 | $ 7,185.08 | - | - | - | $ 08.53 | | $ 244.12 |
| 02-16-2021 | 1447 | 16.4 | $ 23,730.80 | 02-16-2021 | 1447 | | $ 15.86 | $ 22,949.56 | - | - | - | $ 08.53 | | $ 781.24 |
| 02-16-2021 | 100 | 15.96 | $ 1,596.00 | 02-16-2021 | 100 | | $ 15.87 | $ 1,587.00 | - | - | - | $ 08.53 | | $ 09.00 |
| 02-16-2021 | 200 | 15.96 | $ 3,192.00 | 02-16-2021 | 200 | | $ 15.87 | $ 3,173.00 | - | - | - | $ 08.53 | | $ 19.00 |
| 02-16-2021 | 300 | 15.8697 | $ 4,760.91 | 03-12-2021 | 300 | | $ 13.63 | $ 4,089.00 | - | - | - | $ 08.53 | | $ 671.91 |
| 02-16-2021 | 2600 | 15.865 | $ 41,249.00 | 03-02-2021 | 2600 | | $ 13.60 | $ 35,360.00 | - | - | - | $ 08.53 | | $ 5,889.00 |
| 02-16-2021 | 100 | 15.865 | $ 1,586.50 | 03-12-2021 | 100 | | $ 13.63 | $ 1,363.00 | - | - | - | $ 08.53 | | $ 223.50 |
| 02-16-2021 | 2400 | 15.875 | $ 38,100.00 | 03-02-2021 | 2400 | | $ 13.60 | $ 32,640.00 | - | - | - | $ 08.53 | | $ 5,460.00 |
| 03-02-2021 | 272 | 13.08 | $ 3,557.76 | 03-05-2021 | 272 | | $ 08.92 | $ 2,426.24 | - | - | - | $ 08.53 | | $ 1,131.52 |
| 03-02-2021 | 4728 | 13.1 | $ 61,936.80 | 03-05-2021 | 4728 | | $ 08.92 | $ 42,173.76 | - | - | - | $ 08.53 | | $ 19,763.04 |
| 03-03-2021 | 3000 | 12.55 | $ 37,650.00 | 03-05-2021 | 3000 | | $ 08.92 | $ 26,760.00 | - | - | - | $ 08.53 | | $ 10,890.00 |
| 03-03-2021 | 2000 | 12.38 | $ 24,760.00 | 03-05-2021 | 2000 | | $ 08.92 | $ 17,840.00 | - | - | - | $ 08.53 | | $ 6,920.00 |
| 03-03-2021 | 4203 | 12.28 | $ 51,612.84 | 03-05-2021 | 4203 | | $ 09.41 | $ 39,550.23 | - | - | - | $ 08.53 | | $ 12,062.61 |

