UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS NICHOLS, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>                    Defendants. | Case No.  1:21-cv-03362-LGS [rel. 1:21-cv-04058-LGS]<br><br>NOTICE OF MOTION OF MOATASSEM YOUSEF AND MOATH MAJED YOUSEF FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL |
| VICTOR J. TONER, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>    v.<br><br>ROMEO POWER, INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>                    Defendants. | Case No.  1:21-cv-04058-LGS [rel. 1:21-cv-03362-LGS] |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Moatassem Yousef and Moath Majed Yousef (collectively, the "Yousef Brothers"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the Yousef Brothers as Co-Lead Plaintiffs on behalf of a class of all persons and entities who purchased the publicly traded securities of Romeo Power Inc. (f/k/a RMG Acquisition Corp.) during the period October 5, 2020 through March 30, 2021, inclusive (the "Class"); and (3) approving proposed Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.

The Yousef Brothers are aware of Rule III.A.1. of the Honorable Lorna G. Schofield's Individual Rules and Procedures for Civil Cases ("Judge Schofield's Rules"), which provides, in relevant part: "Before bringing any motion (*except* certain specific motions . . . [not at issue here]), a party shall file a letter motion on ECF requesting a pre-motion conference."  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is June 15, 2021, on which date any member of the putative class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  The Yousef Brothers will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until June 16, 2021—the day after the statutory deadline—making a pre-motion conference with the Court prior to the filing of the Yousef Brothers' motion papers impracticable.  Under these circumstances, the Yousef Brothers respectfully request that compliance with Rule III.A.1. Judge Schofield's Rules be waived in this instance.  Alternatively, the Yousef Brothers respectfully

1

submit that the 60-day PSLRA deadline falls within the exception provided for in Rule I.A.1 of Judge Schofield's Rules, which states, in relevant part: "Nothing in these Individual Practices supersedes a specific time period for filing a motion specified by statute . . . where failure to comply with the specified time period could result in forfeiture of a substantive right."

Dated:  June 15, 2021

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

*Counsel for Moatassem Yousef and Moath Majed Yousef and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Moatassem Yousef and Moath Majed Yousef*

2