UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS NICHOLS, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>   v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>                      Defendants. | Case No.  1:21-cv-03362-LGS [rel. 1:21-cv-04058-LGS]<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF MOATASSEM YOUSEF AND MOATH MAJED YOUSEF FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL |
| VICTOR J. TONER, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>     v.<br><br>ROMEO POWER, INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>                      Defendants. | Case No.  1:21-cv-04058-LGS [rel. 1:21-cv-03362-LGS] |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Moatassem Yousef and Moath Majed Yousef (collectively, the "Yousef Brothers"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the Yousef Brothers' motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Co-Lead Plaintiffs for the Class, and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting the financial interest of the Yousef Brothers in the Related Actions;

Exhibit B:    Press release published over *Globe Newswire* on April 16, 2021, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:    Shareholder Certifications executed by the Yousef Brothers;

Exhibit D:    Joint Declaration executed by the Yousef Brothers; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 15, 2021.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1