# EXHIBIT A

**Romeo Power Inc. (f/k/a/ RMG Acquisition Corp)**
**Class Period: October 5, 2020 to March 30, 2021**

| Plaintiff | Ticker | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 76-Day* Mean Price $8.5306 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yousef, Moatassem | RMG | 12/28/2020 | 3,200 | $32.9709 | (105,507) | 1/6/2021 | (1,500) | $19.9901 | $29,985 | | | | |
| Yousef, Moatassem | RMG | 12/28/2020 | 900 | $32.8400 | (29,556) | 1/26/2021 | (10) | $20.1363 | $201 | | | | |
| Yousef, Moatassem | RMG | 12/29/2020 | 500 | $28.3200 | (14,160) | 1/26/2021 | (200) | $20.3555 | $4,071 | | | | |
| Yousef, Moatassem | RMO | 1/6/2021 | 1,000 | $19.9500 | (19,950) | 2/4/2021 | (184) | $18.6602 | $3,433 | | | | |
| Yousef, Moatassem | RMO | 1/6/2021 | 1,000 | $20.1000 | (20,100) | 2/18/2021 | (170) | $14.5525 | $2,474 | | | | |
| Yousef, Moatassem | RMO | 1/7/2021 | 957 | $20.9600 | (20,059) | 2/18/2021 | (550) | $14.5502 | $8,003 | | | | |
| Yousef, Moatassem | RMO | 1/13/2021 | 243 | $22.7300 | (5,523) | 3/4/2021 | (899) | $10.0601 | $9,044 | | | | |
| Yousef, Moatassem | RMO | 1/27/2021 | 100 | $19.4900 | (1,949) | 3/16/2021** | (587) | $12.8600 | $7,549 | | | | |
| Yousef, Moatassem | RMO | 3/10/2021 | 250 | $11.8900 | (2,973) | 3/30/2021** | (6,450) | $10.0000 | $64,500 | | | | |
| Yousef, Moatassem | RMO | 3/11/2021 | 750 | $12.9000 | (9,675) | | | | | | | | |
| Yousef, Moatassem | RMO | 3/15/2021 | 100 | $14.0600 | (1,406) | | | | | | | | |
| Yousef, Moatassem | RMO | 3/17/2021 | 250 | $13.4499 | (3,362) | | | | | | | | |
| Yousef, Moatassem | RMO | 3/17/2021 | 200 | $13.4790 | (2,696) | | | | | | | | |
| Yousef, Moatassem | RMO | 3/17/2021 | 100 | $13.6300 | (1,363) | | | | | | | | |
| Yousef, Moatassem | RMO | 3/18/2021 | 500 | $12.4100 | (6,205) | | | | | | | | |
| Yousef, Moatassem | RMO | 3/19/2021 | 500 | $13.3500 | (6,675) | | | | | | | | |
| **Yousef, Moatassem** | | | **10,550** | | **($251,159)** | | **(10,550)** | | **$129,260** | **6,450** | **0** | | **($121,898)** |
| | | | | | | | | | | | | | |
| Yousef, Moath Majed | RMO | 12/31/2020** | 80 | $25.9900 | ($2,079) | 1/12/2021 | (2,920) | $18.9650 | $55,378 | | | | |
| Yousef, Moath Majed | RMO | 1/4/2021 | 2,460 | $20.0710 | ($49,375) | 1/15/2021 | (41,984) | $21.6700 | $909,793 | | | | |
| Yousef, Moath Majed | RMO | 1/5/2021 | 2,065 | $19.5000 | ($40,268) | 1/20/2021 | (1,675) | $19.9340 | $33,389 | | | | |
| Yousef, Moath Majed | RMO | 1/7/2021 | 5,395 | $20.4930 | ($110,560) | 1/21/2021 | (950) | $19.8710 | $18,877 | | | | |
| Yousef, Moath Majed | RMO | 1/8/2021 | 20,920 | $21.0640 | ($440,659) | 1/22/2021 | (300) | $19.7000 | $5,910 | | | | |
| Yousef, Moath Majed | RMO | 1/14/2021** | 4,485 | $23.2710 | ($104,370) | 1/25/2021 | (1,030) | $18.6300 | $19,189 | | | | |
| Yousef, Moath Majed | RMO | 1/15/2021 | 29,602 | $22.2980 | ($660,065) | 1/26/2021 | (1) | $20.6020 | $21 | | | | |
| Yousef, Moath Majed | RMO | 1/19/2021 | 10,372 | $21.0300 | ($218,123) | 1/28/2021 | (2,659) | $18.5620 | $49,356 | | | | |
| Yousef, Moath Majed | RMO | 1/20/2021 | 55 | $19.9990 | ($1,100) | 1/29/2021 | (1) | $17.6300 | $18 | | | | |
| Yousef, Moath Majed | RMO | 1/21/2021 | 5 | $19.8470 | ($99) | 2/11/2021 | (2,354) | $17.9090 | $42,158 | | | | |
