UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

TRAVIS NICHOLS, Individually and on
Behalf of All Others Similarly Situated,

                 Plaintiff,

   vs.

ROMEO POWER, INC. (f/k/a RMG
ACQUISITION CORP.), LIONEL E.
SELWOOD, JR., LAUREN WEBB, ROBERT
S. MANCINI, PHILIP KASSIN, D. JAMES
CARPENTER, STEVEN P. BUFFONE, W.
GRANT GREGORY, W. THADDEUS
MILLER, and CRAIG BRODERICK,

                 Defendants.

:   Civil Action No. 1:21-cv-03362-LGS

:   <u>CLASS ACTION</u>

———————————————————— x

VICTOR J. TONER, Individually and on
Behalf of All Others Similarly Situated,

                 Plaintiff,

   vs.

ROMEO POWER, INC. (f/k/a RMG
ACQUISITION CORP.), LIONEL E.
SELWOOD, JR., LAUREN WEBB, ROBERT
S. MANCINI, PHILIP KASSIN, D. JAMES
CARPENTER, STEVEN P. BUFFONE, W.
GRANT GREGORY, W. THADDEUS
MILLER, and CRAIG BRODERICK,

                 Defendants.

:   Civil Action No. 1:21-cv-04058-LGS

:   <u>CLASS ACTION</u>

———————————————————— x

NOTICE OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, FOR
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S
SELECTION OF LEAD COUNSEL

4827-7628-2094.v1

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Humam Bianouni will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 1106 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order: (1) consolidating the above-captioned related securities class actions; (2) appointing Mr. Bianouni as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*; and (3) approving Mr. Bianouni's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the proposed class.  In support of this Motion, Mr. Bianouni submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  June 15, 2021    ROBBINS GELLER RUDMAN
            & DOWD LLP
        SAMUEL H. RUDMAN
        DAVID A. ROSENFELD


            *s/ David A. Rosenfeld*
        DAVID A. ROSENFELD

        58 South Service Road, Suite 200
        Melville, NY  11747
        Telephone:  631/367-7100
        631/367-1173 (fax)
        srudman@rgrdlaw.com
        drosenfeld@rgrdlaw.com

        ROBBINS GELLER RUDMAN
            & DOWD LLP
        DANIELLE S. MYERS
        JUAN CARLOS SANCHEZ
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)
        dmyers@rgrdlaw.com
        jsanchez@rgrdlaw.com

        [Proposed] Lead Counsel for [Proposed] Lead
        Plaintiff

- 1 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 15, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

4827-7628-2094.v1

## Mailing Information for a Case 1:21-cv-03362-LGS Nichols v. Romeo Power Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Jeff G. Hammel**
  jeff.hammel@lw.com,NY-CourtMail@lw.com,jeff-hammel-1442@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com

- **Jason Craig Hegt**
  jason.hegt@lw.com,NY-CourtMail@lw.com,jason-hegt-2094@ecf.pacerpro.com,new-york-ma-2860@ecf.pacerpro.com

- **Shannon Lee Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **Francis Paul McConville**
  fmcconville@labaton.com,HChang@labaton.com,lpina@labaton.com,drogers@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Kristin N Murphy**
  kristin.murphy@lw.com

- **Nathaniel A. Tarnor**
  NathanT@hbsslaw.com,lisal@hbsslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)