```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
  TRAVIS NICHOLS,                                             :
                                Plaintiff,                    :
                                                              :           21 Civ. 3362 (LGS)
                  -against-                                   :
                                                              :               ORDER
  ROMEO POWER INC., ET AL.,                                   :
                                                              :
                                Defendants.                   :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 16, 2021, the law firm Kaplan Fox & Kilsheimer LLP filed a public notice announcing the above-captioned action.

WHEREAS, on June 15, 2021, multiple movants filed motions to consolidate the above-captioned case with *Toner v. Romeo Power, Inc., et al.*, No. 21 Civ. 4058, and to appoint lead plaintiff(s). It is hereby

ORDERED that any party seeking to respond to the motions shall file a response by **June 28, 2021**. Any party seeking to be appointed as lead plaintiff shall specify the losses they sustained under the last-in, first-out method of calculation in their response. It is further

ORDERED that the initial conference scheduled for **July 15, 2021, at 10:50 a.m.** will take place on the **conference line 888-363-4749 using access code 5583333**. The purpose of the conference is to decide whether to consolidate the related cases, to appoint lead counsel, to set a date for the filing of any consolidated complaint and to set a briefing schedule for any motion to dismiss.

Dated: June 16, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE