**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TRAVIS NICHOLS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>Defendants. | Case No. 1:21-cv-03362-LGS<br><br>CLASS ACTION |
| VICTOR J. TONER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>Defendants. | Case No. 1:21-cv-04058-LGS<br><br>CLASS ACTION |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF OPPOSITION TO COMPETING MOTIONS TO APPOINT DALE DAVISON AS LEAD PLAINTIFF**

I, Lucas E. Gilmore, declare as follows:

1.      I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Dale Davison ("Mr. Davison" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Mr. Davison's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Dale Davison's Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis;

Exhibit B:     Moatassem Yousef's Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis, Excluding In-and-Out Transactions;

Exhibit C:     Moath Majed Yousef's Cumulative Holdings Chart; and

Exhibit D:     Moath Majed Yousef's Loss Analysis Showing Maximum Loss Related to 3/30/21 Disclosure (Excluding Non-Disclosure Related Losses Not Recoverable Und Dura) and Also Showing Short Position.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of June 2021, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR