# Exhibit A

**Dale Davison**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**Losses on Shares Held @ 03/30/2021**

| | | |
|---|---|---|
| **Class Period Begins:** | **10/5/2020** | |
| **Class Period Ends:** | **3/30/2021** | |

| | | |
|---|---|---|
| **PSLRA Lookback Period Begins:** | **3/31/2021** | |
| **PSLRA Lookback Period Ends:** | **6/14/2021** | |
| **Holding Value:** | **$** | **8.5306** |

**Dale Davison**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | | 0 | | | | | | | | |
| **Total Pre-Class Period Holdings** | | | 0 | | | | | 0 $ | - | 0 | |

**Class Period Purchases**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/18/2020 | $ 21.248 | 11,000 | $ 233,730.20 | | | | | | 11,000 | $ (139,893.85) |
| Purchase | 12/30/2020 | $ 28.507 | 10,000 | $ 285,065.00 | | | | | | 10,000 | $ (199,759.23) |
| **Total Class Period Purchases** | | | **21,000** | **$ 518,795.20** | | | | **0 $** | **-** | **21,000** | **$ (339,653.08)** |
| **Total** | | | | | | | | 0 $ | - | 21,000 | |