# Exhibit B

**Moatassem Yousef**
**Last-In First-Out ("LIFO") Share Accounting Gain (Loss) Analysis**
**Losses on Shares Sold 03/30/2021**

| Class Period Begins: | 10/5/2020 |
|---|---|
| Class Period Ends: | 3/30/2021 |

| PSLRA Lookback Period Begins: | 3/31/2021 |
|---|---|
| PSLRA Lookback Period Ends: | 6/14/2021 |
| Holding Value: | $ 8.5306 |

**Moatassem Yousef**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | (1) Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings** | | | 0 | | | | | | | | |
| **Total Pre-Class Period Holdings** | | | 0 | | | | | 0 $ | - | 0 | |

**Class Period Purchases**

| Transaction Type | Trade Date | Price | Shares | Total Cost | Transaction Type | Trade Date | Price | Shares | Total Proceeds | Shares Retained | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/28/2020 | $ 32.971 | 3,200 | $ 105,506.88 | Sale | 03/30/2021 | $ 10.000 | 3,200 | $ 32,000.00 | 0 | $ (73,506.88) |
| Purchase | 12/28/2020 | $ 32.840 | 900 | $ 29,556.00 | Sale | 03/30/2021 | $ 10.000 | 900 | $ 9,000.00 | 0 | $ (20,556.00) |
| Purchase | 12/29/2020 | $ 28.320 | 213 | $ 6,032.16 | Sale | 03/04/2021 | $ 10.060 | 213 | $ 2,142.80 | 0 | |
| Purchase | 12/29/2020 | $ 28.320 | 287 | $ 8,127.84 | Sale | 03/30/2021 | $ 10.000 | 287 | $ 2,870.00 | 0 | $ (5,257.84) |
| Purchase | 01/06/2021 | $ 19.950 | 1,000 | $ 19,950.00 | Sale | 01/06/2021 | $ 19.990 | 1,000 | $ 19,990.10 | 0 | |
| Purchase | 01/06/2021 | $ 20.100 | 500 | $ 10,050.00 | Sale | 01/06/2021 | $ 19.990 | 500 | $ 9,995.05 | 0 | |
| Purchase | 01/06/2021 | $ 20.100 | 500 | $ 10,050.00 | Sale | 03/04/2021 | $ 10.060 | 500 | $ 5,030.05 | 0 | |
| Purchase | 01/07/2021 | $ 20.960 | 51 | $ 1,068.96 | Sale | 02/04/2021 | $ 18.660 | 51 | $ 951.67 | 0 | |
| Purchase | 01/07/2021 | $ 20.960 | 550 | $ 11,528.00 | Sale | 02/18/2021 | $ 14.550 | 550 | $ 8,002.61 | 0 | |
| Purchase | 01/07/2021 | $ 20.960 | 170 | $ 3,563.20 | Sale | 02/18/2021 | $ 14.553 | 170 | $ 2,473.93 | 0 | |
| Purchase | 01/07/2021 | $ 20.960 | 186 | $ 3,898.56 | Sale | 03/04/2021 | $ 10.060 | 186 | $ 1,871.18 | 0 | |
| Purchase | 01/13/2021 | $ 22.730 | 200 | $ 4,546.00 | Sale | 01/26/2021 | $ 20.356 | 200 | $ 4,071.10 | 0 | |
| Purchase | 01/13/2021 | $ 22.730 | 10 | $ 227.30 | Sale | 01/26/2021 | $ 20.136 | 10 | $ 201.36 | 0 | |
| Purchase | 01/13/2021 | $ 22.730 | 33 | $ 750.09 | Sale | 02/04/2021 | $ 18.660 | 33 | $ 615.79 | 0 | |
| Purchase | 01/27/2021 | $ 19.490 | 100 | $ 1,949.00 | Sale | 02/04/2021 | $ 18.660 | 100 | $ 1,866.02 | 0 | |
| Purchase | 03/10/2021 | $ 11.890 | 250 | $ 2,972.50 | Sale | 03/30/2021 | $ 10.000 | 250 | $ 2,500.00 | 0 | $ (472.50) |
| Purchase | 03/11/2021 | $ 12.900 | 487 | $ 6,282.30 | Sale | 03/16/2021 | $ 12.860 | 487 | $ 6,262.82 | 0 | |
| Purchase | 03/11/2021 | $ 12.900 | 263 | $ 3,392.70 | Sale | 03/30/2021 | $ 10.000 | 263 | $ 2,630.00 | 0 | $ (762.70) |
| Purchase | 03/15/2021 | $ 14.060 | 100 | $ 1,406.00 | Sale | 03/16/2021 | $ 12.860 | 100 | $ 1,286.00 | 0 | |
| Purchase | 03/17/2021 | $ 13.450 | 250 | $ 3,362.48 | Sale | 03/30/2021 | $ 10.000 | 250 | $ 2,500.00 | 0 | $ (862.48) |
| Purchase | 03/17/2021 | $ 13.479 | 200 | $ 2,695.80 | Sale | 03/30/2021 | $ 10.000 | 200 | $ 2,000.00 | 0 | $ (695.80) |
| Purchase | 03/17/2021 | $ 13.630 | 100 | $ 1,363.00 | Sale | 03/30/2021 | $ 10.000 | 100 | $ 1,000.00 | 0 | $ (363.00) |
| Purchase | 03/18/2021 | $ 12.410 | 500 | $ 6,205.00 | Sale | 03/30/2021 | $ 10.000 | 500 | $ 5,000.00 | 0 | $ (1,205.00) |
| Purchase | 03/19/2021 | $ 13.350 | 500 | $ 6,675.00 | Sale | 03/30/2021 | $ 10.000 | 500 | $ 5,000.00 | 0 | $ (1,675.00) |
| **Total Class Period Purchases** | | | 10,550 | $ 251,158.77 | | | | 10,550 | $ 129,260.47 | 0 | $ (105,357.20) |
| **Total** | | | | | | | | 10,550 | $ 129,260.47 | 0 | |