# Exhibit C

**Movant: Moath Majed Yousef**

| Transaction | Date | Price | Shares | Transaction Total | Cumulative Holdings | Note |
|---|---|---|---|---|---|---|
| Purchase | 12/31/2020 | $25.99 | 80 | $2,079 | 80 | |
| Purchase | 1/4/2021 | $20.07 | 2,460 | $49,375 | 2,540 | |
| Purchase | 1/5/2021 | $19.50 | 2,065 | $40,268 | 4,605 | |
| Purchase | 1/7/2021 | $20.49 | 5,395 | $110,560 | 10,000 | |
| Purchase | 1/8/2021 | $21.06 | 20,920 | $440,659 | 30,920 | |
| Sale | 1/12/2021 | $18.97 | 2,920 | $55,378 | 28,000 | |
| Purchase | 1/14/2021 | $23.27 | 4,485 | $104,370 | 32,485 | |
| Purchase | 1/15/2021 | $22.30 | 29,602 | $660,065 | 62,087 | |
| Sale | 1/15/2021 | $21.67 | 41,984 | $909,793 | 20,103 | |
| Purchase | 1/19/2021 | $21.03 | 10,372 | $218,123 | 30,475 | |
| Purchase | 1/20/2021 | $20.00 | 55 | $1,100 | 30,530 | |
| Sale | 1/20/2021 | $19.93 | 1,675 | $33,389 | 28,855 | |
| Purchase | 1/21/2021 | $19.85 | 5 | $99 | 28,860 | |
| Sale | 1/21/2021 | $19.87 | 950 | $18,877 | 27,910 | |
| Purchase | 1/22/2021 | $19.71 | 120 | $2,365 | 28,030 | |
| Sale | 1/22/2021 | $19.70 | 300 | $5,910 | 27,730 | |
| Purchase | 1/25/2021 | $18.35 | 80 | $1,468 | 27,810 | |
| Sale | 1/25/2021 | $18.63 | 1,030 | $19,189 | 26,780 | |
| Sale | 1/26/2021 | $20.60 | 1 | $21 | 26,779 | |
| Purchase | 1/27/2021 | $18.97 | 1,380 | $26,173 | 28,159 | |
| Purchase | 1/28/2021 | $18.45 | 74 | $1,365 | 28,233 | |
| Sale | 1/28/2021 | $18.56 | 2,659 | $49,356 | 25,574 | |
| Purchase | 1/29/2021 | $18.19 | 1,044 | $18,993 | 26,618 | |
| Sale | 1/29/2021 | $17.63 | 1 | $18 | 26,617 | |
| Purchase | 2/1/2021 | $18.16 | 2,028 | $36,824 | 28,645 | |
| Purchase | 2/2/2021 | $18.92 | 1,035 | $19,579 | 29,680 | |
| Purchase | 2/3/2021 | $18.91 | 255 | $4,822 | 29,935 | |
| Purchase | 2/8/2021 | $18.90 | 3,335 | $63,021 | 33,270 | |
| Purchase | 2/9/2021 | $18.84 | 1,584 | $29,849 | 34,854 | |
| Sale | 2/11/2021 | $17.91 | 2,354 | $42,158 | 32,500 | |
| Purchase | 2/12/2021 | $17.14 | 3,812 | $65,353 | 36,312 | |
| Sale | 2/17/2021 | $15.39 | 4,360 | $67,105 | 31,952 | |
| Sale | 2/18/2021 | $14.63 | 1,500 | $21,941 | 30,452 | |
| Sale | 2/19/2021 | $14.75 | 2,030 | $29,949 | 28,422 | |
| Sale | 2/22/2021 | $14.65 | 5,422 | $79,432 | 23,000 | |
| Sale | 2/23/2021 | $12.61 | 2,400 | $30,274 | 20,600 | |
| Purchase | 3/4/2021 | $10.23 | 1,398 | $14,295 | 21,998 | |
| Sale | 3/5/2021 | $9.25 | 1,188 | $10,994 | 20,810 | |
| Purchase | 3/8/2021 | $9.51 | 200 | $1,902 | 21,010 | |
| Sale | 3/8/2021 | $9.51 | 1,810 | $17,206 | 19,200 | |
| Purchase | 3/9/2021 | $11.48 | 40,858 | $469,009 | 60,058 | |
| Sale | 3/9/2021 | $11.31 | 59,200 | $669,315 | 858 | |
| Purchase | 3/10/2021 | $11.92 | 20,650 | $246,231 | 21,508 | |
| Sale | 3/10/2021 | $11.89 | 16,357 | $194,436 | 5,151 | |
| Purchase | 3/11/2021 | $13.39 | 16,190 | $216,816 | 21,341 | |
| Sale | 3/11/2021 | $13.20 | 21,340 | $281,688 | 1 | |
| Purchase | 3/12/2021 | $13.32 | 1,500 | $19,980 | 1,501 | |
| Sale | 3/12/2021 | $13.31 | 1,500 | $19,970 | 1 | |
| Purchase | 3/15/2021 | $14.17 | 3,161 | $44,801 | 3,162 | |
| **Sale** | **3/16/2021** | **$13.01** | **4,998** | **$65,004** | **(1,836)** | **Short Position** |
| **Sale** | **3/16/2021** | **$13.86** | **3,162** | **$43,828** | **(4,998)** | **Short Position** |
| **Sale** | **3/17/2021** | **$13.14** | **9,100** | **$119,565** | **(14,098)** | **Short Position** |
| Purchase | 3/18/2021 | $13.06 | 14,098 | $184,148 | - | |
| Purchase | 3/18/2021 | $13.16 | 4,098 | $53,913 | 4,098 | |
| Sale | 3/18/2021 | $13.12 | 4,098 | $53,753 | - | |
| Purchase | 3/19/2021 | $12.67 | 5,001 | $63,348 | 5,001 | |
| Sale | 3/19/2021 | $12.60 | 5,000 | $63,020 | 1 | |
| Purchase | 3/22/2021 | $13.18 | 29,000 | $382,336 | 29,001 | |
| Sale | 3/22/2021 | $13.07 | 29,000 | $378,943 | 1 | |
| Purchase | 3/24/2021 | $11.68 | 2,000 | $23,354 | 2,001 | |
| Sale | 3/25/2021 | $11.54 | 2,000 | $23,084 | 1 | |