# Exhibit D

**Loss Analysis for Moath Yousef - Romeo Power Inc. f/k/a RMG Acquisition Corp. (RMO)**
**Class Period 10/05/20 - 03/30/21**
Showing Maximum Loss related to 3/30/21 Disclosure (Excluding Non-Disclosure Related Losses Not Recoverable Under *Dura*)
Also Showing Short Position

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received | Short Position |
| **Pre-Class Held** | | | | | | | | | |
| **Class Period** 12/31/20 | 80 | $25.9900 | $2,079.20 | | 01/12/21 | 2,920 | $18.9650 | $55,377.80 | |
| **Purchases** 01/04/21 | 2,460 | $20.0710 | $49,374.66 | | 01/15/21 | 41,984 | $21.6700 | $909,793.28 | |
| 01/05/21 | 2,065 | $19.5000 | $40,267.50 | | 01/20/21 | 1,675 | $19.9340 | $33,389.45 | |
| 01/07/21 | 5,395 | $20.4930 | $110,559.74 | | 01/21/21 | 950 | $19.8710 | $18,877.45 | |
| 01/08/21 | 20,920 | $21.0640 | $440,658.88 | | 01/22/21 | 300 | $19.7000 | $5,910.00 | |
| 01/14/21 | 4,485 | $23.2710 | $104,370.44 | | 01/25/21 | 1,030 | $18.6300 | $19,188.90 | |
| 01/15/21 | 29,602 | $22.2980 | $660,065.40 | | 01/26/21 | 1 | $20.6020 | $20.60 | |
| 01/19/21 | 10,372 | $21.0300 | $218,123.16 | | 01/28/21 | 2,659 | $18.5620 | $49,356.36 | |
| 01/20/21 | 55 | $19.9990 | $1,099.95 | | 01/29/21 | 1 | $17.6300 | $17.63 | |
| 01/21/21 | 5 | $19.8470 | $99.24 | | 02/11/21 | 2,354 | $17.9090 | $42,157.79 | |
| 01/22/21 | 120 | $19.7120 | $2,365.44 | | 02/17/21 | 4,360 | $15.3910 | $67,104.76 | |
| 01/25/21 | 80 | $18.3510 | $1,468.08 | | 02/18/21 | 1,500 | $14.6270 | $21,940.50 | |
| 01/27/21 | 1,380 | $18.9660 | $26,173.08 | | 02/19/21 | 2,030 | $14.7530 | $29,948.59 | |
| 01/28/21 | 74 | $18.4520 | $1,365.45 | | 02/22/21 | 5,422 | $14.6500 | $79,432.30 | |
| 01/29/21 | 1,044 | $18.1930 | $18,993.49 | | 02/23/21 | 2,400 | $12.6140 | $30,273.60 | |
| 02/01/21 | 2,028 | $18.1580 | $36,824.42 | | 03/05/21 | 1,188 | $9.2540 | $10,993.75 | |
| 02/02/21 | 1,035 | $18.9170 | $19,579.10 | | 03/05/21 | 1,810 | $9.5060 | $17,205.86 | |
| 02/03/21 | 255 | $18.9080 | $4,821.54 | | 03/09/21 | 59,200 | $11.3060 | $669,315.20 | |
| 02/08/21 | 3,335 | $18.8970 | $63,021.50 | | 03/10/21 | 16,357 | $11.8870 | $194,435.66 | |
| 02/09/21 | 1,584 | $18.8440 | $29,848.90 | | 03/11/21 | 21,340 | $13.2000 | $281,688.00 | |
| 02/12/21 | 3,812 | $17.1440 | $65,352.93 | | 03/12/21 | 1,500 | $13.3130 | $19,969.50 | |
| 03/04/21 | 1,398 | $10.2250 | $14,294.55 | | 03/16/21 | 4,998 | $13.0060 | $65,003.99 | -1836 Cumulative Holdings on 3/16/2021 after first sale. |
| 03/08/21 | 200 | $9.5090 | $1,901.80 | | 03/16/21 | 3,162 | $13.8610 | $43,828.48 | -4998 Cumulative Holdings on 3/16/21after second sale. |
| 02/09/21 | 40,858 | $11.4790 | $469,008.98 | | 03/17/21 | 9,100 | $13.1390 | $119,564.90 | -14098 Cumulative Holdings on 3/17/2121 after sale. |
| 03/10/21 | 20,650 | $11.9240 | $246,230.60 | | 03/18/21 | 4,098 | $13.1170 | $53,753.47 | |
| 03/11/21 | 16,190 | $13.3920 | $216,816.48 | | 03/19/21 | 5,000 | $12.6040 | $63,020.00 | |
| 03/12/21 | 1,500 | $13.3200 | $19,980.00 | | 03/22/21 | 29,000 | $13.0670 | $378,943.00 | |
| 03/15/21 | 3,161 | $14.1730 | $44,800.85 | | 03/25/21 | 2,000 | $11.5420 | $23,084.00 | |
| 03/18/21 | 4,098 | $13.1560 | $53,913.29 | | | | | | |
| 03/18/21 | 14,098 | $13.0620 | $184,148.08 | | | | | | |
| 03/19/21 | 5,001 | $12.6670 | $63,347.67 | | | | | | |
| 03/22/21 | 29,000 | $13.1840 | $382,336.00 | | | | | | |
| 03/24/21 | 2,000 | $11.6770 | $23,354.00 | | | | | | |
| **Post Class Purchases** | | | | | **Post Class Sales** | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 228,340 | Total Amt. Paid in CP | $3,616,644.36 | Total Shares Sold in CP | 228,339 | Total Amt. Sold in CP | $3,303,594.81 |
| | | | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |

Actual Net Shares Acquired in CP    1    (CP Retained Shares)

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)    1    Automatically 0 if Negative

90-Day Mean Share Price after last Day of CP    $8.53

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price    $8.53
Paired Chronologically*    $11.68    Because of Short Position Cannot Do True LIFO or FIFO
Highest Price Paid for a Share During Class Period**    $25.99    Because of Short Position Cannot Do True LIFO or FIFO
Highest Possible Loss    $17.46
Paired Chronologically    $3.15

\* Assumes the last share purchased is paired with the share held in Class Period
\*\* Assumes the Highest Share Price Paid in the Class Period is paired with the share held at the end of the Class Period