UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVIS NICHOLS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROMEO POWER INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>　　　　　　　　　Defendants. | Case No.  1:21-cv-03362-LGS [rel. 1:21-cv-04058-LGS]<br><br>REPLY DECLARATION OF JEREMY A. LIEBERMAN IN FURTHER SUPPORT OF MOTION OF MOATASSEM YOUSEF AND MOATH MAJED YOUSEF FOR CONSOLIDATION, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF LEAD COUNSEL |
| VICTOR J. TONER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROMEO POWER, INC. (f/k/a RMG ACQUISITION CORP.), LIONEL E. SELWOOD, JR., LAUREN WEBB, ROBERT S. MANCINI, PHILIP KASSIN, D. JAMES CARPENTER, STEVEN P. BUFFONE, W. GRANT GREGORY, W. THADDEUS MILLER, and CRAIG BRODERICK,<br><br>　　　　　　　　　Defendants. | Case No.  1:21-cv-04058-LGS [rel. 1:21-cv-03362-LGS] |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP, counsel on behalf of Moatassem Yousef and Moath Majed Yousef (collectively, the "Yousef Brothers"), and have personal knowledge of the facts set forth herein.  I make this Reply Declaration in further support of the Yousef Brothers' motion for consolidation of the above-captioned related actions, appointment as Co-Lead Plaintiffs for the Class, and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as Exhibit A is a true and correct copy of the transcript of Romeo Power, Inc.'s Q4 2020 Earnings Call, dated March 30, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 6, 2021.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1