UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRAVIS NICHOLS,
                    Plaintiff,

            21 Civ. 3362

        -against-

ROMEO POWER INC., et al.,
                    Defendants.
------------------------------------------------------------X
VICTOR J. TONER,
                    Plaintiff,           21 Civ. 4058

        -against-                           ORDER

ROMEO POWER INC., et al.,
                    Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 15, 2021, a conference was held to discuss the consolidation of the above-captioned actions and the appointment of a lead plaintiff and lead counsel.  For the reasons stated on the record at the conference, it is hereby

      **ORDERED** that the motions to consolidate case number 21 Civ. 3362 and case number 21 Civ. 4058 are GRANTED.  All filings made after the issuance of this Order in connection with the consolidated action shall be entered in the docket of the first-filed case, 21 Civ. 3362.  This case shall hereafter be captioned *In re Romeo Power Inc. Securities Litigation*.  It is further

      **ORDERED** that the motion to appoint Mike Castleberg as lead plaintiff in this action is GRANTED.  The motions to appoint others as lead plaintiff are DENIED.  It is further

      **ORDERED** that the motion to appoint Mr. Castleberg's chosen counsel, Glancy Prongay & Murray LLP, as lead counsel is GRANTED.  The motions to appoint others are DENIED.  Mr. Castleberg's counsel shall enter its appearance on the docket once Mr. Castleberg is substituted as Plaintiff, if necessary.  It is further

**ORDERED** that Plaintiff shall file a consolidated complaint by **September 15, 2021**.

The Clerk of Court is respectfully directed to

- amend the caption to be: *In re Romeo Power Inc. Securities Litigation*,

- remove Travis Nichols and his counsel as Plaintiff on the docket,

- insert Mike Castleberg as Plaintiff,

- close case number 21 Civ 4058 and any open motions in that case and

- close the motions in case number 21 Civ. 3362 at Docket Nos. 24, 25, 30, 34, 37, 40 and 45.

Dated: July 15, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE