Case No. 1:21-cv-03362-LGS (S.D.N.Y.)
*In re Romeo Power Inc. Securities Litigation*

### APPENDIX A: ALLEGED MISSTATEMENTS IN PLAINTIFFS' AMENDED COMPLAINT

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | October 5, 2020 | Press Release, Filed with RMG's Oct. 5, 2020 8-K | RMG | "The company has varying forms of agreements with customers, enhancing visibility into the company's future growth, including ***over $300 million of currently contracted revenue***." | 108 | Section 10(b) | X | | X | |
| 2. | October 5, 2020 | Conference Call Transcript, Filed with RMG's Oct. 5, 2020 8-K | Selwood | "To-date, ***we have secured more than 300 million dollars in committed revenues***." | 109 | Section 10(b) | X | | X | |
| 3. | October 15, 2020 | S-4 | RMG | "We define contracted revenue (or '*backlog*') as revenue expected to be received under our existing customer contracts from sales of battery packs, modules, battery management system software and services not yet built and delivered or provided. ***As of September 30, 2020, we had a backlog of approximately $310 million, of which approximately $240 million represented the minimum revenue that would be received under such contracts to satisfy take or pay minimum order commitments***. This compares to our contracted | 111-112, 114, 116-118 | Section 10(b) | X | X | X | |

[1] The alleged misstatements are listed in chronological order.

[2] This Appendix identifies only those statements, or portions of statements, that Plaintiffs appear to specifically allege were false or misleading. Statements for which Plaintiffs make no specific allegation of falsity are not included in this Appendix. All alterations and emphases are from Plaintiffs' Amended Complaint.

[3] Plaintiffs assert Section 20(a) control person liability for all claims.

1

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | revenue from sales of products and services not yet built and delivered or provided of approximately $2.9 million as of September 30, 2019 (of which approximately $2.9 million represented the minimum revenue that would be received in satisfaction of take or pay minimum order commitments), and does not take into account approximately $234 million in revenue available to be earned under our most recent contract with Lion Buses that was executed subsequent to September 30, 2020 (of which approximately $234 million represents the minimum revenue that will be received in satisfaction of take or pay minimum order commitments). ***The portion of our backlog as of September 30, 2020, that is expected to be recognized in the twelve-month period following September 30, 2020 is approximately $59 million***. The remaining backlog balance of approximately $251 million is expected to be recognized between the fourth quarter of 2021 and the end of year 2025. The difference between our backlog and our minimum revenue that would be received in satisfaction of take or pay minimum order commitments reflects that ***our backlog does not represent a guarantee that our customers will complete purchases of our products and services in the quantities that we anticipate, and some of our contracts allow our customers to purchase in smaller quantities with certain minimum order penalties. All contracted revenue amounts also assume continued performance by Romeo of its contractual obligations*** and satisfaction of | | | | | | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | customary testing and quality required under each customer contract." ¶ 111.<br><br>"***Minimum take or pay order commitments related to contracts signed through November of 2020 exceed $500 million of backlog***. While the recognition of product revenue related to certain of these module and pack contracts will not commence until after completion of the delivery of engineering and prototype services, ***we expect to recognize greater than 10% of this backlog revenue over the twelve-month period following September 30, 2020***." ¶ 112.<br><br>"**Suppliers.** Our products use parts that are sourced from suppliers across the world. ***We have developed close relationships with vendors of key components of our battery products, in particular battery cells*** . . . . The price we pay for cells depends on a number of factors, including material grades of chemistry selected for cell recipe, volumes, long-term commitment, logistics and shipping, and tariffs. ***Samsung.*** Samsung is a leading global supplier of electrical products and components. Through its supply of power cells to Romeo, Samsung currently supports the EV Program and is a candidate for stationary storage ('ESS') applications. Samsung offers cylindrical and prismatic products. ***LG Chem.*** LG Chem Ltd., often referred to as LG Chemical, is the largest Korean chemical company headquartered in Seoul, South Korea. LG Chem supplies Romeo with power cells, offers cell selection for non-EV Program and is an ESS candidate. LG Chem offers | | | | | | |

