Case No. 1:21-cv-03362-LGS (S.D.N.Y.)
*In re Romeo Power Inc. Securities Litigation*

## APPENDIX B: TABLE OF STOCK OWNERSHIP FOR ROMEO OFFICERS[1] NAMED AS INDIVIDUAL DEFENDANTS

| Individual Defendant | Number of Shares of Romeo Common Stock Acquired or Options Vested on or before December 29, 2020[2] | Number of Shares of Romeo Common Stock Beneficially Owned as of March 31, 2021[3] | Net Gain of Shares |
|---|---|---|---|
| Lionel E. Selwood, Jr. | 550,321 | 975,538 | 425,217 |
| Lauren Webb | 541,999 | 543,865 | 1,866 |

---

[1] The Romeo Officers are the only Individual Defendants who are the subject of Plaintiffs' claims under Section 10(b) of the Exchange Act.

[2] The number of shares indicated in this column represents the sum of shares acquired and those vested and exercisable as of this date, as disclosed on each Individual Defendants' Form 4 dated December 31, 2020. *See* Ex. 14 at 1-2 (Lionel Selwood), 3-4 (Lauren Webb).

[3] The number of shares indicated in this column represents the number of shares owned by the individuals that have vested or will vest and are exercisable within 60 days of March 31, 2021, as disclosed in Romeo Power, Inc.'s Schedule 14A. *See* Ex. 14 at 6.