# EXHIBIT

# 3

**As filed with the Securities and Exchange Commission on December 17, 2018**

Registration No. 333-

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM S-1
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

# RMG Acquisition Corp.

(Exact name of registrant as specified in its charter)

| Delaware | 6770 | 83-2289787 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

RMG Acquisition Corp.
50 West Street, Suite 40C
New York, NY 10006
(212) 785-2579

(Address, Including Zip Code, and Telephone Number, Including Area Code, of Registrant's Principal Executive Offices)

Robert S. Mancini
Chief Executive Officer
RMG Acquisition Corp.
50 West Street, Suite 40C
New York, NY 10006
(212) 785-2579

(Name, Address, Including Zip Code, and Telephone Number, Including Area Code, of Agent For Service)

**Copies to:**

| | |
|---|---|
| Ryan J. Maierson | Alexander D. Lynch |
| Debbie P. Yee | Weil, Gotshal & Manges LLP |
| Latham & Watkins LLP | 767 Fifth Avenue |
| 811 Main Street, Suite 3700 | New York, NY 10153 |
| Houston, Texas 77002 | (212) 310-8000 |
| (713) 546-5400 | |

Approximate date of commencement of proposed sale to the public: As soon as practicable after the effective date of this registration statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

**PROPOSED BUSINESS**

**Overview**

We are a newly organized blank check company incorporated as a Delaware corporation and formed for the purpose of effecting a merger, capital stock exchange, asset acquisition, stock purchase, reorganization or similar business combination with one or more businesses, which we refer to throughout this prospectus as our initial business combination. We have not selected any potential business combination target and we have not, nor has anyone on our behalf, initiated any substantive discussions, directly or indirectly, with any potential business combination target. We intend to capitalize on the ability of our management team to identify, acquire and operate a business in the diversified resources and industrial materials sectors, including the chemicals, energy services and alternatives, environmental services, metals and power sectors, that may provide opportunities for attractive long-term risk-adjusted returns, though we reserve the right to pursue an acquisition opportunity in any business or industry.

**Business Strategy**

Our business strategy is to utilize the investment identification and evaluation experience of our management, members of our Board and Advisory Board and Riverside Management Group, an entity of which our Chairman is the founder and serves as a Senior Managing Director and the Chief Executive Officer, to identify and complete our initial business combination with a company that we believe, with proper utilization of their network and experience, has compelling potential for value creation. Over the course of their careers, the members of our management team, Board and Advisory Board and their affiliates (including Riverside Management Group) have developed a broad network of contacts and corporate relationships that we believe will serve as a useful source of acquisition opportunities. This network has been developed through the extensive experience of our management team, members of our Board and Advisory Board and Riverside Management Group in both investing in and operating chemicals, energy services and alternatives, environmental services, metals and power companies and assets. We expect these networks will provide us with a robust flow of acquisition opportunities among lower middle-market and middle-market companies with overall transaction values between $750 million and $2.5 billion. To the extent the purchase price for any acquisition to be paid in cash exceeds the net proceeds available to us, we may issue debt or equity to consummate the acquisition. Such additional financing may come in the form of bank financings or preferred equity, common equity or debt offerings or a combination of the foregoing. We believe our management's experience and track record are particularly differentiated, and will enable us to successfully identify and execute an initial business combination.

Our management team has experience in:

- Operating companies, setting and changing strategies, and identifying, mentoring and recruiting exceptional talent;

- Developing and growing companies, both organically and through strategic transactions and acquisitions, and expanding the product range and geographic footprint of a number of target businesses;

- Investing in leading private and public diversified resources and industrial materials companies to accelerate their growth and maturation;

- Sourcing, structuring, acquiring, and selling businesses;

- Accessing the capital markets, including financing businesses and helping companies transition to public ownership; and

- Fostering relationships with sellers, capital providers and target management teams.