# EXHIBIT
# 4

**Exhibit 99.1**





**FOR IMMEDIATE RELEASE**

**ROMEO POWER TECHNOLOGY, LEADING PROVIDER OF BATTERY TECHNOLOGY TO THE
COMMERCIAL EV MARKET, TO LIST ON NYSE THROUGH MERGER WITH RMG ACQUISITION CORP.**

- *Romeo Power has entered into a definitive merger agreement with RMG Acquisition Corp. (NYSE: RMG); upon closing, the combined company will remain listed on the New York Stock Exchange under the new ticker symbol "RMO"*
- *Romeo Power raises $384 million through the business combination, including a $150 million fully committed PIPE anchored by institutional investors as well as strategic investors The Heritage Group and Republic Services*
- *Funding provides for capacity expansion and R&D to further develop the next generation of battery system technologies for commercial vehicles*
- *BorgWarner is a strategic investor and joint venture partner of Romeo Power*
- *The Heritage Group is a strategic investor, PIPE participant and recycling partner of Romeo Power*
- *Republic Services is a strategic investor in the PIPE and intends to enter into a strategic alliance with Romeo Power*
- *Pro forma equity value of the combined company is approximately $1.33 billion*
- *Transaction is expected to close in the fourth quarter of 2020*

**LOS ANGELES, CA / NEW YORK, NY (October 5, 2020)** – Romeo Systems, Inc. ("Romeo Power"), an energy technology company, and RMG Acquisition Corp. ("RMG") (NYSE: RMG), a special purpose acquisition company, today announced a definitive agreement for a business combination that would result in Romeo Power becoming a publicly listed company. Upon closing of the transaction, the combined company will be named Romeo Power, Inc. and is expected to remain listed on the NYSE and trade under the new ticker symbol "RMO".

Romeo Power is an industry leading energy technology company focused on designing and manufacturing lithium-ion battery modules and packs for commercial electric vehicles. Through its industry leading energy dense battery modules and packs, it enables large-scale sustainable transportation by delivering safe, longer lasting batteries with shorter charge times. The company has completed construction and development of a 7 GWh-capable manufacturing facility in Los Angeles, California, with state of the art manufacturing operations designed and scaled for high growth. Romeo Power's core product offering serves the battery electric vehicle (BEV) medium duty short haul and heavy duty long haul trucking markets, as well as specialty trucking and buses. As the era of gas-powered vehicles continues to decline, Romeo Power's mission is to be an industry leader in the electrification of the global transportation industry and to be the commercial electric vehicle energy provider of today and tomorrow.

Lionel Selwood Jr., Chief Executive Officer of Romeo Power, commented, "We are thrilled to announce this transaction with RMG, as it allows us to further expand our business and to continue innovating and developing new products. Romeo Power's proprietary battery systems and patented technologies that we have developed over the last four years deliver differentiated energy density, safety, efficiency and cost savings. The need for an economically viable shift toward greener methods of transportation is evident, and we look forward to playing a critical role in the electrification of commercial vehicles globally."

Robert Mancini, Chief Executive Officer of RMG, added, "Since our IPO in early 2019, we have evaluated nearly 150 investment opportunities in search of a company with an industry-leading disruptive technology in the industrial or energy sector. Romeo Power stood out as a differentiated leading battery technology company for commercial electric vehicles, a sector that we think is at an inflection point and poised for unprecedented growth."