# EXHIBIT
# 6

**Exhibit 99.3**

# Energy Tech: Decarbonizing Commercial Vehicles

## ROMEO POWER & RMG ACQUISITION CORP. TO MERGE

OCTOBER 2020







# Important Notice

This presentation (the "presentation") is for informational purposes only and does not constitute an offer to sell, a solicitation of an offer to buy, or a recommendation to purchase any equity, debt or other financial instruments of RMG Acquisition Corp. ("RMG") or Romeo Systems, Inc. ("Romeo") or any of their respective affiliates. The presentation has been prepared to assist parties in making their own evaluation with respect to the proposed business combination between RMG and Romeo and related transactions (the "Business Combination") and for no other purpose. It is not intended to form the basis of any investment decision or any other decisions with respect of the Business Combination.

No Representation or Warranty

No representation or warranty, express or implied, is or will be given by RMG or Romeo or any of their respective affiliates, directors, officers, employees or advisers or any other person as to the accuracy or completeness of the information in this presentation or any other written, oral or other communications transmitted or otherwise made available to any party in the course of its evaluation of the Business Combination, and no responsibility or liability whatsoever is accepted for the accuracy or sufficiency thereof or for any errors, omissions or misstatements, negligent or otherwise, relating thereto. This presentation does not purport to contain all of the information that may be required to evaluate a possible investment decision with respect to RMG, and does not constitute investment, tax or legal advice. The recipient also acknowledges and agrees that the information contained in this presentation is preliminary in nature and is subject to change, and any such changes may be material. RMG and Romeo disclaim any duty to update the information contained in this presentation. Any and all trademarks and trade names referred to in this presentation are the property of their respective owners. We do not intend our use or display of other companies' trademarks or trade names to imply a relationship with, or endorsement or sponsorship of us by, any other companies.

Forward-looking statements

This presentation contains "forward-looking statements" within the meaning of The Private Securities Litigation Reform Act of 1995. Forward-looking statements include, without limitation, statements regarding the estimated future financial performance, financial position and financial impacts of the Business Combination, the satisfaction of closing conditions to the Business Combination and the PIPE investments, the level of redemption by RMG's public stockholders, the timing of the completion of the Business Combination, the anticipated pro forma enterprise value, revenues and EBITDA of the combined company following the Business Combination, anticipated ownership percentages of the combined company's stockholders following the potential transaction, and the business strategy, plans and objectives of management for future operations, including as they relate to the potential Business Combination. Such statements can be identified by the fact that they do not relate strictly to historical or current facts. When used in this presentation, words such as "pro forma," "anticipate," "believe," "continue," "could," "estimate," "expect," "intend," "may," "might," "plan," "possible," "potential," "predict," "project," "should," "strive," "would" and similar expressions may identify forward-looking statements, but the absence of these words does not mean that a statement is not forward-looking. When RMG discusses its strategies or plans, including as they relate to the Business Combination, it is making projections, forecasts and forward-looking statements. Such statements are based on the beliefs of, as well as assumptions made by and information currently available to, RMG's management.

These forward-looking statements involve significant risk and uncertainties that could cause the actual results to differ materially from the expected results. Most of these factors are outside RMG's and Romeo's control and are difficult to predict. Factors that may cause such differences include, but are not limited to: (1) RMG's ability to complete the Business Combination or, if RMG does not complete the Business Combination, any other initial business combination; (2) satisfaction or waiver (if applicable) of the conditions to the Business Combination, including with respect to the approval of the stockholders of RMG; (3) the ability to maintain the listing of the combined company's securities on the New York Stock Exchange; (4) the inability to complete the PIPE investments; (5) the risk that the Business Combination disrupts current plans and operations of RMG or Romeo as a result of the announcement and consummation of the transaction described herein; (6) the ability to recognize the anticipated benefits of the Business Combination, which may be affected by, among other things, competition, the ability of the combined company to grow and manage growth profitably, maintain relationships with customers and suppliers and retain its management and key employees; (7) costs related to the Business Combination; (8) changes in applicable laws or regulations and delays in obtaining, adverse conditions contained in, or the inability to obtain necessary regulatory approvals required to complete the Business Combination; (9) the possibility that Romeo and RMG may be adversely affected by other economic, business, and/or competitive factors, including the COVID-19 pandemic; (10) the outcome of any legal proceedings that may be instituted against RMG, Romeo or any of their respective directors or officers following the announcement of the Business Combination; (11) the failure to realize anticipated pro forma results and underlying assumptions, including with respect to estimated stockholder redemptions and purchase price and other adjustments; and (12) other risks and uncertainties indicated from time to time in the preliminary proxy statement of RMG related to the Business Combination, including those under "Risk Factors" therein, and other documents filed or to be filed with the Securities and Exchange Commission ("SEC") by RMG.

