# EXHIBIT
# 9

**S&P Global**
Market Intelligence

# Lightning eMotors, Inc. NYSE:ZEV FQ2 2021 Earnings Call Transcripts

## Monday, August 16, 2021 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2021- | | | -FQ3 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.15) | (0.22) | NM | (0.15) | (0.99) | (0.20) |
| **Revenue  (mm)** | 6.06 | 5.92 | ▼ (2.31 %) | 10.94 | 53.52 | 312.75 |

Currency: USD
Consensus as of  Aug-10-2021 9:37 PM GMT



| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2021** | (0.15) | (0.22) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Now moving to an overview of our supply chain partners and recent supply chain developments on Slides 12 and 13. While we are experiencing a strong and growing product demand, supply chain issues have created temporary headwinds for our business. Although our Q2 revenue was constrained by drivetrain component deliveries, we were able to mitigate several other supply chain constrictions and sell 37 vehicles and powertrain systems. While we are working to remedy the supply chain disruptions through the technical and commercial validation of additional suppliers, further supply chain disruptions remain, including battery and chassis shortages. Major chassis OEMs have surprised the industry by shutting down in July for a week or more. It is important to note that although revenue is being pushed to future quarters, we have not lost any sales due to the delays.

But we aren't sitting idly by waiting for the supply chain problems to work themselves out. We are in the final stages of negotiations and technical integration and validation with one of the world's largest worldwide battery suppliers. We believe that our work with our battery suppliers may mitigate our supply chain constraints in 2022 and beyond. Further, with the design of our first purpose-built e-chassis, we are working on addressing the industry chassis shortage with our own Lightning-branded strip chassis and cab chassis products that are not chip limited. While 2021 has been a challenging year, we are thrilled with the demand outlook and are taking action to help address the supply chain issues, which we believe will allow us to fulfill customer demand and drive substantial vehicle sales and revenue growth in the years ahead.

Moving to Slide 14. I want to briefly mention our manufacturing capacities and plans. Lightning is in the unique position of having significant and capital-efficient manufacturing capacity online and running today with current facilities, flexible lines and flex tooling to support up to 1,200 powertrain systems and complete vehicles per year. We added an additional 100,000 square feet 9 months ago at our Loveland, Colorado campus and are now procuring and installing the automation and tooling required to grow our capacity to 3,000 powertrain systems and complete vehicles for 2022.

Not only are we able to build this capacity with a very light CapEx investment, we are also able to expand quickly due to our agile manufacturing approach and the fact that we don't build bodies or interiors, eliminating many of the heavy and long lead time CapEx investments. We have first rights to the additional square footage needed on our 1 million square foot campus to support a potential expansion of 20,000 powertrain systems and complete vehicles by 2024.

And now I'll turn it to Kash to provide an overview of recent customer wins and the order backlog and sales pipeline.

**Kash Sethi**
*Chief Revenue Officer*

Thanks, Tim. I will begin on Slide 16. First, we are very excited to sign a foundational strategic partnership agreement last week with Forest River, a Berkshire Hathaway subsidiary and North America's largest shuttle bus manufacturer. Forest River's family of shuttle bus companies, including popular brands like Starcraft, Glaval, ElDorado and Champion, have a dominant market position, selling over 10,000 units per year in the Class 4 to 6 shuttle bus space.

Under this agreement, which has a potential value of up to $850 million, Lighting expects to build up to 7,500 fully electric powertrains and provide charging products and services to Forest River over the next 4.5 years. A factory-installed, all-electric shuttle bus offering from Forest River is a game changer as we will leverage their decades of experience, relationships and brand reputation in this space.

Forest River's electric shuttle buses are being offered with various length and seating configurations, supporting ranges from 80 to 160 miles on a single charge, with the capability to recharge over a lunch break using Lightning's DC fast charging solutions. Lighting Energy will offer a comprehensive suite of charging infrastructure-related products and services to Forest River dealers and customers across the U.S. and Canada.

Lastly, we are happy to be building all electric vehicles today instead of only making plans for new products that won't be available for years. Manufacturing, in this case, has already begun, and we expect to deliver the first batch of buses to dealerships by the end of this year. This agreement has the potential

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 1:21-cv-03362-LGS    Document 92-9    Filed 11/05/21    Page 4 of 5



# Second Quarter 2021 Earnings Call
August 2021

# Key Supply Chain Disruptions Since Mid-June

- Chassis:
  - Major chassis OEMs shut down for a week or more during July – Chassis uncertainty for even the largest chassis customers

- Batteries:
  - Suppliers are not meeting committed delivery dates, sometimes with only 3 days of warning, due to cell shortages, labor shortages, and other part shortages

- Drivetrains:
  - Suppliers upgrading or moving factories, creating 90-day delays in deliveries

LIGHTNING eMOTORS