# EXHIBIT 10

Mobility Technology: Batteries & EV Charging

# COWEN

# ROMEO POWER

## EQUITY RESEARCH

March 31, 2021

**Price: $10.37** (03/30/2021)
**Price Target: $12.00** (Prior $18.00)

**OUTPERFORM (1)**

**ESG SCORE: N/A**

**Gabe Daoud, Jr.**
646 562 1411
gabe.daoud@cowen.com

**James Ferrell, CFA**
646 562 1451
james.ferrell@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NYSE: RMO |
| 52-Week Range: | $34.00 - $9.38 |
| Market Cap: | $1.3B |
| Net Debt (MM): | $(0.3) |
| Cash/Share: | $(0.01) |
| Dil. Shares Out (MM): | 28.8 |
| Enterprise Value (MM): | $297.9 |
| BV/Share: | $7.85 |
| Dividend: | $0.00 |
| Yield: | 0.00% |

| FY (Dec) | 2020E | 2021E | 2022E |
|---|---|---|---|
| **Revenue (MM)** | | | |
| Year | $10.1 | $31.9 | $139.9 |
| *Prior Year* | *-* | *$140.1* | *$403.9* |
| Consensus Rev | $9.3 | $131.1 | $353.2 |

Consensus source: FactSet

| EBITDA - Adjusted | | | |
|---|---|---|---|
| Year | $(21.8) | $(47.4) | $(57.7) |
| *Prior Year* | *-* | *$(64.4)* | *$(3.5)* |
| Consensus EBITDA | $(19.90) | $(58.32) | $(29.81) |

Consensus source: FactSet

| Capital Expenditures | | | |
|---|---|---|---|
| Year | $0.51 | $45.00 | $45.99 |
| *Prior Year* | *-* | *$56.05* | *$48.47* |

## TARGET UPDATE

# 4Q RECAP: TOUGH START ON CELL SHORTAGE; LT SUPPLY AGREEMENTS IN THE WORKS

### THE COWEN INSIGHT

Terrible timing with the first print as a public company sullied by an industry-wide cell shortage driving '21 revenue materially lower v. prior guide. Though solutions are in motion (update in 2Q) and the LT revenue ramp supported by an intact backlog is only delayed not lost, this new wrinkle could weigh on shares until further details crystalize.

### Material Guide-Down on Cell Shortage

RMO cited an industry-wide cell shortage caused by the acceleration of EV demand as the culprit in '21 revenue guided down nearly 80% compared to the SPAC projections announced last October. We note that NKLA represents 39% of RMO backlog and lowered its guidance for 4Q21 BEV class 8 deliveries last month to 50-100 from ~600 prior. Further, Elon Musk referenced cell supply constraining Tesla's Semi production plans on the 4Q earnings call in January and in a tweet last week. The $544MM backlog (and LT potential of $2.2B) remains intact as RMO is adjusting delivery schedules with customers. A three-pronged approach to rectify the cell supply issues has been identified: **1)** pursue long-term agreements covering needs through 2028 with tier 1 suppliers, LG and Samsung **2)** qualify alternative "high quality" cell providers **3)** evaluate partnerships/investments for co-development of battery cells. An update on progress towards a long-term agreement is expected during 2Q21. While revenue trajectory is delayed, the company expects continued investment in cell qualification, validation, and new technologies driving a >50% increase in R&D for '21.

| 2021 Guidance ($MM) | | | |
|---|---|---|---|
| | SPAC Projections | Updated Guidance | change |
| **Revenue** | 140 | 18-40 | -79% |
| **R&D** | 19 | 28-30 | 53% |
| **CapEx** | 59 | 40-45 | -28% |

Source: Company filings, Cowen and Company

### Solutions Identified But Questions Remain

LT agreements securing cells through '28 with tier 1 suppliers could represent a panacea, particularly if RMO secures significant supply at attractive terms, though admittedly this could prove difficult given RMO is still effectively a start-up. Mgmt stressed the importance of securing high quality cells as this helps differentiate across energy density, safety, reliability, and fast charging metrics - all of which can't be achieved if sourcing from tier 2 suppliers, so securing the right partnerships (and purchasing the right cells on spot) remains critical. The timing is obviously awful with 4Q representing RMO's first print as a public company. Thus, no matter how real the shortage (and impact to others) credibility likely comes into focus for investors. Critically, this was always a hockey stick like growth story, which based on the conference call appears intact as mgmt expects '23 top line (and margin) to largely remain consistent with prior expectations. But again, given the company's first print resulted in a material guide-down owing to a key risk with being a pack provider (rely on cell sourcing) the knee-jerk reaction is likely to be negative.