# EXHIBIT 11

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT

### Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **February 25, 2021**

# Nikola Corporation

(Exact name of registrant as specified in its charter)

| **Delaware** | **001-38495** | **82-4151153** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**4141 E Broadway Road**
**Phoenix, AZ 85040**
(Address of principal executive offices) (Zip Code)

**(480) 666-1038**
(Registrant's telephone number,
including area code)

**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligations of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240-13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.0001 par value per share | NKLA | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On February 25, 2021, Nikola Corporation (the "Company") issued a press release announcing its results of operations for its fiscal quarter and year ended December 31, 2020. A copy of the press release is furnished herewith as Exhibit 99.1 and is incorporated into this Item 2.02 by reference. In addition, the Company posted a copy of the press release on its website, which includes images. A copy of the press release with images is furnished herewith as Exhibit 99.2 and is incorporated into this Item 2.02 by reference.

The information in Item 2.02 of this Current Report on Form 8-K, including Exhibit 99.1 and Exhibit 99.2, is intended to be furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of that section, and shall not be incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth be specific reference in such a filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit No. | Description |
|---|---|
| 99.1 | Press release issued by Nikola Corporation dated February 25, 2021 |
| 99.2 | Press Release (with images) posted to Nikola Corporation's website dated February 25, 2021. |
| 104 | Cover Page Interactive Data File (formatted as Inline XBRL). |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

NIKOLA CORPORATION

Date: February 25, 2021

By:   /s/ Kim J. Brady

Kim J. Brady
Chief Financial Officer



## Nikola Corporation Reports Fourth Quarter and Full Year 2020 Results

**PHOENIX, AZ -- February 25, 2021** -- Nikola Corporation (Nasdaq: NKLA), a global leader in zero-emissions transportation solutions, today reported financial results for the quarter and full year ended December 31, 2020.

"In the fourth quarter of 2020, Nikola made the necessary changes to refocus and realign the company. You have seen us restructure our agreement with GM, cancel our battery electric (BEV) refuse truck program, discontinue our Powersports program and realign the company's resources with laser focus on our core businesses: battery electric and hydrogen-fuel cell electric (FCEV) heavy-duty trucks, and hydrogen refueling infrastructure," said Mark Russell, Nikola's Chief Executive Officer.

### Progress on the Commissioning and Validation of the first Nikola Tre BEVs

Nikola has completed the assembly of the first five Nikola Tre BEV Prototypes. All trucks are in the commissioning process and are ramping up to full speed, torque, and payload hauling capacity as part of our level two software release and vehicle validation process.  Four trucks are in North America at multiple locations undergoing powertrain, durability and extreme weather testing. One truck remains in Europe for ABS braking, traction control, and electronic stability control testing. Nikola and Iveco have also begun the assembly of the second batch of prototype trucks at the Ulm, Germany facility.

### Announcement of Long-Term Electricity Rate Schedule with APS

In December 2020, Arizona Public Services Company (APS) and Nikola negotiated a competitive rate that was unanimously approved by the Arizona Corporation Commission on January 12, 2021. This innovative electricity rate schedule with APS is an important step in achieving our goal of producing hydrogen at price parity with diesel fuel. Nikola estimates that under the rate structure, we will be able to deliver hydrogen at market leading prices and within the range required for Nikola to offer a competitive total cost of ownership for its customers.

### Progress Made at our Joint Venture Manufacturing Facility on IVECO's Industrial Complex in Ulm, Germany

During the fourth quarter, Nikola and IVECO made significant progress at the joint venture manufacturing facility on IVECO's campus in Ulm, Germany. The building dismantling and refurbishment, including the civil works (floor, heating, system, and walls), have been completed. The crane and subgroup infrastructure has also been installed and is on track for completion by the end of February 2021. The assembly of the customized automatic guided vehicle systems has begun and is on pace for onsite installation beginning in March 2021.

The logistics warehouse, internal logistics, end of line, finishing, enterprise resource planning system implementation, and the ordering and installation of tools and equipment are all on pace for completion by the end of May 2021, with trial production of Nikola Tre BEVs scheduled to begin in June 2021.

### Progress made at Nikola's Coolidge, Arizona Manufacturing Facility

During the fourth quarter of 2020, Nikola went vertical at our greenfield manufacturing facility in Coolidge, AZ. The steel erection process began December 29, 2020 and as of today is almost complete. The roof installation is currently ongoing with siding and concrete slab to follow. Our manufacturing equipment is on its way and installation is set to begin in May 2021. We are currently in the process of hiring manufacturing employees in the Pinal County area and have started training our manufacturing technicians.

All work is proceeding as planned. We expect to begin trial production of Nikola Tre BEVs at the Coolidge facility in the third quarter 2021.

## Company Realigns Focus on Core Product Offering



**General Motors MOU Agreement**

On November 29, 2020, we entered into a non-binding memorandum of understanding (MOU), with General Motors (GM) for a global supply agreement related to the integration of GM's Hydrotec fuel-cell system into our commercial semi-trucks. Under the terms of the MOU, Nikola will have the ability to work with GM to integrate GM's Hydrotec fuel-cell technology into our Class 7 and Class 8 zero-emission semi-trucks for the medium and long-haul trucking sectors. The MOU with GM allows Nikola to dual source fuel-cell systems for our heavy-duty class 8 FCEVs.

**Nikola and Republic Services End Collaboration on Refuse Truck**

On December 23, 2020, we announced that Nikola and Republic Services discontinued their collaboration on the development of a new refuse truck. After considerable collaboration and review, both companies determined that the program would take longer than previously anticipated, in addition to requiring higher than previously planned upfront development costs.

The cancellation of the refuse program was one of the last steps in a series of decisions made during the fourth quarter to restructure the organization and realign resources. We believe Nikola is now well-positioned to execute on its business plan.

**Corporate Governance**

On December 23, 2020, Nikola announced that it appointed Mary L. Petrovich as a new independent director. Nikola also previously announced the addition of Bruce L. Smith to the board as a new independent director on October 29, 2020. To view Bruce or Mary's bio, please click here.

**Effects of COVID-19**

The health and safety of Nikola's employees and communities are the Company's top priority. Nikola's management team has taken steps to ensure its team can safely continue working to advance the Company's strategy and vision to become a global leader in zero-emissions transportation. The COVID-19 pandemic has created a disruption in the manufacturing, delivery and overall supply chain of OEMs and their suppliers; which has led to critical parts shortages, including battery cells and semiconductors, and work restrictions.