# EXHIBIT 12



Discover Thomson Reuters  •••

## REUTERS

World    Business    Markets    Breakingviews    Video    More   

AUTOS    MARCH 30, 2021 / 6:42 AM / UPDATED 7 MONTHS AGO

# Musk says battery cell constraints impact production of Tesla Semi

By Reuters Staff

2 MIN READ

 



Slideshow（2 images）

(Reuters) -Tesla Inc chief Elon Musk tweeted on Tuesday that supply constraints related to battery cells are making it difficult to scale up production of its long-

delayed Tesla Semi electric commercial truck, sending the company's shares down nearly 2%.

"Demand is no problem, but near-term cell supply makes it hard to scale Semi. This limitation will be less onerous next year," the billionaire entrepreneur said here.



Musk's statement was in response to a tweet which referred to a news report about the electric carmaker receiving an order for ten Semi trucks from MHX Leasing LLC.

When Musk unveiled the prototype of the futuristic, battery-powered Semi in 2017, he said the Class 8 truck would go into production by 2019. That timeline was later pushed to 2021 and the company said it expects to start delivering the model too.

Last week, Musk had suggested the bottlenecks would cause the mass production to be delayed until 2022.

Reporting by Akanksha Rana and Munsif Vengattil in Bengaluru; Editing by Maju Samuel

*Our Standards: [The Thomson Reuters Trust Principles.](#)*

**PAID PROMOTIONAL LINKS**                Promoted by **Dianomi**



**7 Mistakes You'll Make When Hiring a Financial Advisor**

smartasset



**Spend $500 And Pocket $200 With This Card**

CompareCredit



**We're hiring remote licensed professionals at Fidelity.**

Fidelity Investments



**Divorce After 50**

Charles Schwab



**Act now to earn up to a $1,500 cash bonus with required activities**

CITIGOLD® CASH BONUS