# EXHIBIT
# 14

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Selwood Lionel E. Jr. | Romeo Power, Inc. [ RMO ] | X Director    10% Owner |
| (Last)    (First)    (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X Officer (give title below)    Other (specify below) |
| C/O ROMEO POWER, INC. | 12/29/2020 | President, CEO and Director |
| 4380 AYERS AVENUE | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X Form filed by One Reporting Person |
| VERNON    CA    90058 | | Form filed by More than One Reporting Person |
| (City)    (State)    (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $1.56 | 12/29/2020 | | A | | 99,510 | | (2)(10) | 10/29/2029 | Common stock, par value $0.0001 per share ("Common Stock") | 99,510 | (1)(2) | 99,510 | D | |
| Stock Option (right to buy) | $1.56 | 12/29/2020 | | A | | 40,480 | | (3)(10) | 10/29/2029 | Common Stock | 40,480 | (1)(3) | 40,480 | D | |
| Stock Option (right to buy) | $6.08 | 12/29/2020 | | A | | 4,469 | | (4)(11) | 09/16/2030 | Common Stock | 4,469 | (1)(4) | 4,469 | D | |
| Stock Option (right to buy) | $6.08 | 12/29/2020 | | A | | 969,371 | | (5)(11) | 09/16/2030 | Common Stock | 969,371 | (1)(5) | 969,371 | D | |
| Stock Option (right to buy) | $6.09 | 12/29/2020 | | A | | 11,947 | | (6)(12) | 11/15/2028 | Common Stock | 11,947 | (1)(6) | 11,947 | D | |
| Stock Option (right to buy) | $6.09 | 12/29/2020 | | A | | 170,648 | | (7)(12) | 11/15/2028 | Common Stock | 170,648 | (1)(7) | 170,648 | D | |
| Stock Option (right to buy) | $4.09 | 12/29/2020 | | A | | 39,809 | | (8)(12) | 02/20/2027 | Common Stock | 39,809 | (1)(8) | 39,809 | D | |
| Stock Option (right to buy) | $4.09 | 12/29/2020 | | A | | 2,797 | | (9)(12) | 02/20/2027 | Common Stock | 2,797 | (1)(9) | 2,797 | D | |

**Explanation of Responses:**

1. Received pursuant to the Agreement and Plan of Merger, dated as of October 5, 2020, as amended by Amendment No. 1 to Agreement and Plan of Merger dated as of November 18, 2020 (as amended, the "Merger Agreement"), by and among Romeo Power, Inc. (f/k/a RMG Acquisition Corp.) (the "Issuer"), RMG Merger Sub, Inc., a wholly owned subsidiary of the Issuer ("Merger Sub"), and Romeo Systems, Inc. ("Legacy Romeo"), pursuant to which Merger Sub merged with and into Legacy Romeo, with Legacy Romeo surviving the merger (the "Merger"). As a result, Legacy Romeo became a wholly-owned subsidiary of the Issuer, with the stockholders of Legacy Romeo becoming stockholders of the Issuer.

2. 58,047 shares of this option have vested and are exercisable. This option was received in the Merger in exchange for an option to purchase 817,463 shares of Class A common stock of Legacy Romeo.

3. 23,613 shares of this option have vested and are exercisable. This option was received in the Merger in exchange for an option to purchase 332,537 shares of Class A common stock of Legacy Romeo.

4. 1,117 shares of this option have vested and are exercisable. This option was received in the Merger in exchange for an option to purchase 36,711 shares of Class A common stock of Legacy Romeo.

5. 242,343 shares of this option have vested and are exercisable. This option was received in the Merger in exchange for an option to purchase 7,963,289 shares of Class A common stock of Legacy Romeo.

6. This option is fully vested and exercisable. This option was received in the Merger in exchange for an option to purchase 98,142 shares of Class A common stock of Legacy Romeo.

7. This option is fully vested and exercisable. This option was received in the Merger in exchange for an option to purchase 1,401,858 shares of Class A common stock of Legacy Romeo.

8. This option is fully vested and exercisable. This option was received in the Merger in exchange for an option to purchase 327,027 shares of Class A common stock of Legacy Romeo.

9. This option is fully vested and exercisable. This option was received in the Merger in exchange for an option to purchase 22,973 shares of Class A common stock of Legacy Romeo.

10. 1/36th of these options vest monthly.

11. 1/12th of these options vest monthly.

