**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF**
**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

I, Kara M. Wolke, declare as follows:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Mike Castleberg and additional plaintiff Joshua Cante ("Plaintiffs") and Lead Counsel for the Class in the above-captioned action. I am an attorney duly licensed to practice law before all of the court of the State of California and I am admitted *pro hac vice* in this action.

2.      I make this declaration in support of Plaintiffs' Request for Judicial Notice in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Attached hereto as **Exhibit 1** are true and correct excerpts of the Form S-4 Registration Statement filed with the SEC by RMG Acquisition Corp., dated October 15, 2020.

4.      Attached hereto as **Exhibit 2** are true and correct excerpts of an investor presentation titled, "Energy Tech: Decarbonizing Commercial Vehicles, Romeo Power & RMG Acquisition Corp. to Merge," filed with the SEC by RMG Acquisition Corp. as Exhibit 99.1 to a Form 8-K, dated November 18, 2020.

5.      Attached hereto as **Exhibit 3** is a true and correct screen capture of the FreightWaves website that featured a February 25, 2021 interview of Romeo Power's CEO Lionel Selwood, which can be found at https://www.freightwaves.com/?s=romeo.

6.      Attached hereto as **Exhibit 4** are true and correct excerpts of the Form S-4/A Registration Statement filed with the SEC by RMG Acquisition Corp., dated November 20, 2020.

7.      Attached hereto as **Exhibit 5** are true and correct excerpts of the Form 10-K filed with the SEC by Romeo Power, Inc., dated April 15, 2021.

8.      Attached hereto as **Exhibit 6** are true and correct excerpts of the Amended and Restated Registration Rights Agreement, filed with the SEC by Romeo Power Inc. as Exhibit 4.4 to a Form 8-K, dated December 29, 2020.

1

9.      Attached hereto as **Exhibit 7** is a true and correct copy of the Form 8-K filed with the SEC by Romeo Power, Inc., dated October 25, 2021.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of a press release titled "Romeo Power Announces Preliminary Fourth Quarter and Full Year 2020 Financial Results and Business Update," filed with the SEC by Romeo Power Inc. as Exhibit 99.1 to a Form 8-K dated March 30, 2021.

11.      Attached hereto as **Exhibit 9** are true and correct excerpts of the Form 10-Q for the period ending March 31, 2021filed with the SEC by Romeo Power, Inc., dated May 17, 2021.

12.      Attached hereto as **Exhibit 10** are true and correct excerpts of the Form 10-Q for the period ending July 31, 2021 filed with the SEC by Romeo Power, Inc., dated August 16, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 3rd day of December 2021.

*s/ Kara M. Wolke*
Kara M. Wolke

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On December 3, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3, 2021.

*s/ Kara M. Wolke*
Kara M. Wolke