# EXHIBIT 1

Case 1:21-cv-03362-LGS   Document 99-1   Filed 12/03/21   Page 2 of 7

Table of Contents

As filed with the Securities and Exchange Commission on October 15, 2020

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM S-4

### REGISTRATION STATEMENT
### UNDER THE SECURITIES ACT OF 1933

# RMG ACQUISITION CORP.
(Exact name of Registrant as specified in its charter)

| Delaware | 6770 | 84-2289787 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary standard industrial classification code number) | (I.R.S. Employer Identification Number) |

**50 West Street, Suite 40-C**
**New York, New York 10006**
**Telephone: (212) 785-2579**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Robert S. Mancini**
**Chief Executive Officer**
**50 West Street, Suite 40-C**
**New York, New York 10006**
**Telephone: (212) 785-2579**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

*With copies to:*

| David S. Allinson | Ryan J. Maierson | David M. Hernand | Jonathan Ko |
|---|---|---|---|
| Latham & Watkins LLP | Latham & Watkins LLP | Paul Hastings LLP | Paul Hastings LLP |
| 885 Third Avenue | 811 Main Street, Suite 3700 | 1999 Avenue of the Stars | 515 South Flower Street |
| New York, NY 10022 | Houston, Texas 77002 | Los Angeles, California 90067 | 25th Floor |
| (212) 906-1200 | (713) 546-5400 | (310) 620-5700 | Los Angeles, CA 90071 |
| | | | (213) 683-6000 |

**Approximate date of commencement of proposed sale of the securities to the public:** As soon as practicable after this Registration Statement becomes effective and all other conditions to the transactions contemplated by the Agreement and Plan of Merger described in the included proxy statement/consent solicitation statement/prospectus have been satisfied or waived.

If the securities being registered on this form are to be offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box: ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☐ | Accelerated filer ☒ |
|---|---|
| Non-accelerated filer ☐ | Smaller reporting company ☒ |
| | Emerging growth company ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☒

If applicable, place an X in the box to designate the appropriate rule provision relied upon in conducting this transaction:

Exchange Act Rule 13e-4(i) (Cross-Border Issuer Tender Offer) ☐

Exchange Act Rule 14d-1(d) (Cross-Border Third-Party Tender Offer) ☐

Case 1:21-cv-03362-LGS Document 89-1 Filed 12/03/21 Page 3 of 7

Table of Contents

**Sale Restrictions**

In connection with the Initial Public Offering, the holders of RMG's Founder Shares, including the Sponsor, entered into a lock-up agreement pursuant to which they agreed not to transfer the Founder Shares (subject to limited exceptions) until one year after the consummation of an initial business combination or earlier if, subsequent to the consummation of an initial business combination, (i) the last sales price of RMG common stock equals or exceeds $12.00 per share (as adjusted for stock splits, stock dividends, reorganizations and recapitalizations) for any 20 trading days within any 30-trading day period commencing at least 150 days after the initial business combination or (ii) RMG (or any successor entity) consummates a subsequent liquidation, merger, stock exchange or other similar transaction which results in all of RMG's stockholders having the right to exchange their shares of common stock for cash, securities or other property. Additionally, the holders of private warrants entered into a lock-up agreement pursuant to which they agreed not to transfer the private warrants or common stock underlying the private warrants (subject to limited exceptions) until thirty days after the consummation of an initial business combination.

Certain stockholders of Romeo receiving shares of RMG common stock in the Business Combination will be subject to a 180-day lock-up period for all shares of RMG common stock held by such holders.

