# EXHIBIT 3



**FREIGHT**WAVES
*The News Center of the Global Supply Chain*

| | | | |
|---|---|---|---|
| ⏸ **PVRPM.ATLPHL** 2,960 ▲ 0.380  14.7% | **TSTOPVRPM.CHIATL** 3,710 ▲ 0.160  4.5% | **TSTOPVRPM.DALLAX** 1,290 ▼ -0.010  -0.8% | **TSTOPVRPM.LAXDAL** 3,720 ▲ 0.010  0.3%  **TS** |

🏠 Home / Search Results for: romeo

# Search Results for: romeo

| romeo | | Search |
|---|---|---|



Electric Trucks

👤 Alan Adler  🕓 Tuesday, August 17, 2021

### Slumping battery startup Romeo Power pays big to secure cell supply

Romeo Power locks in cell supply for its commercial batteries, paying a big price to assure it can answer demand from truck manufacturers.

Read More »



News

👤 Alan Adler  🕓 Friday, August 6, 2021

### Struggling battery startup Romeo Power taps veteran executive for CEO

Precipitous fall in company stock is a backdrop to change at the top of struggling battery maker Romeo Power.

Read More »



Equipment

👤 Alan Adler  🕓 Thursday, February 25, 2021

### GSCW chat recap: Romeo Power CEO on importance of CV batteries

Romeo Power CEO Lionel Selwood saw the component shortages coming for commercial vehicle batteries. Romeo hedged by buying on the open market.

Read More »



Truck Talk

👤 Alan Adler  🕓 Friday, August 20, 2021

### Truck Talk: Cost of change edition

Truck Talk is a weekly newsletter offering perspective and context on happenings in the trucking industry.

Read More »

👤 Alan Adler  🕓 Thursday, August 5, 2021

### Hyliion plans bigger battery to stay relevant in electric truck race

Hybrid powertrain maker Hyliion is increasing electric range to get zero-emission credits for customers of its natural gas-electric Class 8 truck.



Equipment

⊙ Alan Adler   ⊙ Thursday, February 25, 2021

## GSCW chat recap: Romeo Power CEO on importance of CV batteries

Romeo Power CEO Lionel Selwood saw the component shortages coming for commercial vehicle batteries. Romeo hedged by buying on the open market.

Read More »