# EXHIBIT 4

Case 1:21-cv-03362-LGS   Document 99-4   Filed 12/03/21   Page 2 of 3

Table of Contents

As filed with the Securities and Exchange Commission on November 20, 2020

Registration No. 333-249488

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

Amendment No. 1

to

# FORM S-4

REGISTRATION STATEMENT
UNDER THE SECURITIES ACT OF 1933

# RMG ACQUISITION CORP.
(Exact name of Registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | **6770** | **84-2289787** |
| (State or other jurisdiction of incorporation or organization) | (Primary standard industrial classification code number) | (I.R.S. Employer Identification Number) |

**50 West Street, Suite 40-C**
**New York, NY 10006**
**Telephone: (212) 785-2579**

(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

**Robert S. Mancini**
**Chief Executive Officer**
**50 West Street, Suite 40-C**
**New York, NY 10006**
**Telephone: (212) 785-2579**

(Name, address, including zip code, and telephone number, including area code, of agent for service)

*With copies to:*

| | | | |
|---|---|---|---|
| **David S. Allinson** | **Ryan J. Maierson** | **David M. Hernand** | **Jonathan Ko** |
| **Latham & Watkins LLP** | **Latham & Watkins LLP** | **Paul Hastings LLP** | **Paul Hastings LLP** |
| **885 Third Avenue** | **811 Main Street, Suite 3700** | **1999 Avenue of the Stars** | **515 South Flower Street** |
| **New York, NY 10022** | **Houston, TX 77002** | **Los Angeles, CA 90067** | **25th Floor** |
| **(212) 906-1200** | **(713) 546-5400** | **(310) 620-5700** | **Los Angeles, CA 90071** |
| | | | **(213) 683-6000** |

**Approximate date of commencement of proposed sale of the securities to the public:** As soon as practicable after this Registration Statement becomes effective and all other conditions to the transactions contemplated by the Agreement and Plan of Merger described in the included proxy statement/consent solicitation statement/prospectus have been satisfied or waived.

If the securities being registered on this form are to be offered in connection with the formation of a holding company and there is compliance with General Instruction G, check the following box: ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐      Accelerated filer ☒

Non-accelerated filer ☐      Smaller reporting company ☒

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☒

If applicable, place an X in the box to designate the appropriate rule provision relied upon in conducting this transaction:

Exchange Act Rule 13e-4(i) (Cross-Border Issuer Tender Offer) ☐

Exchange Act Rule 14d-1(d) (Cross-Border Third-Party Tender Offer) ☐

Case 1:21-cv-03362-LGS   Document 99-4   Filed 12/03/21   Page 3 of 3

Table of Contents

**Revenues**

| $ in thousands | Nine Months Ended | |
| --- | --- | --- |
| | September 30, 2020 | September 30, 2019 |
| Products | $ 2,097 | $ 3,097 |
| % of total revenue | 48.5 % | 57.8 % |
| | | |
| Services | 202 | 1,051 |
| % of total revenue | 4.7 % | 19.6 % |
| | | |
| Related party revenue | 2,027 | 1,209 |
| % of total revenue | 46.9 % | 22.6 % |
| | | |
| **Total revenue** | **$ 4,326** | **$ 5,357** |

*Product revenues*

Product revenue decreased approximately $1.00 million, or 32.3%, during the nine months ended September 30, 2020, as compared to product revenues for the nine months ended September 30, 2019. The product revenue decrease of $1.00 million related to decreased deliveries of commercial vehicle products following completion of a large contract in April 2020.  Average selling prices per unit did not have a significant impact on sales during the nine months ended September 30, 2020, as compared to the nine months ended September 30, 2019.

The decrease in Romeo's commercial vehicle pack and module production and delivery activity has been offset by an increased focus on the execution and delivery against new engineering and prototype development agreements with both new and prospective module and pack customers.  As subsequently discussed, revenue under current engineering and prototype development contracts has been substantially deferred until all engineering services are complete and all prototypes have been delivered, and this revenue ultimately will be recognized as service revenue.  However, in Romeo's typical sales cycle, these engineering and prototype agreements are expected to be precursors to future product supply agreements, for which product revenues are recognized as products are delivered.

As a result of the contract completed during April 2020 that was not subsequently replaced,  Romeo expects to report lower product revenues until we begin to produce and deliver modules and packs in accordance with our more recently signed customer supply contracts, certain of which provide for minimum take or pay minimum order commitments.  Minimum take or pay order commitments related to contracts signed through November of 2020 exceed $500 million of backlog.  While the recognition of product revenue related to certain of these module and pack contracts will not commence until after completion of the delivery of engineering and prototype services, we expect to recognize greater than 10% of this backlog revenue over the twelve-month period following September 30, 2020.

*Service revenues*

Service revenue decreased approximately $0.85 million, or 80.8%, during the nine months ended September 30, 2020, as compared to service revenue for the nine months ended September 30, 2019. The decrease is related to the timing of deliveries against engineering and prototype contracts. Revenues recognized from new non-recurring engineering and prototype service contracts did not offset the reduction in revenues attributable to completed contracts.  However, the deferred revenue related to our engineering and prototype contracts for which revenue is recognized as of a point in time upon delivery of the developed prototypes was $2.36 million as of September 30, 2020, as compared to $0.59 million for the nine months ended September 30, 2019. Romeo expects to recognize all of the deferred revenue reported as of September 30, 2020 during the fourth quarter of 2020, after final delivery of the related prototypes.

*Related party revenues*

Related party service revenue increased approximately $0.82 million, or 67.7%, for the nine months ended September 30, 2020, as compared to related party service revenue for the nine months ended September 30, 2019.  Related party service revenue relates to engineering services that Romeo provided to the BorgWarner JV during the period. As Romeo's joint venture with BorgWarner was not formed until June 28, 2019, and did not commence operations until July 2019,