# EXHIBIT 8

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D) OF THE**
**SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): March 30, 2021

# Romeo Power, Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-38795** | **83-2289787** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

**4380 Ayers Avenue**
**Vernon, CA 90058**                                    **90058**
(Address of principal executive offices)                (Zip Code)

**(833) 467-2237**
(Registrant's telephone number, including area code)

**Not Applicable**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|:---:|:---:|
| Common stock, par value $0.0001 per share | RMO | New York Stock Exchange |
| Redeemable warrants, exercisable for shares of common stock at an exercise price of $11.50 per share | RMO.WT | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☒

Case 1:21-cv-03362-LGS   Document 99-8   Filed 12/03/21   Page 3 of 14

**Item 2.02.         Results of Operations and Financial Condition.**

On March 30, 2021, Romeo Power, Inc. (the "Company") issued a press release announcing its preliminary results of operations for the fiscal quarter and year ended December 31, 2020. A copy of the press release is furnished herewith as Exhibit 99.1 and is incorporated into this Item 2.02 by reference.

Additionally, on March 30, 2021, the Company held an earnings conference call open to the public (the "Earnings Call"). Mr. Lionel E. Selwood, Jr., the Company's Chief Executive Officer, along with Ms. Lauren Webb, the Company's Chief Financial Officer, discussed the preliminary financial and operating results of the Company for the fiscal quarter and year ended December 31, 2020. The transcript of the Earnings Call is furnished as Exhibit 99.2 and incorporated herein by reference.

The information furnished in this Current Report on Form 8-K (including Exhibit 99.1 and Exhibit 99.2) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that Section, nor shall it be deemed to be incorporated by reference into any filing of the Company under the Securities Act of 1933, as amended, or the Exchange Act, except as expressly set forth by specific reference in such filing.

<u>Cautionary Note Regarding Forward-Looking Statements</u>

This Current Report on Form 8-K includes information that may constitute forward-looking statements. These forward-looking statements are based on the Company's current beliefs, assumptions and expectations regarding future events, which in turn are based on information currently available to the Company. By their nature, forward-looking statements address matters that are subject to risks and uncertainties. Forward-looking statements include, without limitation, statements relating to the Company's expectations regarding its future financial performance, revenues and capital expenditures, the Company's expectations with respect to backlog and demand for its products, the magnitude and timing of future contracts, and the availability and pricing of battery cells. A variety of factors could cause actual events and results, as well as the Company's expectations, to differ materially from those expressed in or contemplated by the forward-looking statements. Risk factors affecting the Company are discussed in detail in the Company's filings with the Securities and Exchange Commission. The Company undertakes no obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future events or otherwise, except to the extent required by applicable law.

**Item 9.01.         Financial Statements and Exhibits.**

(d)       Exhibits.

99.1       <u>Press release, dated March 30, 2021.</u>

99.2       <u>Transcript of Earnings Call held on March 30, 2021.</u>

104        Cover Page Interactive Data File (embedded within the Inline XBRL document).

# SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**ROMEO POWER, INC.**

Date: April 2, 2021                                                                      By:        /s/ Lauren Webb
                                                                                         Name:    Lauren Webb
                                                                                         Title:     Chief Financial Officer

EX-99.1 2 tm2111210d1_ex99-1.htm EXHIBIT 99.1

**Exhibit 99.1**



**ROMEO POWER ANNOUNCES PRELIMINARY FOURTH QUARTER AND FULL YEAR 2020
FINANCIAL RESULTS AND BUSINESS UPDATE**

**LOS ANGELES, CA (MARCH 30, 2021)** – Romeo Power, Inc. ("Romeo Power" or the "Company") (NYSE: RMO), an energy technology leader delivering large-scale electrification solutions for complex commercial applications, today announced its preliminary financial results for the fourth quarter and full year ended December 31, 2020.

