EXHIBIT 9

Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 10-Q

**(Mark One)**

☒     **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2021

**OR**

☐     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission file number 001-38795**

### ROMEO POWER, INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **83-2289787** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**4380 Ayers Avenue**
**Vernon, CA 90058**
**(833) 467-2237**

(Address, including zip code, and telephone number, including
area code, of registrant's principal executive offices)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common stock, par value $0.0001 per share | RMO | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐     No ☒

As of May 14, 2021, 131,197,350 shares of the registrant's common stock, $0.0001 par value, were issued and outstanding.

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS AND COMPREHENSIVE INCOME (LOSS)**
**FOR THE THREE MONTHS ENDED MARCH 31, 2021 AND 2020 (UNAUDITED)**
**(In thousands, except share and per share data)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| **REVENUES:** | | |
| Product revenues | $ 341 | $ 1,588 |
| Service revenues | — | 52 |
| Related party revenues | 713 | 882 |
| Total revenues | 1,054 | 2,522 |
| **COST OF REVENUES:** | | |
| Product cost | 4,238 | 2,729 |
| Service cost | — | 153 |
| Related party cost | 589 | 750 |
| Total cost of revenues | 4,827 | 3,632 |
| **GROSS LOSS** | (3,773) | (1,110) |
| **OPERATING EXPENSES:** | | |
| Research and development | 3,771 | 1,802 |
| Selling, general and administrative | 17,999 | 2,907 |
| Total operating expenses | 21,770 | 4,709 |
| **OPERATING LOSS** | (25,543) | (5,819) |
| Interest expense | (7) | (254) |
| Interest income | 90 | — |
| Change in fair value of public and private placement warrants | 116,125 | — |
| **INCOME (LOSS) BEFORE INCOME TAXES AND LOSS IN EQUITY METHOD INVESTMENTS** | 90,665 | (6,073) |
| Loss in equity method investments | (643) | (696) |
| Provision for income taxes | (10) | — |
| **NET INCOME (LOSS)** | 90,012 | (6,769) |
| | | |
| **OTHER COMPREHENSIVE LOSS** | | |
| Available-for-sale debt investments: | | |
| Change in net unrealized losses, net of income taxes | (342) | — |
| Net losses reclassified to earnings, net of income taxes | 38 | — |
| Total other comprehensive loss, net of income taxes | (304) | — |
| **COMPREHENSIVE INCOME (LOSS)** | $ 89,708 | $ (6,769) |
| | | |
| Net income (loss) per share | | |
| Basic | $ 0.70 | $ (0.09) |
| Diluted | $ 0.66 | $ (0.09) |
| Weighted average number of shares outstanding | | |
| Basic | 128,788,715 | 74,647,985 |
| Diluted | 135,812,697 | 74,647,985 |

See accompanying notes.

3

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ROMEO POWER, INC.

By:     /s/ Lionel E. Selwood, Jr.
Lionel E. Selwood, Jr.
Chief Executive Officer
*(Principal Executive Officer)*

By:     /s/ Lauren Webb
Lauren Webb
Chief Financial Officer
*(Principal Financial and
Accounting Officer)*

Date: May 17, 2021

39