# EXHIBIT 10

Table of Contents

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-Q

**(Mark One)**

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2021

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission file number 001-38795**

**ROMEO POWER, INC.**

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **83-2289787** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**4380 Ayers Avenue**
**Vernon, CA 90058**
**(833) 467-2237**

(Address, including zip code, and telephone number, including
area code, of registrant's principal executive offices)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, par value $0.0001 per share | RMO | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

As of August 09, 2021, 134,056,620 shares of the registrant's common stock, $0.0001 par value, were issued and outstanding.

Table of Contents

## Condensed Consolidated Statements of Operations and Comprehensive (Loss) Income
### For The Three and Six Months Ended June 30, 2021 and 2020 (Unaudited)
### (In thousands, except share and per share data)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | 2021 | 2020 |
| **Revenues:** | | | | |
| Product revenues | $ 466 | $ 458 | $ 1,078 | $ 2,046 |
| Service revenues | 460 | 671 | 902 | 1,605 |
| Total revenues [(1)] | 926 | 1,129 | 1,980 | 3,651 |
| **Cost of revenues:** | | | | |
| Product cost | 5,542 | 1,737 | 9,980 | 4,466 |
| Service cost | 403 | 686 | 792 | 1,589 |
| Total cost of revenues | 5,945 | 2,423 | 10,772 | 6,055 |
| **Gross loss** | (5,019) | (1,294) | (8,792) | (2,404) |
| **Operating expenses:** | | | | |
| Research and development | 1,792 | 1,594 | 5,563 | 3,396 |
| Selling, general and administrative | 22,911 | 2,451 | 40,910 | 5,358 |
| Total operating expenses | 24,703 | 4,045 | 46,473 | 8,754 |
| **Operating loss** | (29,722) | (5,339) | (55,265) | (11,158) |
| Interest expense | (5) | (264) | (12) | (518) |
| Change in fair value of public and private placement warrants | 1,995 | — | 118,120 | — |
| Investment loss, net | (379) | — | (289) | — |
| Other expense | — | (1,386) | — | (1,386) |
| **(Loss) income before income taxes and loss in equity method investments** | (28,111) | (6,989) | 62,554 | (13,062) |
| Loss in equity method investments | (563) | (36) | (1,206) | (732) |
| Provision for income taxes | — | — | (10) | — |
| **Net (loss) income** | (28,674) | (7,025) | 61,338 | (13,794) |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Available-for-sale debt investments: | | | | |
| Change in net unrealized losses, net of income taxes | 34 | — | (308) | — |
| Net losses reclassified to earnings, net of income taxes | 115 | — | 153 | — |
| Total other comprehensive income (loss), net of income taxes | 149 | — | (155) | — |
| **Comprehensive (loss) income** | $ (28,525) | $ (7,025) | $ 61,183 | $ (13,794) |
| | | | | |
| Net (loss) income per share | | | | |
| Basic | $ (0.22) | $ (0.09) | $ 0.47 | $ (0.18) |
| Diluted | $ (0.22) | $ (0.09) | $ 0.45 | $ (0.18) |
| Weighted average number of shares outstanding | | | | |
| Basic | 131,059,149 | 77,396,263 | 129,930,204 | 76,021,298 |
| Diluted | 131,059,149 | 77,396,263 | 135,021,296 | 76,021,298 |

(1)   Total revenues included related party revenues of $573 and $587 for the three months ended June 30, 2021 and 2020, respectively, and $1,286 and $1,469 for the six months ended June 30, 2021 and 2020, respectively. See Note 14.

The accompanying notes are an integral part of these condensed consolidated financial statements.

3

Table of Contents

**ROMEO POWER, INC.**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS - CONTINUED**

Net revenues and gross profit (loss) from each of our reportable segments are as follows (in thousands):

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2021 | | 2020 | | 2021 | | 2020 | |
| **Net revenues:** | | | | | | | | |
| Romeo Power North America | $ | 466 | $ | 542 | $ | 1,078 | $ | 2,182 |
| Joint Venture Support | | 460 | | 587 | | 902 | | 1,469 |
| Total net revenues | $ | 926 | $ | 1,129 | $ | 1,980 | $ | 3,651 |
| **Gross (loss) profit:** | | | | | | | | |
| Romeo Power North America | $ | (5,076) | $ | (1,386) | $ | (8,902) | $ | (2,628) |
| Joint Venture Support | | 57 | | 92 | | 110 | | 224 |
| Total gross loss | $ | (5,019) | $ | (1,294) | $ | (8,792) | $ | (2,404) |

All of our revenues (based on location of customer) and long-lived assets were within North America for the three and six months ended June 30, 2021 and 2020.

## 14. TRANSACTIONS WITH RELATED PARTIES

In the ordinary course of business, the Company enters into transactions with related parties to sell products and services. The following table presents the net revenues and cost of revenues associated with our related parties, which are included in our condensed consolidated statement of operations and comprehensive (loss) income (in thousands):

| | Three Months Ended June 30, | | | | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2021 | | 2020 | | 2021 | | 2020 | |
| Related party revenues - product revenues | $ | 113 | $ | — | $ | 384 | $ | — |
| Related party revenues - service revenues | | 460 | | 587 | | 902 | | 1,469 |
| Total related party revenues | | 573 | | 587 | | 1,286 | | 1,469 |
| Costs associated with related party revenues - product revenues | | 71 | | — | | 271 | | |
| Costs associated with related party revenues - service revenues | | 403 | | 495 | | 792 | | 1,245 |
| Total costs associated with related party revenues | | 474 | | 495 | | 1,063 | | 1,245 |
| Gross profit associated with related party revenues | $ | 99 | $ | 92 | $ | 223 | $ | 224 |

**Transactions with BorgWarner and the Joint Venture** — In connection with Legacy Romeo's investment in the Joint Venture formed on June 28, 2019 (Note 5), Legacy Romeo entered into a services agreement to provide various professional services to the Joint Venture. We have also sold certain products directly to a subsidiary of BorgWarner. Revenues earned for services rendered to the Joint Venture and products sold to BorgWarner were presented in the table above. Accounts receivable from BorgWarner was $0.1 million and zero at June 30, 2021 and December 31, 2020, respectively.

**Transactions with Heritage Environmental Services and its related parties** — On October 2, 2020, we entered into the Battery Recycling Arrangement with HBR, an affiliate of HES, a related party to an investor in Legacy Romeo and an investor of $25.0 million in the PIPE Shares. Immediately following the Business Combination on December 29, 2020, we contributed $35.0 million to HBR. See Note 5, Equity Method Investments for additional information relating to our contribution to HBR.

In connection with the Battery Recycling Arrangement, we also agreed to fund up to $10.0 million to purchase ten battery electric vehicle ("BEV") trucks and the charging infrastructure for a one-year pilot program to determine the feasibility of transitioning HES's or its affiliates' fleet of trucks from diesel powered vehicles to BEVs. If such pilot program is successful, the parties would enter into an agreement for the procurement through us of at least 500 BEVs on terms acceptable to HBR, HES and us. The participants in the pilot program have been selected, and the parties are beginning to work towards an agreement to fund and support the pilot program.

21

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ROMEO POWER, INC.

By:        /s/ Susan S. Brennan

Susan S. Brennan
President and Chief Executive Officer
*(Principal Executive Officer)*

By:        /s/ Kerry A. Shiba

Kerry A. Shiba
Chief Financial Officer and Treasurer
*(Principal Financial Officer)*

Date: August 16, 2021

47