**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

**DECLARATION OF JASON C. HEGT IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Jason C. Hegt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP, counsel for Defendants Romeo Power, Inc. (f/k/a RMG Acquisition Corp.), Lionel E. Selwood, Jr., Lauren Webb, Robert S. Mancini, Philip Kassin, D. James Carpenter, Steven P. Buffone, W. Grant Gregory, W. Thaddeus Miller, and Craig Broderick in the above captioned matter.  I am admitted to practice in the State of New York and the U.S. District Court for the Southern District of New York.

2.      I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint.  I am familiar with all of the facts and circumstances set forth herein.

3.      Attached as **Exhibit 16** is a true and correct copy of a press release titled "Romeo Power Announces Third Quarter 2021 Financial Results," filed with the SEC as Exhibit 99.1 to a Form 8-K dated November 15, 2021.[1]

I declare upon penalty of perjury that the foregoing is true and correct.

---

[1] Exhibits 1-15 were submitted with the Declaration and accompanying exhibits (ECF No. 92) on November 5, 2021.

Dated: December 17, 2021
    Miami, Florida

By:                                        

Jason C. Hegt

2