**Jeff G. Hammel**
Direct Dial: +1.212.906.1260
jeff.hammel@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**LATHAM & WATKINS LLP**

## VIA ECF

December 17, 2021

Hon. Lorna G. Schofield
United States District Judge
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *In re Romeo Power Inc. Securities Litigation*, No. 1:21-cv-03362-LGS

Dear Judge Schofield:

We represent Defendants in this case. We write pursuant to Rule III.B.6. of Your Honor's Individual Rules and Procedures for Civil Cases to request that oral argument be held with respect to Defendants' Motion to Dismiss the Amended Complaint.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Jeff G. Hammel
Jeff G. Hammel
of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF)