UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
                                                             :
                                                             :
In re Romeo Power Inc. Securities Litigation    :    21 Civ. 3362 (LGS)
                                                             :
                                                             :    ORDER
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants filed a letter on March 2, 2022, regarding the Court's recent decision in *In re XL Fleet Corp. Securities Litigation*, No. 21 Civ. 2002.

WHEREAS, the letter is designed to supplement the briefing on Defendants' motion to dismiss in this case.

WHEREAS, every motion to dismiss is independently evaluated based on the allegations in the case in which the motion is filed.

WHEREAS, Plaintiffs filed a letter in response.  It is hereby

**ORDERED** that Defendants' request for leave to file a letter regarding the opinion in *XL Fleet Corp.* is DENIED, Defendants' letter is STRICKEN, and Plaintiffs' letter is STRICKEN.

The Clerk of Court is respectfully directed to strike the letters at Dkt. Nos. 104 and 105 from the record.

Dated: March 3, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE