**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS<br><br>**<u>NOTICE OF MOTION</u>** |

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.3 and upon the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of defendants Romeo Power, Inc. (f/k/a RMG Acquisition Corp.), Lionel E. Selwood, Jr., and Lauren Webb, (the "Remaining Defendants"), before the Honorable Lorna G. Schofield, in Courtroom 1106 of the United States District Court for the Southern District of New York, United States Courthouse, 40 Foley Square, New York, New York, 10007, for an order granting Defendants' motion for reconsideration and/or clarification of the Court's Opinion and Order dated June 2, 2022 (ECF No. 107) and granting other such relief as the Court may deem just and proper.

Dated: June 16, 2022
     New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ *Jeff G. Hammel*
Jeff G. Hammel
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
Tel: +1.212.906.1200
Fax: +1.212.751.4864
Email: jeff.hammel@lw.com
Email: jason.hegt@lw.com

Kristin N. Murphy *(pro hac vice)*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: +1.714.540.1235
Fax: +1.714.755.8290
Email: kristin.murphy@lw.com

*Attorneys for Defendants Romeo Power Inc. (f/k/a RMG Acquisition Corp.), Lionel E. Selwood, Jr., and Lauren Webb*

2