UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
:
IN RE ROMEO POWER INC. SECURITIES  :
LITIGATION                                                        :        21 Civ. 3362 (LGS)
:
:                 ORDER
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for June 29, 2022,

WHEREAS, no significant issues were raised in the parties' proposed case management plan.  It is hereby

**ORDERED** that the June 29, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that discovery shall proceed according to the Civil Case Management Plan and Scheduling Order that will be entered separately.  Discovery is stayed under the PSLRA only during the pendency of a motion to dismiss, and Defendants' pending motion is not a motion to dismiss.  Because Defendants have not asked the Court to reconsider the denial of their motion to dismiss as to all statements, the Court declines to exercise its discretion to stay discovery further.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: June 23, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE