**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF THE MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

DECLARATION OF KARA M. WOLKE

I, Kara M. Wolke, hereby declare:

1.    I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Mike Castleberg and additional plaintiffs Joshua Cante, Artur Chimchirian, Nathaniel Tapia, and Van Nguyen ("Plaintiffs") and Lead Counsel for the Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.    I make this declaration, together with the attached exhibits, in support of the Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

3.    Attached hereto as Exhibit 1 is a true and correct copy of Expert Report of Dr. Matthew Cain Ph.D.

4.    Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Michael Castleberg in Support of Plaintiffs' Motion for Class Certification.

5.    Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Joshua Cante in Support of Plaintiffs' Motion for Class Certification.

6.    Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Nathaniel Tapia in Support of Plaintiffs' Motion for Class Certification.

7.    Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Artur Chimchirian in Support of Plaintiffs' Motion for Class Certification.

8.    Attached hereto as Exhibit 6 is a true and correct copy of the Declaration of Van Nguyen in Support of Plaintiffs' Motion for Class Certification.

9.    Attached hereto as Exhibit 7 is a true and correct copy of the firm résumé of Glancy Prongay & Murray LLP, proposed Class Counsel.

10.     Attached hereto as Exhibit 8 is a true and correct copy of the press release titled, "RMG Acquisition Corp. Announces Record Date for Stockholders Eligible to Vote on Merger" filed on Form 8-K with the Securities and Exchange Commission on November 25, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 1st day of March 2023.

*/s/ Kara M. Wolke*
Kara M. Wolke

DECLARATION OF KARA M. WOLKE

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 1, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2023.


*s/ Kara M. Wolke*
Kara M. Wolke