# EXHIBIT 6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE ROMEO POWER INC.<br>SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

## DECLARATION OF VAN NGUYEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Van Nguyen, declare as follows:

1.     I am one of the named plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. If called upon to do so, I could and would competently testify to these facts.

2.     I purchased shares of Romeo Power, Inc. (f/k/a RMG Acquisition Corp.) ("Romeo Power") common stock during the proposed Class Period. The transactions are listed in the chart attached hereto as Exhibit A. I made the transactions through my TD Ameritrade and Fidelity Investments brokerage accounts.

3.     I am pursuing this securities class action on behalf of myself and other investors who purchased or acquired the publicly-traded securities of Romeo Power between October 5, 2020 and August 16, 2021, inclusive (the "Class Period"), and were damaged thereby (the "Class"). I seek to be appointed as Class representative to represent the interests of all of the investors in the Class.

4.     I understand that a class action lawsuit, like this one, is brought on behalf of not only myself, but also other investors that have been wronged in the same way by Defendants. I

1

understand that as a representative plaintiff, I owe a fiduciary duty to act in the best interests of the other members of the Class, and I believe that I have the ability to adequately represent the interests of all investors who are members of the Class.

5.      I am committed to working with my attorneys to prosecute this litigation and, should I be appointed as class representative, I intend to try to obtain the largest recovery available for the Class under the circumstances, and I will do so in good faith and exercising sound judgment.

6.      Since being added to this action as an additional named plaintiff, I have monitored and participated in the progress of the case and have been in regular contact with the attorneys. For example, I have: (a) received status reports from counsel; (b) participated in discussions with counsel concerning significant developments in this litigation; (c) reviewed the pleadings in this matter; and (d) responded to Defendants' requests for discovery, including providing information in response to written interrogatories and producing documents in response to requests for production of documents.

7.      I am committed to continuing to supervise, monitor, and participate in the ongoing prosecution of this action and, should I be appointed class representative, to fulfilling my fiduciary duty to all members of the proposed Class to provide fair and adequate representation. I intend to continue to provide fair and adequate representation by, among other things, participating in discovery, remaining aware of the progress of the litigation, and directing the efforts of my counsel, Glancy Prongay & Murray LLP, whom the Court previously appointed as Lead Counsel.

8.      I retained Glancy Prongay & Murray LLP based on their experience, resources, and expertise in prosecuting securities class actions. I believe Glancy Prongay & Murray LLP possesses the necessary financial and human resources to prosecute this case effectively as Class

2

Counsel. I believe that the proposed Class Counsel has done well to this point by, for example, defeating defendants' multiple efforts to dismiss this action.

9.      I have kept, and will continue to keep, myself informed of the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement. I will consult with counsel regarding major litigation events, such as important motions, settlement discussions, trial preparation, and trial. I recognize my duty (as a fiduciary) to act in the best interest of the proposed Class and, if appointed as class representative, I will take all steps necessary to fulfill that duty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February 2023 in Anaheim, CA.

*Van Nguyen*

Van Nguyen

3

# EXHIBIT A

| **Company Name:** | Romeo Power, Inc. |
|---|---|
| **Ticker:** | RMO |
| **Class Period:** | October 5, 2020 to August 16, 2021 |
| **Name:** | Van Nguyen |

