**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

**DECLARATION OF JASON C. HEGT IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND**
**APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Jason C. Hegt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of Latham & Watkins LLP, counsel for Defendants Romeo Power, Inc. (f/k/a RMG Acquisition Corp.), Lionel E. Selwood, Jr., and Lauren Webb in the above-captioned matter. I am admitted to practice in the State of New York and the U.S. District Court for the Southern District of New York.

2. I submit this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I am familiar with all of the facts and circumstances set forth herein.

3. Attached as **Exhibit 1** are true and correct excerpts of the Proxy Statement filed with the Securities and Exchange Commission ("SEC") by RMG Acquisition Corp., dated December 10, 2020.

4. Attached as **Exhibit 2** are true and correct excerpts of the Form S-4 Registration Statement filed with the SEC by RMG Acquisition Corp., dated October 15, 2020.

5. Attached as **Exhibit 3** is a true and correct copy of a press release titled "Romeo Power and RMG Acquisition Corp. Announce Closing of Business Combination; Romeo

Power to Trade on NYSE Under Ticker 'RMO' as of December 30, 2020," filed with the SEC by Romeo Power, Inc. as Exhibit 99.1 to a Form 8-K, dated December 29, 2020.

6.      Attached as **Exhibit 4** is a true and correct copy of a press release titled "Romeo Power Announces Preliminary Fourth Quarter and Full Year 2020 Financial Results and Business Update," filed with the SEC by Romeo Power, Inc. as Exhibit 99.1 to a Form 8-K, dated March 30, 2021.

7.      Attached as **Exhibit 5** are true and correct excerpts of the transcript of Romeo Power, Inc.'s Q4 2020 Earnings Call, held on March 30, 2021.

8.      Attached as **Exhibit 6** are true and correct excerpts of the transcript of Romeo Power, Inc.'s Q1 2021 Earnings Call, held on May 13, 2021.

9.      Attached as **Exhibit 7** are true and correct excerpts of the transcript of Romeo Power, Inc.'s Q2 2021 Earnings Call, held on August 16, 2021.

10.     Attached as **Exhibit 8** are true and correct excerpts of the transcript of the deposition of Michael Castleberg, dated March 15, 2023.

11.     Attached as **Exhibit 9** are true and correct excerpts of the transcript of the deposition of Nathaniel Tapia, dated March 29, 2023.

12.     Attached as **Exhibit 10** are true and correct excerpts of the transcript of the deposition of Van Nguyen, dated April 7, 2023.

13.     Attached as **Exhibit 11** are true and correct excerpts of the transcript of the deposition of Matthew D. Cain, dated April 11, 2023.

14.     Attached as **Exhibit 12** is a true and correct copy of a press release titled "Romeo Power Announces Extension of Redemption Date To The Holders of Public Warrants," filed with the SEC by Romeo Power, Inc. as Exhibit 99.1 to a Form 8-K, dated

2

March 11, 2021.

15.     Attached as **Exhibit 13** is a true and correct copy of a list of the closing stock price for Romeo Power, Inc. (f/k/a RMG Acquisition Corp.) for the period of October 1, 2020, through April 1, 2021, inclusive, derived from the Bloomberg Professional Services Terminal.

16.     Attached as **Exhibit 14** are true and correct excerpts of the transcript of the deposition of Joshua Cante, dated March 21, 2023.

I declare upon penalty of perjury that the foregoing is true and correct.


Dated: April 19, 2021
        New York, New York


                                                By:     _____
                                                        Jason C. Hegt

3