# EXHIBIT 1

Table of Contents

**Filed Pursuant to Rule 424(b)(3)**
**Registration No. 333-249488**

**RMG ACQUISITION CORP.**
**50 West Street, Suite 40-C**
**New York, New York 10006**

**NOTICE OF**
**SPECIAL MEETING**
**TO BE HELD ON DECEMBER 28, 2020**

TO THE STOCKHOLDERS OF RMG ACQUISITION CORP.:

NOTICE IS HEREBY GIVEN that a special meeting of RMG Acquisition Corp. ("*RMG*"), a Delaware corporation, will be held at 10:00 a.m. eastern time, on December 28, 2020, in a virtual format. You are cordially invited to attend the special meeting, which will be held for the following purposes:

(1)     **Proposal No. 1 - The Business Combination Proposal-**to consider and vote upon a proposal to approve and adopt the Agreement and Plan of Merger, dated as of October 5, 2020, as amended by Amendment No. 1 to Agreement and Plan of Merger dated as of November 18, 2020 (the "*Merger Agreement*"), by and among RMG, RMG Merger Sub, Inc., a Delaware corporation and wholly owned subsidiary of RMG ("*Merger Sub*"), and Romeo Systems, Inc., a Delaware corporation ("*Romeo*"), a copy of which is attached to this proxy statement/consent solicitation statement/prospectus as *Annex A*, and the transactions contemplated thereby, including the merger of Merger Sub with and into Romeo, with Romeo surviving as a wholly owned subsidiary of RMG (the "*Business Combination*")-we refer to this proposal as the "*business combination proposal*";

(2)     **Proposal No. 2 - The RMG Charter Proposals-**to consider and vote upon separate proposals to approve amendments to RMG's current amended and restated certificate of incorporation to: (i) change the name of the public entity to "Romeo Power, Inc." as opposed to "RMG Acquisition Corp."; (ii) increase RMG's capitalization so that it will have 250,000,000 authorized shares of a single class of common stock and 10,000,000 authorized shares of preferred stock, as opposed to RMG having 100,000,000 authorized shares of Class A common stock, 10,000,000 authorized shares of Class B common stock and 1,000,000 authorized shares of preferred stock; and (iii) delete the various provisions applicable only to special purpose acquisition corporations (such as the obligation to dissolve and liquidate if a business combination is not consummated within a certain period of time)-we refer to these proposals collectively as the "*RMG charter proposals*";

(3)     **Proposal No. 3 - The NYSE Proposal-**to consider and vote upon a proposal to approve, for purposes of complying with applicable listing rules of The New York Stock Exchange (the "*NYSE*"), the issuance of shares of Class A common stock pursuant to the Business Combination and the issuance of shares of Class A common stock to certain accredited investors or qualified institutional buyers in a private placement, the proceeds of which will be used to finance the Business Combination and related transactions and the costs and expenses incurred in connection therewith with any balance used for working capital purposes-we refer to this proposal as the "*NYSE proposal*";

(4)     **Proposal No. 4 - The Director Election Proposal-**to approve of the appointment of nine directors who, upon consummation of the Business Combination, will become the directors of the Combined Company-we refer to this proposal as the "*director election proposal*";

(5)     **Proposal No. 5 - The Incentive Plan Proposal-**to consider and vote upon a proposal to approve the 2020 Long-Term Incentive Plan, which is an incentive compensation plan for employees of the Combined Company and its subsidiaries, including Romeo and its subsidiaries-we refer to this proposal as the "*incentive plan proposal*";

Table of Contents

(6)     **Proposal No. 6 - The Adjournment Proposal-**to consider and vote upon a proposal to adjourn the special meeting to a later date or dates if it is determined that more time is necessary or appropriate, in the judgment of RMG's board of directors or the officer presiding over the special meeting, for RMG to consummate the Business Combination (including to solicit additional votes in favor of any of the foregoing proposals)-we refer to this proposal as the "*adjournment proposal.*"

These items of business are described in the attached proxy statement/consent solicitation statement/prospectus. **We encourage you to read the attached proxy statement/consent solicitation statement/prospectus in its entirety, including the Annexes and accompanying financial statements, before voting. IN PARTICULAR, WE URGE YOU TO CAREFULLY READ THE SECTION ENTITLED "*RISK FACTORS.*"**

Only holders of record of RMG common stock at the close of business on December 1, 2020 are entitled to notice of the special meeting and to vote and have their votes counted at the special meeting and any adjournments or postponements of the special meeting. RMG stockholders may attend, vote and examine the list of RMG stockholders entitled to vote at the special meeting by visiting and entering the control number found on their proxy card, voting instruction form or notice they receive.

After careful consideration, RMG's board of directors has determined that each of the business combination proposal, the RMG charter proposals, the NYSE proposal, the director election proposal, the incentive plan proposal and the adjournment proposal is fair to and in the best interests of RMG and its stockholders and unanimously recommends that you vote or give instruction to vote "FOR" the business combination proposal, "FOR" each of the RMG charter proposals, "FOR" the NYSE proposal, "FOR" the election of all of the persons nominated by RMG's management for election as directors, "FOR" the incentive plan proposal and "FOR" the adjournment proposal, if presented. When you consider the recommendation of RMG's board of directors, you should keep in mind that RMG's directors and officers may have interests in the Business Combination that conflict with your interests as a stockholder. See the section entitled "*Proposal No. 1-The Business Combination Proposal-Interests of the Sponsor and RMG's Directors and Officers in the Business Combination.*"

Consummation of the Business Combination is conditioned on approval of the business combination proposal, the RMG charter proposals, the NYSE proposal, the director election proposal and the incentive plan proposal (and each such proposal is cross-conditioned on the approval of all proposals). If any of the proposals is not approved, we may adjourn the special meeting to gather sufficient shares to constitute a quorum, provide additional information or solicit additional votes.

