# EXHIBIT 5

*30-Mar-2021*
# ROMEO POWER, INC.
*Q4 2020 Earnings Call*

# CORPORATE PARTICIPANTS

Operator

Sam Dundee
*Director-Strategic Finance & BizOps*

Lionel E. Selwood, Jr.
*President, Chief Executive Officer & Director*

Lauren Webb
*Chief Financial Officer & Director*

# OTHER PARTICIPANTS

Gregory Robert Lewis
*Analyst*
*BTIG LLC*

Jon D. Lopez
*Analyst*
*Vertical Trading Group LLC*

Steven B. Fox
*Analyst*
*Cross Research LLC*

Adam Jonas
*Analyst*
*Morgan Stanley & Co. LLC*

Gabriel J. Daoud
*Analyst*
*Cowen and Company LLC*

Sean Milligan

Noel Parks
*Analyst*

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

*Coker & Palmer, Inc.*

## Joseph Osha
*Analyst*

*JMP Securities LLC*

# MANAGEMENT DISCUSSION SECTION

## Operator

Ladies and gentlemen welcome to the Romeo Power's Fourth Quarter and Full Year 2020 Financial Results Call. My name is Abby and I'll be coordinating your call today.

I would now like to hand over to our host of the call, Sam Dundee, VP of Finance and Strategy. Sam, please go ahead.

## Sam Dundee
*Director-Strategic Finance & BizOps*

Thank you Abby and good afternoon everyone and thank you for joining us today for Romeo Power's inaugural earnings call. Apologies, we had a few technical difficulties and our earnings release should be coming out shortly. It will be posted on our website romeopower.com and on the Investor Relations home page.

Before we begin the substance of today's call, I want to remind everybody that the conference call will contain forward-looking statements, including our expectations of future results, sales, cost of inputs, market dynamics et cetera. Our actual results may differ materially from those projected in these forward-looking statements. Additional information concerning factors that could cause these results to different materially from those forward-looking statements are contained in our press release that will go out shortly after this call as well as in the disclosures to our public filings with the SEC. Today's call will also include a discussion of non-GAAP financial measures as that term is defined in Regulation G. Non-GAAP financial measures should not be considered in isolation from or as a substitute for financial information presented in compliance with GAAP. Accordingly at the end of the today's press release, we've provided a reconciliation of these non-GAAP financial measures to the company's financial results prepared in accordance with GAAP.

With that, I'm happy to turn the call over to Lionel Selwood, Jr., Romeo Power's President and CEO.

## Lionel E. Selwood, Jr.
*President, Chief Executive Officer & Director*

Thank you, Sam and good afternoon, to all. With me today is Lauren Webb, our Chief Financial Officer. We hope you have had a chance to review our earnings release, which we'll release in a few minutes. As most of you are undoubtedly aware, currently the worldwide market for battery sales is experiencing a significant shortage of certain high quality performance cells. That shortage has affected our ability to source adequate supplies of key battery cells critical to our specialized, high density battery solutions.

As a result, we are making material updates to our production and revenue outlook for 2021. However, I want to emphasize that we see this cell shortage as temporary and are confident it will not affect our intermediate and longer term opportunities. As reported by our cell suppliers, the current widespread cell shortage within the EV sector is driven primarily by accelerated demand as more EV companies have secured capital in the last 12 months and was exacerbated by supply chain and logistics disruptions caused by the pandemic.

While we saw accelerating demand for cells, the severity of quality cells shortage was unexpected as has increased dramatically over the course of the last several weeks. No one is more frustrated than the Romeo Power team about the delay in bringing off solutions to market caused by the global cell supply constraints, particularly now that we have the capital secured to execute our transition from an early stage innovator to a commercial enterprise with significant capital inflows.

I want to emphasize again that the cell shortage we are facing in 2021 is not expected to have a material impact on our committed backlog. However, the impact to our ability to generate revenue in 2021 is significant. Considering our expected cell supply for the remainder of 2021 will not be confirmed before Q2, we are conservatively projecting materially lower revenue than originally expected. Lauren will discuss this in more detail. However, we are working rigorously to secure the long term cell supply contracts needed to deliver solutions in a timely fashion.

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

To that end, we're pursuing three pathways to improve our access to cells. One, we're negotiating long term agreements with our preferred partners to secure allocation through 2028. And we expect to have an update over the course of Q2. Two, as you know, Romeo Power has a rigorous cell qualification process rooted in safety and reliability. And we are pursuing qualification of alternative high quality battery cell providers. We are focused in substantial efforts to qualify new suppliers in 2021. Three we're also evaluating strategic partnerships and seeking to make investments to drive innovation at the battery cell level. Our memorandum of understanding with Ecellix is a great example of this. We will keep you posted on progress in this key aspect of the business. And it's very important to note that the demand for our leading edge battery technology solutions has not changed and is in fact growing.

