# EXHIBIT 6

*13-May-2021*

# ROMEO POWER, INC.

*Q1 2021 Earnings Call*

# CORPORATE PARTICIPANTS

Operator

Sam Dundee
*Vice President, Finance & Strategy*

Lionel E. Selwood

Lauren Webb
*Chief Financial Officer & Director*

Lionel E. Selwood, Jr.
*President, Chief Executive Officer & Director*

# OTHER PARTICIPANTS

Gabriel J. Daoud
*Analyst*
*Cowen and Company LLC*

Steven B. Fox
*Analyst*
*Cross Research LLC*

Gregory Robert Lewis
*Analyst*
*BTIG LLC*

Jon D. Lopez
*Analyst*
*Vertical Trading Group LLC*

Adam Jonas
*Analyst*
*Morgan Stanley & Co. LLC*

Noel Parks
*Analyst*

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

*Coker & Palmer, Inc.*

# MANAGEMENT DISCUSSION SECTION

## Operator

Ladies and gentlemen, welcome to the Romeo Power First Quarter 2021 Financial Result and Webcast Call. My name is Charlie and I will be coordinating your call today.

I would now hand over to your host, Sam Dundee, VP, Strategic Finance to begin. Sam, please go ahead.

## Sam Dundee
*Vice President, Finance & Strategy*

Thank you, operator. And good afternoon, everyone, and thank you for joining us today for Romeo Power's Q1 earnings call. Before we begin, I want to remind everybody that this conference call will contain forward-looking statements, including our expectations of future results, sales, cost of inputs, market dynamics, etcetera. Our actual results may differ materially from those projected in these forward-looking statements.

Additional information concerning factors that could cause the results to differ materially from those forward-looking statements include macroeconomic conditions, demand for commercial electric vehicles, regulatory policy decisions, the continued impact on supply chains caused by COVID-19 and others contained in our press release as well as our public filings with the SEC.

Today's call will also include a discussion of non-GAAP financial measures, as the term is defined in Regulation G. Non-GAAP financial measures should not be considered in isolation from or as a substitute for financial information presented in compliance with GAAP. Accordingly, at the end of today's press release, we have provided a reconciliation of these non-GAAP financial measures to the company's financial results prepared in accordance with GAAP.

With that, I'll turn the call over to Lionel Selwood Jr., President and CEO of Romeo Power.

## Lionel E. Selwood

Thank you, Sam, and good afternoon to all. With me today is Lauren Webb, our Chief Financial Officer. As it has only been about six weeks since our last earnings call, we'll focus today's call on the latest updates since then. To start off, I'm sure it won't surprise anyone on this call to hear that the demand for vehicle electrification continues to grow. Our vehicle OEMs are subject to regulatory and consumer pressures to reduce $CO_2$ emissions. Romeo Power is well-positioned to capitalize on that growth.

We're continuing to leverage our advanced engineering expertise and the partnerships we have established with key industry leaders like PACCAR, Heritage and Republic, among others, to develop and commercialize safe, durable, cost-effective battery pack solutions. We are proud to have earned the trust of leaders like these who faced one of the most difficult electrification challenges, electrifying long-haul trucking in a cost-effective manner.

Our technology advantages make us well-positioned to execute on long-term agreements with leading OEMs and fleet managers. Our technological moat remains second to none, as evidenced by our continued diversification and quality of our order book. Customers are realizing that the most effective path forward to an ultra-competitive, long range electrified commercial vehicle goes through Romeo Power. However, the near-term challenge is the limited number of battery cell providers producing safe, high performance cells suitable for the commercial electric vehicle market.

We are attacking this problem head on by broadening our engagement with battery cell providers. We are taking key strategic steps to reduce the risk over the medium- and long-term. This has become one of the most critical issues facing our industry and we are doing everything in our power to help ease supply constraints and improve the number of qualified cells for ourselves and for the industry broadly. We are driving a global and holistic strategy to secure our future. We have made significant progress since our last update towards secure and adequate cell supplies.

