# EXHIBIT 7

*16-Aug-2021*

# ROMEO POWER, INC.

*Q2 2021 Earnings Call*

# CORPORATE PARTICIPANTS

Operator

## Lauren Webb

*Chief Strategy & Commercial Officer & Director*

*Romeo Power, Inc.*

## Susan S. Brennan

*President, Chief Executive Officer & Director*

*Romeo Power, Inc.*

## Kerry A. Shiba

*Chief Financial Officer*

*Romeo Power, Inc.*

# OTHER PARTICIPANTS

## Gabriel J. Daoud

*Analyst*

*Cowen and Company LLC*

## Jon D. Lopez

*Analyst*

*Vertical Trading Group LLC*

## Gregory Robert Lewis

*Analyst*

*BTIG LLC*

## Noel Parks

*Analyst*

*Coker & Palmer, Inc.*

## Evan Silverberg

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

# MANAGEMENT DISCUSSION SECTION

## Operator

Hello and welcome to the Romeo Power's Second Quarter 2021 Financial Results and Webcast Call. My name is Charlie, and I will be coordinating your call today.

I will now hand you over to your host, Lauren Webb, Chief Strategy and Commercial Officer to begin. Lauren, please go ahead.

## Lauren Webb

*Chief Strategy & Commercial Officer & Director*

*Romeo Power, Inc.*

Thank you, Charlie. Good afternoon, everyone, and thank you for joining us today for Romeo Power's Q2 earnings call. Before we begin, I want to remind everyone that this conference call will contain forward-looking statements, including our expectations of future results, sales, cost of inputs, market dynamics, et cetera. Our actual results may differ materially and adversely from those projected in these forward-looking statements.

Additional information concerning factors that could cause the results to differ materially and adversely from those forward-looking statements are contained in our press release that went out at approximately 1:10 PM, as well as the disclosures in our public filings with the SEC. Today's call will also include a discussion of non-GAAP financial measures, as that term is defined in Regulation G. Non-GAAP financial measures should not be considered in isolation from or as a substitute for financial information presented in compliance with GAAP. Accordingly, at the end of today's press release, we have provided a reconciliation of these non-GAAP financial measures to the company's financial results prepared in accordance with GAAP.

Before getting into the quarter, I want to take some time to introduce you to some of the new faces in leadership at Romeo Power. As we previously announced, Kerry Shiba has joined us as our Chief Financial Officer, and you'll get a chance to hear from him shortly. Kerry is a highly experienced public company CFO with decades of experience driving financial strategy for companies going through major growth and change. In the few weeks he's been at Romeo, he has already made strong contributions to the team.

In addition, we are all happy to welcome Susan Brennan who joins us today as our President and Chief Executive Officer. As a director of the Romeo Power board, I've been asked by our Chairman, Bob Mancini, to convey to you that we could not be more pleased to have named Susan as the new Romeo Power CEO at the conclusion of our nearly three months long robust vetting process. Our experience working with Susan on the board gives us valuable insight to know she possesses the highly relevant experience, innate abilities, and the disposition necessary to lead Romeo Power into the future.

Susan most recently held the role of Chief Operations Officer at Bloom Energy Corporation, a pioneering energy solutions business focused on decarbonization through innovation and environmental stewardship, where she helped lead it through substantial growth from relative start-up to an approximately $4 billion market cap company. Prior to joining Bloom, Susan was Vice President of Manufacturing at Nissan Motor Company where she ran the highest output automotive manufacturing plant in the world at that time. Prior to her tenure at Nissan, Susan spent 13 years at Ford Motor Company, including as the Director of the Global Manufacturing business and as a plant manager.

Susan's unique experience makes her the ideal leader as Romeo enters this next phase of growth. Her success in technology and energy start-up environments and in leadership roles at some of the largest automotive OEMs in the world offers a rare perspective into how to scale an early-stage disruptor effectively and what a successful public company infrastructure looks like after going through that process. Susan's insights, experience, and drive make her an exciting addition to our leadership bench. I hope you will all join me in welcoming Susan to Romeo.

With that, I'll turn it over to Susan to introduce herself before Kerry and I talk a bit more about the quarter.

