# EXHIBIT 10

**Page 1**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------x

IN RE ROMEO POWER, INC.   :   Case No.

SECURITIES LITIGATION     :   1:21-cv-03362-LGS

------------------------x

CONTAINS CONFIDENTIAL -

ATTORNEYS' EYES ONLY INFORMATION

Videotaped Deposition of

VAN NGUYEN

Conducted Virtually

Friday, April 7, 2023

10:05 a.m.

Job No.: 482894

Pages: 1 - 113

Reported by: CHRISTA YAN, CSR NO. 14316

**Page 2**

APPEARANCES VIA VIDEO CONFERENCE:

FOR PLAINTIFFS AND THE PUTATIVE CLASS:
GLANCY PRONGAY & MURRAY LLP
BY:  KARA WOLKE, ATTORNEY-AT-LAW
     MELISSA WRIGHT, ATTORNEY-AT-LAW
1925 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 201-9150
kwolke@glancylaw.com
mwright@glancylaw.com

FOR DEFENDANTS:
LATHAM & WATKINS LLP
BY:  MORGAN WHITWORTH, ATTORNEY-AT-LAW
     KRISTIN MURPHY, ATTORNEY-AT-LAW
     MELANGE GAVIN, ATTORNEY-AT-LAW
505 Montgomery Street, Suite 2000
San Francisco, California 94111
(415) 391-0600
kristin.murphy@lw.com
jeff.hammel@lw.com
jason.hegt@lw.com
brittany.ehardt@lw.com

ALSO PRESENT:
SOPHIA GONZALEZ, The Videographer

--oOo--

**Page 3**

INDEX OF EXAMINATIONS

                                        PAGE

MR. WHITWORTH                           7

--oOo--

--oOo--

Witness's Changes or Corrections        111

Reporter's Certificate                  113

**Page 4**

E X H I B I T S

| EXHIBIT | FOR IDENTIFICATION | PAGE |
|---|---|---|
| Exhibit 32 – | Van Nguyen's Responses and Objections to Defendants' First Set of Requests for Production | 18 |
| Exhibit 33 – | Van Nguyen's Responses and Objections to Defendants' First Set of Interrogatories | 21 |
| Exhibit 34 – | Sworn Certification of Plaintiff Romeo Power, Inc., Securities Litigation Document | 54 |
| Exhibit 35 – | Fidelity Investments Report 12/01/2020 - 12/31/2020 | 56 |
| Exhibit 36 – | Fidelity Investments Report 01/01/2021 - 01/31/2021 | 63 |
| Exhibit 37 – | Fidelity Investments Report 02/01/2021 - 02/28/2021 | 64 |
| Exhibit 38 – | Fidelity Investments Report 03/01/2021 - 03/31/2021 | 67 |
| Exhibit 39 – | Fidelity Investments Report 07/01/2021 - 07/31/2021 | 69 |
| Exhibit 40 – | Fidelity Investments Report 08/01/2021 - 08/31/2021 | 71 |
| Exhibit 41 – | TD Ameritrade Statement Report 01/01/2021 - 01/31/2021 | 71 |

CONTAINS CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Transcript of Van Nguyen
Conducted on April 7, 2023

---

**Page 5**

E X H I B I T S Cont'd

| EXHIBIT | FOR IDENTIFICATION | PAGE |
|---|---|---|
| Exhibit 42 – | TD Ameritrade Statement Report 02/01/2021 - 02/28/2021 | 73 |
| Exhibit 43 – | TD Ameritrade Statement Report 06/01/2021 - 06/30/2021 | 73 |
| Exhibit 44 – | TD Ameritrade Statement Report 07/01/2021 - 07/31/2021 | 77 |
| Exhibit 45 – | Fidelity Investments Report 11/01/2020 - 11/30/2020 | 78 |

--oOo--

---

**Page 6**

BE IT REMEMBERED that on FRIDAY, the 7TH DAY OF APRIL, 2023, at the hour of 10:05 A.M., of said day, before me via video conference, CHRISTA YAN, a Certified Shorthand Reporter, State of California, appeared via video conference VAN NGUYEN, who was examined as a witness in said cause; that said transcript format was prepared in accordance with California Code of Regulations Section 2473.

--oOo--

---

**Page 7**

THE VIDEOGRAPHER: Here begins Media Number 1 in the videotaped deposition of Van Nguyen in the matter of Romeo Power, Inc., in the United States District Court, Southern District of New York, Case Number 121CV3362LGS. Today's date is April 7th, 2023. The time on the video monitor is 10:05 a.m.

The remote videographer today is Sophia Gonzalez, representing Planet Depos. All parties of this video deposition are attending remotely.

