# EXHIBIT 13

**RMO Common Stock Data**

| | |
|---|---|
| Security | RMO US Equity |
| Start Date | 10/1/2020 0:00 |
| End Date | 4/1/2021 0:00 |
| Period | D |
| Currency | USD |

| Date | PX_LAST | PX_VOLUME |
|---|---|---|
| 10/1/2020 | 10.65 | 182,211 |
| 10/2/2020 | 11.5 | 4,422,660 |
| 10/5/2020 | 10.37 | 5,808,128 |
| 10/6/2020 | 10.24 | 3,943,734 |
| 10/7/2020 | 10.37 | 1,060,658 |
| 10/8/2020 | 10.35 | 975,138 |
| 10/9/2020 | 10.54 | 1,486,422 |
| 10/12/2020 | 10.6 | 951,127 |
| 10/13/2020 | 10.5 | 1,579,308 |
| 10/14/2020 | 10.45 | 555,035 |
| 10/15/2020 | 10.29 | 365,609 |
| 10/16/2020 | 10.29 | 209,275 |
| 10/19/2020 | 10.24 | 398,746 |
| 10/20/2020 | 10.27 | 714,293 |
| 10/21/2020 | 10.29 | 320,312 |
| 10/22/2020 | 10.19 | 1,131,753 |
| 10/23/2020 | 10.2 | 1,333,962 |
| 10/26/2020 | 10.19 | 1,288,016 |
| 10/27/2020 | 10.18 | 193,332 |
| 10/28/2020 | 10.1 | 304,116 |
| 10/29/2020 | 10.11 | 384,322 |
| 10/30/2020 | 10.11 | 390,210 |
| 11/2/2020 | 10.1 | 225,433 |
| 11/3/2020 | 10.16 | 338,671 |
| 11/4/2020 | 10.1 | 109,347 |
| 11/5/2020 | 10.13 | 108,951 |
| 11/6/2020 | 10.11 | 175,034 |
| 11/9/2020 | 10.14 | 151,604 |
| 11/10/2020 | 10.11 | 215,898 |
| 11/11/2020 | 10.12 | 261,833 |
| 11/12/2020 | 10.15 | 110,160 |
| 11/13/2020 | 10.21 | 237,006 |
| 11/16/2020 | 10.2 | 1,431,913 |
| 11/17/2020 | 10.33 | 1,733,978 |
| 11/18/2020 | 10.39 | 1,622,573 |
| 11/19/2020 | 10.53 | 1,797,740 |
| 11/20/2020 | 10.85 | 2,635,894 |
| 11/23/2020 | 11.3 | 4,940,469 |

CAIN

Exhibit No.:

