# EXHIBIT 14

**Page 1**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------x

IN RE ROMEO POWER, INC.   :  Case No.

SECURITIES LITIGATION    :  1:21-cv-03362-LGS

------------------------x

Videotaped Deposition of

JOSHUA CANTE

New York, New York

Tuesday, March 21, 2023

10:00 a.m.

Job No.: 482986

Pages: 1 - 69

Reported by: Adrienne Mignano, RPR

**Page 2**

Deposition of JOSHUA CANTE, held at the law offices of:

LATHAM & WATKINS LLP

1271 Avenue of the Americas

New York, New York 10020

Pursuant to Notice, before Adrienne M. Mignano, a Notary Public and Registered Professional Reporter in and for the State of New York.

**Page 3**

A P P E A R A N C E S

ON BEHALF OF PLAINTIFFS:

KARA WOLKE, ESQUIRE

MELISSA C. WRIGHT, ESQUIRE

GLANCY PRONGAY & MURRAY

1925 Century Park East

Suite 2100

Los Angeles, California 90067

310.201.9150

ON BEHALF OF DEFENDANTS:

BRITTANY J. EHARDT, ESQUIRE

JASON C. HEGT, ESQUIRE

LATHAM & WATKINS LLP

1271 Avenue of the Americas

New York, New York 10020

212.906.1200

ALSO PRESENT:

Harold Rodriguez - Videographer

**Page 4**

C O N T E N T S

EXAMINATION OF JOSHUA CANTE                PAGE

By Ms. Ehardt                6

E X H I B I T S

(Attached to the transcript)

DEFENDANTS DEPOSITION EXHIBITS          PAGE

Exhibit 12  Joshua Cante's Responses and      14
            Objections to Defendants' First
            Set of Requests for the Production
            of Documents
Exhibit 13  Responses and Objections to       20
            Defendants' First Set of
            Interrogatories, Numbers 1
            through 2, to Plaintiff
            Joshua Cante.
Exhibit 14  Amended Class-Action Complaint    33
            for Violation of the Federal
            Securities Laws
Exhibit 15  Document Bates numbered           35
            PLTFF_RMO_000489
Exhibit 16  Document Bates numbered           38
            PLTFF_RMO_000491
Exhibit 17  March 30, 2021 Romeo Power,       39
            Incorporated earnings call
            transcript
Exhibit 18  Conference call transcript from   45
            August 16, 2021
Exhibit 19  Corrected second amended class    55
            action complaint

Transcript of Joshua Cante
Conducted on March 21, 2023

2 (5 to 8)

THE VIDEOGRAPHER: Here begins Media Number 1 in the videotaped deposition of Joshua Cante in the matter of In Re: Romeo Power Securities Litigation, U.S. District Court Southern District of New York; Case Number: 21-CV-3362.

Today's date is March 21, 2023. The time on the video monitor is 10:10 a.m. The videographer today is Harold Rodriguez representing Planet Depos. This video deposition is taking place at 1271 Avenue of the Americas, New York, New York 10020.

Would counsel please voice identify themselves and state whom they represent.

MS. EHARDT: Brittany Ehardt of Latham & Watkins for defendants.

MR. HEGT: Jason Hegt from Latham & Watkins for defendants.

MS. WOLKE: Kara Wolke from Glancy Prongay & Murray for the deponent and the proposed class.

MS. WRIGHT: Melissa Wright from Glancy Prongay & Murray for the deponent and the proposed class.

THE VIDEOGRAPHER: The court reporter today is Adrienne Mignano representing Planet Depos.

Would the reporter please swear in the witness.

Whereupon,

JOSHUA CANTE,

being first duly sworn or affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANTS

BY MS. EHARDT:

Q   Good morning. My name is Brittany Ehardt, and I represent the defendants in this lawsuit. Could you please state your name for the record.

A   **Joshua Cante.**

Q   Mr. Cante, where do you reside?

A   **I reside in Arizona.**

Q   And have you ever had your deposition taken before?

A   **No.**

Q   Before we get started, I'd like to briefly discuss some important ground rules for the deposition today.

The court reporter will be taking down everything you say, so it's important that you speak clearly and acknowledge yes or no answers verbally as opposed to a gesture. And it's also important for us not to talk over each other. Do you understand?

A   Yes.

Q   And if you answer a question, I will presume that you understand it, but if you do not understand my question at any time, please let me know, and I can repeat the question or rephrase the question. Do you understand?

A   Yes.

Q   Your attorney may object to my questions, but you still must answer them unless you're instructed not to do so. Do you understand?

A   Yes.

Q   We can take breaks as you need them, so please let me know at any time if you need to take a break. The only thing that I would ask is that you answer any question that's pending before we take a break.

Is there anything that would impact your ability to answer questions truthfully today?

A   No.

Q   Have you ever testified at a trial before?

A   No.

Q   Have you ever been a party in a lawsuit before?

A   No.

Q   Let's first discuss a bit of your background. Did you attend college?

A   Yes.

Q   And where did you attend?

