# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------x

IN RE ROMEO POWER, INC.    :   Case No.

SECURITIES LITIGATION      :   1:21-cv-03362-LGS

--------------------------x


Videotaped Deposition of

MICHAEL JOHN CASTLEBERG, JR.

Conducted Virtually

Wednesday, March 15, 2023

10:02 a.m. PST

Job No.: 482890

Pages: 1 - 119

Stenographically Reported by:

Burgundy B. Ryan, RPR, CSR No. 11373

Transcript of Michael John Castleberg, Jr.
Conducted on March 15, 2023                                    11

Q.    Okay.  Any prior job between that and
graduating college?

A.    I had some -- while I was in college, some
employment in retail.

Q.    Okay.  Have you ever been convicted of a
crime?

A.    No.

Q.    Have you ever been charged with a crime?

A.    No.

Q.    What did you do to prepare for today's
deposition?

A.    Just spoke with my lawyers, reviewed the --
the Complaint.  That's about it.

Q.    When did you speak with your lawyers?

A.    This week and last week.  I speak with them
once or twice a month probably.

Q.    Okay.  So specifically for preparing for
this deposition, about how much time in total did
you spend talking to the lawyers?

A.    Maybe two hours.

Q.    And do you remember which lawyers you spoke
to?

A.    Kara and Melissa.

Q.    Did you talk to anybody else about this
deposition?

in -- it was in the headlines a lot, so it was hard
not to -- not to -- not to see stuff pop up.

Q.    Do you recall prior to investing in Romeo
stock anything that was particularly attractive
about the company?

A.    Just that, obviously, the -- the batteries
are probably the most important component for --
that determines the viability of an electric
vehicle, the performance and -- and that sort of
thing.  So with the electric vehicle industry being
hot, that -- that means that the -- the battery
suppliers also, you know, would -- would kind of be
hot as well.

Q.    And was there any, like, specific fact or
information about Romeo that made it more attractive
than other battery suppliers in that industry?

A.    I didn't compare them to a lot of other
suppliers.  I just -- they were -- they were kind of
the most visible ones at the time and the things
that they were saying publicly about, you know,
contracts and revenues and that -- and that sort of
thing, it was all -- you know, it was pretty
impressive.

Q.    We've looked at some of your investments
from the October 2021 period, and I think I asked

11:34:42
11:34:45
11:34:50
11:34:53
11:34:56
11:34:59
11:35:02
11:35:10
11:35:14
11:35:17
11:35:21
11:35:26
11:35:30
11:35:38
11:35:42
11:35:45
11:35:53
11:35:55
11:35:58
11:36:00
11:36:07
11:36:09
11:36:12
11:36:22
11:36:26

Transcript of Michael John Castleberg, Jr.
Conducted on March 15, 2023                     92

A.    I did not.

Q.    Did you consider using any other law firm besides the Smith Law Firm and the Glancy Law Firm?

A.    I did not.

Q.    Okay.  What is your understanding of your duties as a class representative?

A.    To basically oversee the case and what's going on and to make sure that -- that I'm helping my counsel out with everything that they need and providing whatever information they ask of me and making sure that all of the other members of the class are being treated fairly.

Q.    Do you have an understanding of the class of persons you are asking to represent?

A.    Do I have an understanding?

Q.    So, yeah.  Like the time period -- well, first of all, like, you understand what individuals -- yeah, like, what individuals you're trying to represent?

A.    Yes.

Q.    Okay.  Who are those people?

A.    People who purchased Romeo securities between October 5, 2020, and August 16, 2021.

Q.    Prior to filing this lawsuit, did you talk

12:48:48
12:48:57
12:49:00
12:49:04
12:49:05
12:49:07
12:49:13
12:49:16
12:49:21
12:49:27
12:49:29
12:49:32
12:49:34
12:49:43
12:49:45
12:49:49
12:49:52
12:49:55
12:50:00
12:50:06
12:50:07
12:50:09
12:50:11
12:50:14
12:50:25

Transcript of Michael John Castleberg, Jr.
Conducted on March 15, 2023                                    97

filed?

    A.   Yes, I believe so.

    Q.   Did you have an opportunity to comment on the document?

    A.   Yes.

    Q.   Do you recall making any specific suggestions about it?

    A.   I had -- I had nothing to contribute, no.

    Q.   Okay.  I want to ask just a few questions, high level questions about the allegations in this lawsuit.

        What are you -- what is the basis of this lawsuit?

    A.   That the company and the defendants misled through public filings and public statements and omitted key material information that would have significantly affected investment decisions.

