# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------x

IN RE ROMEO POWER, INC.    :   Case No.

SECURITIES LITIGATION      :   1:21-cv-03362-LGS

--------------------------x

Videotaped Deposition of

JOSHUA CANTE

New York, New York

Tuesday, March 21, 2023

10:00 a.m.

Job No.: 482986

Pages: 1 - 69

Reported by: Adrienne Mignano, RPR

A    Correct.

Q    And did you work anywhere else prior to New Mexico Title Company?

A    Yes.  I just worked construction before that.

Q    And no other -- no other employment prior to that; is that correct?

A    Correct.

Q    Have you ever been convicted of a crime?

A    No.

Q    And have you ever been charged with a crime?

A    No.

Q    Now that that's out of the way, we can shift to today's deposition.  So let's first discuss your preparation for today.

Did you prepare for today's deposition?

A    Yes.

Q    What did you do to prepare?

A    I reviewed the information that was provided to me by my lawyers.

Q    Did you meet with anyone to prepare for your deposition?

10:16:36
10:16:38
10:16:39
10:16:42
10:16:44
10:16:50
10:16:52
10:16:53
10:16:56
10:16:58
10:16:58
10:17:00
10:17:02
10:17:02
10:17:07
10:17:09
10:17:12
10:17:14
10:17:18
10:17:18
10:17:19
10:17:22
10:17:25
10:17:34
10:17:35

Transcript of Joshua Cante
Conducted on March 21, 2023                                    12

A    Yes.                                                    10:17:36

Q    Who did you meet with?                                 10:17:37

A    With both my lawyers.                                  10:17:38

Q    Would that be Kara and Melissa?                        10:17:42

A    Yes.  Sorry.                                           10:17:45

Q    Okay.  And about how many times did                    10:17:46
you meet with Kara and Melissa to prepare?                  10:17:48

A    Once with both Kara and Melissa and                    10:17:51
once with Melissa.                                          10:17:54

Q    For about how long did you meet with                   10:17:57
them?                                                       10:17:59

A    The first time we met for about an                     10:17:59
hour and a half with Kara and Melissa, and then             10:18:03
we did about an hour with Melissa.                          10:18:07

Q    Other than speaking with Kara and                      10:18:10
Melissa, did you speak with anyone else about               10:18:13
your deposition today?                                      10:18:16

A    No.                                                    10:18:17

Q    You mentioned that you reviewed                        10:18:20
documents prepared by your lawyers, correct?                10:18:22

A    Yes.                                                   10:18:24

Q    Did any of these documents refresh --                  10:18:26
help you refresh your recollection about the                10:18:27
issues in this case?                                        10:18:33

A    Yes.                                                   10:18:35

answered.

A    Yes.

Q    And do you agree that Mr. Selwood states, page 2 of the transcript, "That shortage has affected our ability to source adequate supplies of key battery cells critical to our specialized high density battery solutions"?

MS. WOLKE:  Objection.  Asked and answered.

A    Again, yes.

Q    Yes.

So less than one week after Romeo made this announcement on March 30, 2021 -- less than a week later, on April 6th, you purchased Romeo stock, correct?

A    Correct.

Q    And you didn't sell the original RMG stock that you purchased?

A    Correct.

Q    Why didn't you sell that original RMG stock after this announcement?

A    Again, based off of the information that provided -- and you can even see here in your document, he clearly goes on to emphasize that the shortage is temporary and are confident

11:17:35
11:17:36
11:17:36
11:17:39
11:17:42
11:17:47
11:17:51
11:17:54
11:17:55
11:17:58
11:18:11
11:18:11
11:18:15
11:18:19
11:18:23
11:18:26
11:18:26
11:18:30
11:18:30
11:18:33
11:18:37
11:18:41
11:18:43
11:18:46
11:18:49

