# EXHIBIT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--------------------------x

IN RE ROMEO POWER, INC.    :   Case No.

SECURITIES LITIGATION      :   1:21-cv-03362-LGS

--------------------------x


CONFIDENTIAL - ATTORNEYS' EYES ONLY


Videotaped Deposition of

ARTUR CHIMCHIRIAN

Conducted Virtually

Thursday, April 6, 2023

10:17 a.m. PST


Job No.: 482990

Pages: 1 - 111

Reported by: CHRISTA YAN, CSR NO. 14316

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Artur Chimchirian
Conducted on April 6, 2023                                    14

A    No.                                                        10:30:30

Q    Have you ever been charged with a crime?                  10:30:32

A    No.                                                        10:30:36

Q    Let's switch gears.                                       10:30:37

What did you do to prepare for today's deposition?             10:30:42 / 10:30:44

A    I spoke with my lawyers, Frank Cruz.                      10:30:44

Q    Which lawyers?                                            10:30:56

A    Frank Cruz and Greg, Greg.                               10:30:57

Q    How many times --                                        10:31:07

A    (Indecipherable utterance.)                              10:31:10

THE STENOGRAPHIC REPORTER:  Please repeat that, Mr. Chimchirian.   10:31:13 / 10:31:16

MR. LINKH:  Morgan, can you just repeat that, please?          10:31:24

BY MR. WHITWORTH:                                              10:31:27

Q    Yeah, I asked which lawyers Mr. Chimchirian spoke with.   10:31:28 / 10:31:32

A    Yeah, Frank Cruz, Greg, and Lisa.                        10:31:33

Q    Okay.  How many times did you speak with the lawyers before today's deposition?   10:31:38 / 10:31:45

A    I don't remember.  How many times before today? Two times.   10:31:47 / 10:31:53

Q    Okay.  For about how long in total did you spend preparing for your deposition with the lawyers?   10:31:54 / 10:32:03

A    I don't remember.                                        10:32:05

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Artur Chimchirian
Conducted on April 6, 2023                            15

Q    Would you say it was a few hours or more than that?    10:32:08 / 10:32:13

A    Yeah, you can say that.    10:32:14

Q    That it was more than ten hours or less than ten hours?    10:32:18 / 10:32:29

A    No, no.  Like you say, a few hours.    10:32:29

Q    Oh, okay.  Great.    10:32:31

Did you talk to anyone other than your lawyers about this deposition?    10:32:33 / 10:32:38

A    No.    10:32:38

Q    When you were meeting with the lawyers, did you review any documents to prepare for this deposition?    10:32:40 / 10:32:46

A    Some of them, yes.    10:32:49

Q    And did any of those documents refresh your recollection about the issues in this case?    10:32:58 / 10:33:03

A    Yes.    10:33:03

Q    Do you remember which documents you reviewed?    10:33:04

A    Some, yes.    10:33:06

Q    Can you identify what those were?    10:33:10

A    I mean, (indecipherable utterance.)    10:33:14

THE STENOGRAPHIC REPORTER:  I didn't hear that.    10:33:19

THE WITNESS:  If you show me, yes.    10:33:22

THE STENOGRAPHIC REPORTER:  Can you repeat that, Mr. Chimchirian?    10:33:24 / 10:33:27

THE WITNESS:  I say if you show me, I recognize them,    10:33:28

CONFIDENTIAL - ATTORNEYS' EYES ONLY
Transcript of Artur Chimchirian
Conducted on April 6, 2023                                    82

A    No.                                                        01:13:25

MR. LINKH:  And I'm just going to have a belated     01:13:31
objection to form.                                             01:13:33

BY MR. WHITWORTH:                                              01:13:37

Q    So you're seeking to be one of the              01:13:40
representatives of a class of investors in claims against     01:13:43
Romeo; is that fair?                                          01:13:47

A    Yes.                                                 01:13:47

Q    Do you have an understanding of the duties of a     01:13:48
class representative in this lawsuit?                          01:13:55

A    Yes.                                                 01:13:56

Q    Can you tell me what you understand your duties     01:13:59
as a class representative to be?                              01:14:05

A    Yes.                                                 01:14:09

Q    Okay.  What are those duties?                       01:14:09

A    We're here to represent investors who losses --     01:14:14
have losses as me, to make the best decision for them and     01:14:28
for me and represent those investors here.                    01:14:33

Q    Have you talked to any other investors in the      01:14:41
class you are seeking to represent?                           01:14:48

A    No.                                                  01:14:51

Q    Have you received any payment or award as          01:14:53
compensation for serving as a proposed class                 01:15:09
representative in this case?                                  01:15:12

A    No.                                                  01:15:12

Q    Do you anticipate receiving any payment or award as compensation for serving as class representative in this case?

A    No.

Q    And I think we covered this previously, but just to make sure, you've never been a class representative or sought to be a class representative in any other class action?

A    No.

Q    Do you understand that you could still participate in this lawsuit as a class member even if you are not a class representative?

A    Yes.

Q    Is there any particular reason that's motivating you to want to be a class representative?

A    Not specific motivate.  Just to get the losses and help other investors make the best decision for everybody.  Someone needs to take this.

Q    Do you know who Mike Castleberg is?

A    I heard about him.

Q    Who is he?

A    He's a lead plaintiff (indecipherable utterance.)

THE STENOGRAPHIC REPORTER:  I'm sorry.  Please repeat that.

THE WITNESS:  He's a lead, lead plaintiff.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Transcript of Artur Chimchirian
Conducted on April 6, 2023                                    99

different supplier is fully qualified?    01:43:10

A    Mm-hmm.    01:43:15

Q    Do you recall reading that risk factor prior to    01:43:16
investing in Romeo Power securities?    01:43:20

A    I don't remember that.    01:43:22

Q    Okay.  You can set that document aside.    01:43:34

As part of your claims in this lawsuit, you    01:43:36
allege that the defendant's supposed fraud was revealed to    01:43:47
investors at some point?    01:43:55

A    Yes.    01:43:55

Q    And when was that?    01:43:56

A    It was a couple of times.  Was in... in January.    01:44:02
I don't remember exactly the date.  I don't remember.    01:44:17

Q    Okay.  Do you know what -- what information was    01:44:18
revealed that you believe caused the plaintiff class    01:44:29
damage?    01:44:38

A    Made damage to the class?  What class?    01:44:38

Q    Okay.  So you said there were a couple of    01:44:47
occasions where the alleged fraud was revealed to    01:44:57
investors.  Do you know what information was revealed?    01:44:59

A    Yeah, they couldn't -- they couldn't supply as    01:45:06
much as they was telling they would supply lithium battery    01:45:14
packs.    01:45:24

Q    Okay.  Let's look back at Exhibit 10, which is    01:45:24
the complaint.    01:45:31