# EXHIBIT 5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------x

IN RE ROMEO POWER, INC.   :   Case No.

SECURITIES LITIGATION     :   1:21-cv-03362-LGS

-------------------------x


CONTAINS CONFIDENTIAL -

ATTORNEYS' EYES ONLY INFORMATION


Videotaped Deposition of

VAN NGUYEN

Conducted Virtually

Friday, April 7, 2023

10:05 a.m.


Job No.: 482894

Pages: 1 - 113

Reported by: CHRISTA YAN, CSR NO. 14316

CONTAINS CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION
Transcript of Van Nguyen
Conducted on April 7, 2023                                    15

A    I worked there for about 20, almost 23 years.    10:17:26

Actually, I'm retired, but I -- from that company.  You    10:17:38

know, because I did work for them too long.  I wanted to    10:17:44

take care of my family.  That's why I want to, you know,    10:17:49

to be with the family.  Mm-hmm.    10:17:53

Q    Sure.    10:17:55

And when did you retire?    10:17:57

A    In October, November 2020, mm-hmm.    10:18:00

Q    Have you ever been convicted of a crime?    10:18:10

A    No, never.    10:18:13

Q    Have you ever been charged with a crime?    10:18:15

A    No, never.    10:18:18

Q    What did you do to prepare for today's    10:18:19

deposition?    10:18:25

A    What did I do?  I talked with my attorneys.    10:18:25

Q    Is that Kara and Melissa?    10:18:36

A    Yes, that's right.    10:18:38

Q    How many times did you meet with them before the    10:18:40

deposition?    10:18:45

A    A couple of times.    10:18:45

Q    About how much time in total do you think you    10:18:48

spent preparing for the deposition?    10:18:52

A    I met with them a couple of days ago about like    10:18:53

two hours.    10:19:02

Q    Okay.  Did you talk to anybody other than your    10:19:02

start telling him about the things that we did in our meeting.

THE WITNESS:  No, no, no.  I'm not going to tell.  But he just asking about, of course, we talk about Romeo case, right?

MR. WHITWORTH:  Hold on, hold on, hold on --

MS. WOLKE:  Van -- (simultaneous cross-talk) --

THE WITNESS:  Tell me, you know, my cooking, my art design or what?  Of course, it's about Romeo case.  Okay?

BY MR. WHITWORTH:

Q    Yeah.  Let me ask you another question.

Do you remember any specific documents that you looked at during those meetings?

A    We review our -- my statements.

Q    Okay.

A    Yeah.

Q    Do you recall any other documents you looked at besides your trading statements?

A    Yes.  I looked at -- you know, I don't want to talk, you know, all of what we prepared to do, like Kara said.

Q    Yeah, well let me -- I guess I'll ask you as we go through then.  But do you remember looking at the complaint before this deposition?

A    Yes.

time is 11:01.                                                    11:01:38

MS. WOLKE:  Okay.  So, Morgan, we'd like to designate            11:01:42
this portion of the transcript confidential.  I've               11:01:45
explained what that means to the witness.  And with that         11:01:49
understanding, she's prepared to provide the name of the         11:01:51
person who had access to the analyst report.                     11:01:56

MR. WHITWORTH:  Okay.  Great.  We're happy to do that.           11:01:59

MS. WOLKE:  Okay.                                                11:02:02

So, Van, you can tell him the name now.                          11:02:03

THE WITNESS:  Her name is Vivian.                               11:02:06

BY MR. WHITWORTH:                                                11:02:11

Q    Okay.  Do you know her last name?                           11:02:11

A    Nguyen.                                                     11:02:14

Q    And not to be rude, but are you related to Vivian           11:02:17
Nguyen?                                                          11:02:27

A    No.  We just --                                            11:02:27

Q    I know --                                                  11:02:29

A    Just acquaintance, acquaintance.                          11:02:30

Q    Okay.  And do you recall getting analyst reports           11:02:35
from anybody else besides the friend you just mentioned?        11:02:44

A    No.                                                        11:02:51

Q    You also responded to this interrogatory that you          11:02:51
saw online interviews with Defendant Selwood; is that           11:02:59
right?                                                          11:03:04

A    Yes, mm-hmm.                                               11:03:04

CONTAINS CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Transcript of Van Nguyen
Conducted on April 7, 2023

33

Q    And who was Mr. Selwood?    11:03:05

A    He's a CEO of Romeo at that time.    11:03:10

Q    Okay.  Do you recall any specific online interviews that you saw?    11:03:16 11:03:21

MS. WOLKE:  That you saw?    11:03:22

MR. WHITWORTH:  Right.    11:03:23

THE WITNESS:  It's on YouTube.  I don't remember which one, but it's on YouTube.    11:03:26 11:03:30

THE STENOGRAPHIC REPORTER:  I'm sorry.  Are you saying Google or YouTube?    11:03:35 11:03:37

THE WITNESS:  YouTube, YouTube.    11:03:38

THE STENOGRAPHIC REPORTER:  Thank you, thank you.    11:03:41

THE WITNESS:  Mm-hmm.    11:03:42

BY MR. WHITWORTH:    11:03:43

Q    Did you search YouTube for interviews with Romeo employees?    11:03:51 11:03:55

A    Yes, I did.    11:03:55

Q    Did you see any interviews with Mr. Selwood on any other platforms?    11:04:06 11:04:08

A    No.  Like only one time I saw it's on YouTube, and that's it.    11:04:09 11:04:21

Q    Do you recall the date of that interview?    11:04:22

A    No, I don't remember.  It was a long time ago, way back.    11:04:23 11:04:30

Q    And you also responded that you recall seeing    11:04:31

CONTAINS CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION
Transcript of Van Nguyen
Conducted on April 7, 2023                    65

should have the Bates number ending in 3823.  This appears to be another Fidelity trade statement with your name on it for the period February 1st, 2021, through February 28th, 2021?

