# EXHIBIT 7

**RMO Warrants Data**

| | |
|---|---|
| Security | RMO/WS US Equity |
| Start Date | 10/1/2020 0:00 |
| End Date | 4/1/2021 0:00 |
| Period | D |
| Currency | USD |

| Date | PX_LAST | PX_VOLUME |
|---|---|---|
| 10/1/2020 | 2.055 | 15,758 |
| 10/2/2020 | 3.045 | 745,285 |
| 10/5/2020 | 1.95 | 513,341 |
| 10/6/2020 | 1.77 | 224,720 |
| 10/7/2020 | 1.75 | 174,605 |
| 10/8/2020 | 1.65 | 155,055 |
| 10/9/2020 | 1.795 | 315,541 |
| 10/12/2020 | 1.9 | 457,757 |
| 10/13/2020 | 1.78 | 264,861 |
| 10/14/2020 | 1.83 | 76,155 |
| 10/15/2020 | 1.66 | 111,534 |
| 10/16/2020 | 1.67 | 39,242 |
| 10/19/2020 | 1.61 | 73,897 |
| 10/20/2020 | 1.57 | 60,022 |
| 10/21/2020 | 1.32 | 189,181 |
| 10/22/2020 | 1.42 | 279,537 |
| 10/23/2020 | 1.59 | 157,253 |
| 10/26/2020 | 1.44 | 119,925 |
| 10/27/2020 | 1.44 | 25,068 |
| 10/28/2020 | 1.32 | 472,180 |
| 10/29/2020 | 1.445 | 24,946 |
| 10/30/2020 | 1.21 | 225,315 |
| 11/2/2020 | 1.275 | 42,924 |
| 11/3/2020 | 1.42 | 49,093 |
| 11/4/2020 | 1.4141 | 14,545 |
| 11/5/2020 | 1.4 | 58,085 |
| 11/6/2020 | 1.42 | 22,545 |
| 11/9/2020 | 1.6 | 106,202 |
| 11/10/2020 | 1.75 | 173,568 |
| 11/11/2020 | 1.84 | 27,578 |
| 11/12/2020 | 1.89 | 75,410 |
| 11/13/2020 | 1.91 | 91,210 |
| 11/16/2020 | 2 | 188,143 |
| 11/17/2020 | 2.05 | 265,953 |
| 11/18/2020 | 2.12 | 296,707 |
| 11/19/2020 | 2.3 | 377,944 |
| 11/20/2020 | 2.55 | 360,875 |
| 11/23/2020 | 2.84 | 401,743 |

CAIN

Exhibit No.:

