**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE ROMEO POWER INC. SECURITIES LITIGATION

Case No. 1:21-cv-03362-LGS

---

**DEFENDANTS' SUR-REPLY IN OPPOSITION TO PLAINTIFFS'**
**REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR CLASS**
**CERTIFICATION AND APPOINTMENT OF**
**CLASS REPRESENTATIVES AND CLASS COUNSEL**

Dated: May 18, 2023

**LATHAM & WATKINS LLP**

Jeff G. Hammel
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: Jeff.Hammel@lw.com
Email: Jason.Hegt@lw.com

Kristin N. Murphy (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: Kristin.Murphy@lw.com

*Attorneys for Defendants Romeo Power, Inc.*
*(f/k/a RMG Acquisition Corp.), Lionel E.*
*Selwood, Jr., and Lauren Webb*

i

In their Opposition to Plaintiffs' Motion for Class Certification, Defendants argued that Lead Plaintiff and the four "additional" plaintiffs (together, "Plaintiffs") seeking to be appointed as class representatives lack standing to bring claims related to statements made before the merger between RMG Acquisition Corp. ("RMG") and pre-merger Romeo Systems, Inc. regarding Romeo Systems.  ECF 156 ("Opp.") at 9-11.[1]  This is because Second Circuit law requires plaintiffs to establish that they bought "securities [of the company] about which the misstatements were made," but none of the Plaintiffs ever owned any Romeo Systems securities.  *In re CarLotz, Inc. Sec. Litig.*, 2023 WL 2744064, at *4 (S.D.N.Y. Mar. 31, 2023) (citing *Menora Mivtachim Ins. Ltd. v. Frutarom Indus. Ltd.*, 54 F.4th 82, 88 (2d Cir. 2022)).  In response, Plaintiffs mischaracterize both *CarLotz* and the allegations in this case.  *See* ECF 157 ("Reply") at 3.

In *CarLotz*, a private company (CarLotz) merged with a publicly traded special purpose acquisition company called Acamar Partners Acquisition Corporation ("Acamar").  Plaintiffs claim that *CarLotz* only applies to statements that "were made by Pre-Merger CarLotz about itself" prior to the merger, and thus *CarLotz* has no bearing on the outcome of this case.  Reply at 3.  This is false.  In fact, as in this case, all of the at-issue statements pre-dating the *CarLotz* merger were filed with the SEC *by Acamar*.  *See In re CarLotz, Inc.*, No. 1:21-cv-05906-RA, ECF 54 (Second Amended Complaint) ¶¶ 111–47 (challenging statements in management interviews and investor presentations that were filed with the SEC); *id.* ¶¶ 149–74 (challenging statements in merger prospectus).  Because the statements were *about pre-merger CarLotz*, Judge Abrams found that shareholders of Acamar lacked standing to bring securities claims challenging those statements under the long-standing "purchaser-seller" rule.  *In re CarLotz, Inc.*, 2023 WL 2744064, at *4. The same is true in this case, where shareholders of RMG and post-merger Romeo Power, Inc.

---

[1] RMG and Romeo Systems, Inc. combined to form Romeo Power, Inc.  Opp. at 3-5.

challenge statements that *RMG* made regarding *Romeo Systems* from October 5, 2020 to December 28, 2020. *See* ECF 135 ("SAC") ¶¶ 124, 126-27, 129, 131-33, 135 (challenging statements in Romeo Systems management interviews and investor presentations that were filed by RMG with the SEC); *id.* ¶¶ 114-15, 117, 119-21 (challenging statements in merger Registration Statement filed by RMG). Under *Frutarom* and *CarLotz*, Plaintiffs do not have standing to challenge *any* of these pre-merger statements because none of the proposed class representatives ever purchased shares of Romeo Systems, a "privately held entity." *CarLotz*, 2023 WL 2744064, at *4; Opp. at 9-11.

Accordingly, Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel should be denied.

Dated:  May 18, 2023

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Jason C. Hegt
Jeff G. Hammel
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: Jeff.Hammel@lw.com
Email: Jason.Hegt@lw.com

Kristin N. Murphy (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: Kristin.Murphy@lw.com

*Attorneys for Defendants Romeo Power, Inc. (f/k/a RMG Acquisition Corp.), Lionel E. Selwood, Jr., and Lauren Webb*

2