**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ROMEO POWER, INC.

Dated: May 24, 2023                    **LATHAM & WATKINS LLP**

Jeff G. Hammel
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: Jeff.Hammel@lw.com
Email: Jason.Hegt@lw.com

Kristin N. Murphy (*pro hac vice*)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: Kristin.Murphy@lw.com

*Attorneys for Defendants Romeo Power, Inc. (f/k/a RMG Acquisition Corp.), Lionel E. Selwood, Jr., and Lauren Webb*

i

In accordance with Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York and Rule 1.16 of the New York Rules of Professional Conduct, Latham & Watkins LLP ("Latham") respectfully submits this memorandum of law in support of its motion to withdraw as counsel of record for Defendant Romeo Power, Inc. ("Romeo"). Romeo consents to Latham's withdrawal. Latham will continue to represent Defendants Lionel E. Selwood, Jr. and Lauren Webb.

**ARGUMENT**

A subsidiary of Nikola Corporation, J Purchaser Corp., acquired Romeo in October 2022, which led to Romeo becoming a wholly owned subsidiary of Nikola. Declaration of Jason C. Hegt ("Hegt Decl.") ¶ 3. Latham advised Romeo in connection with that transaction and continued to represent Romeo in this and other matters following the acquisition. *Id.* ███████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████. *Id.* at ¶ 4. ████████████████

███████████████████████████████

███████████████████████████████

████████

As a result, Romeo and Latham have mutually agreed to discontinue Latham's representation of Romeo. Latham's withdrawal is consistent with the New York Rules of Professional Conduct. *See* N.Y. Rules of Prof. Conduct R. 1.16(c)(10) (withdrawal permitted where "the client knowingly and freely assents to termination of the employment"); 1.16(c)(1);

1

1.16(c)(5); 1.16(c)(7).  Latham is not presently asserting any retaining or charging liens against Romeo.  Hegt Decl. ¶ 7; L.R. 1.4.  Should the Court require additional explanation of the grounds for withdrawal, undersigned counsel is prepared to provide it *in camera* and, if the Court will permit it, *ex parte*.

Latham's withdrawal will not prejudice Romeo in this litigation.  Briefing on Plaintiffs' Motion for Class Certification is complete, and there are no other pending motions.  Latham has taken the depositions of all five of the proposed class representatives, and no other depositions have been scheduled.  Hegt Decl. ¶ 8.  If Romeo elects to continue to defend the claims, it will have approximately four months to complete fact discovery and more than six months to prepare for the November 29, 2023 conference regarding dispositive motions.  *See* ECF Nos. 133, 142.  To the extent that is insufficient, any potential prejudice to Romeo could be averted if the Court were to grant a brief continuance to afford Romeo additional time to retain new counsel.  No trial date has been set.  At this time, Latham expects to remain counsel for Defendants Selwood and Webb, so there will be no prejudice to them by virtue of Latham's withdrawal as counsel for Romeo.  Hegt Decl. ¶ 9.  Accordingly, "withdrawal can be accomplished without material adverse effect on the interests of the client." N.Y. Rules of Prof. Conduct R.1.16(c)(1).

## CONCLUSION

For the foregoing reasons, Latham respectfully requests that the Court grant its motion to withdraw as counsel of record for Defendant Romeo Power, Inc.

Dated: May 24, 2023

Respectfully Submitted,

**LATHAM & WATKINS LLP**

_/s/ Jason C. Hegt_
Jeff G. Hammel
Jason C. Hegt
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: Jeff.Hammel@lw.com
Email: Jason.Hegt@lw.com

Kristin N. Murphy (_pro hac vice_)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: (714) 540-1235
Fax: (714) 755-8290
Email: Kristin.Murphy@lw.com

_Attorneys for Defendants Romeo Power, Inc._
_(f/k/a RMG Acquisition Corp.), Lionel E._
_Selwood, Jr., and Lauren Webb_

3