**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

**DECLARATION OF JASON C. HEGT IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW**

I, Jason C. Hegt, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner in the law firm of Latham & Watkins LLP (hereafter "Latham"). I am admitted to, and am a member in good standing of, the Bar of the State of New York and this Court. Latham is counsel for Defendants Romeo Power, Inc. ("Romeo"), Lionel Selwood, and Lauren Webb in the above-captioned matter and in certain other unrelated matters. I submit this declaration in support of Latham's Motion for Leave to Withdraw. I make this declaration based on my personal knowledge.

2.      I have been a member of the Latham team representing Romeo in this and other matters since shortly before this lawsuit was filed.

3.      A subsidiary of Nikola Corporation, J Purchaser Corp., acquired Romeo in October 2022, which led to Romeo becoming a wholly owned subsidiary of Nikola. Latham advised Romeo in connection with that transaction and continued to represent Romeo in this and other matters following the acquisition.

4.      █████████████████████████████████████████
████████████████████████████████████████████████



5.  ████████████████████████████████

████████████████████████████████

████████████████████████████████

6.  Romeo and Latham have mutually agreed to discontinue Latham's representation of Romeo.

7.  Latham is not presently asserting any retaining or charging liens against Romeo.

8.  Briefing on Plaintiffs' Motion for Class Certification is complete, and currently there are no other pending motions.  Latham has taken the deposition of all five of the proposed class representatives, and no additional depositions have been scheduled at this time.

9.  At this point in time, Latham expects to remain as counsel for Selwood and Webb ████████████████████████████████

████████████████████████

10.  Should it be helpful, I would be happy to discuss these matters with the Court *in camera* and, if the Court will permit it, *ex parte*, or in another manner consistent with Latham's duty of confidentiality to its clients.

I declare upon penalty of perjury that the foregoing is true and correct.

Dated: May 24, 2023
New York, New York

By:  Jason C. Hegt

2