UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
                                                             :
IN RE ROMEO POWER INC. SECURITIES                            :
LITIGATION                                                   :    21 Civ. 3362 (LGS)
                                                             :
                                                             :    ORDER
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 6, 2023, required new counsel for Defendant Romeo Power, Inc. ("Romeo") to appear by June 30, 2023. New counsel for Romeo has not appeared;

WHEREAS, a corporation, which is an artificial entity, may appear in federal court only through a licensed attorney; a corporation may not appear pro se. *See* 28 U.S.C. § 1654; *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *U.S. ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008); *accord De Los Santos v. 94 Corner Cafe Corp.*, No. 21 Civ. 1577, 2021 WL 5180870, at *2 (S.D.N.Y. Nov. 8, 2021). It is hereby

**ORDERED** that new counsel for Romeo shall appear by **July 31, 2023**. If new counsel for Romeo does not appear by that date, Romeo's insolvency counsel shall, by **August 1, 2023**, inform the Court whether there is any legal impediment to the Court's entering a default judgment.

Dated: July 10, 2023
       New York, New York

                                                    _____
                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE