

Kara M. Wolke
kwolke@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

August 9, 2023

> **Application GRANTED in part.  The deadlines set in the Amended Case Management Plan (Dkt. 133) are adjourned sine die pending Plaintiffs' filing a motion for preliminary approval of a class action settlement.  The motion shall be filed by October 27, 2023.  The pending motion for class certification is denied without prejudice.  By August 16, 2023, Plaintiffs shall file a motion for default against Romeo Power, Inc., or shall file a letter explaining how they intend to proceed regarding the company.  The Clerk of Court is respectfully directed to close the motion at Docket No. 147.**
>
> **Dated: August 11, 2023**
> **New York, New York**
>
> *LORNA G. SCHOFIELD*
> **UNITED STATES DISTRICT JUDGE**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *In re Romeo Power Inc. Securities Litigation* (1:21-cv-03362-LGS)

Dear Judge Schofield:

    We represent Court-appointed Lead Plaintiff Mike Castleberg and additional named plaintiffs Joshua Cante, Van Nguyen, Nathaniel Tapia, and Artur Chimchirian (collectively, "Plaintiffs"), in the above-referenced action.  We write with the consent of counsel for Defendants Lionel Selwood and Lauren Webb (collectively, "Individual Defendants") to jointly inform the Court of the outcome of the mediation with the Hon. Layn Phillips (Ret.) on August 8, 2023.

    Plaintiffs and Individual Defendants have reached an agreement to settle all claims, subject to, among other items, definitive documentation reflecting customary terms, and the Court's approval.  Plaintiffs and Individual Defendants are proceeding to document the settlement and anticipate filing a motion for preliminary approval in approximately 75 days.  Accordingly, Plaintiffs and Individual Defendants respectfully request that the Court stay this action pending the submission of that motion.

    We are available at the Court's convenience to answer any questions.

Very truly yours,

*s/ Kara M. Wolke*
Kara M. Wolke

cc:   All counsel of record