**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF THE**
**CLERK'S CERTIFICATE OF DEFAULT**

1

I, Kara M. Wolke, hereby declare:

1.      I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Mike Castleberg and additional plaintiffs Joshua Cante, Artur Chimchirian, Nathaniel Tapia, and Van Nguyen ("Plaintiffs") and Lead Counsel for the proposed Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and I am admitted *pro hac vice* in this action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.      I make this declaration in support of the Clerk's Certificate of Default, Docket Entry No. 184.

3.      Defendant Romeo Power, Inc. ("Romeo"), against whom a default is sought, is an entity that is not an infant, in the military, or an incompetent person.

4.      On May 24, 2023, counsel for Romeo filed a motion to withdraw as counsel for Romeo.  ECF No. 166.  The Court granted the motion to withdraw on June 6, 2023.  ECF No. 173.

5.      The Court's orders entered on June 6 and July 10, 2023, directing Romeo to obtain new counsel, and to which no response has been made, were served on Romeo via CM/ECF.

6.      No counsel for Romeo has contacted Plaintiffs' counsel to indicate that they represent Romeo in connection with this action or plan to appear in this action on behalf of Romeo.

7.      Romeo Power, Inc. has failed to defend the action.

1

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 18th day of August 2023.

/s/ Kara M. Wolke

Kara M. Wolke

## **PROOF OF SERVICE**

I hereby certify that on this 18th day of August, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Kara M. Wolke*
Kara M. Wolke