**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS<br><br>Honorable Lorna G. Schofield |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR**
**(I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**
**(II) CERTIFICATION OF THE SETTLEMENT CLASS; AND**
**(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Lead Plaintiff Mike Castleberg and additional plaintiffs Joshua Cante, Nathaniel Tapia, Artur Chimchirian, and Van Nguyen (collectively, "Plaintiffs"),[1] on behalf of themselves and all others similarly situated, will respectfully move this Court on such date and time as may be designated by the Honorable Lorna G. Schofield, Courtroom 1106, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) certifying the putative Settlement Class for purposes of settlement only; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) setting a date for a final Settlement Hearing and deadlines for providing notice of the Settlement, the filing of Settlement Class Member objections, the submission of Settlement Class Member requests for exclusion, the filing of Plaintiffs' motion for final approval of the Settlement, and the filing of Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses.

This motion is based upon the concurrently filed Memorandum of Law, the Wolke Declaration, and other such matters and argument as the Court may consider at the hearing on this motion. Defendants do not oppose this motion. Accordingly, Plaintiffs respectfully request that the Court enter the [Proposed] Order Preliminarily Approving Class Action Settlement and Providing for Notice.

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation dated December 7, 2023, which is attached as Exhibit 1 to the concurrently filed Declaration of Kara M. Wolke in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Wolke Declaration").

Dated: December 8, 2023                    **GLANCY PRONGAY & MURRAY LLP**

                                           By:  */s/ Kara M. Wolke*
                                           Kara M. Wolke (admitted *pro hac vice)*
                                           Melissa C. Wright (admitted *pro hac vice)*
                                           1925 Century Park East, Suite 2100
                                           Los Angeles, California 90067
                                           Telephone: (310) 201-9150
                                           Facsimile: (310) 201-9160
                                           Email: kwolke@glancylaw.com
                                                   mwright@glancylaw.com

                                           *Attorneys for Plaintiffs and Lead Counsel for*
                                           *the Proposed Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Kara M. Wolke*
Kara M. Wolke