**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE ROMEO POWER INC.
SECURITIES LITIGATION

Case No. 1:21-cv-03362-LGS

Honorable Lorna G. Schofield

**PLAINTIFFS' PROPOSED ORDER TO SHOW CAUSE**

Upon the affirmation in support of Kara M. Wolke, Esq., with exhibits annexed thereto, and upon all proceedings had heretofore herein, it is:

**ORDERED**, that Defendant Romeo Power, Inc. show cause before this Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City, County and State of New York, on _____, _____, at _____ o'clock in the _____, or as soon thereafter as counsel may be heard, why an order should not be issued:

1. Entering default judgment in favor of Mike Castleberg, Joshua Cante, Artur Chimchirian, Nathaniel Tapia, and Van Nguyen ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 55(b) and Local Rule 55.2, and

2. Granting such other relief as the Court deems equitable and just.

**ORDERED**, that service of a copy of this order by First Class Mail and email at _____ on or before _____ o'clock in the _____, on the ___ day of _____ 2024 shall be deemed good and sufficient service thereof.

**ORDERED**, that Defendant Romeo Power, Inc. shall file and serve a written response to this Order to Show Cause and proof of service by _____, 2024. Plaintiffs must file

and serve any written reply to Defendant Romeo Power, Inc.'s opposition to the Order to Show

Cause by _____, 2024.


Dated: _____ ___, 2024
       New York, New York


_____
**HON. LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**