# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE ROMEO POWER INC.<br>SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS<br><br>**CLERK'S CERTIFICATE**<br>**OF DEFAULT** |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 16, 2021 with the filing of a summons and complaint. Service of the initial complaint was accepted by stipulation. ECF No. 17. The following table outlines service of the initial complaint and each subsequent amendment to the initial complaint:

| Complaint | Date Filed | Date Served | Date Proof of Service Filed |
|---|---|---|---|
| Initial Complaint | April 16, 2021 (ECF No. 1) | Accepted by Latham & Watkins LLP on behalf of Romeo Power, Inc. via Stipulation on April 30, 2021 (ECF No. 17) | By Stipulation on April 30, 2021 (ECF No. 17) |
| First Amended Complaint | September 15, 2021 (ECF No. 82) | September 15, 2021 | September 15, 2021<br><br>(Service via CM/ECF). |
| Second Amended Complaint | January 17, 2023 (ECF No. 135) | January 17, 2023 | January 17, 2021<br><br>(Service via CM/ECF) |

After service of the foregoing filings, counsel for Defendant Romeo Power, Inc. ("Romeo") filed a motion to withdraw as counsel for Romeo only, which the Court granted on June 6, 2023. ECF No. 173. On June 6, 2023, the Court ordered that "by **June 30, 2023**, Defendant Romeo Power, Inc. shall retain new counsel, and new counsel shall appear." ECF No.

173 (emphasis in original).  New counsel did not appear for Romeo Power, Inc. by June 30, 2023.

On July 10, 2023, the Court entered an order stating:

WHEREAS, the Order dated June 6, 2023, required new counsel for Defendant Romeo Power, Inc. ("Romeo") to appear by June 30, 2023. New counsel for Romeo has not appeared;

WHEREAS, a corporation, which is an artificial entity, may appear in federal court only through a licensed attorney; a corporation may not appear pro se. *See* 28 U.S.C. § 1654; *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *U.S. ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008); *accord De Los Santos v. 94 Corner Cafe Corp.*, No. 21 Civ. 1577, 2021 WL 5180870, at *2 (S.D.N.Y. Nov. 8, 2021). It is hereby

ORDERED that new counsel for Romeo shall appear by July 31, 2023. If new counsel for Romeo does not appear by that date, Romeo's insolvency counsel shall, by August 1, 2023, inform the Court whether there is any legal impediment to the Court's entering a default judgment.

ECF No. 175.

New counsel for Romeo has not appeared, and Romeo's insolvency counsel did not respond to the Court's July 10, 2023 order.  On August 2, 2023, the Court directed Plaintiffs to obtain a certificate of default against Romeo.  ECF No. 179.

The default of Defendant Romeo Power, Inc. is hereby noted.

Dated: New York, New York

August 21, 20 23

RUBY J. KRAJICK
Clerk of Court

By:_____

Deputy Clerk

## PROOF OF SERVICE

I hereby certify that on this 18th day of August, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Kara M. Wolke*
Kara M. Wolke