# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE ROMEO POWER INC.
SECURITIES LITIGATION

Case No. 1:21-cv-03362-LGS

Honorable Lorna G. Schofield

**[PROPOSED] ORDER FOR DEFAULT JUDGMENT**

Upon affirmation of the Affidavit of Kara M. Wolke in Support of Plaintiffs' Order to Show Cause for Default Judgment, with exhibits annexed thereto, and upon all proceedings had heretofore herein, it is:

ORDERED that Default Judgment is entered in favor of Lead Plaintiff MIKE CASTLEBERG, and additional Plaintiffs JOSHUA CANTE, ARTUR CHIMCHIRIAN, NATHANIEL TAPIA, and VAN NGUYEN against Defendant ROMEO POWER, INC. in the amount of $_____, plus costs.

IT IS SO ORDERED.

Dated: _____ ___, 2024
        New York, New York

_____
**HON. LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**