UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re ROMEO POWER INC. SECURITIES :     21 Civ. 3362 (LGS)
LITIGATION.

:          ORDER

-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a final settlement approval hearing was held on July 24, 2024.  As discussed

at the hearing, it is hereby

      **ORDERED** that Plaintiffs shall file a supplemental letter describing case law on PSLRA

service awards and their appropriateness by **July 26, 2024**.

Dated: July 25, 2024
      New York, New York

                            **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**