**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS<br><br>Honorable Lorna G. Schofield |

**REPLY IN SUPPORT OF PLAINTIFFS'**
**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs Mike Castleberg, Joshua Cante, Artur Chimchirian, Nathaniel Tapia, and Van Nguyen ("Plaintiffs") submit this reply (1) in accordance with the Court's Order to Show Cause entered on July 22, 2024 (ECF No. 208, the "Order"); and (2) in further support of Plaintiffs' request for entry of default judgment against Defendant Romeo Power, Inc. ("Romeo").

On July 22, 2024, the Court entered the Order. Plaintiffs effectuated service on SG Service Co., LLC, Inc. ("SG Service"), assignee for Romeo, by email and First-Class Mail, on July 26 and 29, 2024, respectively. *See* Exhibits 1 & 2 attached to the Declaration of Melissa C. Wright in Support of Plaintiffs' Request for Entry of Default Judgment ("Wright Declaration" or "Wright Decl.") filed concurrently herewith. On August 6, 2024, counsel for SG Service telephonically informed Plaintiffs' counsel that Romeo would not respond to the Court's Order because Romeo had been placed in ABC proceedings and no longer existed. Wright Decl. at ¶5. To date, Romeo has not filed a written response to the Order as directed by the Court.

On August 16, 2024, counsel for Plaintiffs' counsel emailed counsel for SG Service to confirm whether any representative from Romeo would attend the hearing scheduled for September 4, 2024 set forth in the Court's Order. *See* Wright Decl. at ¶6. The following day, SG Service's counsel confirmed that no Romeo representative would attend the September 4, 2024 hearing. *See* Wright Decl. at ¶7.

In conclusion, Plaintiffs ask the Court to accept Plaintiffs' previously filed motion (ECF No. 207) and the foregoing as sufficient proof of Plaintiffs' entitlement to entry of the previously submitted [Proposed] Order for Default Judgment (ECF No. 207-7).

Dated: August 19, 2024

By: */s/ Melissa C. Wright*

**GLANCY PRONGAY & MURRAY LLP**
Kara M. Wolke (admitted *pro hac vice*)
Melissa C. Wright (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
kwolke@glancylaw.com
mwright@glancylaw.com

Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
glinkh@glancylaw.com

*Lead Counsel for Plaintiffs and the Settlement Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007
fcruz@frankcruzlaw.com

*Additional Counsel for Plaintiffs and the Settlement Class*

2

## <u>PROOF OF SERVICE</u>

I hereby certify that on this 19th day of August, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>*s/ Melissa C. Wright*</u>
Melissa C. Wright
