**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS<br><br>Honorable Lorna G. Schofield |

**DECLARATION OF MELISSA C. WRIGHT IN SUPPORT OF PLAINTIFFS'**
**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

I, Melissa C. Wright, hereby declare:

1.      I am Senior Counsel with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Mike Castleberg and additional plaintiffs Joshua Cante, Artur Chimchirian, Nathaniel Tapia, and Van Nguyen ("Plaintiffs") and Lead Counsel for the Settlement Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and admitted *pro hac vice* in the above-captioned action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.      I make this declaration, together with the attached exhibits, in support of the Reply in Support of Plaintiffs' Request for Entry of Default Judgment.

3.      In accordance with the Court's July 22, 2024 Order to Show Cause (ECF No. 208, the "Order"), Plaintiffs effectuated service on SG Service Co., LLC, Inc. ("SG Service"), assignee for Defendant Romeo Power Inc. ("Romeo"), by email and First-Class Mail, on July 26 and 29, 2024, respectively.

4.      Attached hereto as Exhibits 1 and 2 are true and correct copies of Plaintiffs' proof of service on SG Service by email and First-Class Mail, respectively.

5.      On August 6, 2024, counsel for SG Service telephonically informed Plaintiffs' counsel that Romeo would not respond to the Court's Order because Romeo had been placed in Assignment for the Benefit of Creditors ("ABC") proceedings and no longer existed.

6.      On August 16, 2024, counsel for Plaintiffs emailed SG Service's counsel inquiring whether any Romeo representative would attend the hearing scheduled for September 4, 2024 set forth in the Court's Order.

7.      On August 17, 2024, SG Service's counsel confirmed that there would not be any Romeo representative in attendance at the September 4, 2024 hearing set forth in the Court's Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 19th day of August 2024.

*/s/ Melissa C. Wright*
Melissa C. Wright
