# EXHIBIT 1

| | |
|---|---|
| **From:** | Holly Nye |
| **To:** | romeo@stapletoninc.com; david@stapletoninc.com; bill.freeman@katten.com |
| **Cc:** | Melissa Wright; Kara Wolke |
| **Subject:** | In re Romeo Power Inc. Sec. Litig., No. 1:21-cv-3362-LGS |
| **Date:** | Friday, July 26, 2024 1:48:23 PM |
| **Attachments:** | 2024-07-22 Plaintiffs" Order To [dckt 208_0].pdf |
| | Cover Letter.pdf |

Counsel,

Attached you will find ECF No. 208: Order to Show Cause dated July 22, 2024, and Cover Letter mailed to you today via First Class Mail.

Regards,

**Holly K. Nye**, *Associate Attorney*
Admission to State Bar of California *pending*
**Glancy Prongay & Murray LLP**
**a:** 1925 Century Park E, Suite 2100
    Los Angeles, CA 90067
**p:** (310) 201-9150 ext. 285
**w:** https://www.glancylaw.com/
**e:** hnye@glancylaw.com



Melissa Wright
mwright@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
T: (310) 201-9150

July 26, 2024

**VIA FIRST CLASS MAIL AND E-MAIL**

SG Service Co., LLC                          Romeo Power, Inc.
514 Via de la Valle, Suite 210               5560 Katella Avenue
Solana Beach, CA 92075                       Cypress, CA 90630
romeo@stapletoninc.com
David Stapleton (david@stapletoninc.com)
William Freeman (bill.freeman@katten.com)

　　　　Re:　　*In re Romeo Power Inc. Sec. Litig.*, No. 1:21-cv-3362-LGS (S.D.N.Y.)

Dear Counsel:

　　　　Glancy Prongay & Murray LLP ("GPM") represents Plaintiffs in the above-captioned securities class action pending in the United States District Court for the Southern District of New York. Enclosed you will find:

- ECF No. 208: Order to Show Cause dated July 22, 2024

　　　　Please respond to this Order to Show Cause and proof of service by August 12, 2024.

　　　　　　　　　　Respectfully,

　　　　　　　　　　Melissa Wright

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE ROMEO POWER INC.
SECURITIES LITIGATION

Case No. 1:21-cv-03362-LGS

Honorable Lorna G. Schofield

### PLAINTIFFS' PROPOSED ORDER TO SHOW CAUSE

Upon the affirmation in support of Kara M. Wolke, Esq., with exhibits annexed thereto,

and upon all proceedings had heretofore herein, it is:

**ORDERED**, that Defendant Romeo Power, Inc. show cause before this Court, at the

a telephonic hearing on the following line: 888-363-4749, access code: 558-3333, on September 4, 2024, at 4:20pm,

~~Thurgood Marshall United States Courthouse, 40 Foley Square, in the City, County and State of~~

~~New York, on~~ _____, _____, ~~at~~ _____ ~~o'clock in the~~ _____, or as soon

thereafter as counsel may be heard, why an order should not be issued:

    1.     Entering default judgment in favor of Mike Castleberg, Joshua Cante, Artur

         Chimchirian, Nathaniel Tapia, and Van Nguyen ("Plaintiffs") pursuant to Federal

         Rule of Civil Procedure 55(b) and Local Rule 55.2, and

    2.     Granting such other relief as the Court deems equitable and just.

**ORDERED**, that service of a copy of this order by First Class Mail and email ~~at~~

by August 5, 2024,

_____ ~~on or before~~ _____ ~~o'clock in the~~ _____, ~~on the~~ ____ ~~day of~~ _____

~~2024~~ shall be deemed good and sufficient service thereof.

**ORDERED**, that Defendant Romeo Power, Inc. shall file and serve a written response to

this Order to Show Cause and proof of service by _____August 12,____, 2024. Plaintiffs must file

and serve any written reply to Defendant Romeo Power, Inc.'s opposition to the Order to Show Cause by  August 19, 2024  , 2024.

Dated: July 22, 2024
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2