# EXHIBIT 2

**UNITED STATES POSTAL SERVICE**

August 14, 2024

Dear Karla Vazquez:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0167 5139 33**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 29, 2024, 10:05 am |
| **Location:** | SOLANA BEACH, CA 92075 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Recipient Name:** | TO NAME |
| **Actual Recipient Name:** | D BURGER |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 1.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 514 VIA DE LA VALLE STE 210 |
| **City, State ZIP Code:** | SOLANA BEACH, CA 92075-2717 |

## Recipient Signature

Signature of Recipient:

*D Burger*

Address of Recipient:

*514 VDLV*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004