**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE ROMEO POWER, INC. SECURITIES
LITIGATION

21 **CIVIL** 3362 (LGS)

**DEFAULT JUDGMENT**

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 19, 2024, the Plaintiffs' motion for default judgment against Romeo is **GRANTED**. Judgment by default is entered against Defendant in the amount of $206.8 million plus costs.

**Dated:** New York, New York
September 20, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

BY: *K. Mango*

**Deputy Clerk**