**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

## PLAINTIFFS' UNOPPOSED MOTION FOR CLASS DISTRIBUTION ORDER

Court-appointed lead plaintiff Mike Castleberg ("Lead Plaintiff"),[1] and additional named plaintiffs Joshua Cante, Nathaniel Tapia, Artur Chimchirian, and Van Nguyen (collectively, with Lead Plaintiff, "Plaintiffs"), respectfully move this Court for entry of the concurrently filed [Proposed] Class Distribution Order.

In support of this motion, Plaintiffs submit and are filing herewith: (1) a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; (2) the Declaration of Melissa Mejia in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; and (3) the Declaration of Sharon M. McGowan of the Public Justice Foundation.

Defendants do not oppose this motion.

Dated: November 20, 2024                        **GLANCY PRONGAY & MURRAY LLP**


By:  */s/ Joseph D. Cohen*
Joseph D. Cohen (admitted *pro hac vice*)
Kara M. Wolke (admitted *pro hac vice*)
Melissa C. Wright (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: jcohen@glancylaw.com
        kwolke@glancylaw.com
        mwright@glancylaw.com

-and-

---

[1]  Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement dated December 7, 2023 ("Stipulation"; ECF No. 191-1).

1

Gregory B. Linkh
230 Park Avenue, Suite 358
New York, New York 10169
Telephone:  (212) 682-5340
Email:  glinkh@glancylaw.com

*Attorneys for Plaintiffs and the Settlement Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.


Dated: November 20, 2024                              */s/ Joseph D. Cohen*
                                                      Joseph D. Cohen