**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ROMEO POWER INC. SECURITIES LITIGATION | Case No. 1:21-cv-03362-LGS |

**PLAINTIFFS' UNOPPOSED MOTION FOR CLASS DISTRIBUTION ORDER**

By **December 6, 2024,** the claimants with disputed claims may respond to the relevant portion of Plaintiffs' motion in a letter not to exceed three pages, to be sent to Plaintiffs' counsel who shall then file any such letters on the docket. Plaintiffs shall provide those claimants with notice of this order.

So Ordered.

Dated: November 22, 2024
          New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Court-appointed lead plaintiff Mike Castleberg ("Lead Plaintiff"),[1] and additional named plaintiffs Joshua Cante, Nathaniel Tapia, Artur Chimchirian, and Van Nguyen (collectively, with Lead Plaintiff, "Plaintiffs"), respectfully move this Court for entry of the concurrently filed [Proposed] Class Distribution Order.

In support of this motion, Plaintiffs submit and are filing herewith: (1) a Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; (2) the Declaration of Melissa Mejia in Support of Plaintiffs' Unopposed Motion for Class Distribution Order; and (3) the Declaration of Sharon M. McGowan of the Public Justice Foundation.

Defendants do not oppose this motion.

Dated: November 20, 2024

**GLANCY PRONGAY & MURRAY LLP**
By: */s/ Joseph D. Cohen*
Joseph D. Cohen (admitted *pro hac vice*)
Kara M. Wolke (admitted *pro hac vice*)
Melissa C. Wright (admitted *pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: jcohen@glancylaw.com
       kwolke@glancylaw.com
       mwright@glancylaw.com

-and-

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement dated December 7, 2023 ("Stipulation"; ECF No. 191-1).

1

Gregory B. Linkh
230 Park Avenue, Suite 358
New York, New York 10169
Telephone: (212) 682-5340
Email: glinkh@glancylaw.com

*Attorneys for Plaintiffs and the Settlement Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.

Dated: November 20, 2024                    /s/ Joseph D. Cohen
                                            Joseph D. Cohen