# EXHIBIT A

November 30, 2024

Re:Case No.1:21-cv-03362-LGS

To Whom It May Concern:

Hello, My name is ███████ and would like to Thank you for allowing me to respond to the denial of my submitted claim and support my claim.

First of all, I have a Margin Stock Trading account through Scotiabank Trading Brokerage Firm called Scotia Itrade. Anyone who have a Margin account when price of the stock drops is not a good thing. Because of the manipulation of Romeo Power Inc. causing the stock price to drop significantly and the fact I have a Margin Account. I have no choice but to cover all and every of my Margin Calls; except , on January 20, 2021 where I no longer have the funds to cover my Margin Calls. All along I thought Romeo Power was a good reputable company with great potential, battery technology, future, and financial backings. In the end, I , as an investor was fooled badly.

As you can see based on my trades on December 22, 2020 I purchased a substantial amount of Romeo stocks.

Then on December 29, 2020 I purchased some more Romeo stocks as the stock price increased and I did not sell any stocks

thinking this Romeo company has a good future based on what was told in media/news.

I could have sold my stocks if I knew it was a manipulative company but I did not know so I held on.

After the stock price plummeted and I was forced to fund the Margin Calls. I continued to believe in the company. I tried to fund as much as I could until I no longer could afford to do it anymore.

As the result, on January 20, 2021 Scotia Itrade Brokerage Firm forced me into selling my 7750 shares of Romeo Stocks to cover this last Margin Call because I had no more monetary funds to cover.

I lost a total of $71,080.85 US dollars in the end. It was a lot of money for me. I did not feel good and was not eating and sleeping normally for many nights. I had never felt this bad in my life. Romeo Power Inc. had manipulated my trust and weakness. I really feel that they should compensate me much more because the affect it had on me mentally and physically with great financial loss.

After many years, I got a Litigation Letter against Romeo Power Inc. This provided me hope for compensation but after my denied claim I felt bad again because I did not get any compensation. I hope from this true and supportive facts I am

providing, I am able to get some justice from Romeo Power Inc. Securities Litigation with the court review.

I look forward in hearing the good news from you and provide me with much needed hope to this case.

Thank you and have a great day.

Yours Truly,

