# EXHIBIT B

**From:** ████████████

**To:** Schofield_NYSDChambers@nysd.uscourts.gov; Joseph Cohen; Melissa Wright; Kara Wolke

**Cc:** ████████████

**Subject:** redacted documentation for claim

**Date:** Friday, December 6, 2024 5:04:24 PM

**Attachments:** GS Statement PDF ROMEO Shares.pdf
████████ Statements for ROMEO.pdf

 Romeo Power claim 4170 notice of proof.pdf

Dear Mr. Cohen,

As class members of the Romeo Power stock settlement, we are submitting redacted copies of the backup documentation for our claim. Despite our prior request, we have not received a response from the Court regarding the confidential handling of our sensitive personal information.

The claim requirements and appeal procedures do not stipulate that submission of personally identifiable information, such as retirement account numbers, Social Security numbers, or addresses, is a condition for appealing the rejection of a claim. In light of this and to protect ourselves from the risks of identity fraud and theft, we have redacted this information from the documents provided.

Should the Court require further details for review, we are willing to provide unredacted copies in person or through a secure, confidential channel, ensuring that they are not publicly docketed.

We trust this submission fulfills the necessary requirements for your review, and we remain available for any clarifications or further steps needed.

Thank you for your attention to this matter.