# EXHIBIT C

Prudential Retirement
Post Office Box 5012
Scranton, PA 18505



00000015     22181602 01 000000



00000158 0000786 0001 0010 PRS005DD011122181602 STNDSOME01 00000228

Verification for

Date: August 17, 2023

Account Type:

Branch Number

*If the information is incorrect, please mark any updates on the letter and return it to the Compliance Verification department. Additional options to make changes are detailed below.*

## Section 1 - Account mailing address

*To change your mailing address, go to your settings in Online Access (edwardjones.com/access). You can also contact your local Edward Jones office or call Compliance Verification at 855-223-8876.*



## Section 2 – Additional information about your account

*If any information in this section is incorrect, contact your financial advisor to update it.*

1. Risk Profile (see Risk Profile insert):

2. Investment Time Horizon:

3. Approximate dollar amount of assets held in the account expected to be withdrawn within three years:

4. Account-Level Portfolio Objective (see Definition of Terms): **Balanced Toward Growth**

5. Type or Service Model Selected:

6. Power of Attorney designated for this account:

7. Trade Authorization has been granted:

8. Trusted Contact:

## Section 3 – Information about the individuals associated with your account

*If any information in this section is incorrect, contact your financial advisor to update it.*

1. Legal name and home address (not a P.O. Box):      Role: **Owner**



2. Year of Birth:

3. Primary Telephone Number:

4. Occupation:

5. Employer Name:

6. Edward Jones employee or related to an Edward Jones employee?:

7. Employee of FINRA or a FINRA/MSRB member firm (other than Edward Jones) or a direct employee of FINRA?:

8. Annual income:

9. Prior investment experience:

10. Net worth (excluding primary home and mortgage):



USUS89--



2020 - September 30, 2020

# EdwardJones

### MAKING SENSE OF INVESTING

## Non-Investment Fee/Expense & Other Adjustments (continued)

*If any portion of the total annual operating expenses of one or more of the plan's designated investment alternatives was credited to your account, the amount of such credit is reflected above as a "Fee Credit." Any amount credited was invested in the designated investment alternative(s) to which the amount reasonably is attributable.*

## Fund Performance

*A message regarding Global and International Funds: These funds are combined in all other sections of your statement, but are broken out separately here for review against specific benchmarks.*

*Please note: Fund categories are organized from least aggressive to most aggressive.*

➤ *Indicates the funds or other investment options you are invested in.*

Please note that although the performance data shown is gathered from sources deemed reliable, completeness and accuracy cannot be guaranteed. This performance data may be preliminary and is subject to change. The performance quoted represents past performance. The investment return and principal value will fluctuate so that an investor's shares or units, when redeemed, may be worth more or less than original cost. Past performance does not guarantee future results. Current performance may be lower or higher than the performance data quoted. *{For performance information current to the most recent month end, please call 1-877-778-2100 or visit our website at www.prudential.com/online/retirement.}* Past performance is not indicative of future performance and short periods of performance may be particularly unrepresentative of long-term performance. As noted below, in the column entitled "10 Years or {Since Inception}," performance numbers displayed in brackets indicate performance Since Inception of the fund or benchmark.

|  | | | | | | Average Annual Total Returns | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | This Period (%) | Year to Date (%) | One Year (%) | 3 Years (%) | 5 Years (%) | 10 Years or {Since Inception} (%) | Inception Date | Gross Expense Ratio* (%) | Net Expense Ratio* (%) |
| **Aggressive Growth** | | | | | | | | | |
| *Benchmark: MSCI Emerging Markets Net Dividend Inde* 14,20,21,22 | N/A | -1.16 | 10.54 | 2.42 | 8.97 | 2.50 | | | |
| American Funds New World R6 1,2,3,4,7,12 | N/A | 4.97 | 14.50 | 7.70 | 11.37 | 6.06 | 05/01/09 | 0.60 | 0.60 |
| **Growth** | | | | | | | | | |
| *Benchmark: Russell 2000 Growth Index* 14,16,17 | N/A | 3.88 | 15.71 | 8.18 | 11.42 | 12.34 | | | |
| Neuberger Berman Genesis R6 1,2,3,4,7,9 | N/A | 3.68 | 9.93 | 10.01 | 12.20 | 12.08 | 03/15/13 | 0.75 | 0.75 |
| MFS Mid Cap Value Class R4 1,2,3,4,7,9 | N/A | -12.79 | -6.64 | 1.89 | 6.45 | 9.96 | 04/01/05 | 0.82 | 0.82 |
| Vanguard Small Cap Index I 1,2,3,4,7,9 | N/A | -6.28 | 1.35 | 4.40 | 8.96 | 10.96 | 07/07/97 | 0.04 | 0.04 |
| Vanguard Mid Cap Index Instl 1,2,3,4,7,9 | N/A | 0.21 | 7.10 | 7.99 | 10.34 | 11.98 | 05/21/98 | 0.04 | 0.04 |
| Goldman Sachs SC Val Instl 1,2,3,4,7,9 Fee Waiver Expiration Date - 12/27/2020** | N/A | -22.44 | -16.97 | -5.12 | 3.42 | 8.14 | 08/15/97 | 0.97 | 0.95 |
| Champlain Mid Cap Instl 1,2,3,4,7,9 | N/A | 9.63 | 16.77 | 15.16 | 16.58 | 14.73 | 01/03/11 | 0.87 | 0.87 |

