# EXHIBIT D

## Romeo Stock Claim - Distribution Requested

Mejia, Melissa

Romeo Stock Claim - Distribution Requested

Romeo power stock



**Proceeds from Broker and Barter Exchange Transactions**
(continued)

2021                                                                 02/11/2022

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS** [Ordinary gains or losses are identified in the Additional information column] *(Lines 2 & 5)*

| 1a- Description of property/CUSIP/Symbol | | | | | | |
|---|---|---|---|---|---|---|
| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z)    Additional information |
| ROMEO POWER, INC. / CUSIP: 776153108 / Symbol:  (cont'd) | | | | | | |
| | 37.000 | 320.78 | 04/22/21 | 795.30 | 474.52 W | 0.00    145 of 177 - Sale [25] |
| | 41.000 | 355.46 | 04/22/21 | 744.40 | 388.94 W | 0.00    146 of 177 - Sale [25] |
| | 42.000 | 364.13 | 04/22/21 | 942.51 | 578.38 W | 0.00    147 of 177 - Sale [25] |
| | 44.000 | 381.47 | 04/22/21 | 803.73 | 422.26 W | 0.00    148 of 177 - Sale [25] |
| | 46.000 | 398.81 | 04/22/21 | 969.91 | 571.10 W | 0.00    149 of 177 - Sale [25] |
| | 48.000 | 416.15 | 04/22/21 | 888.35 | 472.20 W | 0.00    150 of 177 - Sale [25] |
| | 50.000 | 433.49 | 04/22/21 | 913.33 | 479.84 W | 0.00    151 of 177 - Sale [25] |
| | 50.000 | 433.49 | 04/22/21 | 1,074.72 | 641.23 W | 0.00    152 of 177 - Sale [25] |
| | 52.000 | 450.83 | 04/22/21 | 1,096.42 | 645.59 W | 0.00    153 of 177 - Sale [25] |
| | 52.000 | 450.83 | 04/22/21 | 1,144.03 | 693.20 W | 0.00    154 of 177 - Sale [25] |
| | 58.000 | 502.85 | 04/22/21 | 1,235.08 | 732.23 W | 0.00    155 of 177 - Sale [25] |
| | 70.000 | 606.89 | 04/22/21 | 1,230.36 | 623.47 W | 0.00    156 of 177 - Sale [25] |
| | 78.000 | 676.25 | 04/22/21 | 1,644.64 | 968.39 W | 0.00    157 of 177 - Sale [25] |
| | 79.000 | 684.92 | 04/22/21 | 1,456.51 | 771.59 W | 0.00    158 of 177 - Sale [25] |
| | 88.000 | 762.94 | 04/22/21 | 1,599.53 | 836.59 W | 0.00    159 of 177 - Sale [25] |
| | 94.000 | 814.96 | 04/22/21 | 1,041.26 | 226.30 W | 0.00    160 of 177 - Sale [25] |
| | 94.000 | 814.96 | 04/22/21 | 1,714.32 | 899.36 W | 0.00    161 of 177 - Sale [25] |
| | 94.000 | 814.96 | 04/22/21 | 1,717.04 | 902.08 W | 0.00    162 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 870.00 | 3.02 W | 0.00    163 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 870.00 | 3.02 W | 0.00    164 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 870.00 | 3.02 W | 0.00    165 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 870.00 | 3.02 W | 0.00    166 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 870.00 | 3.02 W | 0.00    167 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 870.00 | 3.02 W | 0.00    168 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 870.00 | 3.02 W | 0.00    169 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 870.00 | 3.02 W | 0.00    170 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 1,107.74 | 240.76 W | 0.00    171 of 177 - Sale [25] |
| | 100.000 | 866.98 | 04/22/21 | 1,187.75 | 320.77 W | 0.00    172 of 177 - Sale [25] |
| | 151.000 | 1,309.15 | 04/22/21 | 1,313.70 | 4.55 W | 0.00    173 of 177 - Sale [25] |
| | 268.000 | 2,323.51 | 04/22/21 | 2,968.73 | 645.22 W | 0.00    174 of 177 - Sale [25] |
| | 362.000 | 3,138.48 | 04/22/21 | 4,791.90 | 1,653.42 W | 0.00    175 of 177 - Sale [25] |
| | 400.000 | 3,467.94 | 04/22/21 | 3,480.00 | 12.06 W | 0.00    176 of 177 - Sale [25] |
| | 543.000 | 4,707.72 | 04/22/21 | 4,724.10 | 16.38 W | 0.00    177 of 177 - Sale [25] |
| 04/22/21 | 10,093.000 | 86,837.56 | Various | 153,024.84 | 66,187.28 W | 0.00    Total of 177 transactions |

**Proceeds from Broker and Barter Exchange Transactions**
(continued)

2021                                                                 02/11/2022

