# EXHIBIT E

**From:**              Joseph Cohen
**To:**                         Schofield_NYSDChambers@nysd.uscourts.gov; Melissa Wright; Kara Wolke
**Cc:**
**Subject:**      RE: Request for the court to Address Confidentiality of Submission
**Date:**         Friday, December 6, 2024 2:45:14 PM

Dear Ms. ▓▓▓

As Lead Counsel and the Claims Administrator have repeatedly told you and Mr. ▓▓▓ over the course of several months, **via email, in person (7 months ago) and over the telephone**, the documents necessary to process your claims are: (1) a completed claim form;  and (2) monthly statements from brokerage and/or retirement account(s), or confirmation slips from the brokerage account, with all of the Romeo Power purchases/sales that you listed on your claim form.  Moreover, as we have told you from the beginning, the documents **from the brokerage firm or retirement account** must show (1) the account number, (2) the account owner's name, (3) the account owner's address, and (4) purchase/sales of Romeo Power stock.  We have told you, like we tell everyone that submits a claim form, that the best way to satisfy these requirements is to provide monthly statements from your brokerage account.  Despite repeated requests, you have not done so.

To be absolutely clear, this is the information that is needed to show you are a settlement class member and that you have a valid claim.  Your failure to do so over the course of many months has resulted in a delay of the distribution of the money that was recovered to the thousands of settlement class members who were victims of the alleged fraud and who have provided this information.  The Court has given you one more chance to do so and we have told that we will present this information to the Court on the public docket in redacted form.  This means that you can white out or use a marker to obscure your name, address, and account number, and that version will be posted on the public docket as ordered by the Court.  **You must, however, also provide an unredacted copy of these documents so that we can submit them confidentially to the Court for its review**.

Again, to be absolutely clear, **we do not need, nor do we want, your medical records or any other information unrelated to the claim forms and supporting documentation**.

Please send us the requested information by 5:00 p.m., Pacific, so that we may provide it to the Court as required by the Court's order.

Yours truly,

Joseph D. Cohen

---

**From:** ███████████████████████████████████

**Sent:** Friday, December 6, 2024 1:49 PM

**To:** Schofield_NYSDChambers@nysd.uscourts.gov; Melissa Wright <MWright@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>

**Cc:** ███████████████████

**Subject:** Request for the court to Address Confidentiality of Submission


Dear Honorable Judge Schofield, Mr. Cohen, and Ms. Wright,

I am writing to follow up on my previous request regarding the confidentiality of our submission in response to the Court's November 22, 2024 Order. While we have been informed by the law firm representing the Settlement Class that a redacted version of our response will be submitted for the public docket, our initial and ongoing request for full confidentiality remains unaddressed however deadline to respond, we are told remains the same.

We respectfully ask the Court to clarify and address our request for confidentiality. To the best of our knowledge, other class members whose claims have been accepted or denied have not had their claim forms, supporting documentation, or any personally identifiable information publicly distributed. We are concerned that this lack of precedent for public disclosure does not align with how our materials are currently being handled.

Our submission includes sensitive medical and personal information that deserves the same level of protection afforded to others in this class action. Public disclosure of such information poses unnecessary risks to privacy and contradicts the principles of fairness and equal treatment.

We humbly request confirmation of how the Court intends to handle our submission and whether full confidentiality or filing under seal is being considered. This clarity is crucial for us to move forward in good faith while safeguarding our privacy and dignity.

Thank you for your time and consideration.

██████████ and ██████████