# EXHIBIT F

re Romeo Power Inc. Securities Litigation
P.Cviq Systems I...
Portlax

Website: www.RomeoPowerSecuritiesSettlement.com
Email: info@RomeoPowerSecuritiesSettlement.com
Phone: 1-877-915-1127

Claim Number: ☒

Response Deadline:  August 29, 2024

August 9, 2024

### Notice of Deficient or Ineligible Proof of Claim Submission

Dear Claimant:

We received the Proof of Claim and Release Form ("Claim") that you submitted in connection with the Romeo Power Securities Litigation. We have determined, based on our review of your Claim, that the Claim is deficient (which is curable) or ineligible for the reason(s) identified below. In order to resolve the condition(s) within your Claim, you must submit a written response (with any required documentation), as specified below, postmarked no later than 20 days from the date of this notice. Your response deadline is printed at the top of this notice. Please include a copy of this notice with your response. **If you fail to respond by the deadline set forth above or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that the condition(s) remain(s) uncured. PLEASE NOTE: <u>This is the only notice you will receive with respect to this Claim.</u>**

RMG Acquisition Corp (common stock ticker: RMG, CUSIP: 749641106) is a Special Purpose Acquisition Company (SPAC). It acquired Romeo Power (common stock ticker: RMO, CUSIP: 776153108) on or about 12/30/2020. On that merger date, RMG common stock changed to RMO common stock. This is just a name, ticker and CUSIP change. It is not a Separation of RMG Units as laid out in Part III, section 4 of the Proof of Claim form. Claimants should treat both RMG and RMO as common stock to be claimed in the common stock section (Part IV) of the Proof of Claim form. Many filers incorrectly claimed RMG as Units or Warrants. This has caused a variety of defects that may be mentioned in this Defect Letter. Use this opportunity to amend your claim to accurately reflect this name, ticker and CUSIP change.

<u>**Ineligibility Condition:**</u> No Recognized Loss.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which is available on the settlement website and was previously mailed to you), the Claim referenced above does not calculate to a Recognized Loss and therefore is not eligible to receive a distribution from the Net Settlement Fund. Please be aware that having a Recognized Loss is not the same as having a market loss. It is possible to have a market loss, in which you experience a loss in value of your stock, and still have no Recognized Loss under the Plan of Allocation. Unless you had additional transactions in a) common stock of Romeo during the Class Period (i.e., October 5, 2020 through August 16, 2021, inclusive), b) RMG Units during the period from October 5, 2020, through and including December 30, 2020 and/or c) Romeo Warrants during the period from October 5, 2020, through and including April 5, 2021 that are not reflected in your Claim, this is NOT a curable deficiency.

<u>**How to Resolve:**</u> You can resolve this condition of ineligibility by submitting additional transactions in Romeo common stock during the Class Period that were not previously reflected in your Claim and that make your Claim calculate to a Recognized Loss. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

AK3871 v.03



**PLEASE NOTE:** Curing this condition of ineligibility is an absolute requirement in order for your Claim to be eligible to participate in the Settlement. If you have other deficiencies and cure them, your Claim still recognized eligible, even for "partial acceptance," unless this deficiency is cured. Your Claim must calculate to a Loss under the Plan of Allocation in order for you to be eligible to receive a distribution.

**Deficiency:** Trade Discrepancy/Claim Does Not Balance.

There is a discrepancy between the a) number of shares of common stock or sold, b) the number of shares held Romeo Warrants you reported on your Claim as purchased, acquired, and 2020, and at the end of the 90-day at the beginning of the Class Period (opening of trading on October 5, 2020). There may also be discrepancy between the number look-back period (close of trading on November 12, 2021). There may also be discrepancy upon the separation of those of Units claimed and the number of shares of common stock and Warrants received upon the separation of those Units on December 30, 2020. The formula used to calculate this discrepancy is as follows: The number of Units separated equals the number of shares of Common Stock received and 1/3 the number of Warrants received.

**How to Resolve:** You must provide any missing transactions, missing beginning or unsold holdings, missing separated units, missing exercised Warrants, or adjustments to your Claim so that it correctly balances. You must also support any additional transactions with acceptable documentation. Acceptable documentation includes securities brokers' confirmation slips, month-end and year-end account statements, or similar documentation. (Self-generated documents are not acceptable.)

**PLEASE NOTE:** If you fail to respond, or to the extent your response fails to cure the deficiency identified, the transaction(s) that relate(s) to the discrepancy will be rejected applying First-In-First-Out ("FIFO") matching, and the transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The formula used to calculate the discrepancy is as follows: Shares Held at the Beginning of the Class Period + All Shares Purchased or Acquired – All shares Sold or Delivered – Unsold Shares as of November 12, 2021.

This calculation should equal zero if a Claim is properly balanced and all transactions and holdings have been accurately reported.

**Deficiency:** Received Shares/Transfers.

You listed trades on your Proof of Claim form that are transfers of securities and not open-market transactions.

**How to Resolve:** In order for the common stock of Romeo transferred into your account to factor into the calculation of your Recognized Loss under the Plan of Allocation, you must provide documentation to show that the a) Romeo common stock you received was purchased during the Class Period from October 5, 2020 through August 16, 2021, inclusive, b) RMG Units were received during the period from October 5, 2020, through and including December 30, 2020 and/or c) Romeo Warrants were received during the period from October 5, 2020, through and including April 5, 2021.

**PLEASE NOTE:** If you do not have additional documentation, or if you want the transferred Romeo common stock, units and/or warrants to be used to balance your Claim only, you do not need to respond to this deficiency. If you do not respond, the transferred shares will be rejected, along with any corresponding transaction(s), following First-In-First-Out ("FIFO") matching, and such shares and corresponding transaction(s) will not be considered in the calculation of your Claim's Recognized Loss pursuant to the Plan of Allocation. Your Claim will still be processed to the extent otherwise eligible as a partial Claim.

The specific transaction(s) for which this information is required is (are) listed in the chart below.

| Date | Quantity | Type of Transaction | Type of Security |
|---|---|---|---|
|  | | | |

AK:█████