# EXHIBIT G

| | |
|---|---|
| **From:** | info_RomeoPowerSecuritiesSettlement |
| **To:** | ███████████ |
| **Cc:** | ███████████████████████████████████ Melissa Wright; Kara Wolke; info_RomeoPowerSecuritiesSettlement; Joseph Cohen |
| **Subject:** | RE: FW: Introduction |
| **Date:** | Monday, June 24, 2024 12:27:30 PM |

███████

I am confirming we received a claim for ████████ filed on 6/24/24. I also received your voicemail on Friday requesting confirmation of the same.  Please note no supporting documentation was provided for the claimed transactions. As you are aware, all claims must be accompanied by documentation.

Regards,
Melissa

In re Romeo Power Inc. Securities Litigation

Claims Administrator

**People. Partnership. Performance.**
www.epiqglobal.com

**From:** ████████████████████████
**Sent:** Friday, June 21, 2024 3:30 PM
**To:** Mejia, Melissa <Melissa.Mejia@epiqglobal.com>
**Cc:** ████████████████████████████████████████ Melissa Wright <MWright@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>; Joseph Cohen ████████████████ info_RomeoPowerSecuritiesSettlement <info@RomeoPowerSecuritiesSettlement.com>
**Subject:** Re: FW: Introduction

> You don't often get email from ████████████    Learn why this is important
>
> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Hello Melissa,

I'm surprised to hear that because you were able to see his submitted form months ago when I scheduled our first appointment to meet with you.  No problem, we will resubmit another claim form for ████ today as we look to hear from the settlement administrator to confirm again.

Thank you,

███

On Thu, Jun 20, 2024 at 10:57 AM Mejia, Melissa <Melissa.Mejia@epiqglobal.com> wrote:

> Ms. ███
>
> We were asked to respond back to your recent email regarding your claim in the Romeo Power Securities litigation. Epiq is the Claims Administrator for this matter and we are happy to respond to any inquiries regarding your claim form or the administration.
>
> Currently we see one claim on file for ███████ The claim is deficient and no supporting documentation for the claimed transactions has been provided to date. Please forward any documentation in connection with this claim including monthly broker statements and transactions records. Epiq will also send a deficiency notice listing any and all deficiencies with your claim during our standard deficiency letter process. Please also note that our records reflect your claim filing included a significantly lower amount of shares purchased than the 50K shares referenced in your email below.
>
> We currently see no valid claim filing for ███████ at this time. We have emailed and a left voice mail for ███████ however we have yet to receive a claim form with the required supporting documentation. Please advise Mr. ████ to submit a claim online or use the claim form attached to file a claim. The email address we have on file for Mr. ████ is ███████████████████████ If Mr. ████ would like Epiq to be able to speak with you regarding his claim, please advise him to indicate that on the signed claim form.
>
> Please reach out with any questions. I will also attempt to contact you at the phone number you provided below.
>
> Regards,
> Melissa
>
> **Melissa Mejia**
> Epiq | Senior Project Manager
> Mobile: +1 347 757 0629
> Email: melissa.mejia@epiqglobal.com
>
> **People. Partnership. Performance.**
> www.epiqglobal.com
>
> > **From:** ███████████████████
> > **Date:** June 20, 2024 at 2:50:21 AM EDT
> > **To:** Melissa Wright <MWright@glancylaw.com>
> > **Cc:** ███████████████████████

**Subject: Re: Introduction**

Dear Melissa,

Urgent Request for Confirmation of Estimated Settlement Amount: on behalf of ███████ and ███████

I hope this email finds you well. We are writing to express our concern regarding the calculation of our economic loss in the class action lawsuit against Romeo Stock. After careful consideration of how the law firm and settlement administrator are formulating and processing the individual amounts for class members, we are worried that our economic loss may not be properly valued or distributed.

We have previously shared a detailed spreadsheet with you, outlining our calculations and the basis for our expected settlement amount. We have a figure of approximately $800,000.00 in mind, based on our assessment.

Given that 90% of class members have already submitted their information, we believe it should be possible to provide us with an estimated settlement amount based on our submitted data. We understand that becoming a lead plaintiff is not an option for us at this stage, but we still need to make an informed decision about whether to opt out of the class action and retain our own representation.

Since today is the deadline to opt out, however it's Juneteenth so we are sending this email. Could you please confirm the estimated settlement amount we can expect, based on the information we have provided?  Approximately 50K shares at an average of $.06/per share. This confirmation is crucial for us to decide whether to continue as part of the class or to pursue our claim independently.

Thank you for your prompt attention.

God bless,

███████ and on behalf of ███████

███████

On Thu, Apr 4, 2024 at 5:13 PM Melissa Wright <MWright@glancylaw.com> wrote:

> Hello ███

> Nice chatting with you today!  Please send me the information you and
> your brother have about his Robinhood account.  I will take a look and let

you know if there is anything my firm can do or maybe I can provide a referral.

Best,

Melissa Wright
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 201-9150
mwright@glancylaw.com

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.