# EXHIBIT I

| | |
|---|---|
| **From:** | Mejia, Melissa |
| **To:** | ████████████████████ |
| **Cc:** | Kara Wolke; Joseph Cohen; Melissa Wright; info_RomeoPowerSecuritiesSettlement |
| **Subject:** | RE: Request for Assistance with Romeo Stock Claim and Taxation Inquiry |
| **Date:** | Tuesday, August 13, 2024 2:10:51 PM |

Ms. ████

We have yet to receive supporting documentation to support the claimed transactions in claim number 800004170.  If you have sent any documentation via email, please resend the email (and documentation) to info@RomeoPowerSecuritiesSettlement.com.   Additionally, as part of the claims administration, a deficiency letter was mailed to the address on record detailing the defects in your claim and how to resolve the deficiencies.

Regards,
Melissa

**Melissa Mejia**
Epiq | Senior Project Manager
Mobile: +1 347 757 0629
Email: melissa.mejia@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

**From:** Melissa Wright <MWright@glancylaw.com>
**Sent:** Tuesday, August 13, 2024 3:22 PM
**To:** Mejia, Melissa <Melissa.Mejia@epiqglobal.com>; ████████████████████████
████████████████████
**Cc:** Kara Wolke <KWolke@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>
**Subject:** Fwd: Request for Assistance with Romeo Stock Claim and Taxation Inquiry

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Hello

I'm including the settlement's claim administrator because my firm does not have or process any of the settlement claims.  Ms. Mejia can tell you if the required documentation has been submitted.

If you are found to be an authorized claimant, the claims administrator would send you a check. We cannot advise you on any tax implications. I recommend contacting your accountant for any questions relating to your taxes.

Best,

Melissa

Begin forwarded message:

**From:** ███████████████████████

**Date:** August 13, 2024 at 12:16:16 PM PDT

**To:** Melissa Wright <MWright@glancylaw.com>

**Cc:** ████████████████████

**Subject: Request for Assistance with Romeo Stock Claim and Taxation Inquiry**

Hello Melissa,

I hope this message finds you well. I'm reaching out to request a call with either Guru or myself regarding our Romeo stock claim. We have left several messages with your team to confirm that you have all the necessary information.

Additionally, I have a question concerning the taxation of settlement funds, as the stock was held in my retirement IRA. Specifically, would the settlement proceeds need to be redeposited into my retirement account, and how would they be categorized for tax purposes?

I appreciate your prompt attention to these matters and look forward to your guidance.

Best regards,



This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.