# EXHIBIT J

| | |
|---|---|
| **From:** | Mejia, Melissa |
| **To:** | ██████████████████ |
| **Cc:** | Karla Vazquez; Melissa Wright; Joseph Cohen; info_RomeoPowerSecuritiesSettlement |
| **Subject:** | RE: Romeo Power Securities_ Claim Status |
| **Date:** | Friday, August 23, 2024 6:32:06 AM |

Mr. ████

I have received your voice mail messages. You claim is deficient as it does not calculate to a recognized loss. Additionally,  the claim does not balance which would require missing transactions. Finally, no supporting documentation was provided to support the claimed transactions.  Should you have any documentation to support these or additional transactions, please respond to this email and attach them as soon as possible.  In the alternative, you can mail the documentation to the address provided on the deficiency letter.

Regards,
Melissa

**Melissa Mejia**
Epiq | Senior Project Manager
Mobile: +1 347 757 0629
Email: melissa.mejia@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

---

**From:** info_RomeoPowerSecuritiesSettlement
**Sent:** Wednesday, August 21, 2024 7:14 PM
**To:** ██████████████████████
**Cc:** info_RomeoPowerSecuritiesSettlement <info@RomeoPowerSecuritiesSettlement.com>; Karla Vazquez <KVazquez@glancylaw.com>; Melissa Wright <MWright@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>
**Subject:** Romeo Power Securities_ Claim Status



This email is in response to your claim status inquiry. We see that no supporting documentation was submitted for your claim, claim number 800004298. The claim, as entered into the web portal, also contains additional deficiencies.  A deficiency notice was mailed to the address on file in Anaheim, CA. Please provide documentation to support the claimed transactions as soon as possible. Acceptable documentation includes brokerage confirmation slips or monthly brokerage account statements.  As stated on the web filing portal and included on the proof of claim form,  supporting documentation must be provided.

Regards,
Melissa

**People. Partnership. Performance.**
www.epiqglobal.com

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.