# EXHIBIT M

| Romeo Stock Purchase | Romeo Power Inc | | | |
|---|---|---|---|---|
| ███████ | Broker and Barter Exchange Transactions | | | |
| Date | Quanity | 1d-Proceeds | 1b-Date Aq | 1e-Cost or other basis |
| 6/28/21 | | | | |
| | 1.000 | 8.46 | 06/28/21 | 22.83 |
| | 400.000 | 3,383.93 | Various | 8828.77 |
| Date | Quanity | 1d-Proceeds | 1b-Date Aq | |
| 7/15/21 | | | | |
| | 1.000 | 7.37 | 07/09/21 | 22.79 |
| | 29.000 | 213.76 | 07/09/21 | 567.08 |
| | 17.000 | 125.31 | 07/09/21 | 301.70 |
| | 12.000 | 88.45 | 07/09/21 | 251.90 |
| | 10.000 | 73.71 | 07/09/21 | 209.63 |
| | 9.000 | 66.34 | 07/09/21 | 162.50 |
| | 9.000 | 66.34 | 07/09/21 | 161.88 |
| | 4.000 | 29.48 | 07/09/21 | 86.14 |
| | 4.000 | 29.48 | 07/09/21 | 70.53 |
| | 3.000 | 22.11 | 07/09/21 | 53.30 |
| | 2.000 | 14.74 | 07/09/21 | 43.07 |
| | 1.000 | 7.37 | 07/09/21 | 21.54 |
| | 44.000 | 324.33 | 07/12/21 | 521.40 |
| | 14.000 | 103.2 | 07/12/21 | 296.51 |
| | 10.000 | 73.71 | 07/12/21 | 209.39 |
| | 19.000 | 140.05 | 07/12/21 | 225.33 |
| | 5.000 | 36.86 | 07/12/21 | 105.91 |
| | 5.000 | 36.86 | 07/12/21 | 59.30 |
| 7/15/21 | 198.000 | 1,459.47 | Various | 3369.90 |
| | 30.000 | 149.14 | 8/18/21 | 142.95 |
| | 197.000 | 979.35 | 8/18/21 | 955.19 |
| 8/24/21 | 227.000 | 1.128.49 | Various | 1098.14 |
| 8/24/21 | 3.000 | 14.91 | 7/12/21 | 35.58 |
| Totals $$: | 12,729.850 | | | 13595.17 |

| 1f - Accrued mkt disc  1g - Loss W | Loss |
|---:|---:|
| | |
| | -14.37 |
| | -5,444.84 |
| | |
| | |
| | -15.42 |
| | -353.32 |
| | -176.39 |
| | -163.45 |
| | -135.92 |
| | -96.16 |
| | -95.54 |
| | -56.66 |
| | -41.05 |
| | -31.19 |
| | -28.33 |
| | -14.17 |
| | -197.07 |
| | -193.31 |
| | -135.68 |
| | -85.28 |
| | -60.05 |
| | -22.44 |
| | -1910.43 |
| | |
| | |
| | |
| 20.67 | |
| **283,654.56 - W** | **-17,200.96** |