# EXHIBIT N

## Fund Performance (continued)

*Please note: Fund categories are organized from least aggressive to most aggressive.*

➤ *Indicates the funds or other investment options you are invested in.*

|  | | This Period (%) | Year to Date (%) | One Year (%) | 3 Years (%) | 5 Years (%) | 10 Years or (Since Inception) (%) | Inception Date | Gross Expense Ratio* (%) | Net Expense Ratio* (%) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Investment Portfolios** | | | | | | | | | | |
| Benchmark: Bloomberg U.S. Aggregate Bond Index | 19,23,24,25 | 0.01 | -1.54 | -1.54 | 4.79 | 3.57 | 2.90 | | | |
| ProfitSharing All Income | 5,8,13,16 | -0.08 | -0.65 | -0.65 | 6.10 | 4.50 | 3.77 | 08/22/11 | 0.48 | 0.44 |
| Profit Sharing Income Focus | 5,8,13,16 | 1.24 | 3.73 | 3.73 | 9.83 | 7.36 | 6.31 | 08/22/11 | 0.48 | 0.45 |
| Profit Sharing Bala Toward Inc | 5,8,13,16 | 2.17 | 6.97 | 6.97 | 12.71 | 9.37 | 8.12 | 08/22/11 | 0.50 | 0.48 |
| Profit Sharing Bala Gro & Inc | 5,8,13,16,17 | 3.00 | 10.25 | 10.25 | 14.86 | 10.62 | 9.54 | 08/22/11 | 0.47 | 0.46 |
| ➤ Profit Sharing Bal Toward Gro | 5,8,13,16,17 | 3.77 | 13.19 | 13.19 | 16.87 | 12.11 | 10.81 | 08/22/11 | 0.49 | 0.48 |
| Profit Sharing - Growth Focus | 5,8,13,16,17 | 4.50 | 16.30 | 16.30 | 19.15 | 13.74 | 12.28 | 08/22/11 | 0.52 | 0.52 |
| Profit Sharing - All Equity | 5,8,13,16,17 | 5.55 | 19.92 | 19.92 | 21.94 | 15.62 | 13.93 | 08/22/11 | 0.53 | 0.53 |

\*\**An expense waiver is the elimination of all or part of a fund's expenses and fees. The waiver may be contractual or voluntary in nature, and the expiration date indicates when the waiver is set to expire. In certain circumstances, fund companies may not set an explicit expiration date, but have the discretion to subsequently set an expiration date or withdraw the waiver at any time. As a result, expiration dates can change and may range from short-term to long-term commitments. Please reference the fund prospectus for further information on expense waivers before making an investment decision.*

**\*Expense Ratios**

The net and gross expenses shown include the total operating expenses of the funds and the indirect expenses of the funds' underlying portfolios. Your investment returns are reduced by various fees and expenses. For each investment option, expense ratios are presented as an annual percentage. Depending on the type of investment, these charges are paid to Prudential or to unaffiliated mutual fund complexes or bank collective trusts.

**Gross Expense Ratio** - The Gross Expense Ratio represents the percentage of fund assets paid for operating expenses and management fees. It typically includes the following types of fees: accounting, administrator, advisor, auditor, board of directors, custodial, distribution (12b-1), legal, organizational, professional, registration, shareholder reporting, sub-advisor, and transfer agency. The Gross Expense Ratio does not reflect a fund's brokerage costs, fee waivers, or investor sales charges.

**Net Expense Ratio** - The Net Expense Ratio represents fees charged against fund assets after adjustment for any fee waivers, if applicable. The Net Expense Ratio will equal the Gross Expense Ratio when no fee waivers are in place.

*Expenses have been reduced pursuant to contractual agreements, subject to change, to waive payment or provide reimbursement of certain otherwise permissible charges. Please review the Fund Fact sheet or prospectus for more information regarding expense ratios. For stable value investments, the net expense ratio represents the contractual charges deducted from the gross interest rate to arrive at the net interest rate credited to balances held in those investments. "N/A" indicates the fund was not in existence or data was not available/applicable at the time this statement was printed.*

**For plans with registered products, investors should carefully consider a fund's investment objectives, risks, charges and expenses before investing. The prospectus and (if available) summary prospectus contain complete information about the investment options available through your plan. Please call the number on the front of your statement for a free prospectus and (if available) a summary prospectus containing this and other information about our funds. You should read the prospectus and summary prospectus (if available) carefully before investing. For variable insurance products, please read and consider both the contract and fund prospectuses, if applicable, carefully before investing. It is possible to lose money by investing in securities.**

*Some mutual funds and bank collective trusts, or their affiliates, compensate Prudential for selling their shares and servicing accounts, as detailed in the Fact Sheet for that investment option. For other investment options, the charges reflected in the Expense Ratio are typically deducted by Prudential in return for investment and recordkeeping services, and product distribution. In some cases, the charges also enable Prudential to satisfy a request for allowances to defray certain expenses. Programs may not include investment options with lower fee structures or lower cost share classes in order to compensate Prudential, in the aggregate, for servicing the account.*

*Any fees and expenses that you pay will have an impact on your retirement savings over time. As an example consider an account holder who began the year with a $10,000 account balance and enjoyed an investment return of 5% in a fund with an Expense Ratio of 0.85%. At the end of the year, the individual would have paid $89.25 for the services associated with the account.*

**877-EDJ-401K**

*24-hour toll-free Interactive Voice Response service*
*Participant Service representatives available:*
M - F, 5 a.m. - 6 p.m., Pacific Time

*Hearing Impaired:* Call (TDD) 877-760-5166

*Visit* **edj401k.com**
*to access your account online*

**Edward D. Jones & Co. Profit Sharing and 401(k) Plan**

00000158 0000789 0008 0010 PRS005DD011122181o02 STNDSOME01 00000228