# EXHIBIT O

**From:** Melissa Wright
**To:** ██ Kara Wolke; Joseph Cohen; Schmidt, Nicholas; info_RomeoPowerSecuritiesSettlement
**Subject:** RE: Romeo Power Securities_ Claim Status
**Date:** Wednesday, October 9, 2024 7:56:23 PM
**Attachments:** ██_800004170.pdf
TD Edward Jones Account pg 2.pdf
For G████ Romeo Power Litigation.png
G████ Romeo Stocksheet.pdf

---

Ms. ██

I'm going to address both claims (your and ██ in this email.

### ████████ claim:

Online claim form lists purchases of 1,100 Units and 417 shares of RMO common stock during the class period.

1. The documents that you sent ARE NOT SUFFICIENT.
   a. ██_800004170 (attached) – this document does not reference any stock purchases of Romeo Power.
   b. TD Edward Jones Account pg 2 (attached) – this document does not reference any stock purchases of Romeo Power.

2. Documents we can accept to verify purchases you listed on your claim form:
   a. Monthly statements from the brokerage and/or retirement account(s) with Romeo Power purchases/sales that you listed on your claim form.

   **OR**

   b. Confirmation slips from the brokerage account with Romeo Power purchases/sales that you listed on your claim form.

### ████████ claim (#800004298):

1. The documents that you sent ARE NOT SUFFICIENT.
   a. G████ Romeo Power Litigation (attached) – this picture does not include (1) the account number, (2) the account owner's name, and (3) the account owner's address. We need this info to make sure the stock transactions claimed are associated with the correct person or entity. Also, the transactions listed in the picture DO NOT MATCH the purchases listed on the claim form.
   b. G████ Romeo Stocksheet (attached) – we CANNOT accept a self-created

document as proof of account ownership or that you made any of the listed purchase/sales of Romeo Power.

2. <mark>Documents we can accept to verify purchases you listed on your claim form:</mark>
   a. Monthly statements from the brokerage and/or retirement account(s) with Romeo Power purchases/sales that you listed on your claim form.

      **OR**
   b. Confirmation slips from the brokerage account with Romeo Power purchases/sales that you listed on your claim form.

As we have told you from the beginning, to process your claim form we need documents **from the brokerage firm** that show (1) the account number, (2) the account owner's name, (3) the account owner's address, and (4) purchase/sales of Romeo Power stock. We tell everyone that submits a claim form that the best way to satisfy these requirements is to give us monthly statements from your brokerage account. You and Guru have not done this.  If you do have brokerage statements or trade confirmations reflecting Romeo stock purchases in your name, or in Guru's name, please send those ASAP.  Without them, the claims administrator cannot verify or process your claim.

Best,
Melissa

_____

Melissa Wright
Senior Counsel
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Office:  310-201-9150
Fax:    310-201-9160
mwright@glancylaw.com
www.glancylaw.com

_____

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

**From:** Mejia, Melissa <Melissa.Mejia@epiqglobal.com>

**Sent:** Thursday, September 26, 2024 1:39 PM
**To:** ████████████████████████████
**Cc:** ████████████████████ Karla Vazquez <KVazquez@glancylaw.com>; Melissa Wright <MWright@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>; Schmidt, Nicholas <nicholas.schmidt@epiqglobal.com>; info_RomeoPowerSecuritiesSettlement <info@RomeoPowerSecuritiesSettlement.com>
**Subject:** RE: Romeo Power Securities_ Claim Status



Thank you for your email however the documentation you provided (attached here again) is inadequate. We have explained that acceptable documentation to support your transactions includes brokerage confirmation slips or monthly brokerage account statements. As indicated on the deficiency letter, self-generated documents such as the excel spreadsheet you provided are not acceptable to support claimed transactions.  Please contact your broker to request the documentation if it is not in your possession. Brokers are familiar with these requests and should be able to provide monthly statements for the relevant time period.

Regards,
Melissa

**Melissa Mejia**
Epiq | Senior Project Manager
Mobile: +1 347 757 0629
Email: melissa.mejia@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

---

**From:** ████████████████████████████████
**Sent:** Wednesday, September 25, 2024 10:29 PM
**To:** Mejia, Melissa <Melissa.Mejia@epiqglobal.com>; ████████████████████
**Subject:** Re: Romeo Power Securities_ Claim Status

Thank you for your response Melissa. We put the purchase and sell dates and prices in an excel spreadsheet which may make it easier.  Also attached is the investment account statement for our claim.  Please let me know what is needed next.

