# EXHIBIT P

**Entity Validation Documentation Requirements**



**Instructions:**
- For proof of name and/or address, choose document(s) from **List A**. At least one document must have both your full, correct legal business name and current, correct physical address.
- For proof of your entity start year and state, choose document(s) from **List B**.
- For proof of your national identifier (international entities only), choose a document(s) from **List C**.

| List A - Name and/or Address | List B - Start Year and State of Incorporation | List C - National Identifier (international only) |
|---|---|---|
| Most Commonly Used Documents:<br>- Articles of Incorporation/Organization/Formation (if stamped as filed with an authority)<br>- Bank Statements**\*** (redact information that isn't necessary for validation)<br>- Certificate of Formation/Organization (if stamped as filed with an authority)<br>- Department of Treasury IRS letter assigning your EIN<br>- Secretary of State Certificate of Filing<br>- Screenshot/PDF file of your business profile**\*** in your state's online business registry or Secretary of State website (must be current registration and must include the registry URL)<br>- Utility Bill**\*** (water, gas, or electric only)<br><br>Other Documents You Can Use:<br>- Bylaws for your company (if stamped as filed with an authority)<br>- Certificate of Good Standing**\*** issued by your state to your business that contains date of incorporation, organization, or establishment<br>- City Business Tax Certificate**\***<br>- Department of Treasury IRS Tax Exemption Status Letter**\***<br>- "Doing-business-as" or DBA document (if stamped as filed with an authority)<br>- Driver's License (for sole proprietors or individuals doing-business-as only; must be *non-expired* and have your exact name)<br>- IRS Form 8822-B or Form 990 for address change (filed only)<br>- IRS forms marked as received by the IRS or processed by a CPA or e-filing software (e.g., Form 1040 with schedule C for sole proprietors)<br>- IRS Form 1099**\*** if you are the recipient (not the filer)<br>- License to Operate**\*** (issued by city, state)<br>- Limited Liability Company Articles/Articles of Amendment (if stamped as filed with an authority)<br>- Partnership documentation (if stamped as filed with an authority)<br>- Passport (may only be used by sole proprietors or individuals doing-business-as where the physical business address is on the passport; must be non-expired and have your exact name and address. Passports without addresses or with addresses that are different than your physical business address cannot be used)<br>- Share Certificate<br>- State Sales and Use Tax Permit**\***<br>- Tax invoice**\*** (federal, state, local, international)<br>- Town charter, documentation from state governments for town's formation; Governor's declarations; formal resolution from town council establishing office. | Most Commonly Used Documents:<br>- Articles of Incorporation/Organization/Formation (if stamped as filed with an authority)<br>- Certificate of Formation/Organization (if stamped as filed with an authority)<br>- Department of Treasury IRS letter assigning your EIN<br>- Secretary of State Certificate of Filing<br>- Screenshot/PDF file of your business profile**\*** in your state's online business registry or Secretary of State website (must be current registration and must include the website URL)<br><br>Other Documents You Can Use:<br>- Bylaws for your company (if stamped as filed with an authority)<br>- Certificate of Good Standing**\*** issued by your state to your business that contains date of incorporation, organization, or establishment<br>- "Doing-business-as" or DBA document (if stamped as filed with an authority)<br>- IRS forms marked as received by the IRS or processed by a CPA or e-filing software (e.g., Form 1040 with schedule C for sole proprietors, only if it contains your business start date)<br>- Limited Liability Company Articles/Articles of Amendment (if stamped as filed with an authority)<br>- Partnership documentation (if stamped as filed with an authority)<br>- Town charter, documentation from state governments for town existence; Governor's declarations; formal resolution from town council establishing office, if it contains the date your entity began | - Screenshot/PDF file of your business profile**\*** in your country's official online business registry (must be current registration and must include the registry URL). *Do not submit screens from U.S. federal websites.*<br>- Government-issued proof of tax identification number, employer identification number, or other identifier issued by your government.<br>- Government-issued tax receipt/return<br>- Passport (for sole proprietors or individuals doing-business-as only; must be non-expired and have your exact name and address)<br><br><br><br>All international documents must have a satisfactory English language translation attached. |

*Your documents must show your entity information **exactly** as you entered it in the Enter Entity Information screen on SAM.gov.   Documents in List A and List B with an asterisk (\*) **must** be 5 years old or less.*

*Revised December 2022*