# EXHIBIT Q

**From:** ███
**To:** Melissa Wright
**Subject:** Request for Fair Resolution and Cooperation on Our Claim
**Date:** Monday, October 7, 2024 1:29:01 PM

---

Dear Melissa,

I hope this message finds you well. I want to express my appreciation for taking my call and your work on behalf of the class members in the Romeo Power litigation. I know that your role is demanding, and I respect the efforts you're making to represent everyone fairly.

However, I must address some concerning remarks from our recent conversations. As a person of faith, I believe that God sees everything, and I strive to embody truth and integrity in all my interactions. When you suggested that I am "trying to act as a distraction" and making false statements to people, I found this accusation both surprising and disheartening. I assure you that my intentions are sincere, and I have only sought to clarify our situation regarding our claim.

The reason we are diligently seeking our distribution is that what you don't know about me is that I possess a very unique and rare blood structure that is similar to what was taken from Henrietta Lacks. We are against the clock to develop new medical science and find ways to prevent and treat emerging viruses that can threaten the lives of all humanity. The medication within is needed for this critical work.

In order to bring possible cures to light, we need funding to support this urgent independent research and are navigating the same challenge: how to reach a cure before it's too late to help everyone else. Soon, I will be the subject of study and discussion regarding this immortal cell structure put in me by God, so that all living today will know there is a Creator who loves us and sends miracles through people everyday.

I can confirm that both you and Melissa at Epiq have received our claim forms. Yet, despite being class members, it feels as though someone is working diligently to disqualify us, even after we've provided the necessary documentation. This has been incredibly frustrating and concerning, especially since I believe our claims are legitimate.

When I mentioned the possibility of reaching out to a judge, it was out of genuine frustration with how our concerns seem to be overlooked, not as a distraction or a threat. I truly want to resolve this matter in good faith, and I believe we can work together to ensure that our claims receive the proper attention they deserve.

I kindly ask you to take a few moments to review the documents we have submitted and guide me on how to move forward. I pray we can approach this situation with a spirit of Respect and understanding, knowing that we are all navigating our own challenges.

Thank you for your time and consideration. I look forward to your response.

God bless,

