# EXHIBIT R

| | |
|---|---|
| **From:** | |
| **To:** | Melissa Wright; Mejia, Melissa |
| **Cc:** | |
| **Subject:** | Fwd: |
| **Date:** | Thursday, October 17, 2024 9:48:16 AM |
| **Attachments:** | 1000000536.png |
| | Screenshot_20240710-045321.png |
| | Screenshot_20240707-183255.png |
| | Screenshot_20240710-093102.png |

God bless,

Appreciate it.  is imperative that we move quickly forward to the information learned

---------- Forwarded message

Date: Wed, Jul 10, 2024, 11:16 AM
Subject:
To:

### Proceeds from Broker and Barter Exchange Transactions

| 2021  1099-B*  OMB No. 15 | | (continued) | | | | | 03/02/2022  AMENDED |
|---|---|---|---|---|---|---|---|

**SHORT TERM TRANSACTIONS FOR COVERED TAX LOTS [Ordinary gains or losses are identified in the Additional information column]** (Lines 2 & 5)
Report on Form 8949, Part I with Box A checked. Basis is provided to the IRS. (Line 12)
"Gain or loss (-)" is NOT reported to the IRS.

1a- Description of property/CUSIP/Symbol

| 1c- Date sold or disposed | Quantity | 1d- Proceeds & 6- Reported (G)ross or (N)et | 1b- Date acquired | 1e- Cost or other basis | 1f- Accrued mkt disc (D) & 1g- Wash sale loss disallowed (W) | Gain or loss(-) & 7- Loss not allowed (X) also not reported (Z) | Additional information |
|---|---|---|---|---|---|---|---|
| ROMEO POWER INC. / CUSIP: 776153108 / Symbol: (cont'd) | | | | | | | |
| | 1.000 | 8.46 | 06/28/21 | 22.83 | ... | -14.37 | 29 of 29 - Sale 25 |
| 06/28/21 | 400.000 | 3,383.93 | Various | 8,828.77 | ... | -5,444.84 | Total of 29 transactions |
| 18 transactions for 07/15/21. Total proceeds and cost reported to the IRS. | | | | | | | |
| | 1.000 | 7.37 | 06/28/21 | 22.79 | ... | -15.42 | 1 of 18 - Sale 25 |
| | 29.000 | 213.76 | 07/09/21 | 567.08 | ... | -353.32 | 2 of 18 - Sale 25 |
| | 17.000 | 125.31 | 07/09/21 | 301.70 | ... | -176.39 | 3 of 18 - Sale 25 |
| | 12.000 | 88.45 | 07/09/21 | 251.90 | ... | -163.45 | 4 of 18 - Sale 25 |
| | 10.000 | 73.71 | 07/09/21 | 209.63 | ... | -135.92 | 5 of 18 - Sale 25 |
| | 9.000 | 66.34 | 07/09/21 | 162.50 | ... | -95.16 | 6 of 18 - Sale 25 |
| | 9.000 | 66.34 | 07/09/21 | 161.88 | ... | -95.54 | 7 of 18 - Sale 25 |
| | 4.000 | 29.48 | 07/09/21 | 86.14 | ... | -56.66 | 8 of 18 - Sale 25 |
| | 4.000 | 29.48 | 07/09/21 | 70.53 | ... | -41.05 | 9 of 18 - Sale 25 |
| | 3.000 | 22.11 | 07/09/21 | 53.30 | ... | -31.19 | 10 of 18 - Sale 25 |
| | 2.000 | 14.74 | 07/09/21 | 43.07 | ... | -28.33 | 11 of 18 - Sale 25 |
| | 1.000 | 7.37 | 07/09/21 | 21.54 | ... | -14.17 | 12 of 18 - Sale 25 |
| | 44.000 | 324.33 | 07/12/21 | 521.40 | ... | -197.07 | 13 of 18 - Sale 25 |
| | 14.000 | 103.20 | 07/12/21 | 296.51 | ... | -193.31 | 14 of 18 - Sale 25 |
| | 10.000 | 73.71 | 07/12/21 | 209.39 | ... | -135.68 | 15 of 18 - Sale 25 |
| | 19.000 | 140.05 | 07/12/21 | 225.33 | ... | -85.28 | 16 of 18 - Sale 25 |
| | 5.000 | 36.86 | 07/12/21 | 105.91 | ... | -69.05 | 17 of 18 - Sale 25 |
| | 5.000 | 36.86 | 07/12/21 | 59.30 | ... | -22.44 | 18 of 18 - Sale 25 |
| 07/15/21 | 198.000 | 1,459.47 | Various | 3,369.90 | ... | -1,910.43 | Total of 18 transactions |
| 2 transactions for 08/24/21. Total proceeds and cost reported to the IRS. | | | | | | | |
| | 30.000 | 149.14 | 08/18/21 | 142.95 | ... | 6.19 | 1 of 2 - Sale 25 |
| | 197.000 | 979.35 | 08/18/21 | 955.19 | ... | 24.16 | 2 of 2 - Sale 25 |
| 08/24/21 | 227.000 | 1,128.49 | Various | 1,098.14 | ... | 30.35 | Total of 2 transactions |
| 08/24/21 | 3.000 | 14.91 | 07/12/21 | 35.58 | 20.67 W | 0.00 | Sale 25 |
| | **Security total:** | **512,729.65** | | **813,595.17** | **283,664.56 W** | **-17,200.96** | |

SLACK TECHNOLOGIES, INC. / CUSIP: 830●●● / Symbol:





← While Biden campaigns in Pennsylvania, som...

Robinhood

SPONSORED ▷

Robinhood: Stocks & Crypto          OPEN

Democratic fundraising bundler Barry Goodma a Michigan attorney, said he's backing Biden b should he step aside, he'd throw his support to Harris. That's notable since Goodman was also a finance co-chairman for both of the statewic campaigns of Michigan Gov. Gretchen Whitme has also been mentioned as a top-of-the-tick alternative.

"We don't have much time," Goodman said. "I think the president gets out. But if he does, I thi would be Kamala."

There was no such suggestion at Mount Airy, wi Pastor Louis Felton likened the president to Joseph and the biblical story of his "coat of many colors." In it, Joseph was sold into slavery in Egypt by his jealous brothers, only eventually tp obtain a high place in the kingdom of the pharaoh and have his brothers beg him for assistance without initially recognizing him.

SPONSORED ▷

Robinhood: Stocks & Crypto          OPEN



