UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                    :

IN RE ROMEO POWER INC.          :               21 Civ. 3362 (LGS)
SECURITIES LITIGATION        :

                                     :            **ORDER**
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Order approving distribution of the net settlement fund issued on December 9, 2024.  It is hereby

     **ORDERED** that, by **June 15, 2026**, Plaintiffs shall file a status letter providing an update on the status of the settlement administration, including (1) the progress of distributions to class members from the settlement fund, including the amounts distributed to date, (2) the status of payment of attorneys' fees and expenses and service awards, (3) the anticipated timeline for completion, if settlement administration is not yet complete and (4) the issues affecting completion, if any.  It is further

     **ORDERED** that, if settlement administration has been completed, Plaintiffs shall include in the status letter a final accounting of (1) the total settlement fund, (2) the Claims Administrator's fee, costs and expenses, (3) attorneys' fees, costs and expenses, (4) Plaintiffs' service fees, (5) any other deduction from the settlement fund before payment to class members and (6) the recovery in dollars and as a percentage of Plaintiffs' estimated damages for the class in the aggregate and per class member, including any assumptions used in calculating these amounts.  If settlement administration has not been completed, Plaintiffs shall file a separate status letter providing this final accounting upon its completion.

Dated: June 1, 2026
     New York, New York

                                     LORNA G. SCHOFIELD
                                **UNITED STATES DISTRICT JUDGE**