| | Purchases | | | | Sales | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 03-03-2021 | 797 | 12.28 | $ 9,787.16 | 03-05-2021 | 797 | | $ 09.40 | $ 7,491.86 | | | | $ 08.53 | | $ 2,295.36 |
| 03-03-2021 | 30 | 12 | $ 360.00 | 03-05-2021 | 30 | | $ 09.44 | $ 283.20 | - | - | - | $ 08.53 | | $ 76.80 |
| 03-03-2021 | 889 | 12 | $ 10,668.00 | 03-05-2021 | 889 | | $ 09.43 | $ 8,383.27 | - | - | - | $ 08.53 | | $ 2,284.73 |
| 03-03-2021 | 2414 | 12 | $ 28,968.00 | 03-05-2021 | 2414 | | $ 09.42 | $ 22,739.88 | - | - | - | $ 08.53 | | $ 6,228.12 |
| 03-03-2021 | 1667 | 12 | $ 20,004.00 | 03-05-2021 | 1667 | | $ 09.41 | $ 15,686.47 | - | - | - | $ 08.53 | | $ 4,317.53 |
| 03-04-2021 | 5000 | 10.02 | $ 50,100.00 | 03-04-2021 | 5000 | | $ 10.26 | $ 51,300.00 | - | - | - | $ 08.53 | | -$ 1,200.00 |
| 03-05-2021 | 10000 | 9.08 | $ 90,800.00 | 03-05-2021 | 10000 | | $ 09.28 | $ 92,800.00 | - | - | - | $ 08.53 | | -$ 2,000.00 |
| 03-05-2021 | 10000 | 8.88 | $ 88,800.00 | 03-05-2021 | 10000 | | $ 09.08 | $ 90,800.00 | - | - | - | $ 08.53 | | -$ 2,000.00 |
| 03-05-2021 | 10000 | 8.88 | $ 88,800.00 | 03-05-2021 | 10000 | | $ 09.18 | $ 91,800.00 | - | - | - | $ 08.53 | | -$ 3,000.00 |
| 03-05-2021 | 10000 | 8.92 | $ 89,200.00 | 03-05-2021 | 10000 | | $ 09.06 | $ 90,600.00 | - | - | - | $ 08.53 | | -$ 1,400.00 |
| 03-05-2021 | 20000 | 9.55 | $ 191,000.00 | 03-08-2021 | 20000 | | $ 09.88 | $ 197,600.00 | - | - | - | $ 08.53 | | -$ 6,600.00 |
| 03-08-2021 | 4448 | 10.17 | $ 45,236.16 | 03-09-2021 | 4448 | | $ 10.65 | $ 47,371.20 | - | - | - | $ 08.53 | | -$ 2,135.04 |
| 03-08-2021 | 10000 | 10.17 | $ 101,700.00 | 03-09-2021 | 10000 | | $ 10.88 | $ 108,800.00 | - | - | - | $ 08.53 | | -$ 7,100.00 |
| 03-08-2021 | 203 | 10.15 | $ 2,060.45 | 03-09-2021 | 203 | | $ 10.65 | $ 2,161.95 | - | - | - | $ 08.53 | | -$ 101.50 |
| 03-08-2021 | 2077 | 10.14 | $ 21,060.78 | 03-09-2021 | 2077 | | $ 10.65 | $ 22,120.05 | - | - | - | $ 08.53 | | -$ 1,059.27 |
| 03-08-2021 | 2301 | 10.13 | $ 23,309.13 | 03-09-2021 | 2301 | | $ 10.65 | $ 24,505.65 | - | - | - | $ 08.53 | | -$ 1,196.52 |
| 03-08-2021 | 467 | 10.12 | $ 4,726.04 | 03-09-2021 | 467 | | $ 10.65 | $ 4,973.55 | - | - | - | $ 08.53 | | -$ 247.51 |
| 03-08-2021 | 404 | 10.11 | $ 4,084.44 | 03-09-2021 | 404 | | $ 10.65 | $ 4,302.60 | - | - | - | $ 08.53 | | -$ 218.16 |
| 03-08-2021 | 100 | 10.105 | $ 1,010.50 | 03-09-2021 | 100 | | $ 10.65 | $ 1,065.00 | - | - | - | $ 08.53 | | -$ 54.50 |
| 03-09-2021 | 10000 | 11.38 | $ 113,800.00 | 03-10-2021 | 10000 | | $ 11.48 | $ 114,800.00 | - | - | - | $ 08.53 | | -$ 1,000.00 |
| 03-10-2021 | 10000 | 11.88 | $ 118,800.00 | 03-10-2021 | 10000 | | $ 11.95 | $ 119,500.00 | - | - | - | $ 08.53 | | -$ 700.00 |
| 03-10-2021 | 4900 | 11.78 | $ 57,722.00 | 03-12-2021 | 4900 | | $ 13.68 | $ 67,032.00 | - | - | - | $ 08.53 | | -$ 9,310.00 |
| 03-10-2021 | 5100 | 11.78 | $ 60,078.00 | 03-12-2021 | 5100 | | $ 13.63 | $ 69,513.00 | - | - | - | $ 08.53 | | -$ 9,435.00 |
| 03-10-2021 | 10000 | 11.58 | $ 115,800.00 | 03-12-2021 | 10000 | | $ 11.88 | $ 118,800.00 | - | - | - | $ 08.53 | | -$ 3,000.00 |