| Yousef, Moath Majed | RMO | 1/22/2021 | 120 | $19.7120 | ($2,365) | 2/17/2021 | (4,360) | $15.3910 | $67,105 | | | | |
| Yousef, Moath Majed | RMO | 1/25/2021 | 80 | $18.3510 | ($1,468) | 2/18/2021 | (1,500) | $14.6270 | $21,941 | | | | |
| Yousef, Moath Majed | RMO | 1/27/2021 | 1,380 | $18.9660 | ($26,173) | 2/19/2021 | (2,030) | $14.7530 | $29,949 | | | | |
| Yousef, Moath Majed | RMO | 1/28/2021 | 74 | $18.4520 | ($1,365) | 2/22/2021 | (5,422) | $14.6500 | $79,432 | | | | |
| Yousef, Moath Majed | RMO | 1/29/2021 | 1,044 | $18.1930 | ($18,993) | 2/23/2021 | (2,400) | $12.6140 | $30,274 | | | | |
| Yousef, Moath Majed | RMO | 2/1/2021 | 2,028 | $18.1580 | ($36,824) | 3/5/2021 | (1,188) | $9.2540 | $10,994 | | | | |
| Yousef, Moath Majed | RMO | 2/2/2021 | 1,035 | $18.9170 | ($19,579) | 3/8/2021 | (1,810) | $9.5060 | $17,206 | | | | |
| Yousef, Moath Majed | RMO | 2/3/2021 | 255 | $18.9080 | ($4,822) | 3/9/2021 | (59,200) | $11.3060 | $669,315 | | | | |
| Yousef, Moath Majed | RMO | 2/8/2021 | 3,335 | $18.8970 | ($63,021) | 3/10/2021 | (16,357) | $11.8870 | $194,436 | | | | |
| Yousef, Moath Majed | RMO | 2/9/2021 | 1,584 | $18.8440 | ($29,849) | 3/11/2021 | (21,340) | $13.2000 | $281,688 | | | | |
| Yousef, Moath Majed | RMO | 2/12/2021 | 3,812 | $17.1440 | ($65,353) | 3/12/2021 | (1,500) | $13.3130 | $19,970 | | | | |
| Yousef, Moath Majed | RMO | 3/4/2021 | 1,398 | $10.2250 | ($14,295) | 3/16/2021 | (4,998) | $13.0060 | $65,004 | | | | |
| Yousef, Moath Majed | RMO | 3/8/2021 | 200 | $9.5090 | ($1,902) | 3/16/2021 | (3,162) | $13.8610 | $43,828 | | | | |
| Yousef, Moath Majed | RMO | 3/9/2021 | 40,858 | $11.4790 | ($469,009) | 3/17/2021 | (9,100) | $13.1390 | $119,565 | | | | |
| Yousef, Moath Majed | RMO | 3/10/2021 | 20,650 | $11.9240 | ($246,231) | 3/18/2021 | (4,098) | $13.1170 | $53,753 | | | | |
| Yousef, Moath Majed | RMO | 3/11/2021 | 16,190 | $13.3920 | ($216,816) | 3/19/2021 | (5,000) | $12.6040 | $63,020 | | | | |
| Yousef, Moath Majed | RMO | 3/12/2021 | 1,500 | $13.3200 | ($19,980) | 3/22/2021 | (29,000) | $13.0670 | $378,943 | | | | |
| Yousef, Moath Majed | RMO | 3/15/2021 | 3,161 | $14.1730 | ($44,801) | 3/25/2021 | (2,000) | $11.5420 | $23,084 | | | | |
| Yousef, Moath Majed | RMO | 3/18/2021 | 4,098 | $13.1560 | ($53,913) | | | | | | | | |
| Yousef, Moath Majed | RMO | 3/18/2021 | 14,098 | $13.0620 | ($184,148) | | | | | | | | |
| Yousef, Moath Majed | RMO | 3/19/2021 | 5,001 | $12.6670 | ($63,348) | | | | | | | | |
| Yousef, Moath Majed | RMO | 3/22/2021 | 29,000 | $13.1840 | ($382,336) | | | | | | | | |
| Yousef, Moath Majed | RMO | 3/24/2021 | 2,000 | $11.6770 | ($23,354) | | | | | | | | |
| **Yousef, Moath Majed** | | | **228,340** | | **($3,616,644)** | | **(228,339)** | | **$3,303,595** | **1** | **1** | **$9** | **($313,041)** |

Summary

| Plaintiff | | | Shares | | Amount | | Shares | | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yousef, Moatassem | | | 10,550 | | ($251,159) | | (10,550) | | $129,260 | 6,450 | 0 | | ($121,898) |
| Yousef, Moath Majed | | | 228,340 | | ($3,616,644) | | (228,339) | | $3,303,595 | 1 | 1 | | ($313,041) |
| **Total** | | | **238,890** | | **($3,867,803)** | | **(238,889)** | | **$3,432,855** | **6,451** | **1** | | **($434,939)** |

*Avg Closing Prices from March 31 to June 14
**After-hour trades