3

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | cylindrical and pouch products. ***Murata.*** Murata Manufacturing Co., Ltd. is a Japanese manufacturer of electronic components. Murata is the best in market power cell for sports cars. ***Murata supplies Romeo with power cells*** and offers cylindrical and pouch products. ***SK Innovation.*** SK Innovation is Korea's first and largest energy chemical company. ***SK supplies Romeo with power cells*** and offers pouch products." ¶ 114. <br><br> "RMG believes it is important to communicate its expectations to its stockholders. However, there may be events in the future that RMG is not able to predict accurately or over which it has no control. The risk factors and cautionary language discussed in this proxy statement/consent solicitation statement/prospectus provide examples of risks, uncertainties and events that may cause actual results to differ materially from the expectations described by RMG or Romeo in such forward looking statements, including, among other things: ***potential unavailability of third-party technology or battery cells that Romeo uses in its products***[.]" ¶ 116. <br><br> "**We are dependent on our suppliers to fulfill our customers' orders, and if we fail to manage our relationships effectively with, or lose the services of, these suppliers and we cannot substitute suitable alternative suppliers, our operations would be materially adversely affected**. We rely on third-party suppliers for the provision and development of many of the key components and materials used in our battery modules and packs, | | | | | | |

4

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | such as cells, electrical components, and enclosure materials. ***The inability of our suppliers to deliver necessary components of our battery products at prices and volumes, performance and specifications acceptable to us could have a material adverse effect on our business, prospects, financial condition and operating results***. While we plan to obtain components from multiple sources whenever possible, some of the components used in our vehicles may be purchased by us from a single source. While we believe that we may be able to establish alternate supply relationships and can obtain or engineer replacement components for our single source components, we may be unable to do so in the short term (or at all) at prices or quality levels that are favorable to us, which could have a material adverse effect on our business, prospects, financial condition and operating results. Our third-party suppliers may not be able to meet their product specifications and performance characteristics or our desired specifications, performance and pricing, which would impact our ability to achieve our product specifications and performance characteristics as well. Additionally, our suppliers may be unable to obtain required certifications for their products for which we plan to use or provide warranties that are necessary for our solutions. ***If we are unable to obtain components and materials used in our battery products from our suppliers or if our suppliers decide to create or supply a competing product, our business could be materially adversely affected***." ¶ 117. | | | | | | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | "**Increases in costs, disruption of supply or shortage of any of our battery components, particularly cells, could harm our business**. From time to time, we may experience increases in the cost or a sustained interruption in the supply or shortage of our components. *Any such increase or supply interruption could materially and negatively impact our business, prospects, financial condition and operating results . . . . Any disruption in the supply of battery cells could temporarily disrupt production of our products until a different supplier is fully qualified*[.]*"* ¶ 118. | | | | | | |
| **4.** | December 10, 2020 | Form 424(b)(3) Proxy Statement/ Prospectus | RMG | "We define contracted revenue (or '*backlog*') as revenue expected to be received under our existing customer contracts from sales of battery packs, modules, battery management system software and services not yet built and delivered or provided. *As of September 30, 2020, we had a backlog of approximately $310 million, of which approximately $240 million represented the minimum revenue that would be received under such contracts to satisfy take or pay minimum order commitments*. This compares to our contracted revenue from sales of products and services not yet built and delivered or provided of approximately $2.9 million as of September 30, 2019 (of which approximately $2.9 million represented the minimum revenue that would be received in satisfaction of take or pay minimum order commitments), and does not | 178-179, 181, 183-185 | Section 10(b) and Section 14(a)[4] | X | X | X | X |

[4] Every disclosure that Plaintiffs challenge in their Section 14(a) claim is also part of their Section 10(b) claim. *See* Statements 3, 9, 12.