You are cautioned not to place undue reliance upon any forward-looking statements. Forward-looking statements included in this presentation speak only as of the date of this presentation. Neither RMG nor Romeo undertakes any obligation to update its forward-looking statements to reflect events or circumstances after the date hereof. Additional risks and uncertainties are identified and discussed in RMG's reports filed with the SEC.

No Offer or Solicitation

This presentation shall not constitute a solicitation of a proxy, consent or authorization with respect to any securities or in respect of the Business Combination. This presentation shall also not constitute an offer to sell or the solicitation of an offer to buy any securities pursuant to the Business Combination or otherwise, nor shall there be any sale of securities in any jurisdiction in which the offer, solicitation or sale would be unlawful prior to the registration or qualification under the securities laws of any such jurisdiction. Any offer to sell securities will be made only pursuant to a definitive Subscription Agreement and will be made in reliance on an exemption from registration under the Securities Act of 1933, as amended, for offers and sales of securities that do not involve a public offering. RMG and Romeo reserve the right to withdraw or amend for any reason any offering and to reject any Subscription Agreement for any reason. The communication of this presentation is restricted by law; it is not intended for distribution to, or use by any person in, any jurisdiction where such distribution or use would be contrary to local law or regulation.



2

# Important Notice (Cont'd)

Use of Projections

This presentation contains financial forecasts. Neither RMG's nor Romeo's independent auditors have studied, reviewed, compiled or performed any procedures with respect to the projections for the purpose of their inclusion in this presentation, and accordingly, neither of them expressed an opinion or provided any other form of assurance with respect thereto for the purpose of this presentation. These projections are for illustrative purposes only and should not be relied upon as being necessarily indicative of future results. In this presentation, certain of the above-mentioned projected information has been provided for purposes of providing comparisons with historical data. The assumptions and estimates underlying the prospective financial information are inherently uncertain and are subject to a wide variety of significant business, economic and competitive risks and uncertainties that could cause actual results to differ materially from those contained in the prospective financial information. Projections are inherently uncertain due to a number of factors outside of RMG's or Romeo's control. Accordingly, there can be no assurance that the prospective results are indicative of future performance of RMG, Romeo or the combined company after the Business Combination or that actual results will not differ materially from those presented in the prospective financial information. Inclusion of the prospective financial information in this presentation should not be regarded as a representation by any person that the results contained in the prospective financial information will be achieved.

Industry and Market Data

In this presentation, we rely on and refer to information and statistics regarding market participants in the sectors in which Romeo competes and other industry data. We obtained this information and statistics from third-party sources, including reports by market research firms and company filings. Being in receipt of the presentation you agree you may be restricted from dealing in (or encouraging others to deal in) price sensitive securities.

Non-GAAP Financial Measures

This presentation includes certain non-GAAP financial measures, including EBITDA. EBITDA is not prepared in accordance with accounting principles generally accepted in the United States ("GAAP") and may be different from non-GAAP financial measures used by other companies. RMG and Romeo believe that the use of this non-GAAP financial measure provides an additional tool for investors to use in evaluating ongoing operating results and trends and in comparing Romeo's financial measures with other similar companies. This non-GAAP financial measure should not be considered in isolation from, or as an alternative to, financial measures determined in accordance with GAAP. The principal limitation of this non-GAAP financial measure is that it excludes significant expenses and income that are required by GAAP to be recorded in Romeo's financial statements. In addition, this non-GAAP financial measure is subject to inherent limitations as they reflect the exercise of judgment by management about which expense and income are excluded or included in determining this non-GAAP financial measure. In order to compensate for these limitations, management presents a non-GAAP financial measure in connection with GAAP results. You should review Romeo's audited financial statements, which will be included in the Registration Statement (as defined below).