12. One-third of these options vest on the first year anniversary of the grant date, and 1/36th of these options vest monthly thereafter.

| | |
|---|---|
| /s/ Lauren Webb, Attorney-in-fact | 12/31/2020 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

SEC Form 4

| FORM 4 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION | OMB APPROVAL | |
|---|---|---|---|
| | Washington, D.C. 20549 | OMB Number: | 3235-0287 |
| ☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b). | **STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP** | Estimated average burden | |
| | Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940 | hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Webb Lauren | Romeo Power, Inc. [ RMO ] | X   Director          10% Owner |
| (Last)        (First)        (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) | X   Officer (give title below)    Other (specify below) |
| C/O ROMEO POWER, INC. | 12/29/2020 | CFO and Director |
| 4380 AYERS AVENUE | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (Street) | | X   Form filed by One Reporting Person |
| VERNON        CA        90058 | | Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common stock, par value $0.0001 per share ("Common Stock") | 12/29/2020 | | A | | 23,920 | A | (1) | 23,920 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $4.09 | 12/29/2020 | | A | | 73,271 | | (2)(8) | 08/24/2027 | Common Stock | 73,271 | (1)(2) | 73,271 | D | |
| Stock Option (right to buy) | $4.09 | 12/29/2020 | | A | | 262,646 | | (3)(8) | 08/24/2027 | Common Stock | 262,646 | (1)(3) | 262,646 | D | |
| Stock Option (right to buy) | $6.09 | 12/29/2020 | | A | | 34,719 | | (4)(8) | 01/11/2028 | Common Stock | 34,719 | (1)(4) | 34,719 | D | |
| Stock Option (right to buy) | $6.09 | 12/29/2020 | | A | | 32,465 | | (5)(8) | 01/11/2028 | Common Stock | 32,465 | (1)(5) | 32,465 | D | |
| Stock Option (right to buy) | $4.09 | 12/29/2020 | | A | | 47,344 | | (6)(8) | 02/20/2027 | Common Stock | 47,344 | (1)(6) | 47,344 | D | |
| Stock Option (right to buy) | $4.09 | 12/29/2020 | | A | | 69,501 | | (7)(8) | 02/20/2027 | Common Stock | 69,501 | (1)(7) | 69,501 | D | |

**Explanation of Responses:**

1. Received pursuant to the Agreement and Plan of Merger, dated as of October 5, 2020, as amended by Amendment No. 1 to Agreement and Plan of Merger dated as of November 18, 2020 (as amended, the "Merger Agreement"), by and among Romeo Power, Inc. (f/k/a RMG Acquisition Corp.) (the "Issuer"), RMG Merger Sub, Inc., a wholly owned subsidiary of the Issuer ("Merger Sub"), and Romeo Systems, Inc. ("Legacy Romeo"), pursuant to which Merger Sub merged with and into Legacy Romeo, with Legacy Romeo surviving the merger (the "Merger"). As a result, Legacy Romeo became a wholly-owned subsidiary of the Issuer, with the stockholders of Legacy Romeo becoming stockholders of the Issuer.

2. This option is fully vested and exercisable. This option was received in the Merger in exchange for an option to purchase 601,914 shares of Class A common stock of Legacy Romeo.

3. This option is fully vested and exercisable. This option was received in the Merger in exchange for an option to purchase 2,157,607 shares of Class A common stock of Legacy Romeo.

4. 33,754 shares of this option have vested and are exercisable. This option was received in the Merger in exchange for an option to purchase 285,211 shares of Class A common stock of Legacy Romeo.

5. 31,563 shares of this option have vested and are exercisable. This option was received in the Merger in exchange for an option to purchase 266,693 shares of Class A common stock of Legacy Romeo.

6. This option is fully vested and exercisable. This option was received in the Merger in exchange for an option to purchase 388,926 shares of Class A common stock of Legacy Romeo.

7. This option is fully vested and exercisable. This option was received in the Merger in exchange for an option to purchase 570,946 shares of Class A common stock of Legacy Romeo.

8. One-third of these options vest on the first year anniversary of the grant date, and 1/36th of these options vest monthly thereafter.

| /s/ Lauren Webb | 12/31/2020 |
| --- | --- |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

## SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement
☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒   Definitive Proxy Statement
☐   Definitive Additional Materials
☐   Soliciting Material under §240.14a-12

# ROMEO POWER, INC.

(Name of Registrant as Specified in its Charter)

(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒   No fee required.

☐   Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    1)   Title of each class of securities to which transaction applies:

    2)   Aggregate number of securities to which transaction applies:

    3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

    4)   Proposed maximum aggregate value of transaction:

    5)   Total fee paid:

☐   Fee paid previously with preliminary materials.

☐   Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    1)   Amount Previously Paid:

    2)   Form, Schedule or Registration Statement No.:

    3)   Filing Party:

    4)   Date Filed:

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth information known to the Company regarding the beneficial ownership of the Common Stock as of March 31, 2021 by:

- each person who is known by the Company to be the beneficial owner of more than 5% of the outstanding shares of the Common Stock;

- each named executive officer and director of the Company; and

- all executive officers and directors of the Company, as a group.