**Related Agreements**

*Stockholders' Agreement*

At the closing of the Business Combination, the Sponsor and certain stockholders of Romeo will enter into the Stockholders' Agreement with RMG, pursuant to which:

- the Sponsor will have the right to designate (a) one director for election to RMG's board of directors for so long as it maintains beneficial ownership of 25% or more of the shares of RMG common stock owned by the Sponsor on the closing date of the Business Combination and (b) two directors for election to RMG's board of directors for so long as it maintains beneficial ownership of 50% or more of the shares of RMG common stock owned by the Sponsor on the closing date of the Business Combination;

- certain former stockholders of Romeo will have the right to designate (a) at any time when BorgWarner, Inc. has the right to designate a director for election to RMG's board of directors, one director for election to RMG's board of directors for so long as such stockholders collectively maintain beneficial ownership of 25% or more of the shares of RMG common stock owned by them on the closing date of the Business Combination, and (b) at any time when BorgWarner, Inc. does not have the right to designate a director for election to RMG's board of directors, (i) two directors for election to RMG's board of directors for so long as such stockholders collectively maintain beneficial ownership of 50% or more of the shares of RMG common stock owned by them on the closing date of the Business Combination and (ii) one director for election to RMG's board of directors for so long as such stockholders collectively maintain beneficial ownership of 25% or more of the shares of RMG common stock owned by them on the closing date of the Business Combination; and

- BorgWarner, Inc. will have the right to designate one director for election to RMG's board of directors for so long as it maintains ownership equal to 5% of the total issued and outstanding shares of RMG common stock on the closing date of the Business Combination.

*Registration Rights Agreement*

At the closing of the Business Combination, certain of Romeo's stockholders and other parties thereto will enter into the Registration Rights Agreement pursuant to which RMG agreed to file a shelf registration statement with respect to the registrable securities under the Registration Rights Agreement. RMG also agreed to provide customary "piggyback" registration rights. The Registration Rights Agreement also provides that RMG will pay certain expenses relating to such registrations and indemnify the stockholders against certain liabilities.

Table of Contents

**Results of Operations for the Six Months Ended June 30, 2020 and 2019**

| $ in thousands | Six Months Ended | | $ Change | % Change |
| --- | --- | --- | --- | --- |
| | June 30, 2020 | June 30, 2019 | | |
| **Revenue** | | | | |
| Products | $ 2,046 | $ 1,479 | $ 567 | 38.3 |
| Services | 136 | 385 | (249) | (64.7) |
| Related party services | 1,469 | — | 1,469 | NM |
| Total revenue | 3,651 | 1,864 | 1,787 | 95.9 |
| **Cost of sales** | | | | |
| Products | 4,466 | 5,237 | (771) | (14.7) |
| Services | 344 | 475 | (131) | (27.6) |
| Related party services | 1,245 | — | 1,245 | NM |
| Total cost of sales | 6,055 | 5,712 | 343 | (6.0) |
| Gross loss | (2,404) | (3,848) | 1,444 | (37.5) |
| **Operating expenses** | | | | |
| Research and development | 3,396 | 7,142 | (3,746) | (52.5) |
| Selling, general and administrative | 5,358 | 7,879 | (2,521) | (32.0) |
| Total operating expenses | 8,754 | 15,021 | (6,267) | (41.7) |
| Operating loss | (11,158) | (18,869) | 7,711 | (40.9) |
| Interest expense | (518) | (10,617) | 10,099 | (95.1) |
| Interest income | — | 124 | (124) | (100.0) |
| Loss on extinguishment of debt | — | (9,181) | 9,181 | (100.0) |
| Other expense | (1,386) | — | (1,386) | NM |
| Net loss before income taxes and equity (loss) in affiliates | (13,062) | (38,543) | 25,481 | (66.1) |
| Equity (loss) in affiliates | (732) | — | (732) | NM |
| Income tax expense | — | (1) | 1 | (100.0) |
| **Net loss** | $ (13,794) | $ (38,544) | $ 24,750 | (64.2) |