**Fourth Quarter and Full Year 2020 Business Highlights**
- Completed business combination with RMG Acquisition Corp. and related PIPE financing, providing an additional $346 million in net proceeds to fund future growth
- Signed a multi-year, $234 million agreement with Lion Electric to supply battery modules and packs for Lion's fleet of electric commercial vehicles
- Generated revenues of $9.0 million for the full-year 2020
- Cash or cash equivalents as of December 31, 2020 of $292.4 million
- Cash paid for capital expenditures for the year ended December 31, 2020 of $1.3 million

**Recent Business Updates**
- Signed an MOU with Ecellix to create advanced electrification solutions by combining Ecellix's ultra-high capacity eCell technology with Romeo Power's battery packs, modules and battery management system
- Announced a strategic alliance with Republic Services to collaborate on the development of Romeo Power's battery technology for use in Republic's electric garbage trucks
- Launched a commercial fleet electrification program with Heritage Environmental Services through which Romeo Power expects to electrify 500 Heritage trucks between 2022 and 2025
- As global demand for raw materials outpaces supply, Romeo Power is subject to a significant shortfall in cell capacity industrywide, and now expects its revenue for 2021 to be in the range of $18-40 million

**Management Commentary**
"Last year was a pivotal year for Romeo Power, as we completed our merger with RMG Acquisition Corp. in December, strengthened our balance sheet with more than $346 million of new capital and became a public company," commented Lionel Selwood, Jr., Chief Executive Officer of Romeo Power. "Our team continued to enhance our leading edge battery technology to a point of commercialization, evolving Romeo Power from a late-stage innovator to a commercial enterprise with significant capital inflows. Our achievements over the past year have demonstrated that our highly configurable Hermes module and sophisticated battery pack and battery management systems are the optimal solution for customers that are highly focused on safety, shortened charge times, increasing energy density and range, while maximizing profit per mile, and we are pleased with the commercial engagements signed to date.

Our public listing has raised Romeo Power's profile and afforded us the resources to continue investing in our business as we methodically establish long-term, multi-year partnerships in the commercial vehicle sector. A notable win in the fourth quarter was our multi-year, $234 million production contract with Lion Electric. Our commercial momentum has continued throughout the first quarter. In January, we announced a program with Heritage Environmental Services, through which Romeo Power expects to electrify 500 battery electric vehicles purchased by Heritage and its affiliates between 2022 and 2025, and a Strategic Alliance Agreement with Republic Services to collaborate on the development of Romeo Power's battery technology for use in Republic's electric garbage trucks. We look forward to evolving these partnerships over the course of 2021.

Regarding our 2021 outlook, we expect that our near term production and revenues will be constrained by the shortage in supply of battery cells. As the electric vehicle industry has experienced massive acceleration in recent months, the demand for raw materials and cells has outpaced supply. We expect that this cell shortage will result in Romeo Power's full year 2021 revenues being materially lower than originally projected. While frustrated, by this delay in bringing our solutions to market, we are working diligently with our preferred cell supply partners to secure allocation and continuous cell innovation for the near-intermediate and longer-term. However, Romeo Power's long-term demand outlook remains strong and we do not expect short-term cell constraints to affect our committed order backlog.

Our dialogue with new prospective customers remains active and healthy. We remain committed to our current strategy and the work Romeo Power's team has done over the last four years to build a strong foundation, develop leading technology solutions and commercialize and secure committed orders is beginning to produce notable results. By delivering superior vehicle range and fast charge capability, to complement leading safety and configurability, we believe Romeo Power remains well positioned to navigate current market headwinds and execute our long-term strategy."

**2021 Outlook**
As global electrification of the powertrain has hit an inflection point, the industry is experiencing a massive acceleration in growth and the demand for raw materials is outpacing supply. Romeo Power is currently subject to these supply constraints and, as a result of the significant shortfall in battery cell capacity industrywide, Romeo Power now expects its revenue for 2021 to be in the range of $18-40 million. The Company is currently pursuing extensive discussions with several preferred providers regarding establishing long-term cell supply agreements. Romeo Power remains focused on procuring cells that have met its rigorous cell supply validation processes, as this is critical to ensuring that the Company can deliver a safer and better product with higher energy density and superior fast charge capability relative to the competition. Romeo Power's commercial and strategic priorities remain unchanged and the current cell shortage is not expected to affect the Company's contracted order backlog.

**Annual Report**
Romeo Power also announced today that due to uncertainty regarding the accounting treatment for its public and private warrants it will not file its Annual Report on Form 10-K tomorrow, and will file a Form 12b-25 with the Securities and Exchange Commission. As a result, the numbers presented here are currently preliminary and unaudited.