**Account 1**

| Settlement Date | Shares | Price |
|---|---|---|
| 12/31/2020 | 10 | $26.2000 |
| 12/31/2020 | 10 | $26.4000 |
| 12/31/2020 | 10 | $26.5000 |
| 12/31/2020 | 10 | $28.0000 |
| 12/31/2020 | 10 | $28.2000 |
| 12/31/2020 | 20 | $26.5000 |
| 12/31/2020 | 20 | $26.5000 |
| 12/31/2020 | 20 | $26.5000 |
| 12/31/2020 | 20 | $26.5500 |
| 12/31/2020 | 20 | $26.5500 |
| 12/31/2020 | 20 | $26.6000 |
| 12/31/2020 | 20 | $26.6000 |
| 12/31/2020 | 20 | $26.7000 |
| 12/31/2020 | 20 | $26.7500 |
| 12/31/2020 | 20 | $27.0000 |
| 12/31/2020 | 20 | $27.1000 |
| 12/31/2020 | 20 | $27.1500 |
| 12/31/2020 | 20 | $27.2000 |
| 12/31/2020 | 20 | $27.5000 |
| 12/31/2020 | 20 | $27.5370 |
| 12/31/2020 | 50 | $27.5000 |
| 12/31/2020 | 50 | $27.6319 |
| 1/5/2021 | 10 | $22.5000 |
| 1/6/2021 | 5 | $19.0000 |
| 1/6/2021 | 5 | $19.0000 |
| 1/6/2021 | 20 | $19.0500 |
| 1/21/2021 | 10 | $21.0000 |
| 1/21/2021 | 10 | $21.1500 |
| 1/21/2021 | 10 | $21.2500 |
| 1/25/2021 | 5 | $19.5000 |
| 1/26/2021 | 5 | $19.4950 |
| 1/26/2021 | 20 | $19.4500 |
| 1/26/2021 | 20 | $19.4800 |
| 1/27/2021 | 10 | $18.5000 |
| 1/27/2021 | 10 | $18.6350 |
| 1/27/2021 | 10 | $19.0000 |
| 2/1/2021 | 100 | $18.5000 |
| 2/11/2021 | 50 | $18.7500 |
| 2/12/2021 | 100 | $18.4000 |
| 2/12/2021 | 100 | $18.5000 |
| 2/12/2021 | 100 | $18.6000 |
| 2/16/2021 | 100 | $18.0000 |
| 2/17/2021 | 100 | $16.0200 |
| 2/18/2021 | 50 | $15.9689 |
| 2/19/2021 | 4 | $15.3650 |

| Settlement Date | Shares | Price |
|---|---|---|
| 2/19/2021 | 20 | $15.5000 |
| 2/19/2021 | 26 | $15.3700 |
| 2/22/2021 | 50 | $14.3000 |
| 2/22/2021 | 50 | $14.4300 |
| 2/24/2021 | 50 | $14.2000 |
| 3/5/2021 | 20 | $12.5500 |
| 3/5/2021 | 30 | $12.6000 |
| 3/5/2021 | 50 | $12.5000 |
| 3/8/2021 | 50 | $11.0000 |
| 7/1/2021 | 100 | $8.2500 |
| 7/1/2021 | 100 | $8.2400 |
| 7/1/2021 | 100 | $8.2300 |
| 7/1/2021 | 100 | $8.2000 |
| 7/1/2021 | 100 | $8.1800 |
| 7/1/2021 | 100 | $8.1500 |
| 7/2/2021 | 100 | $8.1000 |
| 7/6/2021 | 100 | $7.9500 |
| 7/7/2021 | 20 | $7.7000 |
| 7/7/2021 | 20 | $7.7500 |
| 7/7/2021 | 50 | $7.8500 |
| 7/7/2021 | 100 | $7.7000 |
| 7/8/2021 | 20 | $7.6000 |
| 8/11/2021 | 40 | $6.6000 |

**Shares Retained:**    **2,700**

**Account 2**

| Trade Date | Shares | Price Bought |
|---|---|---|
| 1/25/2021 | 50 | $19.3095 |
| 1/25/2021 | 50 | $19.3000 |
| 1/25/2021 | 30 | $19.2000 |
| 1/25/2021 | 50 | $19.3075 |
| 1/25/2021 | 20 | $18.5000 |
| 1/25/2021 | 10 | $18.2000 |
| 2/16/2021 | 20 | $16.0000 |
| 6/14/2021 | 20 | $9.0000 |
| 6/14/2021 | 50 | $8.9000 |
| 6/15/2021 | 100 | $8.6000 |
| 6/15/2021 | 50 | $8.5000 |
| 6/15/2021 | 100 | $8.5000 |
| 6/30/2021 | 50 | $7.9000 |
| 7/2/2021 | 50 | $7.8000 |
| 7/6/2021 | 50 | $7.5000 |

**Shares Retained:**    **700**