All RMG stockholders are cordially invited to attend the special meeting which will be held in virtual format. You will not be able to physically attend the special meeting. To ensure your representation at the special meeting, however, you are urged to complete, sign, date and return the proxy card accompanying the proxy statement/consent solicitation statement/prospectus as soon as possible. If you are a stockholder of record holding shares of RMG common stock, you may also cast your vote at the special meeting electronically by visiting https://web.lumiagm.com/233514185. If your shares are held in an account at a brokerage firm or bank, you must instruct your broker or bank on how to vote your shares or, if you wish to attend the special meeting and vote electronically, obtain a proxy from your broker or bank.

A complete list of RMG stockholders of record entitled to vote at the special meeting will be available for ten days before the special meeting at the principal executive offices of RMG for inspection by stockholders during business hours for any purpose germane to the special meeting.

Your vote is important regardless of the number of shares you own. **Whether you plan to attend the special meeting or not, please complete, sign, date and return the enclosed proxy card as soon as possible in the envelope provided. If your shares are held in "street name" or are in a margin or similar account, you should contact your broker to ensure that votes related to the shares you beneficially own are properly counted.**

Table of Contents

Thank you for your participation. We look forward to your continued support.

By Order of the Board of Directors
*/s/ D. James Carpenter*
D. James Carpenter
Chairman of the Board of Directors

**December 10, 2020**

**IF YOU RETURN YOUR PROXY CARD WITHOUT AN INDICATION OF HOW YOU WISH TO VOTE, YOUR SHARES WILL BE VOTED IN FAVOR OF EACH OF THE PROPOSALS.**

**ALL RMG PUBLIC STOCKHOLDERS HAVE THE RIGHT TO HAVE THEIR SHARES REDEEMED FOR CASH IN CONNECTION WITH THE PROPOSED BUSINESS COMBINATION. PUBLIC STOCKHOLDERS ARE NOT REQUIRED TO AFFIRMATIVELY VOTE FOR OR AGAINST THE BUSINESS COMBINATION PROPOSAL OR BE HOLDERS OF RECORD ON THE RECORD DATE IN ORDER TO HAVE THEIR SHARES REDEEMED FOR CASH. THIS MEANS THAT ANY PUBLIC STOCKHOLDER HOLDING SHARES OF RMG COMMON STOCK MAY EXERCISE REDEMPTION RIGHTS REGARDLESS OF WHETHER THEY ARE EVEN ENTITLED TO VOTE ON THE BUSINESS COMBINATION PROPOSAL.**

**TO EXERCISE REDEMPTION RIGHTS, HOLDERS MUST TENDER THEIR STOCK TO AMERICAN STOCK TRANSFER & TRUST COMPANY, RMG'S TRANSFER AGENT, NO LATER THAN TWO (2) BUSINESS DAYS PRIOR TO THE SPECIAL MEETING. YOU MAY TENDER YOUR STOCK EITHER BY DELIVERING YOUR STOCK CERTIFICATE TO THE TRANSFER AGENT OR BY DELIVERING YOUR SHARES ELECTRONICALLY USING THE DEPOSITORY TRUST COMPANY'S DEPOSIT WITHDRAWAL AT CUSTODIAN ("*DWAC*") SYSTEM. IF THE BUSINESS COMBINATION IS NOT COMPLETED, THEN THESE SHARES WILL NOT BE REDEEMED FOR CASH. IF YOU HOLD THE SHARES IN "STREET NAME," YOU WILL NEED TO INSTRUCT THE ACCOUNT EXECUTIVE AT YOUR BANK OR BROKER TO WITHDRAW THE SHARES FROM YOUR ACCOUNT IN ORDER TO EXERCISE YOUR REDEMPTION RIGHTS. SEE THE SECTION ENTITLED "*SPECIAL MEETING OF RMG STOCKHOLDERS-REDEMPTION RIGHTS*" FOR MORE SPECIFIC INSTRUCTIONS.**

Table of Contents

3. To approve of the appointment of nine directors who, upon consummation of the Business Combination, will become the directors of the Combined Company. See the section entitled *"Proposal No. 4-The Director Election Proposal."*

4. To approve the 2020 Plan. See the section entitled *"Proposal No. 5-The Incentive Plan Proposal."* A copy of the 2020 Plan is attached to this proxy statement/consent solicitation statement/prospectus as *Annex C.*

5. To adjourn the meeting to a later date or dates if it is determined that more time is necessary or appropriate, in the judgment of RMG's board of directors or the officer presiding over the special meeting, for RMG to consummate the Business Combination (including to solicit additional votes in favor of any of the foregoing proposals). See the section entitled *"Proposal No. 6-The Adjournment Proposal."*

RMG will hold the special meeting of its stockholders to consider and vote upon these proposals. This proxy statement/consent solicitation statement/prospectus contains important information about the proposed Business Combination and the other matters to be acted upon at the special meeting. RMG stockholders should read it carefully.

Consummation of the Business Combination is conditioned on approval of the business combination proposal, the RMG charter proposals, the NYSE proposal, the director election proposal and the incentive plan proposal (and each such proposal is cross-conditioned on the approval of all proposals). If any of the proposals is not approved, the other proposals will not be presented to RMG stockholders for a vote.

**The vote of stockholders is important. RMG stockholders are encouraged to vote as soon as possible after carefully reviewing this proxy statement/consent solicitation statement/prospectus.**

**Q. I am a RMG warrant holder. Why am I receiving this proxy statement/consent solicitation statement/prospectus?**

**A.** The holders of RMG warrants are entitled to purchase RMG common stock at a purchase price of $11.50 per share beginning 30 days after the consummation of the Business Combination. This proxy statement/consent solicitation statement/prospectus includes important information about RMG and the business of RMG and its subsidiaries following the consummation of the Business Combination. Because holders of RMG warrants will be entitled to purchase RMG common stock 30 days after the consummation of the Business Combination, we urge you to read the information contained in this proxy statement/consent solicitation statement/prospectus carefully.