Let me go over a few business highlights . We launched the Heritage Environmental fleet electrification program in collaboration with Heritage Environmental Services. Romeo Power will play a critical role in the electrification of 500 battery electric vehicles in Heritage's fleet between 2022 and 2025. Romeo Power and Heritage have selected participants for the fleet electrification program and we'll be announcing those participants soon.

Finally, as previously announced, we have formed a strategic alliance with Republic Services to collaborate on the development of Romeo Power's battery technology for use in Republic's electric refuse trucks, including a retrofit program to be completed in 2021. We're excited by the early success of the Heritage fleet electrification program and hope to replicate this success with Republic in the future. Our merger with RMG Acquisition Corp., which we completed in December 2020, added $336 million to our balance sheet, leaving Romeo well-positioned to manage through virtually any macro environment. As we progress from smaller volume production to a large scale supply of sophisticated battery technology for a vast array of customer sizes and types in the commercial vehicle space, we are confident that we will optimize our leverage to address any supply chain challenges that might arise. We have been winning thus far based on our unwavering commitment to delivering patented and leading edge battery solutions which exceeds our customers' expectations and the metrics that matter to them, safety, reliability, energy density, configurability and fast charging.

Romeo's market leading performance in these metrics translates to superior uptime, profit per mile and return on investment for our customer base. In fact, we continue to make R&D investments to refine our product technology to enhance our market leading position in the commercial electric vehicle space and expect to accelerate our growth in the coming years. Since announcement of the merger with RMG in October and close in December, the broader team and I have been very pleased with the increased level of engagement with new potential commercial partners, as well as those with whom we already are in conversation. The work we did over the last four years to build a strong foundation including trusted relationships with customers and suppliers alike to develop the industry's best technology, commercialize and deliver committed orders to plant and grow our seeds is paying dividends.

In 2021, the team and I are committed to executing our current strategy to continue diversifying our contract orders and our backlog to expand our partnerships with established operators to electrify their fleets which is showing promising early results. As we continue working hard, we signed agreements with an array of new partners. This includes new insurance companies in adjacent sectors and those with established product catalogs.

I would now like to turn the call over to Lauren Webb, our CFO to discuss our fourth quarter and full year 2020 results in greater detail.

## Lauren Webb

*Chief Financial Officer & Director*

Thank you, Lionel, and hello everyone. Today, I will briefly recap some key takeaways from our fourth quarter and full year 2020 results and provide an updated outlook to the degree I'm able. With limited visibility on cell supply and pricing, we're challenged to give specific guidance for 2021. As the picture clarifies, we will update our outlook.

In the fourth quarter and during the full year 2020, we generated revenue of $4.6 million and $8.9 million respectively, largely reflecting several prototype contracts. We reported a net loss of $19.1 million and $41.8 million respectively. This included notable one-time items as follows: $3.6 million in stock-based compensation; and $3.9 million in forgiveness of a stockholder note receivable.

We reported full year 2020 CapEx and free cash flow, defined as cash flow from operations less CapEx, of $1.3 million and negative $31.2 million, respectively. Our common shares outstanding as of December 31, 2020 were 126.9 million. This excludes the impact of both the public and private warrants as part of the R&D transaction.

On February 16, we stated that we would redeem all outstanding public warrants to purchase shares of Romeo Power stock. The redemption window closes at 5:00 PM Eastern Time on April 5. Assuming all warrant holders exercise their warrants, the impact of warrant redemption would be an increase in our shares outstanding of about 7.7 million  shares and will result in just over $88 million in cash to Romeo Power's balance sheet, the impact of which will be fully recognized on our balance sheet on the quarter ending June 30, 2021.

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

### Lionel E. Selwood, Jr.
*President, Chief Executive Officer & Director*

A

Thank you.

### Operator

Our next question comes from Sean Milligan from Williams Trading. Sean, please go ahead.

### Sean Milligan

Q

Hi, guys. The shortage in the cells this year and the inability to deliver power packs, does that impact any of the contracts or trigger anything in the contracts and the backlog?

### Lauren Webb
*Chief Financial Officer & Director*

A

We – hi, Sean thanks for joining and thanks for the question. We don't expect any impacts to our backlog. We're working very closely with our customers and working with them on adjusting the timeframes and they are aware that this is an issue that affects more than just Romeo, so we are not expecting that there is any hits to the overall backlog, just a matter of timing.

### Sean Milligan

Q

Okay. Thanks. And then can you address – I don't know if you can talk to this but the BorgWarner JV, obviously they invested or purchased another company in Europe, so just trying to think about how – what's the right way to think about the JV moving forward?

### Lauren Webb
*Chief Financial Officer & Director*

A

There's no change to the JV that we have reported one at this time. We continue to pursue business together in the European and Asian markets at this time and that's our core focus today and there's – there are no changes.

### Sean Milligan

Q

Okay. Thanks.

### Operator

We have a question. My apologies. We have a question now from Noel Parks. Noel, please go ahead.

### Noel Parks
*Analyst*

Q

*Coker & Palmer, Inc.*

Good afternoon.

### Lionel E. Selwood, Jr.
*President, Chief Executive Officer & Director*

A

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.