As we noted on our last call, we are driving to secure cell supply over the short-, medium- and long-term. We've made great strides since our last update. We are well-positioned to sign an agreement shortly for multiple gigawatt hours to our long-term supply agreement with a top tier partner. We're also in active negotiations with two other battery cell partners, and we expect to begin negotiations with a fourth in the summer. Each partnership has its unique elements, but some consistent themes are structured allocation, pricing mechanism and access to next-generation technology such as 4680s when available.

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

If executed successfully, in aggregate, these agreements should ultimately provide us with access to a sufficient supply of battery cells to meet our long-term production targets. As a CEO, I want assure shareholders that I am personally leading all of these negotiations and I am committed to bringing them over the finish line throughout 2021. We are confident that our technology moat will continue enabling us to gain market share. Thus, we are taking steps necessary to support our customers, including finalizing 2021 and 2022 allocations. We will provide an update as we bring these partnerships to the finish line over the coming months.

And we know we and the whole industry need more cells. So, we are in discussions with both established players and newer entrants to assess and over time enhance their readiness to meet our rigorous requirements for use in heavy-duty Class 6, 7 and 8 trucks. You may know that one of the hallmarks of Romeo Power's technology is our ability to enhance the performance of all cells through efficient and adaptable pack design, which is driven, at least in part, by our rigorous integrated testing protocol and the flexibility to modify and adapt our patented eFleet technology.

From our founding, we have been committed to ensuring safety while pursuing high performance. We have built a very sophisticated testing capability that is a key advantage enabling us to deliver safe, durable, cost-effective battery pack solutions.

Systems testing is far more accurate and faster when, for instance, the thermal and vibration testing are done in one second. Data from each of these test areas is being leveraged quickly to refine the system design and iterations are executed faster. In parallel, the telemetry from the testing process informs the design of the battery management system that will ultimately elevate battery performance.

As a systems engineer myself, I cannot overstate how important this design philosophy is to building better systems. Simply stated, it makes any cell better. We are committed to leveraging our testing capabilities and broad exposure to various vehicle applications to support the qualification of additional battery cells for use in these complex applications.

Our expertise also enables us to match the appropriate cell to a particular customer and/or use case application. Utilizing our proprietary approach to overall systems design has enabled us to hone in on the appropriate battery cell partners to support our long-term business plan.

Thank you for your attention to that level of detail. I wanted to take a minute to describe that key differentiator, because it's important to us and to the industry as a whole. This is, obviously, a very fast-moving technology. So we are also constantly evaluating strategic partnerships and other opportunities for collaboration to drive innovation at the battery cell level.

We're all about teamwork at Romeo Power, and we are pleased with the number of esteemed industry participants we have had the opportunity to engage with. In fact, many of our engagements with OEMs feature deep collaboration. We believe this is an important validation of our technology and team.

While we are on the subject of the Romeo Power team, we were pleased to announce yesterday Dr. Hang Shi, one of the foremost minds in lithium battery engineering, has joined Romeo Power. Dr. Shi is a 30-year veteran in the battery technology trenches, who studied under world-renowned battery technology researcher Dr. Jeff Dahn, and has founded and served as CEO and CTO of several key innovators in the field. We could not be more pleased to welcome him to lead our battery cell engineering group. And we consider him joining the Romeo Power team to be a major validation of our technology and opportunity.

At Romeo Power, Dr. Shi will evaluate novel cell design and chemistries with external partners, as well as the viability of new cell technology. He will also be responsible for prototyping Romeo Power's proprietary chemistry-agnostic distributed cell design and leading commercial cell supplier quality items. We expect that Dr. Shi will also help drive our process to secure qualified cell supply.

OEMs and fleet managers who are serious about electrification recognize that Romeo Power has the team and the solutions to deliver superior uptime, profit per mile and return on investment. This is why we win. In early April, we were proud to announce our long-term agreement with leading commercial vehicle maker PACCAR, the global maker of light-, medium- and heavy-duty trucks under the Peterbilt, Kenworth and DAF nameplates.