## Susan S. Brennan

*President, Chief Executive Officer & Director*

*Romeo Power, Inc.*

Thank you so much, Lauren, and good afternoon to everyone. I'm excited to be here alongside Lauren and Kerry, who, as Lauren mentioned, recently joined Romeo Power team as CFO. It has been my great pleasure to be part of Romeo Power's board since we became a public company last year. I have a personal passion for businesses, initiatives, and people that are committed to improving the world we live in, including by cleaning up the environment for both us and for future generations. I had the opportunity to follow this passion at Bloom Energy. And now, I have an even greater opportunity as the leader of Romeo Power to continue down this path.

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

During the COVID pandemic, we all have seen the benefits of reduced miles driven by internal combustion powered vehicles. It's as simple as enjoying the cleaner air that we breathe, while we also understand the longer-term benefit on our climate of reduced greenhouse gas emissions. Romeo Power is well-positioned to support and participate in the electrification of commercial truck fleets with our current focus on heavy-duty vehicles. I couldn't be more eager to engage and help the company execute on its commitment to continued innovations and expanding access to green energy solutions.

In the past six years, Romeo Power has made important strides critical to safe and cost effective electrification and operation of heavy-duty fleets that will certainly be applicable in other industrial applications. As we enter full commercialization, our projects have been thoroughly validated. We have approximately 3,000 battery modules and road test vehicles that have driven an estimated 750,000 miles in total, while also being subjected internally to strenuous simulations of environmental and other in-use conditions. Safety is a must and always has been a key priority in our product design.

When combined with the superior energy performance, our products bring unique value to our customers. Our advanced software management system works together with our patented thermal management technology to create this exceptional performance. We also have a differentiated and flexible approach to scaling our products to meet a wide range of different power requirements. Our approach is designed to shorten time-to-market, which is a clear advantage for customers in this rapidly-developing environment.

I have been at this long enough to know that taking technological innovation through commercialization and scale-up does not happen without an incredibly talented and hardworking team. It takes a combination of visionaries, scientists, engineers, and strong business practitioners to achieve success for Romeo. I have been impressed with the blend of team members possessing these talents.

Now, we are entering a pivotal moment for our company and industry as customers are increasingly demanding safe, effective, affordable, and sustainable EV solutions. With my decades of experience in running large and complex organizations, crystalizing vision into strategy, and continuing to build and align organizations to execute and win, I am honored to take the reins to lead Romeo Power to continued success and to build shareholder value.

In a moment, I'll hand it back over to Lauren who will talk more in depth about the past quarter. As you likely know, following Kerry's appointment, Lauren transitioned to a new leadership role as Chief Strategy and Commercial Officer. Lauren will continue to use her vast institutional knowledge and deep understanding of Romeo Power to develop and drive our business strategy, key contract negotiations, and overall growth initiatives. Lauren has been a key partner to Kerry and me as we integrate into the team at Romeo. She will present today's business overview and, of course, we'll be here to answer questions.

Now, over to Lauren.

---

## Lauren Webb

*Chief Strategy & Commercial Officer & Director*

*Romeo Power, Inc.*


Thank you, Susan. We hope you have had a chance to review our second quarter earnings press release issued at approximately 1:10 PM. During today's call, we will walk you through key updates regarding cell supply, our customer activity and outlook, and our talent.

Let's start with cell supply. Last week, we filed the Form 8-K disclosing that we have secured a long-term cell supply contract with a Tier 1 battery cell supplier. The content of that 8-K is accurate and we were required to file it with the SEC because it is a material contract to us. However, we are sensitive to the business environment related to cylindrical battery cells and we want to respect our partner's competitive position. So, in this call, we will not discuss the details of that contract. What we can and will say is that we're excited to have signed a long-term agreement with a top-tier global supplier of battery cells and we look forward to the possibility of expanding that relationship in the future.

We are excited about the path ahead, supplying Romeo's customers with premium batteries, and we are very pleased to have reached this agreement. However, we also are in discussion with additional potential partners to secure further commitments for cell supply, including cells manufactured in the US. We continue to deepen strategic relationships to ensure we are well-positioned to be the best battery partner to scale with our customers as they execute their electrification initiatives.

Next, I'd like to provide an update on our customer activity and outlook. The team at Romeo Power has been heavily engaged with customers and strategic partners to understand how we can work together to mitigate supply headwinds and expedite the process of getting our electric solutions to the market. As an emerging growth company, there are many details that need to be addressed as we prepare to ramp-up our production and manufacturing capacity.

Accordingly, we take a deliberate approach to finalizing customer commitments. We anticipate being able to update you on future calls. The urgent need to electrify all types of transportation on a large scale is rapidly gaining attention. We are seeing this increased sense of urgency more and more in the stated goals of our customers and in various pieces of existing and proposed state and federal legislation focused on enabling electrification.