Would counsel please voice identify themselves and state whom they represent.

MR. WHITWORTH: Good morning. Morgan Whitworth of Latham & Watkins on behalf of the Defendants. With me are my colleagues, Kristin Murphy and Melange Gavin.

MS. WOLKE: Kara Wolke from Glancy, Prongay & Murray, representing the witness and the proposed class along with Melissa Wright.

THE VIDEOGRAPHER: The court reporter today is Christa Yan, representing Planet Depos.

Would the reporter please swear in the witness.

VAN NGUYEN, the Witness, called on behalf of the Defendants, being duly sworn to state the truth, the whole truth, and nothing but the truth, testified on oath as follows:

EXAMINATION

---

**Page 8**

BY MR. WHITWORTH:

Q    Thank you.

Good morning, Ms. Nguyen. My name is Morgan Whitworth. And I represent the Defendants in this lawsuit. Could you please state your name for the record?

A    My name's Van Nguyen.

Q    And where do you reside?

A    I live in Anaheim, Orange County, California.

Q    And are you in Anaheim, California now?

A    Yes, I am.

Q    Have you ever had your deposition taken before?

A    No, never.

Q    Okay. I'd like to just discuss some brief ground rules for the deposition before we get started. There's a court reporter here whom you've met. She'll be taking down everything you say. So it's important that we both speak clearly and provide yes or no answers, as opposed to head shakes or nods or any nonverbal responses.

A    Okay.

Q    It's also important for us not to talk over each other. And that means pausing between questions and answers so that your attorney can insert objections, or we can clarify any questions if you didn't hear them, that sort of thing.

A    Okay.

CONTAINS CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Transcript of Van Nguyen

Conducted on April 7, 2023

41

Q   Can you describe your process for deciding whether to buy stock in a company?

A   I'm sorry?

Q   Let me ask this, a different question.
Do you have a specific process that you go through when you're deciding whether to buy stock in a company?

A   The process?  Before I don't, but now I do.  I have to research on the company first, and I have to look at the -- their balance sheet and report, you know, earnings report, maybe a couple of times before I really want to put in money into it.

Q   And when did you start following that process?

A   Well, gradually, probably since 2021.

Q   Do you remember about when 2021 -- about when in 2021 you started to follow that process?

A   I think the end of 2021.  The middle or the end, or the end.  Mm-hmm.

Q   So before that time period, and again, focusing on that end of 2020 through middle of 2021 time period, did you have a process that you would follow when deciding whether to purchase stock in the company?

A   Well, I -- I did some research, though.  I did some research.  I -- before I purchased, you know, the security.

42

Q   Let me -- maybe this is a chicken or egg question, but how would you decide initially to start researching a company that you were considering buying stock in?

A   How would I decide it?

Q   Yeah.

A   You mean the reason why?

Q   Well, just I mean, I guess my first question is how would -- how did you first hear about companies that you are considering investing in?

A   I watched, you know, the news a lot on the Internet.  You know, especially on EV too.  You know.  CNBC, Bloomberg.  But mostly CNBC News and on the Google, they have a lot of articles about the company and stock, and I read, I read too.

Q   So you might hear about a company on TV or on the Internet and then decide to research that company as a potential investment?

A   Yes, mm-hmm.

Q   Do you have a specific industry focus that you're interested in, again focusing on that late 2020 through 2021 time period?

A   Yes, I -- mostly I focus on EV companies and solar companies.  I think those are the futures.

Q   How did you come to be interested in the EV and

43

solar industries?

A   Because I... it's a clean air energy.  So I -- I think -- because I own -- all of my cars in my family are EV now.  And I see a lot of people, they don't have EV.  So they eventually will have to have the EV.  Okay?  And in California, you know, I think 2030 or '35, you know, they don't sell the -- that car anymore.
So, you know, EV will be the future, yes.

Q   Did you -- when you go to buy a stock, do you research information about that company's competitors?

A   Yeah, I do look at the competitors.

Q   Do you research the company's SEC filings prior to buying stock?

A   I don't usually do that.  Mostly, I research how the company -- future.  That, you know, when they -- that's what I focus on mostly when -- back in 2021.  I don't really -- I don't research a lot of SEC filings, though.  But I do read it sometimes.

Q   Okay.  Do you subscribe to any stock trading newsletters?

A   No.

Q   Do you visit any websites related to stock trading?

A   What do you mean?  No, I don't go to the website -- yeah, like I said, you know, the Facebook

44

groups at that time, and that's about it.  I don't -- yeah, I don't subscribe to anything or website.  I don't go to any website at all.

Q   Okay.  I think you mentioned earlier that you would get stock trading news from Yahoo Finance.  Would you ever look for companies that you might want to invest in on Yahoo Finance?