047

2023-04-11

| | | |
|---|---|---|
| 11/24/2020 | 11.88 | 5,407,349 |
| 11/25/2020 | 14.09 | 9,500,219 |
| 11/27/2020 | 16.98 | 11,260,533 |
| 11/30/2020 | 17.75 | 9,320,369 |
| 12/1/2020 | 15.46 | 4,533,782 |
| 12/2/2020 | 14.81 | 4,404,136 |
| 12/3/2020 | 15.29 | 2,099,809 |
| 12/4/2020 | 18.34 | 5,024,171 |
| 12/7/2020 | 16.66 | 4,482,102 |
| 12/8/2020 | 18.41 | 3,107,949 |
| 12/9/2020 | 18.92 | 9,275,930 |
| 12/10/2020 | 20.91 | 4,407,689 |
| 12/11/2020 | 21.29 | 7,087,918 |
| 12/14/2020 | 20.41 | 3,326,453 |
| 12/15/2020 | 18.35 | 4,545,856 |
| 12/16/2020 | 19.2 | 2,061,643 |
| 12/17/2020 | 19.94 | 2,302,045 |
| 12/18/2020 | 21.95 | 3,563,629 |
| 12/21/2020 | 23.9 | 6,160,537 |
| 12/22/2020 | 25.38 | 4,552,608 |
| 12/23/2020 | 28.6 | 6,127,182 |
| 12/24/2020 | 34 | 9,145,836 |
| 12/28/2020 | 31.94 | 16,364,033 |
| 12/29/2020 | 27 | 11,434,245 |
| 12/30/2020 | 26.42 | 16,830,135 |
| 12/31/2020 | 22.49 | 9,336,329 |
| 1/4/2021 | 19.1 | 10,573,739 |
| 1/5/2021 | 20.86 | 7,592,353 |
| 1/6/2021 | 19.9 | 7,845,383 |
| 1/7/2021 | 20.89 | 4,182,846 |
| 1/8/2021 | 20 | 4,324,430 |
| 1/11/2021 | 19.35 | 3,671,243 |
| 1/12/2021 | 19.25 | 3,960,190 |
| 1/13/2021 | 23 | 9,333,476 |
| 1/14/2021 | 22 | 7,193,855 |
| 1/15/2021 | 22.08 | 5,644,959 |
| 1/19/2021 | 20.69 | 5,313,041 |
| 1/20/2021 | 19.96 | 4,585,681 |
| 1/21/2021 | 19.85 | 2,957,014 |
| 1/22/2021 | 19.31 | 3,744,852 |
| 1/25/2021 | 18.49 | 7,618,004 |
| 1/26/2021 | 20.25 | 8,989,813 |
| 1/27/2021 | 18.58 | 7,159,690 |
| 1/28/2021 | 18.2 | 5,346,634 |
| 1/29/2021 | 17.77 | 6,311,110 |
| 2/1/2021 | 18.54 | 9,507,480 |
| 2/2/2021 | 18.64 | 5,996,107 |

| | | |
|---|---|---|
| 2/3/2021 | 18.47 | 5,531,309 |
| 2/4/2021 | 18.44 | 5,004,811 |
| 2/5/2021 | 18.44 | 4,862,797 |
| 2/8/2021 | 19.36 | 5,646,824 |
| 2/9/2021 | 19.19 | 4,914,883 |
| 2/10/2021 | 18.14 | 6,041,457 |
| 2/11/2021 | 17.71 | 4,491,640 |
| 2/12/2021 | 16.75 | 8,985,569 |
| 2/16/2021 | 16.01 | 6,706,010 |
| 2/17/2021 | 15.37 | 5,135,785 |
| 2/18/2021 | 14.31 | 6,595,555 |
| 2/19/2021 | 14.89 | 6,047,052 |
| 2/22/2021 | 13.97 | 7,383,331 |
| 2/23/2021 | 12.63 | 9,415,446 |
| 2/24/2021 | 13.31 | 5,720,593 |
| 2/25/2021 | 12.71 | 4,726,316 |
| 2/26/2021 | 12.33 | 4,845,525 |
| 3/1/2021 | 13.03 | 2,939,372 |
| 3/2/2021 | 12.78 | 4,150,850 |
| 3/3/2021 | 11.51 | 5,583,480 |
| 3/4/2021 | 10.41 | 10,518,330 |
| 3/5/2021 | 9.68 | 10,730,114 |
| 3/8/2021 | 9.38 | 5,468,213 |
| 3/9/2021 | 11.31 | 8,986,825 |
| 3/10/2021 | 11.7 | 7,760,907 |
| 3/11/2021 | 13.47 | 8,906,573 |
| 3/12/2021 | 13.79 | 4,897,778 |
| 3/15/2021 | 14.09 | 5,640,626 |
| 3/16/2021 | 13.11 | 5,495,571 |
| 3/17/2021 | 13.49 | 5,381,836 |
| 3/18/2021 | 12.5 | 4,779,217 |
| 3/19/2021 | 13.41 | 10,374,984 |
| 3/22/2021 | 12.97 | 4,291,906 |
| 3/23/2021 | 12.22 | 5,349,370 |
| 3/24/2021 | 11.6 | 4,091,949 |
| 3/25/2021 | 11.55 | 4,071,328 |
| 3/26/2021 | 11.49 | 2,839,801 |
| 3/29/2021 | 10.88 | 3,940,072 |
| 3/30/2021 | 10.37 | 11,754,327 |
| 3/31/2021 | 8.33 | 20,086,533 |
| 4/1/2021 | 8.28 | 12,550,815 |