A   **New Mexico State.**

Q   And did you receive -- did you graduate from New Mexico State?

A   No.

Q   Do you hold any college degree?

A   No.

Q   Do -- did you attend high school?

A   Yes.

Q   And do you hold a high-school diploma?

A   Yes.

Q   Do you have any professional licenses?

A   Yes.

Transcript of Joshua Cante
Conducted on March 21, 2023

33

A    Very basic.

Q    And now might be a good point to just take a brief break if that's all right with you.

A    Yes.

MS. EHARDT:  Okay.  Great.  We can go off the record.

THE VIDEOGRAPHER:  Stand by.

Going off the record at 10:47 a.m.

(A recess was taken.)

THE VIDEOGRAPHER:  We are now back on the record.  The time is now 11:02 a.m.

BY MS. EHARDT:

Q    Mr. Cante, I would now like to discuss the specific transactions that you made in RMG and Romeo stock.

(Defendants' Exhibit 14 marked for identification and attached to the transcript.)

Q    The court reporter has marked this Defendants' Exhibit 14, which you should now have in front of you, which is labeled "Amended Class-Action Complaint for Violation of the Federal Securities Laws," with the numbered "Document 82" on the top.

Do you have that in front of you?

A    Yes.

34

Q    Do you recognize this document?

A    Yes.

Q    And if you turn to the last page of the document, does this appear to be the amended complaint filed in September 2021 with your certification on the last page?

A    Yes.

Q    You understand that you're required to certify all of your transactions in the securities at issue in this litigation, right?

A    Yes.

Q    And the certification on the last page of Defendants' Exhibit 14 lists two transactions; is that right?

A    Yes.

Q    It lists one purchase of RMG for ten -- quantity ten on November 27, 2020; is that right?

A    That is correct.

Q    And the other purchase is listed as an April 6, 2021 purchase of Romeo stock, quantity four; is that right?

A    That is correct.

Q    Does this certification show all of the purchases and sales of RMG or Romeo stock

35

that you have made?

A    Correct.

Q    So you only held 14 shares of stock; is that correct?

A    That is correct.

Q    And do you still hold those -- that stock today, 14 shares?

A    Well, it got converted, but yes.

Q    Yes.  Okay.

So you never sold the RMG stock that you purchased?

A    No.

Q    And you never sold the Romeo stock that you purchased?

A    No.

Q    I'd now like to discuss the first transaction that's listed here, which is the November 27, 2020 transaction.

(Defendants' Exhibit 15 marked for identification and attached to the transcript.)

Q    You have in front of you what's been marked as Defendants' Exhibit 15, which is labeled Bates number PLTFF_RMO_000489.  Do you see that number on the bottom right-hand corner of the document?

36

A    Yes.

Q    And that's what I'll refer to as a Bates number.  It just identifies the documents.

Does Defendants' Exhibit -- does the exhibit in front of you, Defendants' Exhibit 15, appear to be a trade confirmation from November 27, 2020 with your name on it?

A    Yes.

Q    And this trade confirmation from Wells Fargo shows that you purchased ten shares of RMG stock on November 27, 2020; is that right?

A    That is correct.

Q    And you purchased this stock at a price of 16.37; is that correct?

A    That is correct.

Q    Let's discuss your decision to make that purchase of RMG stock.  At the time that you purchased RMG stock, did you know what RMG was?

A    Briefly, from what I read.

Q    And I believe you mentioned before that you were aware that RMG was a SPAC; is that right?

A    That is correct.

**Page 65**

A   Honestly, you know, I'm very new to this. I really can't say. You know, I really don't remember what I was thinking at the time. I just know, you know, based off of the press release information, little bit I glanced at, the, you know, registration statement, I thought it was a good, you know, opportunity to buy at that time. That's all I can speak to that.

Q   Okay. So your testimony is that you don't remember what you were thinking at the time, but you based your information off the registration statement and the information available to you in the articles?

A   Correct.

MS. EHARDT: Okay. Now would be a good time for a break.

THE VIDEOGRAPHER: Stand by.

Going off the record at 11:53 a.m.

(A recess was taken.)

THE VIDEOGRAPHER: We are now back on the record. The time is now 12:13 p.m.

MS. EHARDT: Thank you, Mr. Cante, for your time today. We have no further questions.

THE WITNESS: Thank you.

**Page 66**

MS. WOLKE: Oh, I have no questions.

THE VIDEOGRAPHER: This marks the end of the deposition of Joshua Cante. We are going off the record at 12:13 p.m.

(Off the record at 12:13 p.m.)

**Page 67**

ACKNOWLEDGMENT OF DEPONENT

I, JOSHUA CANTE, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

_____   _____

(Date)                (Signature)

**Page 68**

CERTIFICATE OF REPORTER - NOTARY PUBLIC

I, ADRIENNE MIGNANO, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me and thereafter reduced to typewriting under my direction; that reading and signing was requested; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 29th day of March, 2023.

My Commission Expires: June 2026.

ADRIENNE MIGNANO, RPR