    Q.   And are there any particular public filings or public statements that you can think of that were -- that contained misrepresentations?

    A.   I believe that's all in the -- in the Complaint.

    Q.   Okay.  But setting aside the Complaint, nothing jumps out to you right now?

    A.   Not specifically off the top of my head.  I

Transcript of Michael John Castleberg, Jr.
Conducted on March 15, 2023                    98

would just have to refer to the -- to the                12:56:39

Complaint.                                               12:56:41

Q.   Okay.  That's fine.                                 12:56:41

Are there any specific topics about which                12:56:44

you think the company misrepresented to investors?       12:56:50

A.   The nature of their suppliers and supply            12:56:54

chain.                                                   12:56:59

Q.   Okay.  In Exhibit 10, which is Tab 13 of            12:57:00

your binder, let's look at paragraph 181 of the          12:57:06

Complaint which is on page 63.  I'm referring to the     12:57:13

page numbers at the bottom, not the top.                 12:57:25

A.   Okay.                                               12:57:27

Q.   So on page 63, do you see a header that             12:57:33

says, "Defendants' Material Misstatements and            12:57:38

Omissions in the Proxy Statement in Violation of         12:57:40

Section 14(a) of the Exchange Act"?                      12:57:44

A.   Yes.                                                12:57:47

Q.   And then in paragraph 181, it says, "The            12:57:55

proxy statement and prospectus negligently included      12:57:58

the following false or misleading statements             12:58:03

regarding Romeo's contracted revenue," and there's a     12:58:06

long paragraph there, but there's a few things that      12:58:09

are in bold and italics.  I just want to ask you a       12:58:11

few questions about the items that are in bold and       12:58:15

italics, but feel free to read the whole paragraph       12:58:19

Transcript of Michael John Castleberg, Jr.
Conducted on March 15, 2023                    100

MS. WOLKE:  Objection.  Vague.                           13:00:07

Go ahead, Mike.                                          13:00:08

THE WITNESS:  I've seen -- I'm sorry.  I've              13:00:09
seen -- I've seen it in the Complaint a number of        13:00:10
times.                                                   13:00:13

By MR. WHITWORTH:                                         13:00:15

Q.   Okay.                                               13:00:15

A.   And --                                              13:00:15

Q.   And did you see it -- go ahead.  I'm sorry.         13:00:16
I didn't mean to interrupt.                              13:00:19

A.   Yeah.  I'm sure that -- I'm sure that I             13:00:20
laid eyes on that in one of their filings, but I --      13:00:23
I don't remember specifically, but I'm sure I saw        13:00:28
it.                                                      13:00:31

Q.   Okay.  And you think you saw it before you          13:00:35
saw it in the Complaint?                                 13:00:37

A.   Yes.                                                13:00:39

Q.   Other than what's in the Complaint, do you          13:00:47
have any knowledge of whether as of September 30th,      13:00:49
2020, Romeo had a backlog of approximately 310           13:00:52
million?                                                 13:00:56

A.   No, I -- I don't -- I don't have any -- any         13:00:57
knowledge outside of what's in the Complaint about       13:01:01
that.                                                    13:01:03

Q.   Okay.  Looking at the next bold italicized          13:01:04

By MR. WHITWORTH:

Q.   So here's what I'm asking:  So he -- well, Mr. Castleberg, you -- you were the original plaintiff when this Complaint was filed; correct?

A.   That's my understanding, yes.

Q.   Okay.  And you reviewed the Complaint before it was filed?

A.   Yes.

Q.   And you felt comfortable with filing this Complaint and making these allegations?

A.   Yes.  I -- I trust my counsel.

Q.   Okay.  Other than believing your counsel, did you do anything to assure yourself that these allegations had a basis in fact?

A.   It's -- it seemed to all make a lot of sense with publicly available information, press releases, statements by the company, that sort of thing that had been going on the whole time.

Q.   Okay.  What -- not -- I'm not asking about sources of information, but what -- what specific topics of information did you think made sense in the Complaint?

A.   Topics?  I'm sorry, topics?

Q.   Yes.

A.   Discussion of the amount of suppliers that

Transcript of Michael John Castleberg, Jr.
Conducted on March 15, 2023

104

they had, discussion of revenue numbers that were
obviously dependent upon that supply, that sort of
thing.

Q.   Prior to investing in Romeo, do you recall
researching how many suppliers Romeo had?

A.   I -- I did not research how many suppliers
they had prior to investing, no.

Q.   Prior to investing in Romeo, do you recall
researching Romeo's revenue guidance?

MS. WOLKE:   Objection.  Vague as to
researching.