Transcript of Joshua Cante
Conducted on March 21, 2023                44

that it will not affect intermediate and longer                    11:18:54

term opportunities.  So at that point in time,                     11:18:57

when I did purchase, I still had faith in that                     11:18:59

company.                                                           11:19:02

        Q    Now, let's talk about August 2021.                    11:19:19

You're alleging in this lawsuit that Romeo's                       11:19:27

alleged fraud was revealed in August 2021; is                     11:19:31

that correct?                                                      11:19:35

            MS. WOLKE:  Objection.  Misstates the                  11:19:37

allegations and calls for a legal conclusion.                     11:19:39

        A    Yes.                                                  11:19:41

        Q    So tell me in your own words in --                    11:19:47

what you learned in August 2021 that led you to                   11:19:50

believe that Romeo defrauded you.                                  11:19:55

        A    So again, essentially, based off of                   11:19:58

the information, they essentially lied about or                    11:20:01

misrepresented their suppliers, stating that                       11:20:05

even though there was a shortage known at the                      11:20:10

time that they released that information, that                     11:20:13

they weren't, in fact, going to be able to meet                   11:20:15

the supply of their sales for the projected                        11:20:18

revenue.                                                           11:20:23

        Q    So you just mentioned that in August                  11:20:33

2021 Romeo explained that they weren't going to                    11:20:35

meet the sales for the projected revenue.                          11:20:41

Transcript of Joshua Cante
Conducted on March 21, 2023                                    51

money from?

    A   No.

    Q   And so what made you decide to sue Romeo after losing money?

    A   Again --

    MS. WOLKE:  Objection to the extent that this would implicate attorney-client communications.

    You can describe your own personal reasons, but nothing about our communications that led you to be a plaintiff.

    THE WITNESS:  Of course.

BY MS. EHARDT:

    Q   And just to be clear, I'm not asking about any conversations you had with your counsel.  Just you, in your own mind, your own decision, what made you decide to bring this lawsuit against Romeo?

    A   Again, I mean, for me, it was just a matter of -- you know, once I did find out about the information, it was just really more for myself and seeing what really I can get back being that, for me, I'm not a big investor.  I don't put a lot of money into it, so, for me, it would -- it seemed like quite a hit.

Q    You mentioned that you decided once you found out more about the information.  What information specifically made you decide to bring the lawsuit?

A    Again, the -- just like we previously stated, on -- based off of the information that we read here, that they just, again, were lying about the suppliers that they had, that they were, in fact, shortage on suppliers and then stating otherwise.

Q    So you are seeking to represent a class of investors in claims against Romeo and the individual defendants.  What's your understanding of what it means to represent a class of investors?

A    Really my understanding is that, as, you know, a representative for the class, I am really here to make the best decision possible for the entire class.  You know, I understand I have a fiduciary factor to that -- to them.  I owe it to them to essentially help, you know, my lawyers and everyone in this class to maximize some kind of money back for the losses that they retained and to make the best decisions possible regarding the information that is provided to

11:31:56
11:31:58
11:32:03
11:32:07
11:32:11
11:32:15
11:32:19
11:32:22
11:32:29
11:32:35
11:32:45
11:32:47
11:32:51
11:32:55
11:32:57
11:32:59
11:33:04
11:33:07
11:33:12
11:33:16
11:33:21
11:33:24
11:33:29
11:33:33
11:33:37

Transcript of Joshua Cante
Conducted on March 21, 2023                                    53

me.

Q    And you understand that as a class representative you have to fairly and adequately represent the other members of the class, right?

A    I do understand.

Q    Have you spoken to any other investors in the class that you're seeking to represent?

A    No.

Q    Do you know whether the individuals agree with your claims?

A    No.

Q    Do you know if your attorneys have spoken to any other investors in the proposed class?

A    I'm sure they have.  I don't know.

Q    Are you aware of any investors that may have investigated claims against Romeo and decided not to bring a lawsuit?

A    I am not aware.

Q    Have you received any payment or compensation for serving as a proposed class representative in this case?

A    I have not.

Q    And do you anticipate receiving any

Transcript of Joshua Cante
Conducted on March 21, 2023                                    55

A    Yes.  We did a video call before.    11:35:51

Q    So you have spoken to them before?    11:35:54

A    Correct.    11:35:56

Q    And about how many times would you    11:35:57
say you have spoken to them?    11:35:58

A    Just once.    11:36:00

Q    I'd now like to discuss more about    11:36:26
the allegations that you're making about the    11:36:28
defendants in this case.    11:36:31

So in your own words, what is the    11:36:33
basis of this lawsuit?    11:36:35

MS. WOLKE:  Objection.  Asked and    11:36:39
answered.    11:36:40

A    So, as previously stated, the basis    11:36:41
for this lawsuit is that Romeo misrepresented    11:36:43
their suppliers, stating that they had so many    11:36:50
suppliers when, in fact, they knew that was not    11:36:58
the case.    11:37:00

(Defendants' Exhibit 19 marked for    11:37:01
identification and attached to the transcript.)    11:37:01

Q    I have handed you what's been marked    11:37:55
Defendants' Exhibit 19, which at the top of the    11:37:57
page has the number 143-1, filed 2-24-23.  Do    11:38:07
you see that?    11:38:13

A    Yes.    11:38:15