A    Mm-hmm.

Q    And if you flip to page with the Bates number ending 3839, you'll see on February 1st, a trade in Romeo Power.  Do you see that.

Ms. Nguyen, are you on page ending 3839?

A    Yes, mm-hmm.

Q    Do you see that one trade on February 1st with Romeo Power?

A    Yes.

Q    Okay.  And then if you flip to 3846, there's another one with a settlement date of February 11.

A    Mm-hmm.

Q    And if you go to 3847, there's three purchases of Romeo Power stock on February 12th.

A    Mm-hmm.

Q    And I'll save us some time by representing that there are several more purchases in February.  And we can look at them one at a time, if it would be helpful.  But my question again is the same.

Was there any specific information that prompted you to purchase additional Romeo Power Securities in

12:29:14
12:29:23
12:29:26
12:29:30
12:29:31
12:29:32
12:29:41
12:29:57
12:30:48
12:30:51
12:30:52
12:30:58
12:30:59
12:30:59
12:31:07
12:31:11
12:31:11
12:31:22
12:31:28
12:31:28
12:31:36
12:31:39
12:31:44
12:31:45
12:31:48

CONTAINS CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION
Transcript of Van Nguyen
Conducted on April 7, 2023                                    66

February?

    A    Same thing like that when I got some money and then I wanted to -- to invest in like a future company. So at that time, I really believed that the company would be a success.  So I, you know, I purchase some more -- I mean, a lot more, actually, to, you know, maybe, you know, I'll win back after a few years, you know?  But it's not the case.

    Q    Okay.  But there was no new information you learned about Romeo --

    A    No, I did not learn any news, information, about Romeo at that time.

    Q    You can set that document aside.

         I think now would be a time for a break.

    A    Okay.

    MR. WHITWORTH:  Okay.  Off the record.

    THE VIDEOGRAPHER:  We're going off the record.  The time is 1233.

         (Recess taken.)

    THE VIDEOGRAPHER:  We are back on the record.  It is 1310.

BY MR. WHITWORTH:

    Q    We're back, Ms. Nguyen.

    A    Hi.

    Q    Before we left -- before we left, we were

THE STENOGRAPHIC REPORTER:  I'm sorry.  I didn't hear that.  Please repeat that.

THE WITNESS:  Okay.

I did not hear very bad news about the company.  And I still believed in the company grow, you know, doing good in the future.  So that's why I bought additional shares.  So, at the discounted price.

BY MR. WHITWORTH:

Q  I think you said you didn't hear very bad news about the company.

But did you hear any news about the company that affected your decision to make these purchases?

A  I heard some news, but, you know, at that time, like the supply chains, and then it's an issue of the -- a lot of companies.  And a lot of companies, they still survived.  They still move on and success, be a success.  Then I still have -- I still believed in Romeo, that, you know, they're going to be -- they're going to do good, you know, be success in the future.

Q  So the news you heard related to Romeo's supply chain?

MS. WOLKE:  Objection; misstates testimony.

THE WITNESS:  Yes.

BY MR. WHITWORTH:

Q  Tab 11 in your binder, Ms. Nguyen.  And we'll

CONTAINS CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION

Transcript of Van Nguyen
Conducted on April 7, 2023

89

the Court.  Was there anything else that affected your decision to retain Glancy to pursue this claim against these -- in this lawsuit?

A    No.

Q    You are currently seeking to represent a class of investors in this lawsuit; is that correct?

A    Yes.

Q    What is your understanding of the duties of the class representative in a class action lawsuit?

A    Class representative is the person that stands up for the other investors that had lost the money investing into Romeo.

Q    Have you talked to any other investors maybe in the class that you were seeking to represent?

A    You mean the class representative in this case or my friend?

Q    Oh, good point.  You did say earlier you talked to your friend.

Well, let's start with the class representative. Do you know any of the other proposed class representatives' names?

A    Yeah, I know Mike Castleberg and Artur Chimchirian, Nathaniel.  Those I remember.  And other -- Cante, yeah.

Q    Have you ever met any of those individuals?

01:48:25
01:48:29
01:48:34
01:48:35
01:48:36
01:48:46
01:48:49
01:48:50
01:48:56
01:48:58
01:49:06
01:49:17
01:49:18
01:49:22
01:49:24
01:49:37
01:49:37
01:49:43
01:49:44
01:49:49
01:49:52
01:49:53
01:50:08
01:50:14
01:50:17

CONTAINS CONFIDENTIAL - ATTORNEYS' EYES ONLY INFORMATION
Transcript of Van Nguyen
Conducted on April 7, 2023                                                92

A    Yes.

Q    What's your understanding of the factual basis for this lawsuit?

A    What do you mean?

Q    Well, are you suing Romeo Power and the -- its former executives for securities fraud?

A    Yes.

Q    Okay.  What facts or factual allegations do you think support that claim?

A    That they lied to the investors.  They... they didn't have enough supply to make the battery production, but they told the investors differently.  Do you know?

Q    Can you think of any other alleged lies that they defendants told investors?

A    That's one thing.  And the other thing they lied, they said that they will ramp up the production in Cypress, you know, in Orange County, but they didn't actually -- actually didn't do anything.

Q    Let's take a look at Tab 16 in your binder.  And this has previously been introduced as Exhibit 10.  And this is the complaint here.

So, Ms. Nguyen, if you look at the second page of this document, you see it says -- the title says, Corrected Second Amended Class Action Complaint for Violation of the Federal Securities Laws?