048

2023-04-11

| | | |
|---|---|---|
| 11/24/2020 | 3.13 | 354,055 |
| 11/25/2020 | 3.65 | 290,166 |
| 11/27/2020 | 4.46 | 349,755 |
| 11/30/2020 | 4.6 | 639,565 |
| 12/1/2020 | 3.8 | 287,796 |
| 12/2/2020 | 3.55 | 370,916 |
| 12/3/2020 | 3.98 | 253,712 |
| 12/4/2020 | 4.59 | 520,313 |
| 12/7/2020 | 4.5 | 296,060 |
| 12/8/2020 | 4.92 | 429,295 |
| 12/9/2020 | 5.99 | 1,238,859 |
| 12/10/2020 | 6.8 | 282,303 |
| 12/11/2020 | 8.15 | 428,085 |
| 12/14/2020 | 7.4 | 225,910 |
| 12/15/2020 | 6.86 | 233,586 |
| 12/16/2020 | 6.99 | 89,592 |
| 12/17/2020 | 7.13 | 107,122 |
| 12/18/2020 | 7.6 | 287,019 |
| 12/21/2020 | 8.2337 | 358,513 |
| 12/22/2020 | 9.43 | 372,449 |
| 12/23/2020 | 11.25 | 223,533 |
| 12/24/2020 | 13.88 | 391,345 |
| 12/28/2020 | 13.72 | 510,912 |
| 12/29/2020 | 11.355 | 305,367 |
| 12/30/2020 | 12.24 | 293,195 |
| 12/31/2020 | 9.32 | 342,006 |
| 1/4/2021 | 7 | 375,414 |
| 1/5/2021 | 7.5 | 257,079 |
| 1/6/2021 | 7.325 | 464,381 |
| 1/7/2021 | 7.97 | 315,578 |
| 1/8/2021 | 7.5 | 200,752 |
| 1/11/2021 | 7.59 | 137,180 |
| 1/12/2021 | 7.27 | 148,351 |
| 1/13/2021 | 9.4701 | 343,120 |
| 1/14/2021 | 9.85 | 143,381 |
| 1/15/2021 | 9.95 | 115,332 |
| 1/19/2021 | 8.65 | 193,540 |
| 1/20/2021 | 8.19 | 127,890 |
| 1/21/2021 | 7.965 | 74,827 |
| 1/22/2021 | 7.5666 | 103,180 |
| 1/25/2021 | 6.75 | 178,814 |
| 1/26/2021 | 7.8 | 434,647 |
| 1/27/2021 | 7.18 | 257,568 |
| 1/28/2021 | 6.65 | 205,026 |
| 1/29/2021 | 6.17 | 359,641 |
| 2/1/2021 | 7.2 | 262,620 |
| 2/2/2021 | 7.1699 | 221,958 |

| | | |
|---|---|---|
| 2/3/2021 | 6.86 | 160,012 |
| 2/4/2021 | 6.97 | 99,069 |
| 2/5/2021 | 6.9424 | 135,534 |
| 2/8/2021 | 7.81 | 207,898 |
| 2/9/2021 | 7.71 | 164,174 |
| 2/10/2021 | 7 | 143,343 |
| 2/11/2021 | 6.67 | 105,436 |
| 2/12/2021 | 5.9999 | 165,442 |
| 2/16/2021 | 5.6999 | 296,758 |
| 2/17/2021 | 3.97 | 864,543 |
| 2/18/2021 | 3.18 | 698,467 |
| 2/19/2021 | 3.51 | 412,797 |
| 2/22/2021 | 3.1358 | 471,770 |
| 2/23/2021 | 2.72 | 944,957 |
| 2/24/2021 | 2.69 | 477,080 |
| 2/25/2021 | 2.27 | 240,585 |
| 2/26/2021 | 1.7999 | 738,758 |
| 3/1/2021 | 1.9 | 488,900 |
| 3/2/2021 | 1.75 | 435,230 |
| 3/3/2021 | 1.2476 | 600,500 |
| 3/4/2021 | 0.76 | 1,491,514 |
| 3/5/2021 | 0.6 | 1,938,218 |
| 3/8/2021 | 0.45 | 1,386,795 |
| 3/9/2021 | 0.8701 | 2,730,608 |
| 3/10/2021 | 0.8601 | 2,250,020 |
| 3/11/2021 | 2.34 | 3,019,285 |
| 3/12/2021 | 2.6 | 909,277 |
| 3/15/2021 | 2.72 | 1,152,081 |
| 3/16/2021 | 2.04 | 647,004 |
| 3/17/2021 | 2.1 | 446,912 |
| 3/18/2021 | 1.5 | 650,169 |
| 3/19/2021 | 1.93 | 448,468 |
| 3/22/2021 | 1.62 | 286,508 |
| 3/23/2021 | 1.15 | 536,244 |
| 3/24/2021 | 0.8426 | 660,650 |
| 3/25/2021 | 0.76 | 672,948 |
| 3/26/2021 | 0.7399 | 737,180 |
| 3/29/2021 | 0.59 | 1,069,897 |
| 3/30/2021 | 0.3681 | 3,939,469 |
| 3/31/2021 | 0.185 | 4,634,215 |
| 4/1/2021 | 0.1185 | 4,301,692 |