## 877-EDJ-401K

*24-hour toll-free Interactive Voice Response service*
*Participant Service representatives available:*
M - F, 5 a.m. - 6 p.m., Pacific Time

*Visit* **edj401k.com**
*to access your account online*

Edward D. Jones & Co. Profit Sharing and 401(k) Plan

***Hearing Impaired:*** Call (TDD) 877-760-5166
***Hearing Impaired:*** Call (TDD) 877-760-5166

# Edward Jones®
## MAKING SENSE OF INVESTING

June 14, 2021

00007099 PRL02  1



Go to:
Call 8██████████████to talk with
our customer service team. We're available
Monday - Friday, 8 a.m. to 9 p.m. ET.
Hearing impaired: ████████████

Dear ██████

Our retirement team noticed a recent change in your employment status. We wanted to let you know that as a Prudential Retirement customer, you have access to dedicated professionals available to discuss and compare the best options for your retirement savings.

Just ca ███████████████ quickly connect with our customer service team. Your retirement goals are our top priority and we're here to answer any questions you have and go over all your retirement options to help you decide what's best for you.

| Keep your funds in your plan | Roll your funds into an IRA | Move your funds into a new plan | Withdraw some of your funds |
|---|---|---|---|
| Let your retirement savings continue working toward your retirement goals with Prudential Retirement. | Move your savings into an IRA to simplify your retirement planning with one easy to manage account. | Transfer your retirement savings into a new employer plan if your funds are eligible to be moved. | Take out some or all of your savings from your account (may be subject to taxes, penalties and fees). |

> ## Your total account balance is $14,646.88 as of 6/14/2021.
>
> This balance include ████████████████ the other side of this document for your full account details. If you do not take action by 9/7/2021, your savings will:
>
> * Stay in your current plan if over $1,000.00 and may be subject to plan fees[1]
> * Transfer to you via check if $0.00 or less and your account will be closed[2]

We're here when you need us. We look forward to helping you achieve the retirement you want.

Sincerely,

Your Prudential Retirement Team





## Use Diversification to Help Manage Risk

There are many different risks to consider when investing. Business risk, liquidity risk (how easily an investment can be sold for cash) and political risk are some examples. However, over the long run, we believe the greatest risk is not reaching your financial goals. As you work toward your goals, we believe it is critical to understand your willingness to take risk, then set realistic expectations and take steps to manage risk.

| How Many Do You Need? | |
| --- | --- |
| Portfolio Stock Allocation | Number of Stocks Recommended |
| 50% or more | 25 to 30 stocks |
| 25% to 50% | 15 to 25 stocks |
| 25% or less | 15 stocks |

Source: Edward Jones Investment Policy Committee.

If you want individual stocks to make up a large part of your equity portfolio, we recommend between 15 to 30 stocks across various economic sectors to be properly diversified. By owning a single stock for only one year, you'd have a 95% chance of achieving a return between -78% (a loss) and 98%.[7] However, if you held a portfolio of 15 stocks, the return would narrow to a -1% to 21% range. By holding those 15 stocks for five years instead of one, the range of return narrows again to a 5% to 15% range.[7] The more stocks you own over a longer period of time, the narrower the range of potential returns and the less volatility you should experience.[5]

Individual stocks give you greater control and customization to meet your goals but need greater attention. Discuss your options with your Edward Jones financial advisor and determine if individual stock ownership is a fit for your needs.