God bless,



On Thu, Sep 19, 2024 at 7:25 AM Mejia, Melissa <Melissa.Mejia@epiqglobal.com> wrote:



I received your voice mail asking if we have everything needed for your claim. As discussed and stated in multiple emails, no we do not. Your claim remains is deficient for several reason, including the fact that no recognized loss was calculated pursuant to the Court-approved Plan of Allocation from the transactions you entered in the web filing portal but did not document. A letter was sent to the address on file explaining each deficiency. Additionally, as previously stated, we have received no supporting documentation for your claim-a requirement for this administration.

I cannot comment on Guru's claim as he has not provided authorization for Epiq to speak with you regarding his claim. However Epiq has emailed Guru directly and also sent a letter to the address on file regarding his claim.

Regards,
Melissa

**Melissa Mejia**
Epiq | Senior Project Manager
Mobile: +1 347 757 0629
Email: melissa.mejia@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

---

**From:** Melissa Wright <MWright@glancylaw.com>
**Sent:** Wednesday, September 11, 2024 4:00 PM
**To:** Mejia, Melissa <Melissa.Mejia@epiqglobal.com>; ███████████████
████████████████████████
**Cc:** Karla Vazquez <KVazquez@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>; info_RomeoPowerSecuritiesSettlement <info@RomeoPowerSecuritiesSettlement.com>; ████████████████████ Schmidt, Nicholas <nicholas.schmidt@epiqglobal.com>
**Subject:** Re: Romeo Power Securities_ Claim Status

████████

In addition to the issues flagged by Melissa M. from Epiq, I would also like to repeat that we do not have access to any stock transactions, not the firm litigating the case nor the claims administrator. Telling us that we can get your transactions from Romeo Power is simply wrong and does not change the deficiency status of either your or ██████ claim.

I also would like to remind you and ██████ that showing me a picture of a document is NOT sufficient to support any claim. As I told both of you at that time (and I'll repeat it here) - I do not know if that document, if properly submitted, is sufficient to support Guru's claim.

We require supporting documentation to verify every claim's legitimacy. If you and █████ do not provide the claims administrator cannot verify your claim's legitimacy, and we have no choice but to deny those claims.

I have repeatedly told you and █████ on the phone and in person this same information. Asking again will not change our answers/requirements.

Best,
Melissa Wright

---

**From:** Mejia, Melissa <Melissa.Mejia@epiqglobal.com>
**Sent:** Tuesday, September 10, 2024 9:32 AM
**To:** ████████████████████████████████████████
**Cc:** Karla Vazquez <KVazquez@glancylaw.com>; Melissa Wright <MWright@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>; info_RomeoPowerSecuritiesSettlement <info@RomeoPowerSecuritiesSettlement.com>; █████████████████████████████████ Schmidt, Nicholas <nicholas.schmidt@epiqglobal.com>
**Subject:** RE: Romeo Power Securities_ Claim Status

█████

We previously stated that we require supporting documentation to process claims in this administration. Acceptable documentation includes brokerage confirmation slips or monthly brokerage account statements. We have yet to receive this documentation to support your claim. Epiq is a third party administrator and does not have statements independent from what class members provide.

We have not distributed awards in this matter as of yet. At this time we are reviewing deficiency responses and completing our internal audits. PLEASE send your documentation to cure your claim ASAP. I have provided multiple methods for you to provide your documentation in the email chain below.

Regards,
Melissa

**Melissa Mejia**
Epiq | Senior Project Manager
Mobile: +1 347 757 0629
Email: melissa.mejia@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

---

**From:** ████████████████████████████ >
**Sent:** Monday, September 9, 2024 12:32 PM
**To:** Mejia, Melissa <Melissa.Mejia@epiqglobal.com>
**Cc:** Karla Vazquez <KVazquez@glancylaw.com>; Melissa Wright <MWright@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>; info_RomeoPowerSecuritiesSettlement <info@RomeoPowerSecuritiesSettlement.com>; ███████████████████
**Subject:** Re: Romeo Power Securities_ Claim Status

Dear Melissa,

Thank you for your email.  While I appreciate your response, I must express our concern that despite our numerous attempts to contact both you and the law firm over the past two weeks, we have not received any responses or clarification regarding our claim. Meanwhile, it is evident that settlement disbursements are still being processed for the court.