| 03-10-2021 | 100 | 11.58 | $ 1,158.00 | 03-12-2021 | 100 | | $ 13.68 | $ 1,368.00 | - | - | - | $ 08.53 | | -$ 210.00 |
| 03-10-2021 | 10000 | 11.93 | $ 119,300.00 | 03-10-2021 | 10000 | | $ 11.93 | $ 119,300.00 | - | - | - | $ 08.53 | | |
| 03-10-2021 | 10000 | 11.78 | $ 117,800.00 | 03-12-2021 | 10000 | | $ 13.68 | $ 136,800.00 | - | - | - | $ 08.53 | | -$ 19,000.00 |
| 03-12-2021 | 4528 | 13.75 | $ 62,260.00 | | | | | | - | 4528 | 4528 | $ 08.53 | $ 38,626.45 | $ 23,633.55 |
| 03-12-2021 | 3932 | 13.8 | $ 54,261.60 | 04-06-2021 | | 3932 | $ 11.20 | | $ 44,039.97 | 3932 | - | $ 08.53 | | $ 10,221.63 |
| 03-12-2021 | 5472 | 13.8 | $ 75,513.60 | | | | | | - | 5472 | 5472 | $ 08.53 | $ 46,679.32 | $ 28,834.28 |
| 03-12-2021 | 1068 | 13.795 | $ 14,733.06 | 04-06-2021 | | 1068 | $ 11.20 | | $ 11,962.03 | 1068 | - | $ 08.53 | | $ 2,771.03 |
| 03-15-2021 | 10000 | 14.12 | $ 141,200.00 | 03-17-2021 | 10000 | | $ 13.18 | $ 131,800.00 | - | - | - | $ 08.53 | | $ 9,400.00 |
| 03-15-2021 | 2 | 14.12 | $ 28.24 | 04-06-2021 | | 2 | $ 11.21 | | $ 22.42 | 2 | - | $ 08.53 | | $ 05.82 |
| 03-15-2021 | 4998 | 14.12 | $ 70,571.76 | 04-06-2021 | | 4998 | $ 11.20 | | $ 55,979.60 | 4998 | - | $ 08.53 | | $ 14,592.16 |
| 03-17-2021 | 10000 | 13.08 | $ 130,800.00 | 03-17-2021 | 10000 | | $ 13.18 | $ 131,800.00 | - | - | - | $ 08.53 | | -$ 1,000.00 |
| 03-17-2021 | 10000 | 13.02 | $ 130,200.00 | 03-17-2021 | 10000 | | $ 13.18 | $ 131,800.00 | - | - | - | $ 08.53 | | -$ 1,600.00 |
| 03-17-2021 | 10000 | 13.06 | $ 130,600.00 | 03-17-2021 | 10000 | | $ 13.22 | $ 132,200.00 | - | - | - | $ 08.53 | | -$ 1,600.00 |
| 03-17-2021 | 10000 | 13.26 | $ 132,600.00 | 03-17-2021 | 10000 | | $ 13.38 | $ 133,800.00 | - | - | - | $ 08.53 | | -$ 1,200.00 |
| 03-17-2021 | 10000 | 13.36 | $ 133,600.00 | 03-17-2021 | 10000 | | $ 13.45 | $ 134,500.00 | - | - | - | $ 08.53 | | -$ 900.00 |
| 03-18-2021 | 9600 | 12.98 | $ 124,608.00 | 03-18-2021 | 9600 | | $ 13.18 | $ 126,528.00 | - | - | - | $ 08.53 | | -$ 1,920.00 |
| 03-18-2021 | 400 | 12.97 | $ 5,188.00 | 03-18-2021 | 400 | | $ 13.18 | $ 5,272.00 | - | - | - | $ 08.53 | | -$ 84.00 |
| 03-18-2021 | 1300 | 12.95 | $ 16,835.00 | 03-19-2021 | 1300 | | $ 12.81 | $ 16,653.00 | - | - | - | $ 08.53 | | $ 182.00 |
| 03-18-2021 | 8700 | 12.95 | $ 112,665.00 | 03-19-2021 | 8700 | | $ 12.79 | $ 111,273.00 | - | - | - | $ 08.53 | | $ 1,392.00 |
| 03-22-2021 | 10000 | 13.08 | $ 130,800.00 | 04-06-2021 | | 10000 | $ 09.36 | | $ 93,600.00 | 10000 | - | $ 08.53 | | $ 37,200.00 |
| 03-29-2021 | 5000 | 10.88 | $ 54,400.00 | 04-06-2021 | | 5000 | $ 09.36 | | $ 46,800.00 | 5000 | - | $ 08.53 | | $ 7,600.00 |
| 03-29-2021 | 5000 | 10.78 | $ 53,900.00 | 03-29-2021 | 5000 | | $ 10.98 | $ 54,900.00 | - | - | - | $ 08.53 | | -$ 1,000.00 |
| 03-30-2021 | 5000 | 10.46 | $ 52,300.00 | 04-06-2021 | | 5000 | $ 09.36 | | $ 46,800.00 | 5000 | - | $ 08.53 | | $ 5,500.00 |
| **Total:** | **311,401** | | **$3,754,375.24** | | **271,301** | **30,000** | | **$3,184,186.16** | **$299,204.02** | **40,100** | **10,100** | | **$86,158.83** | **$184,826.23** |