6

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | take into account approximately $234 million in revenue available to be earned under our most recent contract with Lion Buses that was executed subsequent to September 30, 2020 (of which approximately $234 million represents the minimum revenue that will be received in satisfaction of take or pay minimum order commitments). ***The portion of our backlog as of September 30, 2020, that is expected to be recognized in the twelve-month period following September 30, 2020 is approximately $59 million***. The remaining backlog balance of approximately $251 million is expected to be recognized between the fourth quarter of 2021 and the end of year 2025. The difference between our backlog and our minimum revenue that would be received in satisfaction of take or pay minimum order commitments reflects that our backlog does not represent a guarantee that our customers will complete purchases of our products and services in the quantities that we anticipate, and some of our contracts allow our customers to purchase in smaller quantities with certain minimum order penalties. ***All contracted revenue amounts also assume continued performance by Romeo of its contractual obligations and satisfaction of customary testing and quality required under each customer contract***." ¶ 178.<br><br>"As a result of the contract completed during April 2020 that was not subsequently replaced, we expect to report lower product revenues until we begin to produce and deliver modules and packs in accordance with our more recently signed customer | | | | | | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | supply contracts, certain of which provide for minimum take or pay minimum order commitments. ***Minimum take or pay order commitments related to contracts signed through November of 2020 exceed $500 million of backlog.*** While the recognition of product revenue related to certain of these module and pack contracts will not commence until after completion of the deliveryof engineering and prototype services, ***we expect to recognize greater than 10% ofthis backlog revenue over the twelve-month period following September 30, 2020***." ¶ 179.<br><br>"**Suppliers.** Our products use parts that are sourced from suppliers across the world.  ***We have developed close relationships with vendors of key components of our battery products, in particular battery cells*** . . . . The price we pay for cells depends on a number of factors, including material grades of chemistry selected for cell recipe, volumes, ***long-term commitment***, logistics and shipping, and tariffs. ***Samsung.***  Samsung is a leading global supplier of electrical products and components. Through its supply of power cells to Romeo, Samsung currently supports the EV Program and is a candidate for stationary storage ('ESS') applications. Samsung offers cylindrical and prismatic products.  ***LG Chem.*** LG Chem Ltd., often referred to as LG Chemical, is the largest Korean chemical company headquartered in Seoul, South Korea. LG Chem supplies Romeo with power cells, offers cell selection for non-EV Program and is an ESS candidate. LG Chem offers cylindrical and pouch products.  ***Murata.***  Murata Manufacturing Co., Ltd. is a Japanese manufacturer | | | | | | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | of electronic components. Murata is the best in market power cell for sports cars. **Murata supplies Romeo with power cells** and offers cylindrical and pouch products. **SK Innovation.** SK Innovation is Korea's first and largest energy chemical company. **SK supplies Romeo with power cells** and offers pouch products." ¶ 181.<br><br>"RMG believes it is important to communicate its expectations to its stockholders. However, there may be events in the future that RMG is not able to predict accurately or over which it has no control. The risk factors and cautionary language discussed in this proxy statement/consent solicitation statement/prospectus provide examples of risks, uncertainties and events that may cause actual results to differ materially from the expectations described by RMG or Romeo in such forward looking statements, including, among other things: **potential unavailability of third-party technology or battery cells that Romeo uses in its products**[.]" ¶ 183.<br><br>"**We are dependent on our suppliers to fulfill our customers' orders, and if we fail to manage our relationships effectively with, or lose the services of, these suppliers and we cannot substitute suitable alternative suppliers, our operations would be materially adversely affected.** We rely on third-party suppliers for the provision and development of many of the key components and materials used in our battery modules and packs, such as cells, electrical components, and enclosure materials. **The inability of our suppliers to deliver** | | | | | | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *necessary components of our battery products at prices and volumes, performance and specifications acceptable to us could have a material adverse effect on our business, prospects, financial condition and operating results*. While we plan to obtain components from multiple sources whenever possible, some of the components used in our vehicles may be purchased by us from a single source. While we believe that we may be able to establish alternate supply relationships and can obtain or engineer replacement components for our single source components, we may be unable to do so in the short term (or at all) at prices or quality levels that are favorable to us, which could have a material adverse effect on our business, prospects, financial condition and operating results. . . . *If we are unable to obtain components and materials used in our battery products from our suppliers or if our suppliers decide to create or supply a competing product, our business could be materially adversely affected*." ¶ 184.<br><br>"**Increases in costs, disruption of supply or shortage of any of our battery components, particularly cells, could harm our business**. From time to time, we may experience increases in the cost or a sustained interruption in the supply or shortage of our components. *Any such increase or supply interruption could materially and negatively impact our business, prospects, financial condition and operating results.* The prices for our components fluctuate depending on market conditions and global demand and *could adversely affect our business,* | | | | | | |