Additional Information

In connection with the Business Combination, RMG intends to file a registration statement on Form S-4 (the "Registration Statement"), which will include a preliminary proxy statement to be distributed to holders of RMG's common stock in connection with RMG's solicitation of proxies for the vote by RMG's stockholders with respect to the Business Combination and other matters as described in the Registration Statement, as well as the prospectus relating to the offer of the securities to be issued to Romeo's stockholders in connection with the completion of the Business Combination. After the Registration Statement has been filed and declared effective, RMG will mail a definitive proxy statement, when available, to its stockholders. INVESTORS AND SECURITY HOLDERS ARE URGED TO READ THE PROXY STATEMENT/PROSPECTUS, ANY AMENDMENTS THERETO AND ANY OTHER DOCUMENTS FILED WITH THE SEC CAREFULLY AND IN THEIR ENTIRETY WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT RMG, ROMEO AND THE BUSINESS COMBINATION. RMG stockholders will also be able to obtain copies of the proxy statement/prospectus and definitive proxy statement (when available) and other documents filed with the SEC by RMG through the SEC's website at www.sec.gov.

Participants in the Solicitation

RMG and its directors and officers may be deemed participants in the solicitation of proxies of RMG stockholders in connection with the Business Combination. RMG stockholders and other interested persons may obtain, without charge, more detailed information regarding the directors and officers of RMG in RMG's Annual Report on Form 10-K for the fiscal year ended December 31, 2019, which was filed with the SEC on March 16, 2020. Additional information regarding the participants in the proxy solicitation and a description of their direct and indirect interests, by security holders or otherwise, will be included in the proxy statement/prospectus and other relevant materials to be filed with the SEC regarding the Business Combination when they become available. Stockholders, potential investors and other interested persons should read the proxy statement/prospectus carefully when it becomes available before making any voting or investment decision.



3

# Secured Partnerships and Committed Revenue in the CV Space

Addressable Market Opportunity with $310mm in Committed Revenue and Significant Upside Opportunity

### The world's largest logistics players committed to electric fleets

**Walmart** — Walmart has committed to reducing emissions by 18% by 2025

**amazon** — Amazon has committed to being carbon neutral by 2040 – Buying 100,000 electric vans

**UNITED STATES POSTAL SERVICE** — The USPS is electrifying the majority of its 200,000 vehicle fleet

**ups** — UPS has placed orders for 10,000 electric delivery vehicles

**DHL** — DHL's Mission 2050 targets zero-emission logistics by 2050 – operate 70% of pick-up and delivery services with clean solutions

**IKEA** — IKEA is targeting 100% electric global deliveries by 2025

**REPUBLIC** — Republic Services ordered 2,500 BEV waste trucks from Nikola with deliveries targeted in 2023

### Virtually all major OEMs have announced electric vehicle programs



| | | | | |
|---|---|---|---|---|
| **PACCAR DAF** — CF Electric, Short Haul and Refuse, Fleet Trials 2019 | ET-1, Class 8 Truck, Announced Production 2019 | **Renault** Z.E. Lineup, Short Haul and Refuse, Pre-series Model Testing 2H19 | AEOS, Class 7 Truck, Announced Production 2020 | **MACK** LR Refuse, Refuse, Testing 2020 |
| **TESLA** — Semi, Class 8 Truck, Limited Production 2020 | **DAIMLER** — eActros, Class 8 Truck, Serial Production 2021 | **FREIGHTLINER** — eCascadia, Class 8 Truck, Serial Production 2021 | **FUSO** — E-Fuso Vision One, Class 8 Truck, Serial Production 2021 | **NAVISTAR** International eMV, Medium Duty, Production 2021 |
| **Volvo** — FL and FE, Medium and Heavy Duty, Production 2021 | **VW** — Plan to spend €1bn+ in electro mobility by 2025 | **RIVIAN** — R1T Pickup and R1S SUV, Production 2020 | **PROTERRA** — Saf-T-Liner C2 Jouley, School Bus, Production 2020 | |

### Romeo Development, MOU, Prototype and Production Customers

**$310mm** Currently Under Contract

**Up to $2.4Bn** Under Advanced Negotiation



**Production Contracts**

- **Agility** fuel solutions
- **Etruck**
- **GREEN POWER EMC** RENEWABLE ENERGY
- **NIKOLA** MOTOR COMPANY — $210mm[1,2]
- **Phoenix** — $27mm[1,2]
- **Lightning Systems** — $64mm[1,3]

**MOU, Prototype and Development Contracts**

- **Autocar**
- **BLUE BIRD**
- **BMW**
- **BorgWarner**
- **CASCADIA MOTION**
- **JOHN DEERE**
- **KENWORTH** The World's Best
- **HERITAGE**
- **THE LION ELECTRIC CO**
- **LONESTAR TRUCK GROUP**
- **R3E**


[1] Contracted revenue. [2] Binding provision with Minimum Order Quantity (MOQ) over three-year period. [3] Binding provision with MOQ over five-year period