Beneficial ownership is determined according to the rules of the SEC, which generally provide that a person has beneficial ownership of a security if he, she, or it possesses sole or shared voting or investment power over that security, including options and warrants that are currently exercisable or exercisable within 60 days. The beneficial ownership percentages set forth in the table below are based on approximately 130,529,147 shares of Common Stock issued and outstanding as of March 31, 2021.

Unless otherwise indicated in the footnotes to the table below, and subject to applicable community property laws, the Company believes that all persons named in the table below have sole voting and investment power with respect to their beneficially owned shares of Common Stock. Unless otherwise indicated, the address of each person listed in the table below is c/o Romeo Power, Inc., 4380 Ayers Avenue, Vernon, CA 90058.

| Name and Address of Beneficial Owner | Number of Shares of Common Stock Beneficially Owned | Percentage of Outstanding Common Stock[1] |
|---|---|---|
| *Directors and Named Executive Officers:* | | |
| Lionel E. Selwood, Jr.[2] | 975,538 | * |
| Michael Patterson[3] | 14,241,222 | 10.8% |
| Lauren Webb[4] | 543,865 | * |
| Criswell Choi[5] | 223,178 | * |
| Robert S. Mancini[6] | 8,941,667 | 6.7% |
| Philip Kassin[6][9] | 9,104,725 | 6.8% |
| Brady Ericson | - | - |
| Susan S. Brennan | - | - |
| Donald S. Gottwald | - | - |
| Timothy E. Stuart | - | - |
| Paul S. Williams | - | - |
| All executive officers and directors as a group (12 individuals)[10] | 25,733,698 | 18.6% |
| *Five Percent Holders:* | | |
| BorgWarner Inc.[7] | 19,315,399 | 14.8% |
| RMG Sponsor, LLC[6] | 8,941,667 | 6.7% |
| Ulysses Ventures, LLC[8] | 6,584,389 | 5.0% |

_____

*     Less than 1%.

(1)   Shares of common stock subject to options and warrants that are exercisable within 60 days of March 31, 2021, are deemed beneficially owned and outstanding for computing the percentage ownership of the person holding such securities, but are not considered outstanding for computing the percentage ownership of any other person.

(2)   Consists of 975,538 shares of Common Stock subject to options that have vested or will vest and are exercisable within 60 days of March 31, 2021.

(3)  Consists of (a) 12,628,823 shares of Common Stock and (b) 1,612,399 shares of Common Stock subject to options that have vested or will vest and are exercisable within 60 days of March 31, 2021. Includes 6,000,000 shares of Common Stock that are pledged to a third party as collateral for personal residential real estate.

(4)  Consists of (a) 23,920 shares of Common Stock and (b) 519,945 shares of Common Stock subject to options that have vested or will vest and are exercisable within 60 days of March 31, 2021.

(5)  Consists of 223,178 shares of Common Stock subject to options that have vested or will vest and are exercisable within 60 days of March 31, 2021.

(6)  Consists of (i) 5,175,000 shares of Common Stock and (ii) 3,766,667 Private Warrants that are exercisable for 3,766,667 shares of Common Stock within 60 days of March 31, 2021. RMG Sponsor, LLC is the record holder of and has shared voting and dispositive power over the shares of Common Stock and Warrants reported herein. Each of Messrs. Mancini, Carpenter and Kassin is, directly or indirectly, a member of RMG Sponsor, LLC. MKC Investments LLC is the sole managing member of RMG Sponsor, LLC, and Messrs. Mancini, Carpenter and Kassin are the managing members of MKC Investments LLC. As such, they may be deemed to have or share beneficial ownership of the Common Stock and Warrants held directly by RMG Sponsor, LLC. Each such person disclaims any beneficial ownership of the reported securities other than to the extent of any pecuniary interest they may have therein, directly or indirectly. The business address for RMG Sponsor, LLC is 50 West Street, Suite 40-C, New York, NY 10006.

(7)  Consists of 19,315,399 shares of Common Stock. The business address for BorgWarner Inc. is 3850 Hamlin Road, Auburn Hills, MI 48326.

(8)  Consists of (a) 36,635 shares of Common Stock held directly by Mr. Eric Gertler and (b) 6,547,754 shares of Common Stock held directly by Ulysses Ventures, LLC. Mr. Gertler is the managing member of Ulysses Ventures, LLC. The business address for Ulysses Ventures, LLC is 510 Madison Ave., New York, NY 10022.

(9)  Mr. Kassin owned in his personal capacity 163,058 Public Warrants that were exercisable for 163,058 shares of Common Stock within 60 days of March 31, 2021. The Public Warrants were redeemed by the Company on April 5, 2021 and are no longer outstanding.

(10)  Consists of (a) 17,827,743 shares of Common Stock, (b) 3,976,230 shares of Common Stock subject to options that have vested or will vest and are exercisable within 60 days of March 31, 2021 and (c) 3,929,725 warrants that are exercisable for 3,929,725 shares of Common Stock within 60 days of March 31, 2021.

41