**Revenues**

| $ in thousands | Six Months Ended | |
| --- | --- | --- |
| | June 30, 2020 | June 30, 2019 |
| Products | $ 2,046 | $ 1,479 |
| % of total revenue | 56.1 % | 79.3 % |
| Services | 136 | 385 |
| % of total revenue | 3.7 % | 20.7 % |
| Related party revenue | 1,469 | — |
| % of total revenue | 40.3 % | — % |
| **Total revenue** | $ 3,651 | $ 1,864 |

179

Case 1:21-cv-03362-LGS   Document 99-1   Filed 12/03/21   Page 5 of 7

Table of Contents

*Product revenues*

Product revenue increased approximately $0.57 million, or 38.3%, during the six months ended June 30, 2020, as compared to product revenues for the six months ended June 30, 2019. Product revenue increased approximately $0.90 million related to increased deliveries of commercial vehicle products. The increase in deliveries was a result of increased demand for Romeo's commercial vehicle products with higher energy densities, as well as the timing of completion of testing and other evaluation milestones for commercial vehicle products, which were completed in the beginning of 2019. The average selling price per unit did not have a significant impact on sales during the six months ended June 30, 2020 as compared to the six months ended June 30, 2019. This increase in sales related to Romeo's commercial vehicle products was partially offset by decreased deliveries of Romeo's ancillary consumer products and other products in development. Romeo does not expect its sales of its ancillary products or other products in development to be a significant proportion of total sales in future periods.

*Service revenues*

Service revenue decreased approximately $0.25 million, or 64.7%, during the six months ended June 30, 2020, as compared to service revenue for the six months ended June 30, 2019. The decrease was a result of customer sales shifting from non-recurring engineering and prototype service revenue to product revenue upon completion of the development and validation of customer prototypes. Revenues from new non-recurring engineering and prototype service contracts did not offset the reduction in revenues attributable to completed contracts.

*Related party revenues*

Related party service revenue of approximately $1.47 million for the six months ended June 30, 2020 relates to engineering services that Romeo provided to the BorgWarner JV during the period. As Romeo's joint venture with BorgWarner was not formed until June 28, 2019 and did not commence operations until July 2019, Romeo did not earn comparable related party service revenue during the six months ended June 30, 2019.

**Cost of Sales**

| | Six Months Ended | | | |
|---|---|---|---|---|
| $ in thousands | June 30, 2020 | | June 30, 2019 | |
| Cost of sales – products | $ | 4,466 | $ | 5,237 |
| % of cost of sales | | 73.7 % | | 91.7 % |
| Cost of sales – services | | 344 | | 475 |
| % of cost of sales | | 5.7 % | | 8.3 % |
| Cost of sales – related party | | 1,245 | | — |
| % of cost of sales | | 20.6 % | | — % |
| **Total cost of sales** | $ | **6,055** | $ | **5,712** |

*Cost of sales – products*

Cost of sales associated with product revenue decreased approximately $0.77 million, or 14.7%, during the six months ended June 30, 2020, as compared to the cost of products revenue for the six months ended June 30, 2019. Of the total decrease in cost of sales related to product revenue, approximately 80% relates to reductions in labor costs as a result to improvements in Romeo's manufacturing processes. The remaining decrease in the cost of sales related to product revenue is primarily due to a write-down of inventory for approximately $0.38 million recorded in the six months ended June 30, 2019 that was not repeated in the comparable period in 2020.