**Conference Call Information**
Romeo Power will host a conference call at 2:00 p.m. U.S. Pacific Time (5:00 p.m. U.S. Eastern Time) today, March 30, 2021. Participating on the call will be Lionel Selwood, Jr., President and Chief Executive Officer, and Lauren Webb, Chief Financial Officer, of Romeo Power. To access the conference call, parties should visit the events section of the Investor Relations website at https://investors.romeopower.com/. A recording of the webcast will also be available following the conference call.

**Forward Looking Statements**
Certain statements in this press release may constitute "forward looking statements" within the meaning of the "safe harbor" provisions of the United States Private Securities Litigation Reform Act of 1995. When used in this press release, the words "estimates," "projected," "expects," "anticipates," "forecasts," "plans," "intends," "believes," "seeks," "may," "will," "should," "future," "propose" and variations of these words or similar expressions (or the negative versions of such words or expressions) are intended to identify forward-looking statements. These forward-looking statements, including, without limitation, express or implied statements concerning the Company's expectations regarding its future financial performance, revenues and capital expenditures, the Company's expectations with respect to backlog and demand for its products, the magnitude and timing of future contracts, and the availability and pricing of battery cells, are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside Romeo Power's management's control, that could cause actual results or outcomes to differ materially from those discussed in the forward-looking statements. Important factors, among others, that may affect actual results or outcomes include: Romeo Power's ability to execute on its plans to develop and market new products and the timing of these development programs; Romeo Power's estimates of the size of the markets for its products; the rate and degree of market acceptance of Romeo Power's products; the success of other competing technologies that may become available; Romeo Power's ability to identify and integrate acquisitions; the performance of Romeo Power's products and customers; potential litigation involving Romeo Power; demand for battery cells and supply shortages; the potential effects of COVID-19; and general economic and market conditions impacting demand for Romeo Power's products. You should carefully consider the foregoing factors and the other risks and uncertainties described in the Company's filings with the SEC. If any of these risks materialize or our assumptions prove incorrect, actual results could differ materially from those implied by our forward-looking statements. Forward-looking statements speak only as of the date they are made. Readers are cautioned not to put undue reliance on forward-looking statements, and Romeo Power undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise, except as required by law.

**Note Regarding Use of Non-GAAP Financial Measures**

This press release contains non-GAAP financial measures, including EBITDA and Adjusted EBITDA. "EBITDA" is defined as earnings before interest income and expense, income tax expense or benefit, and depreciation and amortization. "Adjusted EBITDA" has been calculated using EBITDA adjusted for losses on the extinguishment of debt, stock-based compensation, settlement of certain legal matters, and forgiveness of a portion of stockholder notes receivable. The Company believes that both EBITDA and Adjusted EBITDA provide additional information for investors to use in (1) evaluating our ongoing operating results and trends and (2) comparing our financial performance with those of comparable companies, which may disclose similar non-GAAP financial measures to investors. These non-GAAP measures provide investors with incremental information for the evaluation of our performance after isolation of certain items deemed unrelated to our core business operations. EBITDA and Adjusted EBITDA are presented as supplemental measures to our GAAP measures of performance. When evaluating EBITDA and Adjusted EBITDA, you should be aware that we may incur future expenses similar to those excluded when calculating these measures. In addition, our presentation of these measures should not be construed as an inference that our future results will be unaffected by unusual or non-recurring items. Furthermore, our computation of Adjusted EBITDA may not be directly comparable to similarly titled measures computed by other companies, as the nature of the adjustments that other companies may include or exclude when calculating Adjusted EBITDA may differ from the adjustments reflected in our measure. Because of these limitations, EBITDA and Adjusted EBITDA should not be considered in isolation, nor should these measures be viewed as a substitute for the most directly comparable GAAP measure, which is net loss. As appropriate, the most directly comparable GAAP financial measures and information reconciling these non-GAAP financial measures to the Company's financial results prepared in accordance with GAAP are included in this press release.