Q. **What will happen to RMG's securities upon consummation of the Business Combination?**

**A.** RMG's units, Class A common stock and warrants are currently listed on the NYSE under the symbols RMG.UT, RMG and RMG.WT, respectively. Upon consummation of the Business Combination, RMG will have one class of common stock which will be listed on the NYSE under the symbol RMO, and its warrants will be listed on the NYSE under the symbol RMO.WT. RMG will not have units traded on the NYSE following consummation of the Business Combination, and such units will automatically be separated into their component securities without any action needed to be taken on the part of the holders. RMG warrant holders and those stockholders who do not elect to have their shares of RMG common stock redeemed for a pro rata share of the trust account need not submit their Class A common stock or warrant certificates, and such shares of stock and warrants will remain outstanding.

**Q. Why is RMG proposing the Business Combination?**

**A.** RMG was organized to effect a merger, capital stock exchange, asset acquisition or other similar business combination with one or more businesses or entities.

On February 12, 2019, RMG completed its Initial Public Offering of units, with each unit consisting of one share of Class A common stock and one-third of one warrant to purchase one share of Class A common stock at a price of $11.50, raising total gross proceeds of $230 million. Since its Initial Public Offering, RMG's activity has been limited to the evaluation of business combination candidates.

Romeo is an industry leading energy storage technology company focused on designing and manufacturing lithium-ion battery modules and packs for commercial electric vehicles.

Table of Contents

### SUMMARY OF THE PROXY STATEMENT/CONSENT SOLICITATION STATEMENT/PROSPECTUS

This summary highlights selected information from this proxy statement/consent solicitation statement/prospectus and does not contain all of the information that is important to you. To better understand the proposals to be submitted for a vote at the special meeting, including the business combination proposal, you should read this entire document carefully, including the Merger Agreement attached as *Annex A* to this proxy statement/consent solicitation statement/prospectus. The Merger Agreement is the legal document that governs the Business Combination that will be undertaken in connection with the Business Combination. It is also described in detail in this proxy statement/consent solicitation statement/prospectus in the section entitled "*The Merger Agreement.*"

**The Parties**

*RMG*

RMG Acquisition Corp. is a blank check company formed in order to effect a merger, capital stock exchange, asset acquisition or other similar business combination with one or more businesses or entities. RMG was incorporated under the laws of the State of Delaware on October 22, 2018.

On February 12, 2019, RMG closed its Initial Public Offering of 20,000,000 units and on February 19, 2019, consummated the full exercise of the underwriters' 3,000,000 unit over-allotment option, with each unit consisting of one share of Class A common stock and one-third of one warrant to purchase one share of Class A common stock at a price of $11.50 commencing 30 days after the consummation of an initial business combination. The units from the Initial Public Offering (including the over-allotment option) were sold at an offering price of $10.00 per unit, generating total gross proceeds of $230 million. Simultaneously with the consummation of its Initial Public Offering and the exercise of the underwriters' over-allotment option, RMG consummated the private sale of 4,600,000 private warrants at $1.50 per warrant generating gross proceeds of $6.9 million. A total of $230 million was deposited into the trust account, and the remaining proceeds, net of underwriting discounts and commissions and other costs and expenses, became available to be used as working capital to provide for business, legal and accounting due diligence on prospective business combinations and continuing general and administrative expenses. The Initial Public Offering was conducted pursuant to a registration statement on Form S-1 (Reg. No. 333-228849). As of December 1, 2020, the RMG record date, there was approximately $234.18 million held in the trust account.

RMG's units, Class A common stock and warrants are listed on the NYSE under the symbols RMG.UT, RMG and RMG.WT, respectively.

The mailing address of RMG's principal executive office is 50 West Street, Suite 40-C, New York, NY 10006, and its telephone number is (212) 785-2579. After the consummation of the Business Combination, RMG's principal executive office will be that of Romeo at 4380 Ayers Avenue, Vernon, CA 90058.

*Merger Sub*

RMG Merger Sub, Inc. ("*Merger Sub*") is a wholly owned subsidiary of RMG formed solely for the purpose of effectuating the Business Combination described herein. Merger Sub was incorporated under the laws of Delaware as a corporation on September 21, 2020. Merger Sub owns no material assets and does not operate any business.

The mailing address of Merger Sub's principal executive office is 50 West Street, Suite 40-C, New York, NY 10006, and its telephone number is (212) 785-2579. After the consummation of the Business Combination, Merger Sub will cease to exist.

*Romeo*

Romeo Systems, Inc. is an industry leading energy storage technology company focused on designing and manufacturing lithium-ion battery modules and packs for commercial electric vehicles. Romeo was incorporated under the laws of the State of Delaware on June 6, 2014.

18

Table of Contents

**SELECTED UNAUDITED PRO FORMA CONDENSED COMBINED FINANCIAL INFORMATION**

The following selected unaudited pro forma condensed combined financial information has been provided to aid in your analysis of the financial aspects of the Business Combination. For each of the periods presented, the pro forma financial information reflects the combination of historical financial information of RMG and Romeo, adjusted to give effect to (1) the Business Combination, inclusive of the issuance of RMG common stock for Romeo's issued and outstanding preferred stock and convertible notes as if each converted to Romeo common stock immediately prior to the Business Combination, (2) the repayment of certain of Romeo's outstanding notes, (3) certain related equity financing transactions, and (4) the payment of transaction costs (collectively, the "*Transactions*"). Hereinafter, RMG and Romeo are collectively referred to as the "*Companies*," and the Companies, subsequent to the Business Combination, are referred to herein as the "*Combined Company*."