For those of you unfamiliar, this is a company that produced over 130,000 trucks in 2020 alone and is also a leader in zero emissions commercial vehicles as well. The trust they have placed in us to help them achieve their ambitious electrification goals is an important milestone for Romeo Power. We announced in early April that we had entered into a long-term supply agreement, whereby PACCAR will purchase our battery packs and battery management software for use in heavy-duty battery-electric Peterbilt 579EVs and Peterbilt 520EV refuse trucks in North America. Folks on this call can appreciate how important this engagement is.

Industry watchers have applied conservative growth and pricing assumptions to estimate the impact of Romeo Power being designed into just the 579EV and 520EV models. These two models alone have around a 10% market share of the total market for Class A trucks. We have seen estimates we think make sense that demonstrates this engagement alone has the potential to add significantly to Romeo Power revenue by 2025. Certainly, lots will change in five years, but we're excited to embark on this journey with PACCAR and other esteemed players in the heavy-duty space who have made carbon emissions reduction a priority.

Also, as previously announced, Heritage and its affiliates and subsidiaries intend to purchase 500 battery-electric vehicles equipped with Romeo Power battery systems for fleet deployment. What we had not announced was which OEMs. We're announcing today that Romeo Power and Heritage Environmental Services have selected PACCAR for 400 trucks, the Lion Electric Co. for 100 and Nikola Corporation for 1 to participate in the Heritage-Romeo Power Fleet Electrification Program.

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

These packs will be supplied under existing contracts and are subject to successful validation in the pilot phase of the program. We believe it is critical for major fleet owners to understand that we have essential technology to help them meet their electrification goals, and we have made building relationships with fleet owners one of our go-to-market priorities.

All-in-all, we are proud of the progress we are making and excited for what's to come. As we look at the sheer size of the North American heavy-duty commercial vehicle opportunity, it has been important for us to focus our efforts. As we transition from the prototype phase to commercialization phase, our success can be measured by continued execution on five key vectors.

First, attracting and retaining top tier industry talent, which we have been doing in both our engineering organization and our business infrastructure. Second, securing engagements with selected heavy-duty commercial trucking OEMs, with the PACCAR engagement being a major milestone and an enormous potential opportunity, as we described earlier. Third, deepening partnerships with fleet managers that provide a direct line to OEMs. Our relationship with Heritage is a great example of how this is working. Fourth, securing an adequate supply of cells suited to our target applications and complex heavy-duty trucks where total cost of ownership is the key. And finally, of course, none of these efforts matter unless we are simultaneously putting our talent and funding to work to scale up our manufacturing capabilities.

We are firmly committed to ensuring we are skilled and ready to deliver as cell supply constraints ease. Lauren will provide a bit more detail on this, but be assured we're investing to maintain and extend the competitive advantages our partners have come to recognize and expect.

I would now like to turn the call over to Lauren Webb, our Chief Financial Officer, to discuss our first quarter results in greater detail.

## Lauren Webb

*Chief Financial Officer & Director*

Thanks, Lionel. For the many reasons Lionel just articulated, 2021 is expected to be a very heavily back-end-loaded year for us. We posted first quarter revenue of $1.054 million, which compares to $2.522 million in the year-ago quarter. Approximately another $1 million in revenue for prototypes shipped in Q1 is deferred in accordance with our accounting policy to recognize revenue at the point-in-time delivery of the final prototype occurs.

Despite the delay in our revenue generating capabilities caused by current constraints on cell supply, we've continued to optimize our product for large-scale manufacturing and build out our manufacturing capability. As a result, our cost of sales in the first quarter were $4.8 million. We are managing expenses as prudently as possible without risking our ability to be prepared for a smooth production ramp when the time is right.

In addition to scaling up the labor force, we have refined our raw materials inventory, which resulted in some adjustments and increases in reserves. We are keenly focused on optimizing solutions for the specific OEMs we've chosen to supply to-date and we are working closely with their internal teams to be in a position to deliver the safe, durable power solutions they need as soon as possible.