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.

We are taking pragmatic steps to meet increasing customer demand in the near term and through 2022 in the most cost-effective ways available. We seek to balance short-term demand fulfillment with the need to implement systems and processes to scale our operations for the long run. As the entire industry continues to face high material and logistics costs and supply constraints, we are actively shoring up alternative suppliers for key components and making strategic advanced purchases for long-lead-time or increasingly scarce items.

I'd also like to mention an exciting new development in our long-term electrification strategy. We've recently executed an MOU with the government of the United States Virgin Islands Energy Office to participate in their efforts to adopt green energy solutions. This mutually beneficial relationship allows Romeo to support development of the electric infrastructure in the Virgin Islands in two ways.

First, by assisting with various aspects of fleet electrification; and secondly, helping to establish a pilot program in the future for second-life applications using Romeo-powered batteries to provide stationary energy storage within the territory.

Lastly, let's talk about talent. In addition to bringing on Susan and Kerry, Romeo Power has been busy building a team of seasoned leaders in all areas of our business, who will take the company into its next exciting phase of growth. The expanded team includes several impactful new hires. As we announced during July, Matt Sant has joined us as General Counsel, and Yun Han has become our Chief Accounting Officer.

Other important additions to our organization include Vice President of Manufacturing, Vice President of Cell Engineering, and Vice President of Global Supply Chain. These hires are an important validation of our commitment to and expectation for growth.

I will now turn the call over to Kerry Shiba, our CFO, to discuss our second quarter results in greater detail.

## Kerry A. Shiba

*Chief Financial Officer*

*Romeo Power, Inc.*

Thank you, Lauren, and good afternoon to everyone joining us today. Like Susan, I'm incredibly excited to join the team at Romeo during this formative period in the company's history as the world transitions to vehicle electrification. As Susan also mentioned, Lauren has been incredibly important to help me transition into the company and get up the learning curve as quickly as possible. So, my personal thanks to Lauren as she takes over a very important and exciting new role in her own transition.

My past experience in manufacturing and public companies has included periods of rapid change and company growth that I'm excited to draw from as we progress Romeo's strategy. With our blend of visionaries and technical expertise, combined with strengthening our leadership bench, it is incumbent on us to drive strong execution throughout the company to generate positive returns for the company and its shareholders.

While I'm still a relatively new face at Romeo Power, I've been working closely with Lauren and the rest of the team, as I mentioned, to get up to speed quickly on the company, as well as its financial position to prepare us for what lies ahead.

For the many reasons Lauren just discussed, not the least of which is the long-term cell supply agreement. The second half of 2021 is expected to be the beginning of a period of the ramp-up of sales and operating activity for us. But keep in mind that while we are pleased to have hit this inflection point, there still are many variables that will affect the final revenue outcome for the year.

With our current focus on electrification of large commercial vehicles, we are working in a marketplace ecosystem that is fundamentally still under development. Despite being on the verge of a volume ramp-up relative to our past, our customers, suppliers, and as a result, Romeo, all faced similar challenges. These challenges require quick reaction and adjustment.

We are reaffirming the revenue guidance provided last quarter which, to remind you, is $18 million to $40 million for the full year 2021. I recognize this range may seem pretty wide based on where we are in the year. However, the size of the range reflects the nature of the underlying variables we must consider, especially given the vast bulk of this revenue is coming in the back half of the year and, frankly, in the fourth quarter.

As much as I would love to have high predictability of demand and its related timing, we are a Tier 1 supplier and don't control the pace of end-market product acceptance and sales volume. I don't mean to make excuses or bore you with stating the obvious, but I do want to be sure everybody understands what we control and what we do not control.

The shape of our estimated sales curve, coupled with the near-term dynamics I just discussed, also creates operating challenges when balancing cost against preparedness. The focus, of course, is on serving the customer no matter what it takes. As a result, you should continue to expect the rate of the increases for expenses. That's the rate of increases for expenses more directly tied to volume to run ahead of the rate of our revenue growth as long as the growth curve remains steep.

Despite lower volumes in a developing market and business, lead times are less predictable and may lead to overtime expense and higher cost to expedite shipments both into and out of our factory. Similarly, we have the same challenge when managing working capital, more specifically our investment in raw material, purchased components and finished goods.

Delivered by Intelligize. Copyright © 2021 FactSet Research Systems Inc. All rights reserved.