A   Mostly, I don't look there.  I go there because of the information about the company that I wanted to invest in.  But on some news, they suggest those companies.  So I, yeah, sometimes I get information there.

Q   Did you ever research stock trading on Reddit?

A   No.  I heard Reddit, but no.

Q   Did you ever watch any stock trading videos on YouTube?

A   Yes, I watched some.

Q   Can you describe kind of at a high level what those videos were about?

A   The level?  Yeah, I watched some of the, you know, videos, they -- mostly, I watched the video about investments, not like day trading, you know?  I don't do day trading anymore.  I do day trading back a little bit back in year, but, you know, now I don't do day trading anymore.  Mostly I watch on YouTube, is for the investments.

Transcript of Van Nguyen

Conducted on April 7, 2023

---

**61**

to give the company a chance to success. Okay?

To be successful in their business, whatever they're doing. Like, for example, like Tesla or Amazon. But...

BY MR. WHITWORTH:

Q   Okay. I appreciate that.

I'm just trying to figure out if there's any like specific documents that you remember furthering your decision to buy this. Because then I would ask about that document, but if there's not, that's totally fine.

A   No, I don't have it, sadly. Probably, other people, they probably still keep those, the document, but I don't keep -- I don't have it.

Q   Let's look back to Tab 4 in your binder, which is the certification that we marked as Exhibit 34. And if you look on page 3, this lists five transactions with a settlement date of December 31st, 2020. And each of those five is for 10 shares, so a total of 50 shares, correct.

I'm just asking if you see those five trades on page 3 of Tab 4 of your certification?

A   Yeah, I'm sorry.

Q   Okay. And we just looked at your brokerage statement for December. I think we saw 22 trades totalling 450 shares with a settlement date of December 31st. Do you know why those trades are not listed in your

---

**62**

certification?

A   I don't know. I... for this, wait. I think this is not enough.

MS. WOLKE:  Morgan, I...

THE WITNESS:  Yeah.

MS. WOLKE:  I think we're going to have to do an amended cert.

THE WITNESS:  Yeah. It's...

BY MR. WHITWORTH:

Q   That's fine. It's totally fine if you --

MS. WOLKE:  Yeah, yeah.

MR. WHITWORTH:  We'll figure that out between the lawyers.

MS. WOLKE:  We can take it up later. There's no reason that the shares were excluded from the cert, and we'll do an amended one.

MR. WHITWORTH:  I just want to ask her just to make sure she has the same understanding.

BY MR. WHITWORTH:

Q   And that is, Ms. Nguyen -- well, I guess the first question, did you prepare this certification?

A   What do you mean?

Q   Like did you sit down and write it --

A   This page? The page 3? Page 3 and 4?

Q   Yeah.

---

**63**

A   No, I did not. I... I don't -- I don't know about this, yeah.

Q   Okay. That's fine.

A   But, yeah, the document I sent it out. But I didn't prepare this, yeah.

Q   That's fine.

All right. I'm going to put another exhibit in the chat. This will be Tab 7 in your binder, Ms. Nguyen. And we'll mark it as Exhibit 36.

(Whereupon Deposition Exhibit 36 was
marked for identification.)

BY MR. WHITWORTH:

Q   And does this appear to be a Fidelity trading statement with your name on it, for the period January 1st, 2021, through January 31st, 2021?

A   Mm-hmm.

Q   The first little Bates number is PLTFF RMO 003779. Can you flip to the page ending 3812?

A   38...

Q   3812.

A   Okay. Okay.

Q   And if you look at the transactions on this page, it shows that you made three purchases of Romeo stock that settled on January 26, 2021. Do you see that?

A   Yes, mm-hmm.

---

**64**

Q   And if you go to the next page, which ends in 3813, these three more pages -- or three more purchases, on January 27th.

A   Mm-hmm, okay.

Q   Do you see that?

A   Mm-hmm.

Q   And same question I asked before, was there any specific information you learned that motivated you to purchase Romeo's stock on January 26 and 27?

A   The same answer, I still think that the -- I still thought that this is a good company. And I purchased more because the price dropped. Okay? So I think, you know, I put more money in, you know. It's a good company.

Q   Okay. And there's no specific piece of news, other than the price drop, that prompted your purchase in January?

A   No.

Q   Let's do another one. Going to be Tab 8 in your binder. We'll mark it as Exhibit 37.

(Whereupon Deposition Exhibit 37 was
marked for identification.)

THE WITNESS:  Exhibit 37.