THE WITNESS:   Those -- I mean -- yeah, go
ahead.

MR. WHITWORTH:   I'll withdraw that question
and ask a different one.

By MR. WHITWORTH:

Q.   Prior to investing in Romeo, were you aware
of Romeo's revenue guidance for 2021?

A.   I'm not 100 percent sure, but I believe
those would have been some of the -- some of the
numbers that I saw that -- that I believed were
impressive -- impressive numbers, for sure.

Q.   The revenue guidance?

A.   Sure, yes.

Q.   Okay.  When you -- if you saw those revenue

13:05:17
13:05:25
13:05:32
13:05:35
13:05:40
13:05:46
13:05:49
13:05:53
13:05:56
13:06:00
13:06:02
13:06:05
13:06:07
13:06:08
13:06:08
13:06:10
13:06:10
13:06:13
13:06:18
13:06:20
13:06:22
13:06:26
13:06:29
13:06:32
13:06:34

Transcript of Michael John Castleberg, Jr.
Conducted on March 15, 2023                    105

guidance numbers, do you recall researching the

basis for the company's guidance?

    A.    As far as researching, I mean, watching --

watching the -- you know, the entire interview, you

know, that -- that Selwood or Webb may have -- I

know there was a couple of them.  Reading -- you

know, reading the press releases.  That -- that

would have kind of been it.

    Q.    Okay.  And I know we talked about this, but

you don't remember which specific interviews you

saw; right?

    A.    No.  I know there was -- I know there was

more than one.  They were -- they were very visible

at that time, which is one of the things that gave

me confidence.

    Q.    Prior to investing in Romeo, did you do any

research into the battery cell supply market?

    A.    No, I did not.

    Q.    Are you familiar with any of the companies

in that market?

    A.    Not -- not currently, no.

    Q.    Okay.  At the time, were you familiar with

any of the companies in that market?

    A.    I -- I may have -- I may have known a

few -- a few names of some of the other companies,

13:06:40
13:06:42
13:06:53
13:06:56
13:06:59
13:07:05
13:07:07
13:07:09
13:07:14
13:07:16
13:07:19
13:07:20
13:07:22
13:07:25
13:07:27
13:07:34
13:07:37
13:07:44
13:07:47
13:07:48
13:07:53
13:07:57
13:07:59
13:08:01
13:08:04

companies publish in connection with transactions

that they're considering?

MS. WOLKE:  Asked and answered.

THE WITNESS:  Yes.

By MR. WHITWORTH:

Q.    Did you review these specific risk

factors?

A.    Not in this exact form, definitely not in a

900-page document.  But I -- I do believe at some

point I saw some boiler plate language talking about

risk factors, yes.

Q.    Okay.  Do you recall where you saw the risk

factors?

A.    Possibly the registration statement.  I

don't know when exactly that would have been, but I

think that I would have seen that there.

Q.    Okay.  You called it boiler plate

language?

A.    Yeah.  It all kind of seems that way to me.

It's -- it's cover -- cover-your-butt language is

how it looks when you -- when you read it as an

investor, for sure.

Q.    Okay.  So did you -- did you take it

seriously?

A.    Oh, sure.  I -- I -- you know, absolutely.

Transcript of Michael John Castleberg, Jr.
Conducted on March 15, 2023                110

But it was definitely portrayed as -- as something that was a potential, something in the future, and I feel that that was -- that was misleading because it was ongoing at the time.

Q.    What was portrayed as something in the future?

A.    Potential supply chain issues.

Q.    And you think it was definitely -- supply chain issues were definitely ongoing at the time?

A.    I think it's laid out in the Complaint, yes.

Q.    Okay.  And again, outside of the Complaint, you don't have any knowledge of whether there were supply chain issues at the time that these statements were made?

A.    I don't have knowledge outside of the complaint on that, no.

Q.    Turn to Bates page ending 981.  If you look in the middle of the page, it says, "We are dependent on our suppliers to fulfill our customer's orders and if we fail to manage our relationships effectively with or lose the services of these suppliers or we cannot substitute suitable alternative suppliers, our operations would be materially adversely affected."

13:14:16
13:14:21
13:14:25
13:14:27
13:14:31
13:14:33
13:14:34
13:14:38
13:14:40
13:14:43
13:14:46
13:14:48
13:14:51
13:14:53
13:14:56
13:14:57
13:14:59
13:15:19
13:15:28
13:15:31
13:15:34
13:15:38
13:15:40
13:15:47
13:15:47