## U.S. Recommended Sector Weightings

Diversifying by sector is a first step in helping to manage risk. You can further diversify among different subsectors or industries and company size (large, mid or small cap). Adhering to a diversified strategy can help reduce volatility and smooth out portfolio returns over time.[5]

| | |
| --- | --- |
| Communication Services | 10% |
| Consumer Discretionary | 9% |
| Consumer Staples | 9% |
| Energy | 5% |
| Financial Services | 16% |
| Health Care | 15% |
| Industrials | 9% |
| Materials | 3% |
| Technology | 20% |
| Utilities | 4% |

Source: Edward Jones Investment Policy Committee

1 Source: Morningstar Direct, 12/31/2018.

2 For the purposes of the "Long-term Investment Returns vs. Inflation" chart, fees, commissions and charges are not included and would have a negative impact on investment performance. Categories are represented by the following:
• Small-company stocks represented by the IA SBBI US Small Stock Index.
• Large-company stocks represented by the IA SBBI US Large Stock Index.
• Government bonds represented by the IA SBBI US LT Govt Index.
• U.S. Treasury bills represented by the IA SBBI US 30 Day Tbill Index.
• Inflation represented by the IA SBBI US Inflation Index.

3 Dividends can be increased, decreased or eliminated at any point without notice.

4 Edward Jones, its employees and financial advisors are not estate planners and cannot provide tax or legal advice. You should consult with a qualified tax specialist or legal advisor for professional advice on your situation.

5 Diversification does not guarantee a profit or protect against loss.

6 Source: Standard & Poor's.

7 Source: Winter 2000 *Journal of Investing*, Ronald Surz & Mitchell Price. In the case of a one-stock portfolio, the tracking error is 45%. Tracking error is a measure of how closely the portfolio follows the index and is measured as the standard deviation of the difference between the portfolio and index returns (such as the total return of the S&P 500). It measures specific, or diversifiable, risk as the standard deviation of returns away from the market. The tracking error Surz and Price observed was used to create the range of potential expected returns with the formula 10% +/- 1.96 tracking error for 95% confidence (two standard deviations).

**edwardjones.com**
Member SIPC

**Edward**
MAKING SENSE

PAGE 4 OF 4  IPC 6783G-A EXP 31 MAY 2021 © 2019 EDWARD D. JONES & CO., L.P. ALL RIGHTS RESERVED.

# Information and Statistics

## Recognitions



**J.D. POWER** March 2019
Edward Jones ranks highest in investor satisfaction with full service brokerage firms, according to the J.D. Power 2019 U.S. Full Service Investor Satisfaction Study[SM]. The study measures overall investor satisfaction with 18 full service investment firms based on eight factors including financial advisor, investment performance and brand image. The firm scored 853 in overall satisfaction, 18 points above the industry average.[1]



**FORTUNE** FEBRUARY 2019
For the 20th year, Edward Jones was named one of the "100 Best Companies to Work For®" by FORTUNE magazine in its annual listing. The firm ranked No. 7 overall. These 20 FORTUNE rankings include top 10 finishes for 16 years, top 5 rankings for eight years and consecutive No. 1 rankings in 2002 and 2003.[2]



**TRAINING** FEBRUARY 2019
In its 19th consecutive appearance on the list, Edward Jones was named a top company for training, ranking No. 14 on Training magazine's "Training Top 125" list.



**PEOPLE** JULY 2018
Edward Jones ranked No. 5 on the "50 Companies that Care" by *People* magazine and research and consulting firm Great Place to Work. The honor recognizes outstanding companies that have succeeded in business while also demonstrating respect, compassion and concern for their communities, their employees, and the environment.



**J.D. POWER** JUNE 2018
Edward Jones financial advisors rated the firm "Highest in Employee Advisor Satisfaction among Financial Investment Firms, 9 Times in a Row", according to the J.D. Power 2018 Financial Advisor Satisfaction Study[SM].[3]

**FORTUNE 500** MAY 2018
*FORTUNE* magazine's annual listing ranks the largest U.S. companies by revenue. Edward Jones holds the No. 376 spot with nearly $7.6 billion in revenue for 2017. This is the firm's sixth year on the list.[4]

## Firm

Edward Jones, a Fortune 500 company, provides financial services for individual investors in the United States and through its affiliate in Canada. Every aspect of the firm's business, from the types of investment options offered to the location of branch offices, is designed to cater to individual investors in the communities in which they live and work. The firm has 17,000-plus financial advisors, more than 7 million clients and more than $1 trillion in assets under care.

## Philosophy

Personal service to the individual is of utmost importance. The branch-office business model – more than 14,000 branches strong – allows financial advisors to discuss clients' most important financial goals and partner with them to help keep them on track for the long term.

The firm's investment philosophy – investing for the long term in quality investments aligned with goals and risk tolerance – appeals to serious, long-term individual investors.