We are concerned about the delays in communication and the repeated requests for documentation and now, as we approach the final timeline, we find ourselves still being asked to submit documentation you also have access to from the Romeo Power side, which has already been provided to you as well as viewed by Melissa Wright in person at her office.

The reason for our calls was to verify our distribution amount, which has still not been addressed. We find this discrepancy troubling, and it raises questions about the fairness of this process.

Additionally, I received emails from individuals named Amy H. and Amy F. from what looks like the same Romeo Power Settlement email address stating they are looking into our claim. Are they two separate people? Could you please clarify their roles in this process and provide direct contact phone numbers for both managers who are currently looking into our claim as referenced in their emails.

Thank you for your immediate attention to this matter. I look forward to your prompt response today.

Best regards,



On Mon, Sep 9, 2024 at 7:46 AM Mejia, Melissa <Melissa.Mejia@epiqglobal.com> wrote:



I apologize for not being able to take your call however you may send any all documentation in relation to your claim to the case inbox info@RomeoPowerSecuritiesSettlement.com.   I will

also email you from Epiq's secure File Transfer System, GoAnywhere, which we use to transfer large files. You may respond to that email and attach your documentation via GoAnywhere if you prefer.

Please note, in an effort to move this administration forward and avoid a lengthy administration process, we are winding down the deficiency process shortly. PLEASE send your documentation to cure your claim ASAP. As stated previously, your documentation can also be sent via mail.

In re Romeo Power Inc. Securities Litigation
c/o Epiq Systems, Inc.
P.O. Box 3719
Portland, OR 97208-3719

Regards,
Melissa

**Melissa Mejia**
**Epiq | Senior Project Manager**
Mobile: +1 347 757 0629
Email: melissa.mejia@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

**From:** ███████████████████████
**Sent:** Friday, September 6, 2024 4:46 PM
**To:** Mejia, Melissa <Melissa.Mejia@epiqglobal.com>
**Cc:** Karla Vazquez <KVazquez@glancylaw.com>; Melissa Wright <MWright@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>; info_RomeoPowerSecuritiesSettlement <info@RomeoPowerSecuritiesSettlement.com>
**Subject:** Re: Romeo Power Securities_ Claim Status

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Hello Melissa,

We are emailing you because we have left you several very detailed voicmail messages requesting an update on our claim and a secure link to send you more details about our Romeo stock holdings.

We had a chance to speak with Melissa Wright yesterday who shared that we should contact you. We look forward to hearing from you at your earliest possible opportunity.

On Fri, Aug 23, 2024, 6:31 AM Mejia, Melissa <Melissa.Mejia@epiqglobal.com> wrote:

> Mr. ██████
>
> I have received your voice mail messages. You claim is deficient as it does not calculate to a recognized loss. Additionally,  the claim does not balance which would require missing transactions. Finally, no supporting documentation was provided to support the claimed transactions.  Should you have any documentation to support these or additional transactions, please respond to this email and attach them as soon as possible.  In the alternative, you can mail the documentation to the address provided on the deficiency letter.
>
> Regards,
> Melissa
>
> **Melissa Mejia**
> Epiq | Senior Project Manager
> Mobile: +1 347 757 0629
> Email: melissa.mejia@epiqglobal.com
>
> **People. Partnership. Performance.**
> www.epiqglobal.com
>
> ---
>
> **From:** info_RomeoPowerSecuritiesSettlement
> **Sent:** Wednesday, August 21, 2024 7:14 PM
> **To:** ████████████████████████
> **Cc:** info_RomeoPowerSecuritiesSettlement <info@RomeoPowerSecuritiesSettlement.com>; Karla Vazquez <KVazquez@glancylaw.com>; Melissa Wright <MWright@glancylaw.com>; Joseph Cohen <JCohen@glancylaw.com>
> **Subject:** Romeo Power Securities_ Claim Status
>
>
>
> This email is in response to your claim status inquiry. We see that no supporting documentation was submitted for your claim, claim number 800004298. The claim, as entered into the web portal, also contains additional deficiencies.  A deficiency notice was mailed to the address on file in Anaheim, CA. Please provide documentation to support the claimed transactions as soon as possible. Acceptable documentation includes brokerage confirmation slips or monthly brokerage account statements.  As stated on the web filing portal and included on the proof of claim form,  supporting

documentation must be provided.

Regards,
Melissa


**People. Partnership. Performance.**
www.epiqglobal.com

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.