| Client Name | Cameron Longan |
|---|---|
| Company Name | Romeo Power, Inc. (f/k/a RMG ACQUISITION CORP.) |
| Ticker Symbol | RMO |
| Security Type | |
| Class Period Start | 10-05-2020 |
| Class Period End | 03-30-2021 |
| 90-DAY Lookback Period Start | 03-31-2021 |
| 90-DAY Lookback Period End | 06-14-2021 |
| 90-DAY Lookback Average | $ 08.53 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $176,534.69 |
| Gross Shares Purchased | 7,238 |
| Net Shares Retained | 7,238 |
| Net Funds Expended | $238,279.01 |

**Cameron Longan**

| | Purchases | | | | Sales | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 12-24-2020 | 590 | 31.64 | $ 18,667.60 | | | | | | - | 590 | 590 | $ 08.53 | $ 5,033.04 | $ 13,634.56 |
| 12-24-2020 | 1220 | 31.81 | $ 38,808.20 | | | | | | - | 1220 | 1220 | $ 08.53 | $ 10,407.30 | $ 28,400.90 |
| 12-24-2020 | 15 | 32.1 | $ 481.50 | | | | | | - | 15 | 15 | $ 08.53 | $ 127.96 | $ 353.54 |
| 12-28-2020 | 2135 | 35.61 | $ 76,027.35 | | | | | | - | 2135 | 2135 | $ 08.53 | $ 18,212.78 | $ 57,814.57 |
| 12-28-2020 | 2630 | 34.82 | $ 91,576.60 | | | | | | - | 2630 | 2630 | $ 08.53 | $ 22,435.42 | $ 69,141.18 |
| 12-28-2020 | 20 | 34.97 | $ 699.40 | | | | | | - | 20 | 20 | $ 08.53 | $ 170.61 | $ 528.79 |

| Trade Date | Shares | Price | Total Cost | | | | Shares | Shares | Per Share | Retained Value | LIFO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-11-2021 | 500 | 19.91 | $ 9,955.00 | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 5,689.71 |
| 02-16-2021 | 128 | 16.12 | $ 2,063.36 | - | | | 128 | 128 | $ 08.53 | $ 1,091.91 | $ 971.45 |
| **Total:** | **7,238** | | **$238,279.01** | | | | **7,238** | **7,238** | | **$61,744.32** | **$176,534.69** |