10

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *prospects, financial condition and operating results*. For instance, we are exposed to multiple risks relating to price fluctuations for battery cells.  These risks include, but are not limited to: the inability or unwillingness of our suppliers and their competitors to build or operate cell production facilities to supply the numbers of cells required to support the growth of the electric vehicle industry as demand for such cells increases; disruption in the supply of cells due to quality issues or recalls by the cell manufacturers; a fewer number of manufacturers of cells; and an increase in the cost of raw materials. *Any disruption in the supply of battery cells could temporarily disrupt production of our products until a different supplier is fully qualified . . . .*" ¶ 185. | | | | | | |
| 5. | December 13, 2020 | Fox Business Interview | Selwood | "*Today we have secured 300 million in revenue* and we have another 2.4 billion under negotiation." | 121 | Section 10(b) | X | | X | |
| 6. | December 14, 2020 | SPAC Attack Interview Transcript, Filed with Romeo's Dec. 17, 2020 8-K | Selwood | "So what I want to be clear with you about is, look, *what we do is we take cutting edge cells, such as the ones from let's say a Panasonic, an LG, a Samsung, or even a QuantumScape*, and we use our proprietary design language from a module battery pack and battery management systems software suite and really allow those cells to shine. And that leads to market leading energy density, which is longest range, fast charging, configurability, safety, and reliability. So first and foremost, want to let you know what we do at Romeo. And that's how *we've been able to secure* | 123-124 | Section 10(b) | X | | X | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *$544 million in contracted revenue* and have another $2.2 billion under advanced negotiation." ¶ 123. <br><br>"No, so that was a great question, Chris. There was actually an update on that amount a couple of weeks ago. We actually announced our partnership with Lion Electric.So we announced a 234 million production deal with Lion Electric, which we're extremely excited about. *So that brought the backlog up from the 310 million from announcement to 544 million the way it currently stands now. But now we're at 544 million in committed revenue, with another 2.2 billion on the advanced negotiation.*" ¶ 124. | | | | | | |
| 7. | December 15, 2020 | SPACInsider Webinar Transcript, Filed with Romeo's Dec. 17, 2020 8-K | Webb, Selwood | "*Our current business plan assumes that we will fulfill all of the demand for the 1.6 billion in revenue* out of our existing factory. *And we have the space and the capacity here to do that.* One of the reasons we chose this location was because we could expand incrementally to make sure that we were being smart with the capital expenditures we were making. *So at this point we run one full line and we have the ability to put up to 10 more pack line, excuse me, module pack combinationshere in order to accommodate that amount of demand.*" ¶ 126 (Webb). <br><br>"Sure. And *that goes back to the form factor and cell supplier agnosticism, right?* So that's probably the least cool reason why we do it, to *ensure that we have drop-in replacements that are already identified. So every time we talk to our customers or we do our* | 126, 128-130 | Section 10(b) | X | X | X | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *testing, there's a primary cell, there's a secondary cell and there's a tertiary cell,* Okay? And we've approached our relationships from a technical one, so there's technical respect between us and our suppliers from the cell level. ***And now we're focused on securing our capacity for the long term. So*** I *don't see any big challenges as our order book continues to grow.*" ¶ 128 (Selwood). <br><br> "**Q: *Does the companyhave long-term contracts to guarantee supply*?  A: <u>*Yes*</u>. *So we're currently putting those in place. We consider this as Operation Hedge Fund and we do this all the[] way at the component level.  The reason we started this is quite frankly, some of the PCBA components have anywhere from 54 week lead time to 72 week lead time.  So we implemented Operations [sic] Hedge Fund program in  our supply base that allows us to secure products that's needed for the long [term]*.**" ¶ 129 (Selwood). <br><br> "So just like the configurability in our design, ***our strategy's the same in a supply base***. So on a sale, like I said before, foreign practice ***cell supplier agnostic***. It's the same  with the raw materials and the other stuff as well. So we go for a supply base that can  support our way from our clean sheet design to prototype before mass production launch. So maintaining that flexibility, again. ***Every part within the bill of materials has a primary identified, which most likely have a long-term partnership with, a secondary and tertiary option just to enable*** | | | | | | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *flexibility as we scale up and scale down.*" ¶ 130 (Selwood). | | | | | | |
| 8. | December 28, 2020 | Panic with Friends Interview Transcript, Filed with Romeo's Dec. 17, 2020 8-K | Selwood | "*We are not a pre-revenue company. We have 544 million in contracted backlog revenue*, with another 2.2 billion under advance negotiation. So Howard, *we've been delivering to our customers, and we deliver to our customers on a weekly basis, right now*." | 132 | Section 10(b) | X | | X | |