20

# 1 Cell Science & Technology

A highly selective process allows Romeo to use only the top-tier quality cells

**Multi-tiered Cell Validation**

| Over 200 Cells Tested from 10 Suppliers |
|---|

**Stage 1**

| Beginning of Life Electrical Characterization | • Verify supplier claims, and evaluate state of chemistry |
|---|---|
| Welding Evaluation | • Validate mechanical properties |
| | **10 Cells Qualified** |

**Stage 2**

| Reproducibility Evaluation | • Characterize and verify quality of supplier manufacturing processes |
|---|---|
| Single Cell Safety Test | • Verify mature cell can pass Romeo's stringent safety metrics |
| | **6 Cells Qualified** |

**Stage 3**

| Cycling / Calendar Aging | • Evaluation of long term behavior for specific application |
|---|---|
| Open Circuit Voltage Degradation | • Identify parameters for battery management system |
| Fast Charging | • Collect data to strengthen battery pack warranty |
| | **Only 4 Cells Ultimately Qualified** |

⬚ Critical gating step for long-term commitments

**Cell Supplier Selection**

Romeo's extensive cell selection process allows the company to rigorously test hundreds of cells and choose only the best for each application, based on energy density, quality and safety standards

**LG Chem**        **SAMSUNG**

**Broad Spectrum of Cells and Chemistry for Multiple Applications**

Energy Density (Wh/l)

- Moderate requirements
- Longest range, and longest life
- Fastest Charge
- High power low density

Specific Energy (Wh/kg)

28

# Romeo Power Projected Financial Overview

| $ in millions | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|
| **Income Statement Items** | | | | | | |
| Product | $ 5 | $ 134 | $ 399 | $ 710 | $ 1,043 | $ 1,462 |
| Engineering Services | $ 2 | $ 3 | $ 3 | $ 11 | $ 16 | $ 22 |
| BMI Revenue | $ 0 | $ 0 | $ 7 | $ 37 | $ 88 | $ 156 |
| JV Royalty / Service Support | $ 3 | $ 3 | $ 3 | $ 7 | $ 10 | $ 11 |
| **Total Romeo Revenue** | **$ 11** | **$ 140** | **$ 412** | **$ 765** | **$ 1,156** | **$ 1,650** |
| % Growth | 39 % | 1,193 % | 195 % | 86 % | 51 % | 43 % |
| (-) Direct Materials | $ 6 | $ 134 | $ 349 | $ 543 | $ 771 | $ 1,041 |
| (-) Other COGS | $ 8 | $ 15 | $ 23 | $ 38 | $ 55 | $ 75 |
| **Gross Profit** | **($ 4)** | **($ 10)** | **$ 40** | **$ 182** | **$ 331** | **$ 534** |
| Gross Profit Margin % | nm | nm | 10 % | 24 % | 29 % | 32 % |
| (-) R&D | $ 6 | $ 19 | $ 26 | $ 28 | $ 35 | $ 45 |
| (-) Other Operating Expenses | $ 12 | $ 25 | $ 33 | $ 64 | $ 99 | $ 151 |
| **EBITDA** | **($ 22)** | **($ 54)** | **($ 19)** | **$ 91** | **$ 196** | **$ 338** |
| EBITDA Margin % | nm | nm | nm | 12 % | 17 % | 20 % |
| Income From JV — 40% of JV Net Income | ($ 1) | ($ 1) | ($ 1) | ($ 7) | $ 2 | $ 7 |
| **Key Balance Sheet and Cash Flow Items** | | | | | | |
| Net Working Capital | ($ 1) | ($ 55) | ($ 30) | ($ 31) | ($ 30) | ($ 46) |
| % of Revenue | (11 %) | (39 %) | (7 %) | (4 %) | (3 %) | (3 %) |
| Capital Expenditures | $ 1 | $ 59 | $ 50 | $ 30 | $ 65 | $ 41 |
| % of Revenue | 5 % | 43 % | 12 % | 4 % | 6 % | 3 % |

**Commentary**

- Strong pipeline built with commercialization and production ramp commencing in 2021

- **$412mm Revenue in 2022E and $1.65Bn Revenue in 2025E** at a **59% CAGR**

- 32% Gross Margin profile in 2025E as Romeo benefits from scale volume and pack input efficiencies

- **Company commitment to disciplined R&D spend** for continued technology leadership

- **EBITDA margins projected to expand to 20% in 2025E** as Romeo consolidates its market position and deepens portfolio penetration, including BMI product

- Capex budget supports **best-in-class tooling** and standing up **manufacturing lines to meet strong customer demand**



42