180

Case 1:21-cv-03362-LGS   Document 99-1   Filed 12/03/21   Page 6 of 7

Table of Contents

**Results of Operations for the Fiscal Years Ended December 31, 2019 and 2018**

| | Years Ended | | | |
| --- | --- | --- | --- | --- |
| $ in thousands | December 31, 2019 | December 31, 2018 | $ Change | % Change |
| **Revenue** | | | | |
| Products | $ 4,847 | $ 842 | $ 4,005 | 475.7 |
| Services | 1,665 | 2,222 | (557) | (25.1) |
| Related party services | 1,976 | — | 1,976 | NM |
| Total revenue | 8,488 | 3,064 | 5,424 | 177.0 |
| **Cost of sales** | | | | |
| Products | 12,703 | 6,540 | 6,163 | 94.2 |
| Services | 2,877 | 6,255 | (3,378) | (54.0) |
| Related party services | 1,657 | — | 1,657 | NM |
| Total cost of sales | 17,237 | 12,795 | 4,442 | 34.7 |
| Gross loss | (8,749) | (9,731) | 982 | (10.1) |
| **Operating expenses** | | | | |
| Research and development | 11,242 | 18,446 | (7,204) | (39.1) |
| Selling, general and administrative | 13,890 | 19,768 | (5,878) | (29.7) |
| Legal settlement expense | 4,586 | — | 4,586 | NM |
| Total operating expenses | 29,718 | 38,214 | (8,496) | (22.2) |
| Operating loss | (38,467) | (47,945) | 9,478 | (19.8) |
| Interest expense | (10,954) | (8,802) | (2,152) | 24.4 |
| Interest income | 269 | — | 269 | NM |
| Loss on extinguishment of debt | (9,181) | (2,580) | (6,601) | 255.9 |
| Net loss before income taxes and equity (loss) in affiliates | (58,333) | (59,327) | 994 | (1.7) |
| Equity (loss) in affiliates | (1,520) | — | (1,520) | NM |
| Income tax expense | (1) | (1) | — | — |
| **Net loss** | $ (59,854) | $ (59,328) | $ (526) | 0.9 |

**Revenues**

| | Years Ended | |
| --- | --- | --- |
| $ in thousands | December 31, 2019 | December 31, 2018 |
| Products | $ 4,847 | $ 842 |
| % of total revenue | 57.1 % | 27.5 % |
| Services | 1,665 | 2,222 |
| % of total revenue | 19.6 % | 72.5 % |
| Related party revenue | 1,976 | — |
| % of total revenue | 23.3 % | — % |
| **Total revenue** | $ 8,488 | $ 3,064 |

185

Case 1:21-cv-03362-LGS   Document 90-1   Filed 12/03/21   Page 7 of 7

Table of Contents

**ROMEO SYSTEMS, INC.**
**(dba Romeo Power Technology)**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**FOR THE SIX MONTHS ENDED JUNE 30, 2020 AND 2019 (UNAUDITED)**
**(In thousands)**

| | For the Six Months Ended June 30, | |
| --- | --- | --- |
| | 2020 | 2019 |
| REVENUE: | | |
| Product revenue | $ 2,046 | $ 1,479 |
| Service revenue | 136 | 385 |
| Related party service revenue | 1,469 | — |
| Total revenue | 3,651 | 1,864 |
| | | |
| COST OF SALES: | | |
| Product cost | 4,466 | 5,237 |
| Service cost | 344 | 475 |
| Related party service cost | 1,245 | — |
| Total cost of sales | 6,055 | 5,712 |
| GROSS LOSS | (2,404) | (3,848) |
| | | |
| OPERATING EXPENSES: | | |
| Research and development | 3,396 | 7,142 |
| Selling, general, and administrative | 5,358 | 7,879 |
| Total operating expenses | 8,754 | 15,021 |
| OPERATING LOSS | (11,158) | (18,869) |
| | | |
| INTEREST EXPENSE | (518) | (10,617) |
| INTEREST INCOME | — | 124 |
| LOSS ON EXTINGUISHMENT OF DEBT | — | (9,181) |
| OTHER EXPENSE | (1,386) | — |
| NET LOSS BEFORE INCOME TAXES AND EQUITY (LOSS) IN AFFILIATES | (13,062) | (38,543) |
| EQUITY (LOSS) IN AFFILIATES | (732) | — |
| INCOME TAX EXPENSE | — | (1) |
| NET LOSS | $ (13,794) | $ (38,544) |

See accompanying notes to condensed consolidated financial statements.

F-37