**About Romeo Power, Inc.**

Founded in 2016 and headquartered in Los Angeles, California, Romeo Power (NYSE: RMO) is an energy technology leader delivering large-scale electrification solutions for complex commercial applications. The Company's suite of advanced hardware, combined with its innovative battery management system, delivers the safety, performance, reliability and configurability its customers need to succeed. Romeo Power's 113,000 square-foot manufacturing facility brings its flexible design and development process in-house to pack the most energy dense modules on the market. To keep up with everything Romeo Power, please follow the Company on social @romeopowerinc or visit https://romeopower.com.

**Financial Statements**

**Romeo Power**
**Unaudited Consolidated Statement of Operations**
(Dollar amount in thousands, except share and per share data)

| | Three Months Ended December 31, | | Years Ended December 31, | |
|---|---|---|---|---|
| | **2020** | **2019** | **2020** | **2019** |
| REVENUES: | | | | |
| Product revenues | $ 813 | $ 1,750 | $ 2,910 | $ 4,847 |
| Service revenues | 2,720 | 614 | 2,922 | 1,665 |
| Related party service revenues | 1,115 | 767 | 3,142 | 1,976 |
| Total revenues | 4,648 | 3,131 | 8,974 | 8,488 |
| COST OF REVENUES: | | | | |
| Product cost | 4,815 | 3,924 | 9,997 | 12,703 |
| Service cost | 4,418 | 2,009 | 5,337 | 2,877 |
| Related party service cost | 881 | 629 | 2,631 | 1,657 |
| Total cost of revenues | 10,114 | 6,562 | 17,965 | 17,237 |
| GROSS LOSS | (5,466) | (3,431) | (8,991) | (8,749) |
| OPERATING EXPENSES: | | | | |
| Research and development | 2,782 | 1,545 | 7,995 | 11,242 |
| Selling, general, and administrative | 7,035 | 2,685 | 17,338 | 13,890 |
| Legal settlement expense | - | 4,586 | - | 4,586 |
| Total operating expenses | 9,817 | 8,816 | 25,333 | 29,718 |
| Operating loss | (15,283) | (12,247) | (34,324) | (38,467) |
| INTEREST EXPENSE | (328) | (106) | (1,111) | (10,954) |
| INTEREST INCOME | - | 3 | - | 269 |
| LOSS ON EXTINGUISHMENT OF DEBT | - | - | - | (9,181) |
| OTHER EXPENSE | (2,254) | - | (3,868) | - |
| Net Loss before Income Taxes and Loss on Equity Method Investments | (17,865) | (12,350) | (39,303) | (58,333) |
| Loss on Equity Method Investments | (1,208) | (851) | (2,480) | (1,520) |
| Income Tax Expense | (2) | - | (2) | (1) |
| Net loss | $ (19,075) | $ (13,201) | $ (41,785) | $ (59,854) |
| NET LOSS PER COMMON SHARE | | | | |
| Basic | $ (0.24) | $ (0.18) | $ (0.54) | $ (1.02) |
| Diluted | $ (0.24) | $ (0.18) | $ (0.54) | $ (1.02) |
| WEIGHTED AVERAGE NUMBER OF COMMON SHARES OUTSTANDING | | | | |
| Basic | 80,263,702 | 74,745,896 | 77,741,339 | 58,793,480 |
| Diluted | 80,263,702 | 74,745,896 | 77,741,339 | 58,793,480 |