The unaudited pro forma condensed combined balance sheet data, which has been presented for the Combined Company as of September 30, 2020, gives effect to the Transactions as if they were consummated on September 30, 2020. The unaudited pro forma condensed combined statement of operations data, which has been presented for the nine months ended September 30, 2020 and for the year ended December 31, 2019, gives pro forma effect to the Transactions as if they had occurred on January 1, 2019. The unaudited pro forma condensed combined balance sheet data does not purport to represent, and is not necessarily indicative of, what the actual financial condition of the Combined Company would have been had the Business Combination taken place on September 30, 2020, nor is it indicative of the financial condition of the Combined Company as of any future date. The unaudited pro forma condensed combined statements of operations data does not purport to represent, and is not necessarily indicative of, what the actual results of operations of the Combined Company would have been had the Business Combination taken place on January 1, 2019, nor is this data indicative of the results of operations of the Combined Company for any future period.

The unaudited pro forma condensed combined financial information was derived from, and should be read in conjunction with, the following historical financial statements and the accompanying notes, which are included elsewhere in this proxy statement/consent solicitation statement/prospectus:

- The historical unaudited condensed financial statements of RMG as of and for the nine months ended September 30, 2020, and the historical audited financial statements of RMG as of and for the year ended December 31, 2019; and

- The historical unaudited condensed consolidated financial statements of Romeo as of and for the nine months ended September 30, 2020 and the historical audited consolidated financial statements of Romeo as of and for the year ended December 31, 2019.

This unaudited pro forma condensed combined financial information should also be read together with the sections of this proxy statement/consent solicitation statement/ prospectus entitled *"RMG's Management's Discussion and Analysis of Financial Condition and Results of Operations," "Romeo's Management's Discussion and Analysis of Financial Condition and Results of Operations," "Summary of the Material Terms of the Business Combination,"* and *"Proposal No. 1-The Business Combination Proposal,"* as well as other information included elsewhere in this proxy statement/consent solicitation statement/prospectus.

**Description of the Transactions**

On October 5, 2020, RMG, Merger Sub, and Romeo entered into the Merger Agreement pursuant to which RMG plans to acquire all of the issued and outstanding equity interests of Romeo. Upon consummation of the Business Combination, the newly-formed Merger Sub, as a wholly-owned and direct subsidiary of RMG, will merge with and into Romeo, with Romeo surviving as a wholly-owned subsidiary of RMG. In addition, RMG, as the issuer of the publicly-traded equity of the Combined Company, will immediately change its name to Romeo Power, Inc.

34

Table of Contents

**RISK FACTORS**

*Stockholders should carefully consider the following risk factors, together with all of the other information included in this proxy statement/consent solicitation statement/prospectus, before they decide whether to vote or instruct their vote to be cast to approve the proposals described in this proxy statement/consent solicitation statement/prospectus.*

The value of your investment in RMG following consummation of the Business Combination will be subject to the significant risks affecting Romeo and inherent to the industry in which it operates. You should carefully consider the risks and uncertainties described below and other information included in this proxy statement/consent solicitation statement/prospectus. If any of the events described below occur, the post-acquisition business and financial results could be adversely affected in a material way. This could cause the trading price of its common stock to decline, perhaps significantly, and you therefore may lose all or part of your investment. As used in the risks described in this subsection, references to "we," "us" and "our" are intended to refer to Romeo unless the context clearly indicates otherwise.

**Risks Related to Romeo's Business and Industry**

***Our limited operating history makes evaluating our business and future prospects difficult and may increase the risk of your investment.***

You must consider the risks and difficulties we face as an early stage company with a limited operating history. If we do not successfully address these risks, our business, prospects, financial condition, and operating results will be materially and adversely harmed. Romeo was incorporated in June 2014 and has a very limited operating history on which investors can base an evaluation of our business, prospects, financial condition and operating results. We derive, and intend to continue to derive, the majority of our revenues from the sale of our battery packs, modules, and battery management systems. As of September 30, 2020, we had a backlog (as defined below) of approximately $310 million, of which approximately $240 million represented the minimum revenue that would be received under such contracts to satisfy take or pay minimum order commitments. We define contracted revenue (or "*backlog*") as revenue expected to be received under our existing customer contracts from sales of battery packs, modules, battery management system software and services not yet built and delivered or provided. The difference between our backlog and our minimum revenue that would be received in satisfaction of take or pay minimum order commitments reflects that our backlog does not represent a guarantee that our customers will complete purchases of our products and services in the quantities that we anticipate, and some of our contracts allow our customers to purchase in smaller quantities with certain minimum order penalties. Although we have attempted to de-risk such backlog through minimum value commitments in existing contracts, there are no assurances that we will be able to maintain our current customers or supplier relationships, or secure future business with customers, such as major commercial vehicle original equipment manufacturers ("*OEMs*"), trucking companies and other fleet owners.

It is difficult to predict our future revenues and appropriately budget for our expenses, and we have limited insight into trends that may emerge and affect our business. In the event that actual results differ from our estimates or we adjust our estimates in future periods, our operating results and financial condition could be materially affected. The projected financial information appearing elsewhere in this proxy statement/consent solicitation statement/prospectus has been prepared with assistance from our management and reflects current estimates of future performance. The projected results depend on the successful implementation of our management's growth strategies and are based on assumptions and events over which we have only partial or no control. The assumptions underlying such projected information require the exercise of judgment and may not occur, and the projections are subject to uncertainty due to the effects of economic, business, competitive, regulatory, legislative, political and other changes.