Moving through the financials, the total operating loss in the quarter was $25.5 million. Please note that the SG&A line includes $6.37 million of noncash items, primarily stock-based compensation. The change in the fair value of the warrants added back $116 million, bringing our net income to $90 million.

On a weighted average share count of 129 million shares, our GAAP basic EPS was $0.70 per share. We now have $287 million of cash, cash equivalents and investments, having used about $5 million in the quarter. As it was at the time of our last call six weeks ago, our backlog under contract stands at $555 million.

Lionel highlighted our newest production agreements. We're excited to have been chosen to supply these OEMs and, as I noted, we're increasing our capital investment to ensure we are ready to deliver. The wildcard remains cell, including availability, quality, pricing, and other costs to secure them. As Lionel noted, we're in the midst of active dialogue with multiple cell suppliers that give us confidence we can deliver on current customer commitments. We are still working through final terms. Thus, we cannot announce specific details at this time. We expect we will have more detail to share over the summer.

You have heard from other industry players that capital commitments may be required to secure supply. We are pleased to have strong relationships with our suppliers and solid funding to enable us to navigate this landscape successfully. As we negotiate long-term supply agreements with pricing, in part dependent on fluctuations in raw material indices, we are taking a very disciplined approach to the pricing constructs in new customer contracts. Similar pricing protection already exists in some of our current agreements. And we are committed to working collaboratively with suppliers, customers and all members of the battery cell ecosystem to find the right balance to mitigate risk for all.

As Lionel noted, we are laser-focused on utilizing our unique validation process and expertise to increase our own cell supply and to optimize performance for our customers as well. The necessary activity to do so will take some time yet, and any length of time is longer than we'd like. In the meantime, our active discussions with new cell suppliers give us a good line of sight to robust supply from both a quantity and a quality standpoint over the medium- and the long-term.

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

We have named a number of key relationships, and I want to underscore that collaboration is a top priority for Romeo Power. All our customers have made commitments to electrify and are deeply engaged with us. It is not trivial to change out a battery system, and we appreciate the trust and investment our partners have put in to incorporating our battery packs into their trucks. They recognize the performance of our systems is unmatched and that we will work tirelessly to make sure we don't disappoint them. We look forward to your questions.

Operator, you may now open the line for questions.

# QUESTION AND ANSWER SECTION

## Operator

Our first question comes from Gabe Daoud of Cowen. Your line is open. Please go ahead.

### Gabriel J. Daoud
*Analyst*

*Cowen and Company LLC*

Q

Thank you. Good afternoon, Lionel and Lauren and everyone. Thanks for taking the question. Maybe, Lionel, could you start with the...

### Lionel E. Selwood, Jr.
*President, Chief Executive Officer & Director*

A

Hey. Good afternoon, Gabe.

### Gabriel J. Daoud
*Analyst*

*Cowen and Company LLC*

Q

Hey, Lionel. Could you maybe just start with the – on the supply side of the equation? I understand you're still in negotiation. Last quarter, you mentioned maybe you'd have an update to give you maybe a little bit of confidence on hitting the $80 million number for revenue for this year. Just maybe some good visibility into that number? And do you have sales on hand that could help you achieve that number? Just curious how we should think about revenue for the rest of the year.

### Lionel E. Selwood, Jr.
*President, Chief Executive Officer & Director*

A

Sure. I'll have – Lauren, can you give some color on the revenue outlook and then I'll give some color around where we're at with our negotiations.

### Lauren Webb
*Chief Financial Officer & Director*

A

Sure. Hi, Gabe. Thanks for the question. We are not making any changes to the numbers that we provided previously. We are optimistic that we will be in the range of $18 million to $40 million, as communicated. Until final allocations are announced and our final agreements are done with the cell supply, we won't provide more specifics, but we are very optimistic in the range that we gave.

### Lionel E. Selwood, Jr.
*President, Chief Executive Officer & Director*

A

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.