BY MR. WHITWORTH:

Q   Yes, so Tab 8 in your binder. The first page

---

Transcript of Van Nguyen

Conducted on April 7, 2023

101

Q   Let's take a look at the second Roman numeral in this paragraph.  It says, Romeo's supply chain for battery cells was at material risk of shortages because Romeo relied on ad hoc purchases from, at most, two battery cell suppliers in the spot market to fulfill the company's 2021 inventory needs.  Do you see that?

A   Yes.

Q   Do you understand what ad hoc purchases mean in that sentence?

A   No, I don't.

Q   Do you have any personal knowledge of whether relying on ad hoc purchases could create a material risk of shortages for Romeo?

A   No, I don't.

Q   Do you have any personal knowledge of how many suppliers Romeo had during the class period?

A   No, I don't.

Q   Do you have any personal knowledge of whether two suppliers might not be sufficient to meet Romeo's battery cell supply needs during the class period?

A   No, I don't.

Q   Just looking briefly at the third Roman numeral in that paragraph, it says, Romeo's then existing and undisclosed supply constraints were a material hindrance to Romeo's business operations and financial performance

102

and put Romeo's ability to convert the backlog orders into actual revenue at material risk.

Do you see that?

A   Yes.

Q   And I want to just focus your attention on the statement I just read, and it says, Romeo's then existing and undisclosed supply constraints.  My question is do you have any personal knowledge of whether Romeo's supply constraints already existed in Q4 of 2020?

A   No.

Q   Do you have any personal knowledge of when Romeo and where that it was experiencing supply constraints for battery cells?

A   I think it's in 2021, like after, I think, April, or... I heard about supply chain issues.  But like I said, it's -- it would -- a lot of companies.

Q   So you mentioned that you recall reviewing some of Romeo's SEC filings from this time period.  I don't think you could remember any specific SEC filings that you reviewed, though; is that correct?

A   Yes.  I remember that.

Q   Do you remember any specific information that was contained in SEC filings that you might have reviewed?

A   No.  I don't have -- I don't remember exactly.  Something about the supply chain, but I don't remember

103

exactly.

Q   Okay.  Do you remember reviewing any risk factors that Romeo published in its SEC filings?

A   I don't remember.

Q   Do you ever review the risk factors that a company publishes in its SEC filings prior to investing in that company?

A   I don't remember.

Q   Still in Exhibit 10, which is Tab 16, can you go to paragraph 192, which is on page 69, if you're looking at the bottom page numbers.  Let me know when you get there.

A   Okay.  I got it.

Q   Okay.  As part of your complaint against the Defendants in this lawsuit, are you alleging that the false and misleading statements -- that the truth of the supposedly false and misleading statements was revealed to investors at some point?

MS. WOLKE:  Objection; the complaint speaks for itself.  And calls for a legal conclusion.

BY MR. WHITWORTH:

Q   You can answer, Ms. Nguyen.

A   Yes, on like the 30th I heard, you know, when I heard about the news, and the Romeo share drop.  But I still believed in the company, that they're going to, you

104

know, get over it and be successful.

Q   So on March 30th, 2021, did you learn that Romeo was lowering its annual revenue guidance for 2021?

A   Yes, I heard about it.  But, you know, some start-up companies, they don't make a lot of money at first.  But, you know, in the long run, they will, you know, produce more and sell more batteries.  They could be successful, can make more money in the future, yes.

Q   So you were not necessarily discouraged by the quarterly results announced on March 30th, 2021?

MS. WOLKE:  Object to form.

THE WITNESS:  Like I said, I... I heard about the news, but I still believed in the company.  That they will overcome it.  And they will be good in the future.

BY MR. WHITWORTH:

Q   Okay.  Is there a second date on which you believe the truth of the alleged misrepresentations was revealed to investors?

MS. WOLKE:  Objection; the complaint speaks for itself and calls for a legal conclusion.

You can answer, Van.

THE WITNESS:  Oh, yeah.

I -- later on, I found out it was a warning of the supply chain issue.  But it's only the warning.  It's not a real thing.  But then actually, it did happen

113

REPORTER'S CERTIFICATE

I, Christa Yan, CSR No. 14316, do hereby declare:

That, prior to being examined, the witness named in the foregoing deposition was by me duly sworn pursuant to Section 30(f)(1) of the Federal Rules of Civil Procedure, and the deposition is a true record of the testimony given by the witness as accurately as possible. That said deposition was taken down by me in shorthand at the time therein named and thereafter reduced to text under my direction.

That said witness was requested to review the transcript and make any changes to the transcript as a result of that review pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

_____No changes have been provided by the witness during the period allowed.

_____The changes made by the witness are appended to the transcript.

_____No request was made that the transcript be reviewed pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

I further declare that I have no interest in the event of the action. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

WITNESS my hand this 16th Day of April 2023.

_____
Christa Yan, CSR NO. 14316