---

1 Study based on responses from more than 4,629 investors who primarily invest with one of the 18 firms included in the study. The majority of the study was fielded in December 2018. Your experiences may vary. Rating may not be indicative of future performance and may not be representative of any one client's experience because it reflects an average of experiences of responding clients. Visit jdpower.com/awards.

2 From *FORTUNE* Magazine, March 2019, ©2019 Fortune Media IP Limited. FORTUNE and FORTUNE 100 Best Companies to Work For are registered trademarks of Fortune Media IP Limited and are used under license. FORTUNE and Fortune Media IP Limited are not affiliated with, and do not endorse the products or services of, Edward Jones.

3 Edward Jones received the highest score among employee advisors in the J.D. Power 2007, 2008, 2010, 2012-2015, 2017-2018 Financial Advisor Satisfaction Studies of investors' satisfaction with their financial investment firm. Visit jdpower.com/awards.

4 From *FORTUNE* Magazine, May 21, 2018 © 2018 Time Inc. Used under license. FORTUNE and Time Inc. are not affiliated with and do not endorse products or services of Edward Jones.




**edwardjones.com**
Member SIPC



**MAKING SENSE OF INVESTING**

PLR-2331AC-A EXP 31 MAY 2020 © 2019 EDWARD D. JONES & CO., L.P. ALL RIGHTS RESERVED.

# OUR RATES AT A GLANCE

## December 11, 2019

Whatever your specific income needs, Edward Jones can help determine which investments may be right for you. Below are some examples of the many income investments Edward Jones offers.

### FDIC-insured Certificates of Deposit [1]

| Minimum Deposit | Term | APY |
|---|---|---|
| $1,000 | 3 months | 1.75% |
| $1,000 | 6 months | 1.65% |
| $1,000 | 9 months | 1.70% |
| $1,000 | 1 year | 1.70% |
| $1,000 | 2 years | 1.75% |
| $1,000 | 3 years | 1.85% |
| $1,000 | 4 years | 1.90% |
| $1,000 | 5 years | 1.95% |

Maturities and/or rates may not be available in all states.

### Treasury Bills, Notes & Bonds [2]

| Term | Rate | |
|---|---|---|
| 3-month | 1.22% | YTM[10] |
| 6-month | 1.35% | YTM[10] |
| 2-year | 1.24% | YTM[10] |
| 5-year | 1.41% | YTM[10] |
| 10-year | 1.61% | YTM[10] |
| 30-year | 2.12% | YTM[10] |

### Government-sponsored Enterprise Notes [3]

| | | | | |
|---|---|---|---|---|
| Fannie Mae, Freddie Mac, TVA | 1.22% | to | 2.60% | YTM[10] |

### Corporate Bonds [4]

| | | | | |
|---|---|---|---|---|
| Investment Grade | 1.84% | to | 4.47% | YTM[10] |

### Tax-free Bonds [5]

| | | | | |
|---|---|---|---|---|
| AAA | 0.70% | to | 2.82% | YTM[10] |
| AA | N/A | to | N/A | YTM[10] |
| A | 0.84% | to | 2.93% | YTM[10] |

Updated as of market close December 11, 2019. Rates and Yields shown are subject to availability and change without notice. Rates are provided for informational purposes only and should not be deemed a solicitation for any specific investment.

**Please see page 2 for important disclosure information.**



### Consumer Price Index (YOY)

| 2.10% | Rate effective: November 30, 2019 |
|---|---|

### Prime Rate

| 4.75% | Rate effective: October 31, 2019 |
|---|---|

### Personal Line of Credit [6]

| Pricing Group Assets Under Care | Rate |
|---|---|
| Less Than $100,000.00 | 6.75% |
| $100,000.00 to $249,999.99 | 6.50% |
| $250,000.00 to $499,999.99 | 6.00% |
| $500,000.00 to $999,999.99 | 5.50% |
| $1,000,000.00 to $2,499,999.99 | 4.25% |
| $2,500,000.00 to $4,999,999.99 | 4.00% |
| $5,000,000.00 to $9,999,999.99 | 3.75% |
| $10,000,000.00 and over | 3.50% |

Rates effective: October 31, 2019

The margin interest rate is variable and is established based on the higher of a base rate of 4.00% or the current prime rate.