| | |
|---|---|
| **Client Name** | Anh Nguyen |
| **Company Name** | Romeo Power, Inc. (f/k/a RMG ACQUISITION CORP.) |
| **Ticker Symbol** | RMO |
| **Security Type** | |
| **Class Period Start** | 10-05-2020 |
| **Class Period End** | 03-30-2021 |
| **90-DAY Lookback Period Start** | 03-31-2021 |
| **90-DAY Lookback Period End** | 06-14-2021 |
| **90-DAY Lookback Average** | $ 08.53 |
| **Pre Class Period Holdings** | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $83,432.72 |
| Gross Shares Purchased | 9,800 |
| Net Shares Retained | 7,300 |
| Net Funds Expended | $146,085.35 |

**Anh Nguyen**

| | Purchases | | | | Sales | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO |
| 12-30-2020 | 400 | 26.4808 | $ 10,592.32 | | | | | | - | 400 | 400 | $ 08.53 | $ 3,412.23 | $ 7,180.09 |
| 12-31-2020 | 500 | 23.582 | $ 11,791.00 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 7,525.71 |
| 12-31-2020 | 500 | 23.5701 | $ 11,785.05 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 7,519.76 |
| 12-31-2020 | 400 | 23.0799 | $ 9,231.96 | | | | | | | 400 | 400 | $ 08.53 | $ 3,412.23 | $ 5,819.73 |
| 12-31-2020 | 100 | 23.075 | $ 2,307.50 | | | | | | | 100 | 100 | $ 08.53 | $ 853.06 | $ 1,454.44 |
| 12-31-2020 | 500 | 22.78 | $ 11,390.00 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 7,124.71 |
| 12-31-2020 | 500 | 22.5 | $ 11,250.00 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 6,984.71 |
| 01-04-2021 | 500 | 20.73 | $ 10,365.00 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 6,099.71 |
| 01-04-2021 | 500 | 20.67 | $ 10,335.00 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 6,069.71 |
| 01-08-2021 | 500 | 20.29 | $ 10,145.00 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 5,879.71 |
| 01-20-2021 | 500 | 20.2 | $ 10,100.00 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 5,834.71 |
| 01-20-2021 | 200 | 19.9907 | $ 3,998.14 | | | | | | | 200 | 200 | $ 08.53 | $ 1,706.12 | $ 2,292.02 |
| 01-20-2021 | 500 | 19.9906 | $ 9,995.30 | 01-20-2021 | 500 | | $ 20.02 | $ 10,007.50 | - | - | - | $ 08.53 | | -$ 12.20 |
| 01-20-2021 | 300 | 19.9906 | $ 5,997.18 | | | | | | | 300 | 300 | $ 08.53 | $ 2,559.17 | $ 3,438.01 |
| 01-21-2021 | 400 | 19.78 | $ 7,912.00 | | | | | | | 400 | 400 | $ 08.53 | $ 3,412.23 | $ 4,499.77 |
| 01-21-2021 | 500 | 20 | $ 10,000.00 | | | | | | | 500 | 500 | $ 08.53 | $ 4,265.29 | $ 5,734.71 |
| 02-23-2021 | 2000 | 12.6797 | $ 25,359.40 | 03-02-2021 | 2000 | | $ 13.33 | $ 26,662.00 | - | - | - | $ 08.53 | | -$ 1,302.60 |
| 03-09-2021 | 1000 | 10.2 | $ 10,200.00 | 05-03-2021 | | 1000 | $ 08.91 | | $ 8,910.00 | 1000 | - | $ 08.53 | | $ 1,290.00 |
| **Total:** | **9,800** | | **$182,754.85** | | **2,500** | **1,000** | | **$36,669.50** | **$8,910** | **7,300** | **6,300** | | **$53,742.63** | **$83,432.72** |

| SUMMARY OF FINANCIAL INTEREST - YAO, LONGAN, NGUYEN | |
|---|---|
| LIFO Loss Total | $ 444,793.64 |
| Gross Shares Purchased | 328,439 |
| Net Shares Retained | 54,638 |
| Net Funds Expended | $954,553.43 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.