| 9. | January 26, 2021 | Form 424(b)(3) Proxy Statement/ Prospectus | Romeo | "**Suppliers.** Our products use parts that are sourced from suppliers across the world. *We have developed close relationships with vendors of key components of our battery products, in particular battery cells* . . . . The price we pay for cells depends on a number of factors, including material grades of chemistry selected for cell recipe, volumes, *long-term commitment*, logistics and shipping, and tariffs. *Samsung.* Samsung is a leading global supplier of electrical products and components. Through its supply of power cells to Romeo, Samsung currently supports the EV Program and is a candidate for stationary storage ('ESS') applications. Samsung offers cylindrical and prismatic products. *LG Chem.* LG Chem Ltd., often referred to as LG Chemical, is the largest Korean chemical company headquartered in Seoul, South Korea. LG Chem supplies Romeo with power cells, offers cell selection for non-EV Program and is an ESS candidate. LG Chem offers cylindrical and pouch products. *Murata.* Murata Manufacturing Co., Ltd. is a Japanese manufacturer of electronic components. Murata is the best in | 134, 136-137, 139-141 | Section 10(b) | X | X | X | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | market power cell for sports cars. **Murata supplies Romeo with power cells** and offers cylindrical and pouch products. **SK Innovation.** SK Innovation is Korea's first and largest energy chemical company. **SK supplies Romeo with power cells** and offers pouch products." ¶ 134.<br><br>"We define contracted revenue (or '*backlog*') as revenue expected to be received under our existing customer contracts from sales of battery packs, modules, battery management system software and services not yet built and delivered or provided. *As of September 30, 2020, we had a backlog of approximately $310 million, of which approximately $240 million represented the minimum revenue that would be received under such contracts to satisfy take or pay minimum order commitments*. This compares to our contracted revenue from sales of products and services not yet built and delivered or provided of approximately $2.9 million as of September 30, 2019 (of which approximately $2.9 million represented the minimum revenue that would be received in satisfaction of take or pay minimum order commitments), and does not take into account approximately $234 million in revenue available to be earned under our most recent contract with Lion Buses that was executed subsequent to September 30, 2020 (of which approximately $234 million represents the minimum revenue that will be received in satisfaction of take or pay minimum order commitments). *The portion of our backlog as of September 30, 2020, that is expected to be recognized in the twelve-month* | | | | | | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *period following September 30, 2020 is approximately $59 million*.  The remaining backlog balance of approximately $251 million is expected to be recognized between the fourth quarter of 2021 and the end of year 2025. The difference between our backlog and our minimum revenue that would be received in satisfaction of take or pay minimum order commitments reflects that *our backlog does not represent a guarantee that our customers will complete purchases of our products and services in the quantities that we anticipate, and some of our contracts allow our customers to purchase in smaller quantities with certain minimum order penalties. All contracted revenue amounts also assume continued performance by Romeo of its contractual obligations* and satisfaction of customary testing and quality required under each customer contract." ¶ 136.<br><br>"As a result of the contract completed during April 2020 that was not subsequently replaced, we expect to report lower product revenues until we begin to produce and deliver modules and packs in accordance with our more recently signed customer supply contracts, certain of which provide for minimum take or pay minimum order commitments. *Minimum take or pay order commitments related to contracts signed through November of 2020 exceed $500 million of backlog*. While the recognition of product revenue related to certain of these module and pack  contracts will not commence until after completion of the delivery of engineering and prototype services, *we expect to recognize greater* | | | | | | |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *than 10% of this backlog revenue over the twelve-month period following September 30, 2020.*" ¶ 137.<br><br>"*[P]otential unavailability of third-party technology or battery cells that we use in our products[.]*" ¶ 139.<br><br>"**We are dependent on our suppliers to fulfill our customers' orders, and if we fail to manage our relationships effectively with, or lose the services of, these suppliers and we cannot substitute suitable alternative suppliers, our operations would be materially adversely affected**.  We rely on third-party suppliers for the provision and development of many of the key components and materials used in our battery modules and packs, such as cells, electrical components, and enclosure materials. *The inability of our suppliers to deliver necessary components of our battery products at prices and volumes, performance and specifications acceptable to us could have a material adverse effect on our business, prospects, financial condition and operating results*. While we plan to obtain components from multiple sources whenever possible, some of the components used in our vehicles may be purchased by us from a single source. While we believe that we may be able to establish alternate supply relationships and can obtain or engineer replacement components for our single source components, we may be unable to do so in the short term (or at all) at prices or quality levels that are favorable to us, which could have a material adverse effect on our business, prospects, financial | | | | | | |