4

**Romeo Power**
**Unaudited Consolidated Balance Sheets**
(Dollar amount in thousands)

| | As of December 31, | |
| --- | --- | --- |
| | **2020** | **2019** |
| ASSETS | | |
| CURRENT ASSETS | | |
| Cash and cash equivalents | $ 292,442 | $ 429 |
| Accounts receivable—net of allowance for expected credit loss (2020—$238; 2019—$238) | 841 | 307 |
| Inventories—net | 4,937 | 6,670 |
| Insurance receivable | 6,000 | 6,000 |
| Prepaid expenses | 1,269 | 1,616 |
| Total current assets | 305,489 | 15,022 |
| | | |
| RESTRICTED CASH | 1,500 | 1,500 |
| PROPERTY, PLANT AND EQUIPMENT—Net | 5,484 | 6,573 |
| EQUITY METHOD INVESTMENTS | 35,000 | 2,480 |
| OPERATING RIGHT-OF-USE LEASE ASSETS | 5,469 | 5,707 |
| OTHER NONCURRENT ASSETS | 3,100 | 1,296 |
| TOTAL ASSETS | 356,042 | 32,578 |
| | | |
| LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT) | | |
| CURRENT LIABILITIES | | |
| Accounts payable | 2,900 | 5,811 |
| Accrued expenses | 2,844 | 1,197 |
| Contract liabilities | 815 | 289 |
| Current maturities of long-term debt | 2,260 | 5,000 |
| Current maturities of long-term debt to related parties | - | 100 |
| Operating lease liabilities—current | 853 | 851 |
| Legal settlement payable | 6,000 | 6,000 |
| Other current liabilities | 383 | 315 |
| Total current liabilities | 16,055 | 19,563 |
| | | |
| COMMITMENTS AND CONTINGENCIES (Note 17) | | |
| LONG-TERM DEBT—Net of current portion | 1,082 | 5,225 |
| OPERATING LEASE LIABILITIES—Noncurrent | 4,723 | 4,949 |
| OTHER NONCURRENT LIABILITIES | 17 | 268 |
| Total liabilities | 21,877 | 30,005 |
| | | |
| STOCKHOLDERS' EQUITY (DEFICIT): | | |
| Common stock ($0.0001 par value, 250,000,000 shares authorized, 126,911,861 shares issued and outstanding at December 31, 2020 and 250,000,000 shares authorized, 74,449,847 shares issued and outstanding at December 31, 2019) | 12 | 7 |
| Preferred stock ($0.0001 par value, 10,000,000 shares authorized, no shares issued and outstanding at December 31, 2020 and 1,000,000 shares authorized, no shares issued and outstanding at December 21, 2019) | - | - |
| Notes receivable from stockholders | - | (9,175) |
| Additional paid-in capital | 545,764 | 181,567 |
| Accumulated deficit | (211,611) | (169,826) |
| Total stockholders' equity (deficit) | 334,165 | 2,573 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT) | $ 356,042 | $ 32,578 |

5

**Romeo Power**
**Unaudited Consolidated Statement of Cash Flows**
(Dollar amount in thousands)

| | Years Ended December 31, | |
| --- | --- | --- |
| | **2020** | **2019** |
| Cash flows from operating activities: | | |
| Net income (loss) | $ (41,785) | $ (59,854) |
| Adjustments to reconcile net loss to net cash used for operating activities: | | |
| Depreciation and amortization | 1,988 | 1,871 |
| Stock-based compensation | 3,567 | 1,566 |
| Inventory provision | 3,105 | 1,743 |
| Loss on extinguishment of debt | - | 9,181 |
| Interest expense attributable to amortization of debt discount | - | 5,585 |
| Loss on equity method investment | 2,480 | 1,520 |
| Non-cash lease expense—operating leases | 238 | 213 |
| Non-cash lease expense—finance leases | 283 | (15) |
| Loss on extinguishment of stockholder note receivable | 3,868 | - |
| Changes in assets and liabilities: | | |
| Accounts receivable | (534) | (249) |
| Inventories | (1,372) | (2,570) |
| Prepaid expenses | (1,685) | (1,428) |
| Accounts payable | (2,556) | (2,130) |
| Interest accrued on notes payable | 468 | 455 |
| Accrued expenses | 1,739 | (1,768) |
| Contract liabilities | 526 | (898) |
| Operating lease liabilities | (224) | (180) |
| Other—net | 15 | (6) |
| **Net cash used for operating activities** | **(29,879)** | **(46,964)** |
| | | |
| INVESTING ACTIVITIES: | | |
| Capital expenditures | (1,325) | (1,099) |
| Equity method investment | (35,000) | - |
| Other—net | - | (72) |
| **Net cash used for investing activities** | **(36,325)** | **(1,171)** |
| | | |
| FINANCING ACTIVITIES: | | |
| Issuance of convertible notes | 1,924 | 5,450 |
| Issuance of term notes | 6,475 | 19,000 |
| Proceeds from PPP loan | 3,300 | - |
| Proceeds from stockholder note receivable | 5,307 | - |
| Repayment of term notes | (11,575) | (25,624) |
| Issuance of line of credit | - | 32,000 |
| Repayment of line of credit | - | (32,000) |
| Redemption of common stock | - | (8,136) |
| Issuance of common stock, net of issuance costs | 5,027 | 56,639 |
| Recapitalization transaction, net of transaction costs (See Note 3) | 345,831 | - |
| Exercise of stock options | 110 | 41 |
| Exercise of stock warrants | 2,102 | 2,565 |
| Payment for financed capital expenditures | - | (187) |
| Principal portion of finance lease liabilities | (284) | (31) |
| Rescission of common stock | - | (1,164) |
| **Net cash provided by financing activities** | **$ 358,217** | **$ 48,553** |
| | | |
| NET CHANGE IN CASH, CASH EQUIVALENTS, AND RESTRICTED CASH | $ 292,013 | $ 418 |
| CASH, CASH EQUIVALENTS, AND RESTRICTED CASH —Beginning of period | 1,929 | 1,511 |
| CASH, CASH EQUIVALENTS, AND RESTRICTED CASH—End of period | $ 293,942 | $ 1,929 |