***We have identified material weaknesses in our internal control over financial reporting which, if not corrected, could affect the reliability of our consolidated financial statements and have other adverse consequences.***

We have identified material weaknesses in our internal control over financial reporting that we are currently working to remediate, which relate to: (a) Romeo's general segregation of duties, including the review and approval of journal entries; and (b) a lack of sufficient technical accounting resources.

42

Table of Contents

***Our interest in the BorgWarner JV and our intellectual property are pledged to BorgWarner to secure our performance of all of our obligations to BorgWarner relating to the BorgWarner JV.***

We have granted security interests to BorgWarner in our ownership interests in the BorgWarner JV and in Romeo IP Holdco (as defined below) (which holds all of our intellectual property), as well as in our intellectual property, to secure our obligations under all of the agreements relating to the formation or operation of the BorgWarner JV, including, but not limited to, our R&D-related obligations. Those security interests may impair our ability to raise debt or equity capital.

***BorgWarner will have a call option to purchase our interest in the BorgWarner JV for an amount that may be less than the value that we could obtain for such interest on the open market.***

BorgWarner's subsidiary will have the right at any time after June 28, 2022 to purchase our entire interest in the BorgWarner JV. The purchase price will be the value of our interest as determined by an independent appraiser (the choice of which must be approved by us and BorgWarner) using standard valuation methodologies taking into account a discount for lack of marketability. The purchase price determined by this method may be less than the amount that we could obtain for our interest in the BorgWarner JV from a willing buyer in an arm's-length transaction.

***We are dependent on our suppliers to fulfill our customers' orders, and if we fail to manage our relationships effectively with, or lose the services of, these suppliers and we cannot substitute suitable alternative suppliers, our operations would be materially adversely affected.***

We rely on third-party suppliers for the provision and development of many of the key components and materials used in our battery modules and packs, such as cells, electrical components, and enclosure materials. The inability of our suppliers to deliver necessary components of our battery products at prices and volumes, performance and specifications acceptable to us could have a material adverse effect on our business, prospects, financial condition and operating results. While we plan to obtain components from multiple sources whenever possible, some of the components used in our vehicles may be purchased by us from a single source. While we believe that we may be able to establish alternate supply relationships and can obtain or engineer replacement components for our single source components, we may be unable to do so in the short term (or at all) at prices or quality levels that are favorable to us, which could have a material adverse effect on our business, prospects, financial condition and operating results.

Our third-party suppliers may not be able to meet their product specifications and performance characteristics or our desired specifications, performance and pricing, which would impact our ability to achieve our product specifications and performance characteristics as well. Additionally, our suppliers may be unable to obtain required certifications for their products for which we plan to use or provide warranties that are necessary for our solutions. If we are unable to obtain components and materials used in our battery products from our suppliers or if our suppliers decide to create or supply a competing product, our business could be materially adversely affected.

***Increases in costs, disruption of supply or shortage of any of our battery components, particularly cells, could harm our business.***

From time to time, we may experience increases in the cost or a sustained interruption in the supply or shortage of our components. Any such increase or supply interruption could materially and negatively impact our business, prospects, financial condition and operating results. The prices for our components fluctuate depending on market conditions and global demand and could adversely affect our business, prospects, financial condition and operating results. For instance, we are exposed to multiple risks relating to price fluctuations for battery cells. These risks include, but are not limited to:

- the inability or unwillingness of our suppliers and their competitors to build or operate cell production facilities to supply the numbers of cells required to support the growth of the electric vehicle industry as demand for such cells increases;
- disruption in the supply of cells due to quality issues or recalls by the cell manufacturers;
- a fewer number of manufacturers of cells; and
- an increase in the cost of raw materials.

Table of Contents

Any disruption in the supply of battery cells could temporarily disrupt production of our products until a different supplier is fully qualified. Moreover, cell manufacturers may refuse to supply electric vehicle manufacturers if they determine that the vehicles are not sufficiently safe. Furthermore, fluctuations or shortages in petroleum and other economic conditions may cause us to experience significant increases in freight charges. Substantial increases in the prices for raw materials may increase the cost of our components and consequently, the costs of products. There can be no assurance that we will be able to recoup increasing costs of our components by increasing prices, which in turn could reduce our profit margins.

***Our failure to keep up with rapid technological changes and evolving industry standards may cause our products to become obsolete and less marketable, resulting in loss of market share to our competitors or a decrease in demand for our battery packs and modules due to substitute products.***

The lithium-based battery market is characterized by changing technologies and evolving industry standards, which are difficult to predict. This, coupled with frequent introduction of new products and models, has shortened product life cycles and may render our products obsolete or unmarketable. Our ability to adapt to evolving industry standards and anticipate future standards and market trends will be a significant factor in maintaining and improving our competitive position and our prospects for growth. To achieve this goal, we have invested and plan to continue investing significant financial resources in our R&D infrastructure. R&D activities, however, are inherently uncertain, and we might encounter practical difficulties in commercializing our research results. Accordingly, our significant investment in our R&D infrastructure may not bear fruit. On the other hand, our competitors may improve their technologies or even achieve technological breakthroughs that would render our products obsolete or less marketable. Therefore, our failure to effectively keep up with rapid technological changes and evolving industry standards by introducing new and enhanced products may cause us to lose our market share and to suffer a decrease in our revenue.