### Insured Bank Deposit [7]

| Effective Date of the INSD Rate | | 11/21/2019 |
|---|---|---|
| Insured Rate Tier | Pricing Group Range | Interest Rate |
| 1 | Less than $250,000 | 0.15% |
| 2 | $250,000 to $499,999.99 | 0.25% |
| 3 | $500,000 to $999,999.99 | 0.25% |
| 4 | $1,000,000 to $2,499,999.99 | 1.00% |
| 5 | $2,500,000 and above | 1.00% |

### Interest on Uninvested Cash Balances [8]

| Retirement | 0.35% |
|---|---|
| Non-retirement | 0.35% |

### Edward Jones Money Market Fund [9]

| | 7-day Current Yield | Average Maturity |
|---|---|---|
| **Taxable Money Market Fund** | | |
| Investment Shares | 1.03% | 33.39 days |
| Retirement Shares | 1.00% | 33.39 days |

Rates effective: December 10, 2019

**edwardjones.com**
Member SIPC



**Edward Jones**®
MAKING SENSE OF INVESTING

Page 1 of 2 FDI-2988C-A EXP 31 JAN 2020 © 2019 EDWARD D. JONES & CO., L.P. ALL RIGHTS RESERVED.

# Edward Jones STOCK TABLE
As of 11/1/2019

| Name | Ticker Symbol | Current Opinion | Recent Price $ | 52-week Price Range $ | Earnings Per Share 2019 (Est.) $ | Earnings Per Share 2020 (Est.) $ | P/E based on 2020 (Est.) | L-T EPS Growth Est. % | PEGY | Annual Dividends $ | Dividend Yield % | L-T Dividend Growth Est. % | Dividend Payment Months | Cash Dividends Since | $10,000 Invested 10 Years Ago Now Worth $ | Investment Category | Important Disclosures |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dow Jones Industrial Average | | | 27347 | 27359 – 21792 | 1481.20 | 1744.98 | 15.7 | | | 600.39 | 2.2 | 0 | | | 28,156 | | |
| S&P 500 | | | 3067 | 3067 – 2351 | 164.40 | 181.29 | 16.9 | | | 59.19 | 1.9 | 0 | | | 29,598 | | |
| **COMMUNICATION SERVICES (10%)** | | | | | | | | | | | | | | | | | |
| **Alphabet** | GOOGL | Buy | 1272.25 | 1299.24 – 977.66 | 49.91 | 60.14 | 21.2 | 17 | 1.2 | 0.00 | 0.0 | 0 | | | 47,415 | G | |
| AT&T | T | Buy | 38.95 | 39.02 – 26.80 | 3.59 | 3.65 | 10.7 | 4 | 1.2 | 2.04 | 5.2 | 2 | 2,5,8,11 | 1984 | 26,309 | G/I | 14 |
| BCE Inc. | BCE | Buy | 47.52 | 49.58 – 38.85 | 2.68 | 2.85 | 16.7 | 4 | 1.8 | 2.41 | 5.1 | 4 | 1,4,7,10 | 1881 | 33,169 | G/I | 12 |
| **Comcast Cl. A** | CMCSA | Buy | 44.75 | 47.27 – 32.61 | 3.10 | 3.45 | 13.0 | 8 | 1.3 | 0.84 | 1.9 | 9 | 4,7,10,1 | 2008 | 74,318 | G/I | |
| **Disney (Walt) Company** | DIS | Buy | 132.75 | 147.15 – 100.35 | 5.96 | 5.80 | 22.9 | 8 | 2.5 | 1.76 | 1.3 | 8 | 1,7 | 1957 | 55,964 | G/I | |
| Facebook | FB | Hold | 193.62 | 208.66 – 123.02 | 6.38 | 9.21 | 21.0 | 19 | 1.1 | 0.00 | 0.0 | 0 | | | NA | G | |
| Omnicom Group | OMC | Buy | 77.05 | 85.05 – 68.58 | 6.06 | 6.56 | 11.7 | 7 | 1.1 | 2.60 | 3.4 | 6 | 1,4,7,10 | 1986 | 29,211 | G/I | |