17

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | condition and operating results. Our third-party suppliers may not be able to meet their product specifications and performance characteristics or our desired specifications, performance and pricing, which would impact our ability to achieve our product specifications and performance characteristics as well. Additionally, our suppliers may be unable to obtain required certifications for their products for which we plan to use or provide warranties that are necessary for our solutions. *If we are unable to obtain components and materials used in our battery products from our suppliers or if our suppliers decide to create or supply a competing product, our business could be materially adversely affected*." ¶ 140.<br><br>"**Increases in costs, disruption of supply or shortage of any of our battery components, particularly cells, could harm our business**. From time to time, we may experience increases in the cost or a sustained interruption in the supply or shortage of our components. *Any such increase or supply interruption could materially and negatively impact our business, prospects, financial condition and operating results.* The prices for our components fluctuate depending on market conditions and global demand and *could adversely affect our business, prospects, financial condition and operating results.* For instance, we are exposed to multiple risks relating to price fluctuations for battery cells. The risks include, but are not limited to: the inability or unwillingness of our suppliers and their competitors to build or operate cell production facilities to supply | | | | | | |

18

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | the numbers of cells required to support the growth of the electric vehicle industry as demand for such cells increases; disruption in the supply of cells due to quality issues or recalls by the cell manufacturers; *a decrease in the number of manufacturers of cells*; and *an increase in the cost of raw materials. Any disruption in the supply of battery cells could temporarily disrupt productionof our products until a different supplier is fully qualified* . . . ." ¶ 141. | | | | | | |
| 10. | February 25, 2021 | FreightWaves Interview | Selwood | "ADLER (FREIGHTWAVES): . . . I want to start out our conversation and talk a little bit about your area, which is batteries. They are critical to the growth in electric vehicles. Where do you see, as we talk about supply chain here, where do you see the potential chinks in the supply chain, such as we're seeing, say, with semiconductors in automobiles? Where are those potential hiccups?  SELWOOD: Really two areas. So first of course are the battery cells. Just from a battery cell standpoint you know especially at Romeo, safety, reliability, and quality are nonnegotiable. We will not put anything that do not meet our are bars for success, in those regards, in the hands of our customers. So there's only quite frankly, *as of today, a few partners* that put the quality that's necessary. Especially in the commercial vehicle industry that are really rewarding. So *ensuring that we have continuous access to that supply is a daily focus of ours. So that's the first thing essentially*. We will deliver as many batteries from as many cells as we get in the door. So *that's the first thing - battery cells*. The second thing is actually you mention the | 144 | Section 10(b) | X | X | X | |