RECONCILIATION OF CASH, CASH EQUIVALENTS, AND RESTRICTED CASH TO THE
CONSOLIDATED BALANCE SHEETS:

| | | | | |
|---|---|---|---|---|
| Cash and cash equivalents | $ | 292,442 | $ | 429 |
| Restricted cash | | 1,500 | | 1,500 |
| Total cash, cash equivalents, and restricted cash | $ | 293,942 | $ | 1,929 |

SUPPLEMENTAL CASH FLOW INFORMATION:

| | | | | |
|---|---|---|---|---|
| Cash paid for interest | $ | 595 | $ | 4,486 |
| Cash paid for income taxes | $ | 2 | $ | 1 |

6

**Romeo Power**
**Supplemental Disclosures of Non-Cash Investing and Financing Activities**
(Dollar amount in thousands)

**SUPPLEMENTAL DISCLOSURES OF NON-CASH INVESTING AND FINANCING ACTIVITIES:**

| | | | |
|---|---|---|---|
| Purchases of property, plant and equipment in accounts payable at year end | $ | 583 | $ | 1,030 |
| Conversion of promissory notes and accrued interest to common stock | $ | 7,709 | $ | 31,846 |
| Allocation of debt proceeds to beneficial conversion feature | $ | - | $ | 329 |
| Allocation of debt proceeds to stock warrants | $ | - | $ | 2,047 |
| Exercise of warrants in exchange for note receivable | $ | - | $ | 9,123 |
| Investment in Joint Venture | $ | - | $ | 4,000 |
| Reverse recapitalization effect on additional paid-in capital | $ | (145) | $ | - |
| Issuance of common stock | $ | - | $ | 4,000 |
| Transaction costs included in accounts payable and accrued expenses | $ | 172 | $ | - |

7

**Reconciliation of Net Loss to Adjusted EBITDA**
(Dollar amount in thousands)

| | Three Months Ended December 31, | | Years Ended December 31, | |
|---|---|---|---|---|
| | **2020** | **2019** | **2020** | **2019** |
| Net loss | (19,075) | (13,201) | (41,785) | (59,854) |
| Interest expense | 328 | 106 | 1,111 | 10,954 |
| Interest income | - | (3) | - | (269) |
| Income tax expense | 2 | - | 2 | 1 |
| Depreciation and amortization expense | - | 484 | 1,988 | 1,871 |
| EBITDA | $ (18,745) | $ (12,614) | $ (38,684) | $ (47,297) |
| Loss on debt extinguishment | - | - | - | 9,181 |
| Stock-based compensation | - | 617 | 3,567 | 1,566 |
| Settlement for certain legal matters | - | 4,586 | - | 4,586 |
| Forgiveness of portion of stockholder notes receivable | 2,254 | - | 3,868 | - |
| Adjusted EBITDA | $ (16,491) | $ (7,411) | $ (31,249) | $ (31,964) |

8

**Contacts:**

**Romeo Power**

**For Investors**
ICR, Inc.
RomeoPowerIR@icrinc.com

**For Media**
ICR, Inc.
RomeoPowerPR@icrinc.com

---

9