***We may experience significant delays in the design, production and launch of our new products, which could harm our business, prospects, financial condition and operating results.***

Our R&D team is continually looking to improve our battery packs and modules. Production of light weight pack series, next generation module, and third generation BMS are not expected to begin until 2022 and may occur later or not at all. Any delay in the financing, design, production and launch of our new products could materially damage our brand, business, prospects, financial condition and operating results. There are often delays in the design, production and commercial release of new products, and to the extent we delay the launch of the items identified above, our growth prospects could be adversely affected as we may fail to grow our market share, to keep up with competing products or to satisfy customers' demands or needs. We rely on third-party suppliers for the provision and development of many of the key components and materials used in our battery products, and to the extent they experience any delays, we may need to seek alternative suppliers. If we experience delays by our third-party suppliers, we could experience delays in delivering on our timelines.

***If we cannot continue to develop new products in a timely manner and at favorable margins, we may not be able to compete effectively.***

The battery industry has been notable for the pace of innovations in product life, product design and applied technology. We and our competitors have made and continue to make, investments in research and development with the goal of further innovation. Our ability to create new products and line extensions and to sustain existing products is affected by whether we can, among other things:

- develop and fund research and technological innovations;

- receive and maintain necessary intellectual property protections;

- obtain governmental approvals and registrations;

- comply with governmental regulations; and

Table of Contents

*Stockholder Support Agreements*

Concurrently with the execution of the Merger Agreement on October 5, 2020, RMG, Merger Sub and Romeo entered into Support Agreements with each executive officer and director of Romeo and each holder of 5% or more of Romeo common stock or Romeo preferred stock, requiring each Supporting Romeo Stockholder, on (or effective as of) the second business day following the date that this proxy statement/consent solicitation statement/prospectus is disseminated to Romeo stockholders, to execute and deliver a written consent with respect to the outstanding shares of Romeo common stock and Romeo preferred stock held by such Supporting Romeo Stockholder adopting the Merger Agreement and approving the Romeo charter amendment proposal and the Business Combination. The shares of Romeo capital stock that are owned by the Supporting Romeo Stockholders and that are subject to the Support Agreements represent approximately 58.7% of the outstanding shares of Romeo common stock and approximately 75.0% of the outstanding shares of Romeo preferred stock, in each case, as of the Romeo Record Date; accordingly, Romeo expects to have the required votes to approve the Romeo merger proposal and the Romeo charter amendment proposal. The execution and delivery of written consents by all of the Supporting Romeo Stockholders will, at the time of such delivery, constitute the Romeo stockholder approval necessary to approve of each of the Romeo merger proposal and the Romeo charter amendment proposal.

**Background of the Business Combination**

RMG is a blank check company formed in order to effect a merger, capital stock exchange, asset acquisition, stock purchase or other similar business combination with one or more businesses or entities. RMG was incorporated under the laws of the State of Delaware on October 22, 2018.

The Business Combination with Romeo is the result of an extensive search for a potential transaction and business combination utilizing the network and investing and transaction experience of RMG's management team. The terms of the Merger Agreement are the result of arm's-length negotiations between representatives of RMG and Romeo. The following is a brief discussion of the background of these negotiations, the Merger Agreement and the Business Combination.

On February 12, 2019, RMG completed its Initial Public Offering. Prior to the consummation of its Initial Public Offering, neither RMG, nor anyone on its behalf, contacted any prospective target businesses or had any substantive discussions, formal or otherwise, with respect to a transaction with RMG.

From the date of the Initial Public Offering through the signing of the Merger Agreement with Romeo on October 5, 2020, representatives of RMG contacted and were contacted by a number of individuals and entities with respect to business combination opportunities and engaged in discussions with several possible target businesses regarding potential transactions. During that period, RMG's officers and directors identified and met with over 150 potential target businesses from a wide range of industry segments and had in person and / or virtual and telephonic meetings with many target management teams, owners, and their representatives. The decision not to pursue any particular target business that RMG analyzed was generally the result of one or more of (i) RMG's determination that such business did not represent as attractive a target as Romeo due to a combination of business prospects (including expected revenue growth, nature of customer and supplier arrangements and competitive strength of products and services), strategy, management teams, structure and valuation, (ii) a difference in valuation expectations between RMG, on the one hand, and the target and/or its owners, on the other hand, (iii) a potential target's unwillingness to engage with RMG given the timing and uncertainty of closing due to the requirement for RMG stockholder approval or (iv) a potential target's unwillingness to engage with RMG given conflicting business objectives on the target's side.

RMG met Romeo as a result of a Managing Director of an affiliate our Sponsor, Riverside Management Group, having a relationship with a stockholder of Romeo and such stockholder facilitating an introduction to Michael Patterson, who was then Romeo's Chief Executive Officer. On March 8, 2020, RMG received a high-level overview of Romeo's business. On March 10, 2020, RMG and Romeo executed a non-disclosure agreement, and on March 11, 2020, representatives of RMG and Romeo held an introductory call. The next day, RMG provided Romeo with materials summarizing RMG's management and board of directors and the process and timing of effecting a potential financing transaction with a special purpose acquisition company.

Table of Contents

Although the assumptions and estimates on which the forecasts for revenue and costs are based are believed by Romeo's management to be reasonable and based on the best then-currently available information, the financial forecasts are forward-looking statements that are based on assumptions that are inherently subject to significant uncertainties and contingencies, many of which are beyond Romeo's control. While all forecasts are necessarily speculative, Romeo believes that the prospective financial information covering periods beyond twelve months from its date of preparation carries increasingly higher levels of uncertainty and should be read in that context. There will be differences between actual and forecasted results, and actual results may be materially greater or materially less than those contained in the forecasts. The inclusion of the forecasted financial information in this proxy statement/consent solicitation statement/prospectus should not be regarded as an indication that Romeo or its representatives considered or consider the forecasts to be a reliable prediction of future events, and reliance should not be placed on the forecasts.