| **Verizon Communications** | VZ | Buy | 60.37 | 61.58 – 52.28 | 4.83 | 4.92 | 12.3 | 4 | 1.5 | 2.46 | 4.1 | 3 | 2,5,8,11 | 1984 | 35,242 | G/I | 2,4 |
| Vodafone PLC | VOD | Hold | 20.47 | 21.73 – 15.53 | 0.59 | 1.04 | 19.7 | 3 | 2.5 | 1.01 | 4.9 | 0 | 2,8 | 1989 | 15,974 | G/I | 12 |
| **CONSUMER DISCRETIONARY (9%)** | | | | | | | | | | | | | | | | | |
| Amazon | AMZN | Hold | 1791.44 | 2035.80 – 1307.00 | 20.00 | 25.00 | 71.7 | 25 | 2.9 | 0.00 | 0.0 | 0 | | | 150,782 | G | |
| **Booking Holdings** | BKNG | Buy | 2032.02 | 2081.81 – 1606.27 | 102.00 | 113.00 | 18.0 | 13 | 1.4 | 0.00 | 0.0 | 0 | | | 128,780 | G | |
| **Dollar General** | DG | Buy | 159.90 | 166.98 – 98.08 | 6.60 | 7.30 | 21.9 | 11 | 1.9 | 1.28 | 0.8 | 7 | 1,4,7,10 | 2015 | NA | G/I | |
| eBay | EBAY | Hold | 35.25 | 42.00 – 26.01 | 2.64 | 2.95 | 11.9 | 10 | 1.0 | 0.56 | 1.6 | 10 | 3,6,9,12 | 2019 | 38,027 | G | |
| Ford Motor | F | Hold | 8.89 | 10.56 – 7.41 | 1.28 | 1.40 | 6.4 | 5 | 0.5 | 0.60 | 6.7 | 0 | 3,6,9,12 | 2012 | 18,431 | G/I | 14 |
| General Motors | GM | Hold | 37.97 | 41.90 – 31.46 | 4.70 | 6.60 | 5.8 | 6 | 0.6 | 1.52 | 4.0 | 2 | 3,6,9,12 | 2014 | NA | G/I | |
| Home Depot | HD | Buy | 237.34 | 238.99 – 158.09 | 10.12 | 11.00 | 21.6 | 9 | 1.9 | 5.44 | 2.3 | 10 | 3,6,9,12 | 1987 | 119,997 | G/I | |
| **Lowe's** | LOW | Buy | 112.95 | 118.23 – 84.75 | 5.65 | 6.65 | 17.0 | 11 | 1.3 | 2.20 | 1.9 | 14 | 2,5,8,11 | 1961 | 69,263 | G/I | |
| **McDonald's** | MCD | Buy | 193.94 | 221.93 – 169.04 | 8.20 | 8.85 | 21.9 | 8 | 2.1 | 5.00 | 2.6 | 7 | 3,6,9,12 | 1976 | 44,661 | G/I | |
| Nike | NKE | Hold | 89.18 | 96.87 – 66.53 | 2.49 | 2.95 | 30.2 | 12 | 2.3 | 0.88 | 1.0 | 10 | 1,4,7,10 | 1984 | 65,113 | G/I | |
| O'Reilly Automotive | ORLY | Buy | 437.01 | 446.78 – 318.33 | 17.90 | 20.00 | 21.9 | 13 | 1.7 | 0.00 | 0.0 | 0 | | | 117,224 | G | |
| Ross Stores | ROST | Hold | 110.99 | 114.83 – 75.91 | 4.45 | 4.85 | 22.9 | 10 | 2.1 | 1.02 | 0.9 | 12 | 3,6,9,12 | 1994 | 111,763 | G/I | |
| Starbucks | SBUX | Buy | 83.21 | 99.72 – 58.07 | 2.83 | 3.10 | 26.8 | 13 | 1.8 | 1.64 | 2.0 | 13 | 2,5,8,12 | 2010 | 102,332 | G/I | |
| Target | TGT | Buy | 107.82 | 114.83 – 60.15 | 6.05 | 6.25 | 17.3 | 5 | 2.3 | 2.64 | 2.4 | 5 | 3,6,9,12 | 1967 | 29,424 | G/I | |
| **TJX Companies** | TJX | Buy | 58.01 | 60.89 – 41.49 | 2.65 | 2.90 | 20.0 | 11 | 1.6 | 0.92 | 1.6 | 14 | 3,6,9,12 | 1980 | 70,912 | G/I | |
| **Tractor Supply** | TSCO | Buy | 95.78 | 114.25 – 78.67 | 4.75 | 5.25 | 18.2 | 13 | 1.3 | 1.40 | 1.5 | 12 | 3,6,8,11 | 2010 | 95,013 | G | |