19

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | semiconductor industry. One thing that we noticed almost 3 years ago was printed circuit board components, quite frankly, so anywhere from resistors to other IC chips. So *we actually set up a program* that's kind of tongue-in-cheek Alan called *"Operation Hedge Fund,"* where on a weekly basis we look out in the open market and if there's something that we see, something that's 56-week lead time or 72-week lead time, lead times being pushed out, we actually grab it on the open market and put it on the shelves. So those are two of the real chinks if you will.  Of course the big bad in the room, battery cells. . . ADLER (FREIGHTWAVES):  So, hedge fund is an accurate description of what you did. *You were hedging against supply that was a pretty smart move.* So, it turns out.  SELWOOD: And let me expand - what we noticed again, just to - no matter how big your buy was, you know, you will have multi-billion dollar, you know, partners of ours that we're growing together and they would be indicating to us that 'hey even though we spent X amount of billions last year, our lead times are consistently being pushed out' and we're there in stealth mode, and we said 'hey we know that we have a great product and we'll eventually capture a big market share, *so we need to grab these so we're not lying down.' So, that's what drove it*." ¶ 144. | | | | | | |

20

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| **11.** | March 30, 2021 | Earnings Call | Webb, Selwood | "As most of you are undoubtedly aware, currently the worldwide market for battery sales is experiencing a significant shortage of certain high quality performance cells. That shortage has affected our ability to source adequate supplies of key battery cells critical to our specialized high density battery solutions. As a result, we are making material updates to our production and revenue outlook for 2021. However, *I want to emphasize that we see this cell shortage as temporary, and are confident it will not affect our intermediate and longer-term opportunities . . . .* I want to emphasize again, that the *cell shortage we are facing in 2021 is not expected to have a material impact on our committed backlog*. As reported by ourcell suppliers, the current widespread cell shortage within the EV sector is driven primarily by accelerated demand, as more EV companies have secured capital in the last 12 months and was exacerbated by supply chain and logistics disruptions caused by the pandemic. While we saw accelerating demand for cells, the severityof quality cells *shortage was unexpected, as has increased dramatically over the course of the last several weeks*." ¶ 146 (Selwood).<br><br>"*We don't expect any impacts to our backlog*. We're working very closely with our customers and working with them on adjusting the timeframes, and they are aware that this is an issue that affects more than just Romeo, so *we are not expecting that there is any hits to the overall backlog*, just a matter of timing." ¶ 147 (Webb). | 146-147 | Section 10(b) | X | | X | X |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| 12. | April 15, 2021 | 2020 Form 10-K | Romeo | "*As of December 31, 2020, we had a backlog of approximately $555 million*. For $312 million out of the $555 million of backlog related to minimum quantity purchase commitments, if the customers do not follow through on their minimum purchase commitments, we would receive a maximum of $293 million under certain make-whole provisions included in these contracts. For the remaining $243 million of backlog related to minimum quantity purchase commitments included in these contracts, if the customers do not follow through on their minimum purchase commitments, we would seek damages through customary remedies for breach of contract. *The portion of our backlog as of December 31, 2020, that is expected to be recognized in the twelve-month period following December 31, 2020 is approximately $23.4 million*. The remaining backlog balance of approximately $532 million is expected to be recognized between 2022 and 2024. The difference between our backlog and our minimum revenue that would be received in satisfaction of take or pay minimum order commitments reflects that our backlog does not represent a guarantee that our customers will complete purchases of our products and services in the quantities that we anticipate, and some of our contracts allow our customers to purchase in smaller quantities with certain minimum order penalties. Backlog includes the total value of our existing customer contracts and includes products that are within the scope of the license granted to the BorgWarner JV, based on the types of customer vehicles in which the products will be used. To the extent that those products are fulfilled by the | 149, 151 | Section 10(b) | X | X | X | X |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | BorgWarner JV, or pursuant to an agreement with the BorgWarner JV, we may not recognize the full amount of such contracted backlog as revenue. ***All contracted revenue amounts also assume continued performance of our contractual obligations*** and satisfaction of customary testing and quality required under each customer contract." ¶ 149. | | | | | | |
| | | | | **"We are dependent on our suppliers to fulfill our customers' orders, and if we fail to manage our relationships effectively with, or lose the services of, these suppliers and we cannot substitute suitable alternative suppliers, our operations would be materially adversely affected**. We rely on third-party suppliers for the provision and development of many of the key components and materials used in our battery modules and packs, such as battery cells, electrical components, electromechanical components, mechanical components and enclosure materials. ***The inability of our suppliers to deliver necessary components of our battery products at prices and volumes, performance and specifications acceptable to us could have a material adverse effect on our business, prospects, financial condition and operating results***. While we plan to obtain components from multiple sources whenever possible, some of the components used in our vehicles may be purchased by us from a single source. While we believe that we may be able to establish alternate supply relationships and can obtain or engineer replacement components for our single source components, we may be unable to do so in the short term (or at all) at prices or quality levels that are | | | | | | |