The forecasts were requested by, and disclosed to, RMG for use as a component in its overall evaluation of Romeo, and are included in this proxy statement/consent solicitation statement/prospectus on that account. Romeo has not warranted the accuracy, reliability, appropriateness or completeness of the forecasts to anyone, including to RMG. Neither Romeo's management nor any of its representatives has made or makes any representation to any person regarding the ultimate performance of Romeo compared to the information contained in the forecasts, and none of them intends to or undertakes any obligation to update or otherwise revise the forecasts to reflect circumstances existing after the date when made or to reflect the occurrence of future events in the event that any or all of the assumptions underlying the forecasts are shown to be in error. Accordingly, they should not be looked upon as "guidance" of any sort. Romeo will not refer back to these forecasts in its future periodic reports filed under the Exchange Act.

Romeo does not as a matter of course make public projections as to future sales, earnings or other results. However, Romeo's management has prepared the prospective financial information set forth below to present the key elements of the forecasts provided to RMG. The accompanying prospective financial information was not prepared with a view toward public disclosure or with a view toward complying with the guidelines established by the American Institute of Certified Public Accountants with respect to prospective financial information, but, in the view of Romeo's management, was prepared on a reasonable basis, reflects the best currently available estimates and judgments, and presents, to the best of management's knowledge and belief, the expected course of action and the expected future financial performance of Romeo. However, this information is not fact and should not be relied upon as being necessarily indicative of future results, and readers of this proxy statement/consent solicitation statement/prospectus are cautioned not to place undue reliance on the prospective financial information. Neither Romeo's independent auditors, nor any other independent accountants, have compiled, examined or performed any procedures with respect to the prospective financial information contained herein, nor have they expressed any opinion or any other form of assurance on such information or its achievability, and assume no responsibility for, and disclaim any association with, the prospective financial information.

The following table sets forth certain summarized prospective financial information regarding Romeo for 2020, 2021, 2022, 2023, 2024 and 2025:

| (USD in millions) | Forecast Year Ended December 31, | | | | | |
| | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|
| Revenue | $ 10.8 | $ 139.8 | $ 411.9 | $ 764.5 | $ 1,156.1 | $ 1,649.9 |
| Gross Profit | $ (3.7) | $ (10.0) | $ 39.8 | $ 182.0 | $ 330.5 | $ 534.1 |
| EBITDA | $ (21.6) | $ (54.2) | $ (19.1) | $ 90.8 | $ 196.3 | $ 338.0 |

The key elements of the forecasts provided to RMG are summarized below:

● Strong revenue forecast for 2021 - 2025 based on a pipeline of customers;

● Valuation and multiples exclude upside potential of international expansion through the BorgWarner JV;

● Landmark and binding contracts of approximately $310 million, including production contracts with Lightning Systems, Nikola and Phoenix Motors; and

● Estimated run-rate EBITDA margins of +20% by 2025 and beyond.

95

Table of Contents

Our ability to maintain close relationships with these top customers is essential to the growth and profitability of our business.

***Customer Backlog***

We define contracted revenue (or "*backlog*") as revenue expected to be received under our existing customer contracts from sales of battery packs, modules, battery management system software and services not yet built and delivered or provided. As of September 30, 2020, we had a backlog of approximately $310 million, of which approximately $240 million represented the minimum revenue that would be received under such contracts to satisfy take or pay minimum order commitments. This compares to our contracted revenue from sales of products and services not yet built and delivered or provided of approximately $2.9 million as of September 30, 2019 (of which approximately $2.9 million represented the minimum revenue that would be received in satisfaction of take or pay minimum order commitments), and does not take into account approximately $234 million in revenue available to be earned under our most recent contract with Lion Buses that was executed subsequent to September 30, 2020 (of which approximately $234 million represents the minimum revenue that will be received in satisfaction of take or pay minimum order commitments). The portion of our backlog as of September 30, 2020, that is expected to be recognized in the twelve-month period following September 30, 2020 is approximately $59 million. The remaining backlog balance of approximately $251 million is expected to be recognized between the fourth quarter of 2021 and the end of year 2025. The difference between our backlog and our minimum revenue that would be received in satisfaction of take or pay minimum order commitments reflects that our backlog does not represent a guarantee that our customers will complete purchases of our products and services in the quantities that we anticipate, and some of our contracts allow our customers to purchase in smaller quantities with certain minimum order penalties. All contracted revenue amounts also assume continued performance by Romeo of its contractual obligations and satisfaction of customary testing and quality required under each customer contract.

**Competition**

The energy technology and energy storage industry is highly competitive, and new regulatory requirements for vehicle emissions, technological advances, and shifting customer demands are causing the industry to evolve towards zero-emission solutions. We believe that the primary competitive factors in the market include, but are not limited to:

- total cost of ownership ("*TCO*");
- safety, reliability and quality;
- gravimetric and volumetric energy density;
- product performance and uptime;
- charging characteristics;
- technological innovation;
- comprehensive solution from a single provider;
- ease of integration; and
- service options.

170

Table of Contents

**Revenues**

| $ in thousands | Nine Months Ended | |
| --- | --- | --- |
| | September 30, 2020 | September 30, 2019 |
| Products | $ 2,097 | $ 3,097 |
| % of total revenue | 48.5 % | 57.8 % |
| | | |
| Services | 202 | 1,051 |
| % of total revenue | 4.7 % | 19.6 % |
| | | |
| Related party revenue | 2,027 | 1,209 |
| % of total revenue | 46.9 % | 22.6 % |
| | | |
| **Total revenue** | **$ 4,326** | **$ 5,357** |

*Product revenues*

Product revenue decreased approximately $1.00 million, or 32.3%, during the nine months ended September 30, 2020, as compared to product revenues for the nine months ended September 30, 2019. The product revenue decrease of $1.00 million related to decreased deliveries of commercial vehicle products following completion of a large contract in April 2020. Average selling prices per unit did not have a significant impact on sales during the nine months ended September 30, 2020, as compared to the nine months ended September 30, 2019.