| **Ulta Beauty** | ULTA | Buy | 233.11 | 368.83 – 224.43 | 12.00 | 13.50 | 17.3 | 13 | 1.3 | 0.00 | 0.0 | 0 | | | 155,708 | G | |
| VF Corp. | VFC | Buy | 82.89 | 93.88 – 63.23 | 2.87 | 3.35 | 24.7 | 13 | 1.6 | 1.92 | 2.3 | 10 | 3,6,9,12 | 1941 | 62,559 | G/I | |
| YUM! Brands | YUM | Hold | 99.65 | 119.72 – 85.81 | 3.85 | 4.15 | 24.0 | 13 | 1.6 | 1.68 | 1.7 | 10 | 2,5,8,11 | 2004 | 50,980 | G/I | |
| **CONSUMER STAPLES (9%)** | | | | | | | | | | | | | | | | | |
| Altria Group | MO | Hold | 45.06 | 66.04 – 39.30 | 4.23 | 4.40 | 10.2 | 2 | 1.1 | 3.36 | 7.5 | 0 | 1,4,7,10 | 1928 | 41,320 | G/I | |
| Coca-Cola | KO | Hold | 53.90 | 55.92 – 44.42 | 2.10 | 2.27 | 23.7 | 7 | 2.4 | 1.60 | 3.0 | 7 | 4,7,10,12 | 1920 | 27,507 | G/I | |
| Colgate-Palmolive | CL | Hold | 66.81 | 76.41 – 57.51 | 2.81 | 2.98 | 22.4 | 6 | 2.6 | 1.72 | 2.6 | 4 | 2,5,8,11 | 1895 | 21,520 | G/I | |
| Costco | COST | Hold | 296.00 | 307.34 – 189.51 | 8.50 | 9.30 | 31.8 | 10 | 2.9 | 2.60 | 0.9 | 11 | 2,5,8,12 | 2004 | 67,124 | G/I | |
| Diageo PLC | DEO | Buy | 163.00 | 176.22 – 136.00 | 6.51 | 7.03 | 23.2 | 7 | 2.5 | 3.71 | 2.3 | 6 | 4,10 | 1998 | 33,025 | G/I | 12 |
| Estee Lauder | EL | Hold | 186.58 | 207.50 – 121.47 | 5.34 | 5.90 | 31.6 | 10 | 2.9 | 1.92 | 1.0 | 10 | 3,6,9,12 | 1995 | 99,410 | G/I | |
| **General Mills** | GIS | Buy | 51.18 | 56.40 – 36.42 | 3.22 | 3.35 | 15.3 | 7 | 1.4 | 1.96 | 3.8 | 4 | 2,5,8,11 | 1928 | 21,618 | G/I | |
| Hershey | HSY | Hold | 143.07 | 162.20 – 100.80 | 5.70 | 6.10 | 23.5 | 7 | 2.5 | 3.09 | 2.2 | 7 | 3,6,9,12 | 1930 | 48,240 | G/I | |
| Kimberly-Clark | KMB | Hold | 132.04 | 143.50 – 104.11 | 6.82 | 7.25 | 18.2 | 7 | 1.8 | 4.12 | 3.1 | 6 | 1,4,7,10 | 1934 | 31,819 | G/I | |
| Kraft Heinz | KHC | Hold | 32.61 | 56.50 – 24.86 | 2.82 | 2.77 | 11.8 | 6 | 1.1 | 1.60 | 4.9 | 0 | 3,6,9,12 | 2015 | NA | G/I | |
| **Mondelez International** | MDLZ | Buy | 52.03 | 56.72 – 38.79 | 2.50 | 2.65 | 19.6 | 8 | 1.9 | 1.14 | 2.2 | 10 | 1,4,7,10 | 2012 | 36,484 | G/I | |
| **PepsiCo** | PEP | Buy | 136.93 | 140.45 – 105.03 | 5.55 | 5.95 | 23.0 | 8 | 2.1 | 3.82 | 2.8 | 8 | 1,3,6,9 | 1952 | 30,361 | G/I | |
| **Philip Morris International** | PM | Buy | 82.97 | 92.74 – 64.67 | 5.17 | 5.58 | 14.9 | 8 | 1.1 | 4.68 | 5.6 | 4 | 1,4,7,10 | 2008 | 27,518 | G/I | |
| Procter & Gamble | PG | Buy | 123.87 | 125.77 – 86.74 | 4.52 | 5.00 | 24.8 | 7 | 2.6 | 2.98 | 2.4 | 6 | 2,5,8,11 | 1890 | 29,278 | G/I | |
| Sysco | SYY | Hold | 81.28 | 81.60 – 59.44 | 3.55 | 3.80 | 21.4 | 9 | 2.0 | 1.56 | 1.9 | 8 | 1,4,7,10 | 1970 | 41,494 | G/I | |