23

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | favorable to us, which could have a material adverse effect on our business, prospects, financial condition and operating results. . . . *If we are unable to obtain components and materials used in our battery products from our suppliers or if our suppliers decide to create or supply a competing product, our business could be materially adversely affected*." ¶ 151. | | | | | | |
| 13. | May 13, 2021 | Financial Results and Earnings Call | Selwood | "We are attacking this problem head on by broadening our engagement with battery cell providers. We are taking key strategic steps to reduce the risk over the medium and long-term. This has become one of the most critical issues facing our industry and we are doing everything in our power to help ease supply constraints and improve the number of qualified cells for ourselves and for the industry broadly. We are driving a global and holistic strategy to secure our future. We have made significant progress since our last update towards secure and adequate cell supplies. As we noted on our last call, *we are driving to secure cell supply over the short, medium and long-term*. We've made great strides since our last update. We are well positioned to sign an agreement shortly for multiple gigawatt hours to our long-term supply agreement with a top tier partner." ¶ 154.  "Look, from our value partner standpoint, quite frankly battery cell providers want to work with us, . . . *What we've been doing is just ensuring our long-term outlook, locking down the supply*, as we talked about last time through 2028. This shows our | 154-155 | Section 10(b) | X | X | X | X |

24

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | vigor and conviction in our long-term outlook and, quite frankly, our order book, especially the last deal that we announced, is very, very impressive for our battery partners. So *I'm highly confident* in our ability to bring these deals over the line." ¶ 155. | | | | | | |
| **14.** | May 17, 2021 | 1Q Form 10-Q | Romeo | *"As of March 31, 2021, we had executed certain contracts with customers to deliver specific battery packs, modules, and battery management system and software services. These contracts contain minimum quantity purchase requirements that are non-cancellable (other than for a breach by Romeo)*, and we have enforceable rights to pursue payments due under these contracts under make-whole provisions, or through customary remedies for breach of contract if the minimum quantities are not ordered. *As of March 31, 2021, we had $555.1 million of unsatisfied performance obligations related to minimum quantity purchase commitments included in these contracts. For $311.9 million out of the $555.1 million of unsatisfied performance obligations related to minimum quantity purchase commitments, if the customers do not follow through on their minimum purchase commitments, we would receive a maximum of $292.5 million under certain make-whole provisions included in these contracts*. For the remaining $243.2 million of unsatisfied performance obligations related to minimum quantity purchase commitments included in these contracts, if the customers do not follow through on their minimum purchase commitments, we would seek damages through customary remedies for breach of contract. *Of the $555.1* | 157-158 | Section 10(b) | X | X | X | X |

| | Date[1] | Source | Speaker | Statement[2] | AC ¶ | Claim[3] | No Contrary Facts | PSLRA Safe Harbor | No Scienter | No Loss Causation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *million of unsatisfied performance obligations as of March 31, 2021, $23.4 million is expected to be satisfied during the fiscal year ending December 31, 2021*, $442.4 million is expected to be satisfied during our fiscal years ending December 31, 2022 and 2023, and the remaining $89.3 million is expected to be satisfied thereafter." ¶ 157.<br><br>"*Minimum quantity commitments related to contracts signed through March of 2021 exceed $555.1 million of backlog*. While the delivery of modules and packs and recognition of the associated product revenues under certain of these supply contracts will not commence until after completion of the delivery of engineering and prototype services, *we expect to recognize approximately $23.4 million of thisbacklog revenue during the remainder of our fiscal year ending December 31, 2021.*" ¶ 158. | | | | | | |