The decrease in Romeo's commercial vehicle pack and module production and delivery activity has been offset by an increased focus on the execution and delivery against new engineering and prototype development agreements with both new and prospective module and pack customers. As subsequently discussed, revenue under current engineering and prototype development contracts has been substantially deferred until all engineering services are complete and all prototypes have been delivered, and this revenue ultimately will be recognized as service revenue. However, in Romeo's typical sales cycle, these engineering and prototype agreements are expected to be precursors to future product supply agreements, for which product revenues are recognized as products are delivered.

As a result of the contract completed during April 2020 that was not subsequently replaced, Romeo expects to report lower product revenues until we begin to produce and deliver modules and packs in accordance with our more recently signed customer supply contracts, certain of which provide for minimum take or pay minimum order commitments. Minimum take or pay order commitments related to contracts signed through November of 2020 exceed $500 million of backlog. While the recognition of product revenue related to certain of these module and pack contracts will not commence until after completion of the delivery of engineering and prototype services, we expect to recognize greater than 10% of this backlog revenue over the twelve-month period following September 30, 2020.

*Service revenues*

Service revenue decreased approximately $0.85 million, or 80.8%, during the nine months ended September 30, 2020, as compared to service revenue for the nine months ended September 30, 2019. The decrease is related to the timing of deliveries against engineering and prototype contracts. Revenues recognized from new non-recurring engineering and prototype service contracts did not offset the reduction in revenues attributable to completed contracts. However, the deferred revenue related to our engineering and prototype contracts for which revenue is recognized as of a point in time upon delivery of the developed prototypes was $2.36 million as of September 30, 2020, as compared to $0.59 million for the nine months ended September 30, 2019. Romeo expects to recognize all of the deferred revenue reported as of September 30, 2020 during the fourth quarter of 2020, after final delivery of the related prototypes.

*Related party revenues*

Related party service revenue increased approximately $0.82 million, or 67.7%, for the nine months ended September 30, 2020, as compared to related party service revenue for the nine months ended September 30, 2019. Related party service revenue relates to engineering services that Romeo provided to the BorgWarner JV during the period. As Romeo's joint venture with BorgWarner was not formed until June 28, 2019, and did not commence operations until July 2019,

Table of Contents

**ROMEO SYSTEMS, INC.**
**(dba Romeo Power Technology)**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF SEPTEMBER 30, 2020 AND DECEMBER 31, 2019 AND FOR THE NINE MONTHS ENDED SEPTEMBER 30, 2020 AND 2019**
**(UNAUDITED)**

**1.    DESCRIPTION OF BUSINESS AND BASIS OF PRESENTATION**

Romeo Systems, Inc. dba Romeo Power Technology (the "Company"), a Delaware corporation, was organized and incorporated in June 2014. The Company designs, engineers, and manufactures lithium-ion cylindrical battery packs for electric vehicles and energy storage solutions, with a focus on battery innovation, functionality, energy density, safety, and performance. The Company is headquartered in Vernon, California.

In 2019, the Company and BorgWarner, Inc. ("BorgWarner") formed BorgWarner Romeo Power LLC (the "Joint Venture") of which the Company owns 40%. The Joint Venture is intended to accelerate the Company's reach into international regions in a capital efficient way. As a result, the Company shifted and repositioned operations to focus on this specific production in addition to its core operations.

**Interim Financial Information**-The accompanying unaudited condensed consolidated financial statements of the Company have been prepared in accordance with U.S. generally accepted accounting principles ("GAAP") and the requirements of the U.S. Securities and Exchange Commission ("SEC") for interim financial information. As permitted under those rules, certain footnotes or other financial information that are normally required by GAAP can be condensed or omitted. These condensed consolidated financial statements have been prepared on the same basis as its annual consolidated financial statements and, in the opinion of management, reflect all adjustments, consisting only of normal recurring adjustments, which are necessary for the fair statement of the Company's financial information. These interim results are not necessarily indicative of the results to be expected for the fiscal year ending December 31, 2020, or for any other interim period or for any other future year. All intercompany balances and transactions have been eliminated in consolidation.

**Funding Risks and Going Concern**-During 2016 and 2017, the Company was in its start-up phase and did not generate significant revenues. The focus was on developing superior battery technology, investing in production capacity and infrastructure, and planning for large scale growth in the next few years.

Through September 30, 2020, the Company had an accumulated deficit of $192.54 million including a net loss of $22.71 million and $46.65 million, for the nine months ended September 30, 2020 and September 30, 2019, respectively. The Company used cash of $14.13 million in operations for the nine months ended September 30, 2020, compared to a cash and cash equivalents and restricted cash balances of $1.75 million as of September 30, 2020. Cash used for operations during the nine months ended September 30, 2020 was primarily financed by capital stock contributions and debt financing. Between January and September 2020, the Company raised $9.67 million in additional debt financing, $1.04 million through the issuance of Class A common stock and $4.00 million through the issuance of Series A-5 Preferred Stock.

Management's plans to continue as a going concern one year after the issuance of these interim financial statements include raising additional financing, through the issuance of debt or equity and entering into business transactions that provide revenue with respect to the Company's products and services. There can be no assurance that the Company will be able to obtain the needed financing on acceptable terms or at all and, as such management concluded that substantial doubt exists about the Company's ability to continue as a going concern. The interim financial statements do not include any adjustments to reflect the possible future effects on the recoverability and classification of assets or on the amounts and classifications of liabilities that may result should the Company be unable to continue as a going concern.

The Company's interim financial statements have been prepared in accordance with GAAP applicable to a going concern, which contemplates the realization of assets and liquidation of liabilities in the normal course of business.