| Walgreens Boots Alliance | WBA | Hold | 57.38 | 86.31 – 49.03 | 5.99 | 6.03 | 9.5 | 5 | 1.2 | 1.83 | 3.2 | 5 | 3,6,9,12 | 1933 | 18,864 | G/I | |
| Walmart | WMT | Hold | 117.62 | 120.71 – 85.78 | 4.80 | 5.05 | 23.3 | 5 | 3.4 | 2.12 | 1.8 | 2 | 1,4,6,9 | 1974 | 30,359 | G/I | |
| **ENERGY (5%)** | | | | | | | | | | | | | | | | | |
| BP PLC | BP | Hold | 38.70 | 45.38 – 35.73 | 2.95 | 3.35 | 11.6 | 4 | 1.1 | 2.46 | 6.4 | 2 | 3,6,9,12 | 2011 | 11,462 | G/I | 12 |
| Canadian Natural Resources | CNQ | Hold | 25.93 | 31.77 – 21.85 | 2.00 | 1.70 | 15.3 | 7 | 1.3 | 1.14 | 4.4 | 7 | 1,4,7,10 | 2001 | 10,103 | G/I | 12 |
| **Chevron** | CVX | Buy | 116.21 | 127.34 – 100.22 | 6.45 | 7.30 | 15.9 | 6 | 1.6 | 4.76 | 4.1 | 4 | 3,6,9,12 | 1912 | 22,011 | G/I | |
| ConocoPhillips | COP | Hold | 57.15 | 71.26 – 50.13 | 3.80 | 4.10 | 13.9 | 6 | 1.6 | 1.68 | 2.9 | 5 | 3,6,9,12 | 1934 | 20,948 | G/I | |
| **EOG Resources** | EOG | Buy | 71.15 | 110.20 – 64.33 | 4.40 | 4.65 | 15.3 | 11 | 1.2 | 1.15 | 1.6 | 20 | 1,4,7,10 | 1989 | 18,706 | G/I | |
| Enbridge | ENB | Buy | 36.87 | 38.04 – 28.82 | 2.02 | 2.04 | 18.1 | 6 | 1.5 | 2.24 | 6.1 | 6 | 3,6,9,12 | 1952 | 27,990 | G/I | 12 |
| ExxonMobil | XOM | Hold | 69.60 | 83.75 – 64.65 | 2.70 | 3.95 | 17.6 | 5 | 1.8 | 3.48 | 5.0 | 3 | 3,6,9,12 | 1882 | 13,350 | G/I | |
| Kinder Morgan | KMI | Hold | 20.50 | 21.50 – 14.62 | 0.95 | 1.05 | 19.5 | 5 | 2.0 | 1.00 | 4.9 | 5 | 2,5,8,11 | 2011 | NA | G/I | |
| **Marathon Petroleum** | MPC | Buy | 66.47 | 73.00 – 43.96 | 4.35 | 7.45 | 8.9 | 8 | 0.8 | 2.12 | 3.2 | 10 | 3,6,9,12 | 2011 | NA | G/I | |
| Occidental Petroleum | OXY | Sell | 42.29 | 75.79 – 39.97 | 2.20 | 1.75 | 24.2 | 5 | 1.9 | 3.16 | 7.5 | 0 | 1,4,7,10 | 1975 | 8,221 | G/I | |
| ONEOK | OKE | Hold | 70.25 | 77.21 – 50.26 | 3.15 | 3.80 | 18.5 | 10 | 1.2 | 3.66 | 5.2 | 10 | 2,5,8,11 | 1939 | 69,176 | G/I | |
| Phillips 66 | PSX | Hold | 118.40 | 119.78 – 78.44 | 8.70 | 10.70 | 11.1 | 7 | 1.1 | 3.60 | 3.0 | 8 | 3,6,9,12 | 2012 | NA | G/I | |
| Royal Dutch Shell PLC | RDS.A | Buy | 58.64 | 66.48 – 54.56 | 4.40 | 5.10 | 11.5 | 7 | 0.9 | 3.20 | 5.5 | 3 | 3,6,9,12 | 1947 | 16,183 | G/I | 12 |
| Schlumberger | SLB | Hold | 34.44 | 52.94 – 30.65 | 1.50 | 1.80 | 19.1 | 5 | 1.8 | 2.00 | 5.8 | 3 | 1,4,7,10 | 1957 | 6,972 | G/I | |
| Suncor Energy | SU | Buy | 30.90 | 35.37 – 25.81 | 2.00 | 1.60 | 19.3 | 7 | 1.7 | 1.27 | 4.1 | 7 | 3,6,9,12 | 1990 | 11,954 | G/I | 12 |

Due to increasing coverage and limited space, we include the top 180 stocks based on market capitalization in *Edward Jones Perspective*. For a complete list of stocks that Edward Jones covers, please see your financial advisor.